# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> *Defendant*. | Civil Action No.: 4:21- 01074-P |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 7.1, Plaintiffs respectfully request that the Court issue a temporary restraining order and a preliminary injunction enjoining Defendant United Airlines, Inc. ("United") from enforcing its COVID-19 vaccine mandate for all employees who have requested or will request an accommodation from the mandate until United has granted reasonable accommodations as required by federal law. To date, United has failed to do so. Rather than engage in a meaningful interactive process, United is forcing all employees who requested an accommodation for religious or health reasons to either abandon their request and receive the vaccine by September 27, 2021, or effectively lose their employment. That is because even for the requests United has granted, the only accommodation offered is indefinite unpaid leave and loss of benefits. As explained in the accompanying memorandum and supporting exhibits, United's failure to engage in the interactive process and its failure to grant reasonable accommodations violates both Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.

Accordingly, to prevent irreparable injury, the Court should grant this Motion and temporarily enjoin United from: (1) terminating any employee for failing to receive a COVID-19 vaccine if that employee has requested an accommodation for religious or medical reasons; (2) placing any employee on unpaid leave as a form of accommodation from the COVID-19 vaccine mandate; and (3) denying as untimely any request for religious or accommodation from the COVID-19 vaccine mandate.

September 22, 2021

Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891

*/s/ Robert C. Wiegand*
Robert C. Wiegand
Texas Bar No. 00791924
bob.wiegand@swolegal.com
Melissa J. Swindle
Texas Bar No. 24013600
Melissa.swindle@swolegal.com
Stewart Wiegand & Owens PC
325 N. St. Paul Street, Suite 3750
Dallas, TX 75201
Telephone: (469) 899-9800
Facsimile: (469) 899-9810

*/s/ Mark R. Paoletta*
Mark R. Paoletta*
D.C. Bar No. 422746
mpaoletta@schaerr-jaffe.com
Gene C. Schaerr*
D.C. Bar No. 416368
Brian J. Field*
D.C. Bar No. 985577
Kenneth A. Klukowski*

2

        D.C. Bar No. 1046093
        Annika M. Boone*
        Utah Bar No. 17176
        SCHAERR | JAFFE LLP
        1717 K Street NW, Suite 900
        Washington, DC 20006
        Telephone: (202) 787-1060
        Facsimile: (202) 776-0136

        * *Pro hac vice* motions forthcoming

        *Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

On September 22, 2021, I filed the foregoing document with the clerk of court for the United States District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Additionally, I communicated both by telephone and email with Ada W. Dolph, Seyfarth Shaw LLP, who informed me that she was counsel for Defendant, and that the following attorneys would be representing Defendant in this matter:

Ada W. Dolph
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
312.460.5977
adolph@seyfarth.com

Steve Shardonofsky
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, Texas 77002
713.225.1001
sshardonofsky@seyfarth.com

Vanessa Rogers
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, Texas 77002
713.860.0054
vrogers@seyfarth.com

Notice and a copy of the foregoing has been provided to these attorneys via the Court's ECF system and via email.

/s/ Robert C. Wiegand

Robert C. Wiegand, Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

On September 21, 2021, I conferred with Ada W. Dolph, Seyfarth Shaw, LLP, attorney for Defendant regarding the relief sought in the foregoing motion.  Agreement could not be reached because Defendant is opposed to the relief sought.  Accordingly, the foregoing is presented to the Court as opposed.

*/s/ Robert C. Wiegand*
Robert C. Wiegand, Attorney for Plaintiffs