UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> *Defendant*. | Civil Action No.: 4:21- 01074-P |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and the entire record herein, the Court finds that the Plaintiffs are likely to succeed on the merits of their claims under Title VII and the Americans with Disabilities Act and that Plaintiffs will suffer irreparable harm absent an injunction.  Accordingly, it is hereby:

ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED; and it is

ORDERED that Defendant United Airlines, Inc. is hereby enjoined from terminating any employee for failing to receive a vaccine for COVID-19 if that employee has requested an accommodation for religious or medical reasons and United Airlines, Inc. granted the accommodation of unpaid leave;

ORDERED that Defendant United Airlines, Inc. is hereby enjoined from placing any employee on unpaid leave if that employee requested an accommodation for religious or medical reasons from United Airlines, Inc.'s COVID-19 vaccine mandate;

ORDERED that Defendant United Airlines, Inc. is hereby enjoined from denying any request for a religious or medical accommodation from the COVID-19 vaccine mandate due to timeliness (i.e., because it was submitted after August 31, 2021);

SO ORDERED.

                                                                   United States District Judge