# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> *Defendant*. | Civil Action No.: 4:21- 01074-P |

## CERTIFICATE OF SERVICE

Pursuant to the Court's September 22, 2021 Order (Dkt. No. 10), Plaintiffs show the Court the following:

1. Defendant United Airlines, Inc. is represented by attorneys Ada Dolph, Steve Shardonofsky, and Vanesa Rogers at the law firm Seyfarth Shaw LLP ("Defendants' attorneys").

2. Plaintiffs served Defendants' attorneys with the Class Action Complaint (Dkt. No. 1) via the ECF system at the time the complaint was filed.

3. Plaintiffs served Defendants' attorneys with Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 5), Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 6), and Appendix in Support of Memorandum Supporting Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 7), via the ECF system at the time they were filed. Plaintiffs' attorney Robert C. Wiegand also emailed these pleadings to

    Defendants' attorneys at 8:26 a.m. CDT on September 22, 2021.

4. Plaintiffs served this Court's Order (Dkt. No. 10) on Defendants' attorneys via email at 10:21 a.m. CDT on September 22, 2021.

September 22, 2021                             Respectfully submitted,

                                            */s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891

*/s/ Robert C. Wiegand*
Robert C. Wiegand
Texas Bar No. 00791924
bob.wiegand@swolegal.com
Melissa J. Swindle
Texas Bar No. 24013600
Melissa.swindle@swolegal.com
Stewart Wiegand & Owens PC
325 N. St. Paul Street, Suite 3750
Dallas, TX 75201
Telephone: (469) 899-9800
Facsimile: (469) 899-9810

*/s/ Mark R. Paoletta*
Mark R. Paoletta*
D.C. Bar No. 422746
mpaoletta@schaerr-jaffe.com
Gene C. Schaerr*
D.C. Bar No. 416368
Brian J. Field*
D.C. Bar No. 985577
Kenneth A. Klukowski*
D.C. Bar No. 1046093
Annika M. Boone*
Utah Bar No. 17176
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
* *Pro hac vice* motions forthcoming

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

On September 22, 2021, I filed the foregoing document with the clerk of court for the United States District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) (ECF System).

Ada W. Dolph
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
312.460.5977
adolph@seyfarth.com

Steve Shardonofsky
Vanessa Rogers
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, Texas 77002
713.225.1001
sshardonofsky@seyfarth.com
vrogers@seyfarth.com

*/s/ Robert C. Wiegand*
Robert C. Wiegand, Attorney for Plaintiffs
