IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DAVID SAMBRANO, individually, and on behalf of all others similarly situated,** § § § | | |
| Plaintiffs, § | **Civil Action No.** | |
| § | | |
| v. § | **4:21-CV-01074-P** | |
| § | | |
| **UNITED AIRLINES, INC.,** § | | |
| Defendant. § | | |

## NOTICE OF APPEARANCE

Notice is hereby given that Russell D. Cawyer enters his appearance in the above-referenced proceeding for Defendant United Airlines, Inc. ("Defendant"). Defendant respectfully requests that the Court take note of this Notice of Appearance and make Russell D. Cawyer one of the attorneys of record for Defendant in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be mailed, emailed or faxed to Russell D. Cawyer at the address set forth below:

Russell D. Cawyer
State Bar No. 00793482
russell.cawyer@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas  76102
(Tel) 817-878-3562
(Fax) 817-335-2820

        Respectfully submitted,

        */s/ Russell D. Cawyer*
        Donald J. Munro
        D.C. Bar No. 453600
        **JONES DAY**
        51 Louisiana Avenue, NW
        Washington, DC 20001
        Telephone: (202) 879-3939
        Facsimile: (202) 626-1700
        dmunro@jonesday.com

        Russell D. Cawyer
        State Bar No. 00793482
        **KELLY HART & HALLMAN LLP**
        201 Main St., Ste. 2500
        Fort Worth, Texas  76102
        (817) 878-3562 (telephone)
        (817) 335-2820 (facsimile)
        russell.cawyer@kellyhart.com

        **ATTORNEYS FOR DEFENDANT**
        **UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

On September 22, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Russell D. Cawyer*
        Russell D. Cawyer