IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **DAVID SAMBRANO, individually, and on behalf of all others similarly situated,**  Plaintiffs,  v.  **UNITED AIRLINES, INC.,**  Defendant. | Civil Action No.  4:21-CV-01074-P |

## NOTICE OF APPEARANCE

Notice is hereby given that Donald J. Munro enters his appearance in the above-referenced proceeding for Defendant United Airlines, Inc. ("Defendant"). Defendant respectfully requests that the Court take note of this Notice of Appearance and make Donald J. Munro one of the attorneys of record for Defendant in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be mailed, emailed or faxed to Donald J. Munro at the address set forth below:

Donald J. Munro
D.C. Bar No. 453600
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: dmunro@jonesday.com

Respectfully submitted,

    */s/ Russell D. Cawyer*
Donald J. Munro
D.C. Bar No. 453600
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
dmunro@jonesday.com

Russell D. Cawyer
State Bar No. 00793482
**KELLY HART & HALLMAN LLP**
201 Main St., Ste. 2500
Fort Worth, Texas 76102
(817) 878-3562 (telephone)
(817) 335-2820 (facsimile)
russell.cawyer@kellyhart.com

**ATTORNEYS FOR DEFENDANT**
**UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

On September 22, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    */s/ Russell D. Cawyer*
Russell D. Cawyer