## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DAVID SAMBRANO, individually, and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiffs,** | § § § | **Civil Action No.** |
| | § | **4:21-CV-01074-P** |
| **v.** | § § | |
| **UNITED AIRLINES, INC.,** | § § § | |
| **Defendant.** | § § | |

## JOINT REPORT

On September 24, 2021, the Court directed Plaintiffs David Sambrano, David Castillo, Kimberly Hamilton, Debra Jennefer Jonas, Genise Kincannon, and Seth Turnbough (collectively the "Plaintiffs") and Defendant United Airlines, Inc. ("United" or "Defendant") to submit a joint report with a proposed briefing schedule for the evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction on October 8, 2021. ECF No. 28.

On September 27, 2021, the parties held a conference to confer on the submission of a Joint Briefing Schedule for the Preliminary Injunction Hearing scheduled October 8, 2021. Plaintiffs were represented by John Sullivan, Robert Wiegand and Brian Field. Defendant was represented by Don Munro and Russell Cawyer. The parties agreed to the following proposed briefing schedule:

- Plaintiffs will file a supplemental opening brief on October 1, 2021 limited to 25 pages.

- Defendant will file its response to the supplemental opening brief on October 5, 2021 limited to 20 pages.  This response will be limited to addressing arguments Plaintiffs make in their October 1, 2021 filing.

- The parties will exchange exhibit lists and witness lists for the October 8, 2021 Preliminary Injunction hearing on October 6, 2021 by 5 p.m. Central.


Respectfully submitted,


_____/s/ John C. Sullivan_____

John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891

Robert C. Wiegand
Texas Bar No. 00791924
bob.wiegand@swolegal.com
Melissa J. Swindle
Texas Bar No. 24013600
Melissa.swindle@swolegal.com
**STEWART WIEGAND & OWENS PC**
325 N. St. Paul Street, Suite 3750
Dallas, TX 75201
Telephone: (469) 899-9800
Facsimile: (469) 899-9810

Mark R. Paoletta (*Pro Hac Vice*)
D.C. Bar No. 422746
mpaoletta@schaerr-jaffe.com
Gene C. Schaerr (*Pro Hac Vice*)
D.C. Bar No. 416368
Brian J. Field (*Pro Hac Vice*)
D.C. Bar No. 985577
Kenneth A. Klukowski (*Pro Hac Vice*)
D.C. Bar No. 1046093
Annika M. Boone (*Pro Hac Vice*)
Utah Bar No. 17176
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900

_____/s/ Donald J. Munro_____

Jordan M. Matthews (*Pro Hac Vice*)
IL Bar No. 6300503
**JONES DAY**
77 W. Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: jmatthews@jonesday.com

Donald J. Munro
D.C. Bar No. 453600
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
dmunro@jonesday.com

Russell D. Cawyer
State Bar No. 00793482
**KELLY HART & HALLMAN LLP**
201 Main St., Ste. 2500
Fort Worth, Texas  76102
(817) 878-3562 (telephone)
(817) 335-2820 (facsimile)
russell.cawyer@kellyhart.com

**ATTORNEYS FOR DEFENDANT UNITED AIRLINES, INC.**

Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136

**COUNSEL FOR PLAINTIFFS**
**AND THE PROPOSED CLASS**

## CERTIFICATE OF SERVICE

On September 27, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Russell D. Cawyer*
Russell D. Cawyer