IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DAVID SAMBRANO, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01074-P |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 24, 2021, the Court entered an Order that set Plaintiffs' Motion for Preliminary Injunction for an evidentiary hearing on October 8, 2021 and directed the parties to submit a proposed briefing schedule on the same. ECF No. 28. In accordance with the Joint Report filed by the parties (ECF No. 31), the Court **ORDERS** the following:

- Plaintiffs will file a supplemental opening brief by October 1, 2021 limited to 25 pages.

- Defendant will file its response to the supplemental opening brief by October 5, 2021 limited to 20 pages. The response will be limited to addressing arguments Plaintiffs make in their October 1, 2021 filing.

- The parties will exchange exhibit lists and witness lists for the October 8, 2021 hearing by 5:00 p.m. (CDT) on October 6, 2021 and will file the same with the Court.

Further, at the Preliminary Injunction hearing, the Court anticipates applying the following time constraints:

- Plaintiffs and Defendant will be allotted 10 minutes each for opening statements and 15 minutes each for closing statements.

- Plaintiffs, as the party bearing the burden at this hearing, will be allotted a combined 2 hours and 30 minutes for argument and rebuttal.

- Defendant will be allotted 2 hours for argument.

**SO ORDERED** on this **27th day** of **September, 2021.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE