IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID SAMBRANO, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01074-P |
| UNITED AIRLINES, INC., | § § § | |
| Defendant. | § | |

## ORDER

The parties are notified that the Fourth Floor Courtroom is equipped with limited technology. Therefore, the parties are responsible for testing and setting up any technology they may wish to utilize at the October 8, 2021 hearing. Any questions regarding electronic equipment that cannot be answered through other means should be directed to Brian Rebecek at (817) 850-6613. To minimize the chance of technical disruptions, the Court encourages the parties to cooperate and share technological resources that will be utilized at the hearing. Further, the parties are directed to provide a list of technological devices that will be used to present evidence at the October 8, 2021 hearing. This list should be included along with the exhibit and witness list that the parties exchange and file by October 6, 2021. Order, ECF No. 32. Finally, as noted at the September 24, 2021 hearing, no witnesses are permitted to testify virtually/remotely at the October 8, 2021 hearing.

**SO ORDERED** on this **30th day** of **September, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE