IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> Defendant. | § § § § § § § § § § § § § <br><br> Civil Action No. 4:21-01074-P |

**UNITED AIRLINES, INC.'S WITNESS AND EXHIBIT LIST FOR
OCTOBER 8, 2021 PRELIMINARY INJUNCTION HEARING**

United Airlines, Inc. ("United"), by and through its undersigned counsel, hereby submits its Witness and Exhibit List for the hearing to be held on October 8, 2021, at 9:00 a.m. (the "Hearing") as follows:

**WITNESSES**

United may call the following witnesses at the Hearing:

1. Dr. Shane Crotty – La Jolla Institute for Immunology (LJI), Professor, Center for Infectious Disease and Vaccine Research
2. Sasha Johnson – United, Vice President Corporate Safety
3. Kirk Limacher – United, Vice President Human Resource Services
4. Steven Lukasik – United, Flight Attendant
5. Captain Stephen Lynch – United, Pilot
6. Craig Robbins – United, Premium Services Representative

# EXHIBIT LIST

United reserves the right to introduce into evidence the following exhibits at the Hearing:

| Exhibit No. | Exhibit |
|---|---|
| 1 | United's COVID-19 Vaccination Policy dated Aug. 5, 2021 |
| 2 | United's COVID-19 Vaccination Policy dated Aug. 23, 2021 |
| 3 | Face Covering / Mask Policy dated Aug. 18, 2021 |
| 4 | Demonstrative Chart of Accommodation Requests |
| 5 | Spreadsheet of United Employees Who Received Remote Work as Accommodation as of Oct. 1, 2021 |
| 6 | Chart of United Costs Related to COVID-19 Insurance Claims |
| 7 | Email Sent to Employees Requesting a Reasonable Accommodation dated Sept. 9, 2021 |
| 8 | Explanation of Medical Accommodations, Available on Help Hub |
| 9 | Explanation of Religious Accommodations, Available on Help Hub |
| 10 | Pilot Bulletin No. 21-273 Regarding "Face Mask Requirements and Eye Protection Guidance" Effective Sept. 30 – Dec. 31, 2021 |
| 11 | SRA Regarding Usage of Facemasks |
| 12 | Employee Vaccine Postcard dated Aug. 30, 2021 |
| 13 | OSHA Complaint No. 1818391 |
| 14 | Expert Report of Dr. Carlos Del Rio dated Oct. 5, 2021 |
| 15 | CV of Professor Shane Crotty dated Oct. 2, 2021 |
| 16 | Declaration of Shane Crotty[1] |
| 17 | Declaration of Kirk Limacher |
| 18 | Supplemental Declaration of Kirk Limacher |
| 19 | David Sambrano Flight Schedules, Jan. 1, 2018-present |
| 20 | Genise Kincannon Flight Schedules, Jan. 1, 2018-present |
| 21 | Seth Turnbough Flight Schedules, Jan 1, 2016-present |
| 22 | Seth Turnbough Sept. 2021 Pay Register |
| 23 | David Lockwood Vaccination Card dated Sept. 2, 2021 |
| 24 | Letter to Employees on Leaves of Absence |
| 25 | Letter to Employees on Leaves of Absence FA&Pilot |
| 26 | Reasonable Accommodations Notifications Language as of Sept. 26, 2021 |
| 27 | Reasonable Accommodations Vaccine Notifications |
| 28 | *Basics of COVID-19*, Centers for Disease Control and Prevention (May 24, 2021), https://www.cdc.gov/coronavirus/2019-ncov/your-health/about-covid-19/basics-covid-19.html |
| 29 | *Delta Variant: What We Know About the Science*, Centers for Disease Control and Prevention (Aug. 26, 2021), https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html |

---

[1] United reserves the right to object to use of declarations in lieu of live testimony from available witnesses.

| Exhibit No. | Exhibit |
|---|---|
| 30 | *Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination — Kentucky, May–June 2021*, Centers for Disease Control and Prevention (Aug. 13, 2021), at https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm |
| 31 | *SARS-CoV-2 Infections and Hospitalizations Among Persons Aged ≥16 Years, by Vaccination Status — Los Angeles County, California, May 1–July 25, 2021*, Centers for Disease Control and Prevention (Aug. 27, 2021), at https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e5.htm |
| 32 | *Transcript of March 27, 2020 Outreach Webinar*, U.S. Equal Employment Opportunity Commission (Mar. 27, 2020), at https://www.eeoc.gov/transcript-march-27-2020-outreach-webinar#q1 |

## **RESERVATION OF RIGHTS**

To the extent permitted by the Court's Order, United reserves (a) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. United also reserves the right to rely upon and use as evidence (a) exhibits included on the exhibit lists of any other parties in interest and (b) any pleading or other document filed with the Court in the above-captioned matter.

Dated: October 6, 2021                                   Respectfully submitted,

                                                         /s/ Jordan M. Matthews

                                                         Jordan M. Matthews
                                                         IL Bar No. 6300503
                                                         JONES DAY
                                                         77 W. Wacker Drive, Suite 3500
                                                         Chicago, Illinois 60601
                                                         Telephone: (312) 782-3939
                                                         Facsimile: (312) 782-8585
                                                         Email: jmatthews@jonesday.com

                                                         Donald J. Munro
                                                         D.C. Bar No. 453600
                                                         JONES DAY
                                                         51 Louisiana Avenue, NW

Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: dmunro@jonesday.com

Alexander V. Maugeri
N.Y. Bar No. 5062666
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  212.326.3939
Facsimile:  212.755.7306
Email: amaugeri@jonesday.com

Russell D. Cawyer
State Bar No. 00793482
Kelly Hart & Hallman LLP
201 Main St., Ste. 2500
Fort Worth, Texas  76102
Telephone: (817) 878-3562
Facsimile: (817) 335-2820
Email: russell.cawyer@kellyhart.com

**ATTORNEYS FOR DEFENDANT UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I certify that on October 6, 2021, the foregoing was filed using the U.S. District Court for the Northern District of Texas's CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Jordan M. Matthews*
Jordan M. Matthews
