UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*,

*Plaintiffs,*

v.

UNITED AIRLINES, INC.,

*Defendant.*

Civil Action No.: 4:21-01074-P

## PLAINTIFFS' EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Affidavit of David Eric Sambrano (ECF No. 7 at 1–5) |
| 2 | Affidavit of Kimberly Anne Hamilton (ECF No. 7 at 6–11) |
| 3 | Affidavit of Seth Adam Turnbough (ECF No. 7 at 12–16) |
| 4 | Affidavit of David Michael Castillo (ECF No. 7 at 17–21) |
| 5 | Affidavit of Debra Jennefer Thal Jonas (ECF No. 7 at 22–26) |
| 6 | Affidavit of Genise Gale Kincannon (ECF No. 7 at 27–31) |
| 7 | Affidavit of David Llen Lockwood (ECF No. 7 at 32–35) |
| 8 | Copy of text K. Hamilton submitted in support of RAP |
| 9 | Coronavirus Q&A Updated September 7, 2021 from Flying Together |
| 10 | September 19, 2021 email from Jodi Stringfellow to all DFW employees |
| 11 | August 4, 2021 letter from Dr. George Katsamakis |
| 12 | May 20, 2021 page from Dr. George Katsamakis' progress notes on exam of S. Turnbough |

PLAINTIFFS' EXHIBIT LIST PAGE 1

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 13 | September 21, 2021 email from United to S. Turnbough |
| 14 | United HelpHub internet document "COVID-19 Vaccination: Medical Accommodations" as of September 29, 2021 |
| 15 | August 25, 2021 letter from D. Sambrano to United HR in support of RAP |
| 16 | September 14, 2021 COVID-19 Vaccine Medical Exemption form submitted to United by D.J. Jonas |
| 17 | August 18, 2021 Screenshot of G. Kincannon's explanation of need for RAP |
| 18 | Declaration of Dr. Jayanta Bhattacharya |
| 19 | Curriculum Vitae of Dr. Jayanta Bhattacharya |
| 20 | Declaration of Fred Bates |
| 21 | Curriculum Vitae of Fred Bates |
| 22 | Hiam Chemaitelly et al., *Waning of BNT162b2 vaccine protection against SARS-CoV-2 infection in Qatar*, MEDRXIV, Aug. 27, 2021 (preprint), doi:10.1101/2021.08.25.21262584. (FN17) |
| 23 | Zachary J. Madewell et al., *Household Transmission of SARS-CoV-2: A Systematic Review and Meta-analysis*, 3 JAMA NETW. OPEN e2031756 (2020).  (FN35) |
| 24 | Sivan Gazit et al., *Comparing SARS-CoV-2 natural immunity to vaccine-induced immunity: reinfections versus breakthrough infections*, MEDRXIV, Aug. 25, 2021, https://doi.org/10.1101/2021.08.24.21262415.  (FN46) |
| 25 | Richard K. Zimmerman, *Helping patients with ethical concerns about COVID-19 vaccines in light of fetal cell lines used in some COVID-19 vaccines*, 39 VACCINE 4242–4244 (2021).  (FN58) |
| 26 | Supplemental Affidavit of Deba Jennefer Thal Jonas (ECF No. 38 at 1-4) |
| 27 | September 9, 2021 Email from HelpHub to David Sambrano |

**PLAINTIFFS' EXHIBIT LIST PAGE 2**

| EXHIBIT NO. | DESCRIPTION |
|:---:|:---:|
| 28 | United Airlines' employee website as of October 5, 2021, labeled Covid-19 Vaccination: Religious Accommodation |
| 29 | Video Clip of Scott Kirby during United Town Hall |

October 6, 2021

                        Respectfully submitted,

                        */s/ John C. Sullivan*
                        John C. Sullivan
                        Texas Bar No. 24083920
                        john.sullivan@the-sl-lawfirm.com
                        S|L LAW PLLC
                        610 Uptown Boulevard, Suite 2000
                        Cedar Hill, TX 75104
                        Telephone: (469) 523-1351
                        Facsimile: (469) 613-0891

                        */s/ Robert C. Wiegand*
                        Robert C. Wiegand
                        Texas Bar No. 00791924
                        bob.wiegand@swolegal.com
                        Melissa J. Swindle
                        Texas Bar No. 24013600
                        Melissa.swindle@swolegal.com
                        Stewart Wiegand & Owens PC
                        325 N. St. Paul Street, Suite 3750
                        Dallas, TX 75201
                        Telephone: (469) 899-9800
                        Facsimile: (469) 899-9810

                        */s/ Mark R. Paoletta*
                        Mark R. Paoletta*
                        D.C. Bar No. 422746
                        mpaoletta@schaerr-jaffe.com
                        Gene C. Schaerr*
                        D.C. Bar No. 416368
                        Brian J. Field*
                        D.C. Bar No. 985577
                        Kenneth A. Klukowski*
                        D.C. Bar No. 1046093

        Joshua J. Prince*
        D.C. Bar No. 1685532
        Annika M. Boone*
        Utah Bar No. 17176
        SCHAERR | JAFFE LLP
        1717 K Street NW, Suite 900
        Washington, DC 20006
        Telephone: (202) 787-1060
        Facsimile: (202) 776-0136

        * Admitted *pro hac vice*

        *Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record.

        */s/ Robert C. Wiegand*
        Robert C. Wiegand