# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> *Defendant.* | Civil Action No.: 4:21-01074-P |

## PLAINTIFFS' WITNESS LIST

Plaintiffs' may call the following persons as witnesses at the Evidentiary Hearing on October 8, 2021 at 9:00 AM:

| WITNESSES | |
|---|---|
| 1 | Scott Kirby |
| 2 | David Sambrano |
| 3 | Kimberly Hamilton |
| 4 | Seth Turnbough |
| 5 | David Castillo |
| 6 | Debra Jennefer Jonas |
| 7 | Genise Kincannon |
| 8 | David Lockwood |
| 9 | Dr. Jayanta Bhattacharya |
| 10 | Fred Bates |

October 6, 2021

Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
S|L Law PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104

Telephone: (469) 523-1351
Facsimile: (469) 613-0891

*/s/ Robert C. Wiegand*
Robert C. Wiegand
Texas Bar No. 00791924
bob.wiegand@swolegal.com
Melissa J. Swindle
Texas Bar No. 24013600
Melissa.swindle@swolegal.com
Stewart Wiegand & Owens PC
325 N. St. Paul Street, Suite 3750
Dallas, TX 75201
Telephone: (469) 899-9800
Facsimile: (469) 899-9810


*/s/ Mark R. Paoletta*
Mark R. Paoletta
D.C. Bar No. 422746
mpaoletta@schaerr-jaffe.com
Gene C. Schaerr
D.C. Bar No. 416368
Brian J. Field
D.C. Bar No. 985577
Kenneth A. Klukowski
D.C. Bar No. 1046093
Annika M. Boone
Utah Bar No. 17176
Joshua Prince*
D.C. Bar No. 1685532
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
\* *Pro hac vice motion* on file

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

      On October 6, 2021, I filed the foregoing document with the clerk of court for the United States District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) (ECF System).

      */s/ Robert C. Wiegand*
      Robert C. Wiegand, Attorney for Plaintiffs