UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

    Plaintiffs,

v.                                  **No. 4:21-cv-1074-P**

**UNITED AIRLINES, INC.,**

    Defendant.

## ORDER

Before the Court is Plaintiffs' Motion for Continuance (ECF No. 50), filed October 8, 2021. The motion seeks to continue the hearing on Plaintiffs' Motion for Injunction (ECF No. 5), that was initially set for October 8, 2021, and that was subsequently reset for October 13, 2021. ECF No. 49. Plaintiffs requested this continuance because two of their expert witnesses – Dr. Jayanta Bhattacharya and Mr. Fred Bates – are unavailable to offer live testimony at the October 13, 2021, hearing. ECF No. 50. The Court held a telephonic hearing on October 8, 2021, to discuss these pending issues.

After considering arguments of counsel, the Court concludes that Plaintiffs' Motion for Continuance (ECF No. 50) should be and is **DENIED**. Further, based on the arguments presented at the hearing, the Court **ORDERS** Plaintiffs to submit a filing by October 11, 2021, at 3:00 p.m. that states whether Plaintiffs will offer expert testimony from Dr. Bhattacharya and Mr. Bates via affidavit or declaration, or whether Plaintiffs will offer live expert testimony at the October 13, 2021, hearing.

**SO ORDERED** on this **8th day** of **October, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE