UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

   Plaintiffs,

v.                                                               **No. 4:21-cv-1074-P**

**UNITED AIRLINES, INC.,**

   Defendant.

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Response Brief, filed October 11, 2021. ECF No. 61. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

Therefore, the Clerk of the Court is **INSTRUCTED** to file Plaintiffs' Response Brief, attached to the Motion as Exhibit 1 (ECF No. 61-1), as a separate docket entry.

**SO ORDERED** on this **12th day** of **October, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE