UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

 Plaintiffs,

v.                 No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

 Defendant.

## ORDER

 Before the Court is Plaintiffs' Motion for Preliminary Injunction, filed September 22, 2021. ECF No. 5. The Court held a two-day evidentiary hearing on the Motion from October 13 to 14, 2021. *See* ECF No. 49. At this hearing, the parties referenced certain regulations and collective bargaining agreements that may be probative to the Court's analysis of the Motion. For instance, the parties cited 14 C.F.R. § 117.3 at the hearing as one such regulation. But the parties' previous filings did not address these materials in sufficient depth. Nor did any representatives from the pertinent unions offer testimony or input on how these materials may impact the Court's analysis. Indeed, in the present case, the unions thus far elected to remain silent.

 Accordingly, the Court **ORDERS** Plaintiffs and Defendant to file briefing to address the issues presented by regulations and collective bargaining agreements that are most germane to the Court's analysis of the Motion, with a 15-page limit, by October 19, 2021 at 11:59 p.m.

 **SO ORDERED** on this **15th day** of **October, 2021.**

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE