UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

   Plaintiffs,

v.                                  No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

   Defendant.

## ORDER

Before the Court is Defendant's Motion to Clarify the Temporary Restraining Order entered by the Court on October 12, 2021. ECF No. 70. The Motion requests that the Court clarify the following provision from the Temporary Restraining Order: "United Airlines, Inc. is **TEMPORARILY RESTRAINED** and **ENJOINED** from denying any requests for religious or medical accommodations from United Airlines, Inc.'s COVID-19 vaccine mandate due to timeliness (i.e., because the requests were submitted after the August 31, 2021 deadline)." ECF Nos. 66, 70. Specifically, the Motion requests the Court clarify that this provision applies only to "covered persons who had submitted an accommodation request 'on or before September 23, 2021.'" ECF No. 70.

The Court concludes that Defendant's Motion should be and is **GRANTED in part**. ECF No. 70. Accordingly, it is **ORDERED** that the above-quoted language from the second operative paragraph of the Temporary Restraining Order applies only to those individuals who submitted accommodation requests to Defendant on or before September 23, 2021, and that Defendant is not required to reopen its accommodation review process to consider requests made by individuals on or after September 24, 2021. All other relief requested in Defendant's Motion is **DENIED**. ECF No. 70.

**SO ORDERED** on this **18th day** of **October, 2021.**

_/s/ Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE