UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*,

*Plaintiffs,*

v.

UNITED AIRLINES, INC.,

*Defendant.*

Civil Action No.: 4:21-01074-P

**JOINT LIST OF EXHIBITS ADMITTED DURING
THE PRELIMINARY INJUNCTION HEARING**

Listed below are all exhibits Plaintiffs admitted during the Preliminary Injunction hearing held on October 13-14, 2021:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Affidavit of David Eric Sambrano (ECF No. 7 at 1–5) |
| 2 | Affidavit of Kimberly Anne Hamilton (ECF No. 7 at 6–11) |
| 3 | Affidavit of Seth Adam Turnbough (ECF No. 7 at 12–16) |
| 4 | Affidavit of David Michael Castillo (ECF No. 7 at 17–21) |
| 5 | Affidavit of Debra Jennefer Thal Jonas (ECF No. 7 at 22–26) |
| 6 | Affidavit of Genise Gale Kincannon (ECF No. 7 at 27–31) |
| 7 | Affidavit of David Llen Lockwood (ECF No. 7 at 32–35) |
| 8 | Copy of text K. Hamilton submitted in support of RAP |
| 9 | Coronavirus Q&A Updated September 7, 2021 from Flying Together |
| 10 | September 19, 2021 email from Jodi Stringfellow to all DFW employees |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 11 | August 4, 2021 letter from Dr. George Katsamakis |
| 12 | May 20, 2021 page from Dr. George Katsamakis' progress notes on exam of S. Turnbough |
| 13 | September 21, 2021 email from United to S. Turnbough |
| 14 | United HelpHub internet document "COVID-19 Vaccination: Medical Accommodations" as of September 29, 2021 |
| 15 | August 25, 2021 letter from D. Sambrano to United HR in support of RAP |
| 16 | September 14, 2021 COVID-19 Vaccine Medical Exemption form submitted to United by D.J. Jonas |
| 17 | August 18, 2021 Screenshot of G. Kincannon's explanation of need for RAP |
| 18 | Declaration of Dr. Jayanta Bhattacharya |
| 19 | Curriculum Vitae of Dr. Jayanta Bhattacharya |
| 20 | Declaration of Fred Bates |
| 21 | Curriculum Vitae of Fred Bates |
| 22 | Hiam Chemaitelly et al., *Waning of BNT162b2 vaccine protection against SARS-CoV-2 infection in Qatar*, MEDRXIV, Aug. 27, 2021 (preprint), doi:10.1101/2021.08.25.21262584. (FN17) |
| 23 | Zachary J. Madewell et al., *Household Transmission of SARS-CoV-2: A Systematic Review and Meta-analysis*, 3 JAMA NETW. OPEN e2031756 (2020). (FN35) |
| 24 | Sivan Gazit et al., *Comparing SARS-CoV-2 natural immunity to vaccine-induced immunity: reinfections versus breakthrough infections*, MEDRXIV, Aug. 25, 2021, https://doi.org/10.1101/2021.08.24.21262415. (FN46) |
| 25 | Richard K. Zimmerman, *Helping patients with ethical concerns about COVID-19 vaccines in light of fetal cell lines used in some COVID-19 vaccines*, 39 VACCINE 4242–4244 (2021). (FN58) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 26 | Supplemental Affidavit of Deba Jennefer Thal Jonas (ECF No. 38 at 1-4) |
| 27 | September 9, 2021 Email from HelpHub to David Sambrano |
| 28 | United Airlines' employee website as of October 5, 2021, labeled Covid-19 Vaccination: Religious Accommodation |
| 29 | Video Clip of Scott Kirby during United Town Hall |
| 30 | Kincannon – Email Link to United "COVID-19 Vaccination: Religious Accommodations" from United Website |
| 31 | Supplemental Declaration of Debra Jennefer Thal Jonas, attaching documents submitted during RAP |
| 32 | United: What to Expect When You Fly |

Listed below are all exhibits Defendant admitted during the Preliminary Injunction hearing held on October 13-14, 2021:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | United's COVID-19 Vaccination Policy dated Aug. 5, 2021 |
| 2 | United's COVID-19 Vaccination Policy dated Aug. 23, 2021 |
| 3 | Face Covering / Mask Policy dated Aug. 18, 2021 |
| 4 | Demonstrative Chart of Accommodation Requests |
| 5 | Spreadsheet of United Employees Who Received Remote Work as Accommodation as of Oct. 1, 2021 |
| 6 | Chart of United Costs Related to COVID-19 Insurance Claims |
| 7 | Email Sent to Employees Requesting a Reasonable Accommodation dated Sept. 9, 2021 |
| 8 | Explanation of Medical Accommodations, Available on Help Hub |
| 9 | Explanation of Religious Accommodations, Available on Help Hub |
| 10 | Pilot Bulletin No. 21-273 Regarding "Face Mask Requirements and Eye Protection Guidance" Effective Sept. 30 – Dec. 31, 2021 |
| 11 | SRA Regarding Usage of Facemasks |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 12 | Employee Vaccine Postcard dated Aug. 30, 2021 |
| 13 | OSHA Complaint No. 1818391 |
| 14 | Expert Report of Dr. Carlos Del Rio dated Oct. 5, 2021 |
| 15 | CV of Professor Shane Crotty dated Oct. 2, 2021 |
| 16 | Declaration of Shane Crotty[1] |
| 17 | Declaration of Kirk Limacher |
| 18 | Supplemental Declaration of Kirk Limacher |
| 19 | David Sambrano Flight Schedules, Jan. 1, 2018-present |
| 20 | Genise Kincannon Flight Schedules, Jan. 1, 2018-present |
| 21 | Seth Turnbough Flight Schedules, Jan 1, 2016-present |
| 22 | Seth Turnbough Sept. 2021 Pay Register |
| 23 | David Lockwood Vaccination Card dated Sept. 2, 2021 |
| 24 | Letter to Employees on Leaves of Absence |
| 25 | Letter to Employees on Leaves of Absence FA&Pilot |
| 26 | Reasonable Accommodations Notifications Language as of Sept. 26, 2021 |
| 27 | Reasonable Accommodations Vaccine Notifications |
| 28 | *Basics of COVID-19*, Centers for Disease Control and Prevention (May 24, 2021), https://www.cdc.gov/coronavirus/2019-ncov/your-health/about-covid-19/basics-covid-19.html |
| 29 | *Delta Variant: What We Know About the Science*, Centers for DiseaseControl and Prevention (Aug. 26, 2021), https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html |
| 30 | *Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination— Kentucky, May–June 2021*, Centers for Disease Control and Prevention(Aug. 13, 2021), at https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm |
| 31 | *SARS-CoV-2 Infections and Hospitalizations Among Persons Aged ≥16Years, by Vaccination Status — Los Angeles County, California, May 1–July25, 2021*, Centers for Disease Control and |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
|  | Prevention (Aug. 27, 2021), at https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e5.htm |
| 32 | *Transcript of March 27, 2020 Outreach Webinar*, U.S. Equal EmploymentOpportunity Commission (Mar. 27, 2020), at https://www.eeoc.gov/transcript-march-27-2020-outreach-webinar#q1 |

October 18, 2021

    Respectfully submitted,

    */s/ Robert C. Wiegand*
    Robert C. Wiegand
    Texas Bar No. 00791924
    bob.wiegand@swolegal.com
    Melissa J. Swindle
    Texas Bar No. 24013600
    Melissa.swindle@swolegal.com
    Stewart Wiegand & Owens PC
    325 N. St. Paul Street, Suite 3750
    Dallas, TX 75201
    Telephone: (469) 899-9800
    Facsimile: (469) 899-9810

    *Counsel for Plaintiffs and the Proposed Class*

    And

    */s/ Russell D. Cawyer*
    Russell D. Cawyer
    State Bar No. 00793482
    Kelly Hart & Hallman LLP
    201 Main St., Ste. 2500
    Fort Worth, Texas 76102
    Telephone: (817) 878-3562
    Facsimile: (817) 335-2820
    Email: russell.cawyer@kellyhart.com

    *Counsel for Defendant United Airlines, Inc.*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record.

*/s/ Robert C. Wiegand*
Robert C. Wiegand
