IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Civil Action No.<br><br>4:21-CV-01074-P |

## APPENDIX OF DEFENDANT'S EXHIBITS

NOW COMES, Defendant United Airlines, Inc. and files this Appendix of Exhibits offered and admitted into evidence at the October 13-14, 2021 evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction.

| Exhibit No. | Exhibit |
|---|---|
| 1 | United's COVID-19 Vaccination Policy dated Aug. 5, 2021 |
| 2 | United's COVID-19 Vaccination Policy dated Aug. 23, 2021 |
| 3 | Face Covering / Mask Policy dated Aug. 18, 2021 |
| 4 | Demonstrative Chart of Accommodation Requests |
| 5 | Spreadsheet of United Employees Who Received Remote Work as Accommodation as of Oct. 1, 2021 |
| 6 | Chart of United Costs Related to COVID-19 Insurance Claims |
| 7 | Email Sent to Employees Requesting a Reasonable Accommodation dated Sept. 9, 2021 |
| 8 | Explanation of Medical Accommodations, Available on Help Hub |
| 9 | Explanation of Religious Accommodations, Available on Help Hub |

| Exhibit No. | Exhibit |
|---|---|
| 10 | Pilot Bulletin No. 21-273 Regarding "Face Mask Requirements and Eye Protection Guidance" Effective Sept. 30 – Dec. 31, 2021 |
| 11 | SRA Regarding Usage of Facemasks |
| 12 | Employee Vaccine Postcard dated Aug. 30, 2021 |
| 13 | OSHA Complaint No. 1818391 |
| 14 | Expert Report of Dr. Carlos Del Rio dated Oct. 5, 2021 |
| 15 | CV of Professor Shane Crotty dated Oct. 2, 2021 |
| 16 | Declaration of Shane Crotty[1] |
| 17 | Declaration of Kirk Limacher |
| 18 | Supplemental Declaration of Kirk Limacher |
| 19 | David Sambrano Flight Schedules, Jan. 1, 2018-present |
| 20 | Genise Kincannon Flight Schedules, Jan. 1, 2018-present |
| 21 | Seth Turnbough Flight Schedules, Jan 1, 2016-present |
| 22 | Seth Turnbough Sept. 2021 Pay Register |
| 23 | David Lockwood Vaccination Card dated Sept. 2, 2021 |
| 24 | Letter to Employees on Leaves of Absence |
| 25 | Letter to Employees on Leaves of Absence FA&Pilot |
| 26 | Reasonable Accommodations Notifications Language as of Sept. 26, 2021 |
| 27 | Reasonable Accommodations Vaccine Notifications |
| 28 | *Basics of COVID-19*, Centers for Disease Control and Prevention (May 24, 2021), https://www.cdc.gov/coronavirus/2019-ncov/your-health/about-covid-19/basics-covid-19.html |
| 29 | *Delta Variant: What We Know About the Science*, Centers for Disease Control and Prevention (Aug. 26, 2021), https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html |

| Exhibit No. | Exhibit |
|---|---|
| 30 | *Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination — Kentucky, May–June 2021*, Centers for Disease Control and Prevention (Aug. 13, 2021), at https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm |
| 31 | *SARS-CoV-2 Infections and Hospitalizations Among Persons Aged ≥16 Years, by Vaccination Status — Los Angeles County, California, May 1–July 25, 2021*, Centers for Disease Control and Prevention (Aug. 27, 2021), at https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e5.htm |
| 32 | *Transcript of March 27, 2020 Outreach Webinar*, U.S. Equal Employment Opportunity Commission (Mar. 27, 2020), at https://www.eeoc.gov/transcript-march-27-2020-outreach-webinar#q1 |

Respectfully submitted,

    */s/ Jordan M. Matthews*
Jordan M. Matthews
IL Bar No. 6300503
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: jmatthews@jonesday.com

Donald J. Munro
D.C. Bar No. 453600
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: dmunro@jonesday.com

Alexander V. Maugeri
NY Bar No. 5062666
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3880
Facsimile: (212) 755-7306
Email: amaugeri@jonesday.com

>Russell D. Cawyer
>State Bar No. 00793482
>**KELLY HART & HALLMAN LLP**
>201 Main St., Ste. 2500
>Fort Worth, Texas  76102
>(817) 878-3562 (telephone)
>(817) 335-2820 (facsimile)
>Email: russell.cawyer@kellyhart.com
>
>**ATTORNEYS FOR DEFENDANT**
>**UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

On October 18, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>_/s/ Jordan M. Matthews_
>Jordan M. Matthews