UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

   Plaintiffs,

v.                                           No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

   Defendant.

## ORDER

    Before the Court is Plaintiffs' Motion for Stay of District Court Proceedings ("Motion"), filed December 6, 2021. ECF No. 123. Plaintiffs' Motion requests that "the Court stay all pending district court deadlines until 21 days after the Fifth Circuit resolves Plaintiffs pending appeal." *Id.* at 3. The certificate of conference attached to the Motion states that Defendant is opposed to the relief requested. *Id.* at 6.

    Because the Court concludes that further briefing would assist it in resolving the Motion, the Court **ORDERS** Defendant to file a response to the Motion that states Defendant's grounds for its opposition to the same, with a 5-page limit, by **December 8, 2021**, at **5:00 p.m.**

    **SO ORDERED** on this **6th day** of **December, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE