UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

  Plaintiffs,

v.                                                     No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

### ORDER

Before the Court is Plaintiffs' Motion for Stay of District Court Proceedings ("Motion"), filed December 6, 2021. ECF No. 123. Having considered the arguments of counsel, the Court concludes that the Motion will be **GRANTED in part**.

Plaintiffs' Motion requests that "the Court stay all pending district court deadlines until 21 days after the Fifth Circuit resolves Plaintiffs' pending appeal." *Id.* at 3. The Court concludes that staying proceedings during appeal will promote judicial economy, especially as a decision from the Fifth Circuit may impact future proceedings before the Court.

Defendant's response persuasively argues, however, that Plaintiffs should be required to complete the briefing on their pending motion for class certification. ECF No. 126 at 4. Specifically, Defendant argues that if the Court were to grant the stay at this point in the proceedings, Plaintiffs would effectively receive an indefinite extension of time to file their reply brief. *Id.* To avoid this outcome, Plaintiffs will be required to file their reply in support of their Motion to Certify CPlass per the existing deadlines. *See* ECF No. 101. All other deadlines will be stayed.

The Motion for Stay of District Court Proceedings is accordingly **GRANTED in part**. Plaintiffs must timely file their reply in support of their Motion to Certify Class (ECF No. 101) in accordance with the existing deadline; all other deadlines in this proceeding are **STAYED** pending resolution of the ongoing appeal.

**SO ORDERED** on this **7th day** of **December, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2