UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID SAMBRANO ET AL.,

　　Plaintiffs,

v.                                                    No. 4:21-cv-1074-P

UNITED AIRLINES, INC.,

　　Defendant.

## ORDER

Before the Court are Plaintiffs' Motion for Class Certification (ECF No. 101), Motion for a Temporary Restraining Order (ECF No. 135), and Motion for a Preliminary Injunction (ECF No. 135). Having reviewed these Motions and related docket entries, and upon considering arguments of counsel at the Status Conference held September 15, 2022 (ECF No. 147), the Court **DENIES** each of the Motions. ECF Nos. 101, 135.

**SO ORDERED** on this **16th day** of **September 2022.**

_____

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE