IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID SAMBRANO, et al., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | § § § § § § § § § § § § | Civil Action No.<br><br>4:21-CV-01074-P |

**JOINT STATUS REPORT**

Pursuant to the Court's November 4, 2022 Order (ECF No. 151), Plaintiffs Sambrano, Castillo, Hamilton, Jonas, and Kincannon ("Plaintiffs") and Defendant United Airlines, Inc. ("United" or "Defendant") hereby submit the following Joint Status Report. The Parties have conferred and share the Court's desire for this case to move forward expeditiously now that the matter is back in front of the Court after eight months pending on interlocutory appeal.

Since the September 16, 2022 Status Conference, counsel for Plaintiffs have been working to obtain right to sue letters from the Equal Employment Opportunity Commission. Plaintiffs obtained right to sue letters for each of the Plaintiffs on September 30, 2022. However, while working on their amended complaint, Plaintiffs determined that they would also amend the complaint to include, at most, three additional plaintiffs. Accordingly, Plaintiffs' counsel have been working to obtain those right to sue letters as well. That process has also taken longer than Plaintiffs anticipated, but Plaintiffs expect to have those letters within the next couple of weeks (though the exact timing remains in the EEOC's hands). The parties agree that Plaintiffs will file their amended complaint no later than 14 days after receipt of the last right to sue letter for the

additional proposed Plaintiffs.

As the Parties stated in their September 7 joint status report, they will conduct a Rule 26 conference no later than fourteen days following Plaintiffs' filing their second amended complaint, and will then file a Rule 26 report ten days thereafter. The Parties will then be prepared to proceed with two months of class discovery and to move forward promptly with the case.

Dated: November 9, 2022          Respectfully submitted,

<div style="column-count:2">

  /s/ John C. Sullivan
John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

Robert C. Wiegand
Texas Bar No. 00791924
Melissa J. Swindle
Texas Bar No. 24013600
**STEWART WIEGAND & OWENS PC**
325 N. St. Paul Street, Suite 3750
Dallas, TX 75201
Telephone: (469) 899-9800
Facsimile: (469) 899-9810
bob.wiegand@swolegal.com
melissa.swindle@swolegal.com

Mark R. Paoletta (*Pro Hac Vice*)
D.C. Bar No. 422746
Gene C. Schaerr (*Pro Hac Vice*)
D.C. Bar No. 416368
Brian J. Field (*Pro Hac Vice*)
D.C. Bar No. 985577
Kenneth A. Klukowski (*Pro Hac Vice*)
D.C. Bar No. 1046093
Annika M. Boone (*Pro Hac Vice*)
Utah Bar No. 17176
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
mpaoletta@schaerr-jaffe.com
gschaerr@schaerr-jaffe.com
bfield@schaerr-jaffe.com

**COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS**

  /s/ Russell D. Cawyer
Donald J. Munro
D.C. Bar No. 453600
Hashim M. Mooppan
D.C. Bar No. 981758
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
dmunro@jonesday.com
hmmooppan@jonesday.com

Russell D. Cawyer
Texas Bar No. 00793482
**KELLY HART & HALLMAN LLP**
201 Main St., Ste. 2500
Fort Worth, Texas 76102
(817) 878-3562 (telephone)
(817) 335-2820 (facsimile)
russell.cawyer@kellyhart.com

Jordan M. Matthews (*Pro Hac Vice*)
Illinois Bar No. 6300503
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
jmatthews@jonesday.com

Alexander V. Maugeri (*Pro Hac Vice*)
New York Bar No. 5062666
**JONES DAY**
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3880
Facsimile: (212) 755-7306
amaugeri@jonesday.com

**ATTORNEYS FOR DEFENDANT UNITED AIRLINES, INC.**

</div>