UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                      No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

# ORDER

Before the Court is the parties proposed scheduling order. ECF No. 158. The Court hereby **SETS** the proposed scheduling order for a hearing at **2:00 p.m.** on **March 23, 2023,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W 10th St., Fort Worth, Texas, 76102. Counsel for all parties are **ORDERED** to attend. Counsel should be prepared to discuss the proposed scheduling order, class certification, and all pending matters before the Court in this case.

**SO ORDERED** on this **2nd day** of **March 2023**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE