UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

D{.smallcaps}AVID S{.smallcaps}AMBRANO ET AL.,

   Plaintiffs,

v.                        No. 4:21-cv-1074-P

U{.smallcaps}NITED A{.smallcaps}IRLINES I{.smallcaps}NC.,

   Defendant.

## ORDER REGARDING CLASS CERTIFICATION AND DISCOVERY

The Court, having reviewed submissions by the Parties and considered the Parties' proposals at the most recent status conference in this case held March 23, 2023, establishes the following schedule for a phase of class discovery and certification in this case:

1. Class certification discovery shall be completed on or before August 24, 2023.
2. Plaintiffs' initial designation of class discovery experts shall be filed on or before April 10, 2023.
3. Defendant's responsive designation of class certification experts shall be filed by April 24, 2023.
4. The Parties shall be limited to 14 depositions per side, exclusive of any depositions of the Parties' designated experts.
5. Each deposition shall be limited to 7 hours duration on the record.
6. Plaintiffs' opening brief in support of class certification shall be filed on or before September 23, 2023.
7. Defendant's brief in opposition to class discovery shall be filed on or before October 23, 2023.
8. If necessary, Plaintiffs' reply brief shall be filed on or before November 6, 2023.

The Court will set a class certification hearing, if necessary, after reviewing the Parties' briefs and pleadings.

The Court will request that the Parties submit to an additional round of mediation to be completed forty-five (45) days after the Court's ruling on class certification.

The Court will also request that, if appropriate, the Parties submit another joint proposed scheduling order after the Court's ruling on class certification regarding discovery on the merits of the case, amending pleadings, amending any class orders, designating experts, and setting a date for trial.

**SO ORDERED** on this **27th day of March 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE