UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

   Plaintiffs,

v.                                               No. 4:21-cv-1074-P

**UNITED AIRLINES INC,**

   Defendant.

### ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Before the Court is the Parties' Joint Motion to Extend the briefing schedule for Defendant United Airlines' Partial Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 166). Having considered the Motion, the Court has concluded that it should be and is hereby **GRANTED.**

The deadline for Plaintiffs' response to Defendant's Motion is extended to April 24, 2023, and the deadline for Defendant's reply is extended to May 30, 2023.

**SO ORDERED** on this **31st day of March 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE