IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID SAMBRANO, et al., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br><br>4:21-CV-01074-P |

## DEFENDANT'S DESIGNATION OF CLASS CERTIFICATION EXPERTS

Defendant United Airlines, Inc. ("Defendant" and/or "United") makes the following disclosures pursuant to the Court's March 27, 2023 Order Regarding Class Certification and Discovery. [Clerk's Dkt No. 164]

    Donald R. Deere, Ph.D.
    Senior Consultant
    Charles River Associates
    Galleria Tower, Suite 700
    1716 Briarcrest Drive
    Bryan, Texas  77802-2751
    (979) 691-0704

Dr. Deere may submit a written expert report concerning issues related to class certification pertaining to backpay and/or damages calculations.  Dr. Deere has a Ph.D. in Economics from Massachusetts Institute of Technology and a BS in Economics from Texas A&M University. In 2007, Dr. Deere retired from the tenured faculty of the Department of Economics at Texas A&M University, where he taught courses in labor economics, economic principles, and public finance.

Any written report, prepared and signed by Dr. Deere and containing the information required by Rule 26(a)(2)(B)(i)-(vi), will be served on all parties of record once the report is

completed.  Any such report will be completed once Plaintiffs fully respond to United's written discovery and the depositions of the named plaintiffs are completed.

Dated: April 24, 2023

Respectfully submitted,

      */s/ Russell D. Cawyer*
Russell D. Cawyer
Texas Bar No. 00793482
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: +1.817.878.3562
Facsimile: +1.817.335.2820
Email: russell.cawyer@kellyhart.com

Donald J. Munro
D.C. Bar No. 453600
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626-1700
Email: dmunro@jonesday.com

Jordan M. Matthews
IL Bar No. 6300503
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
Email: jmatthews@jonesday.com

Alexander V. Maugeri
NY Bar No. 5062666
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: +1.212.326.3939
Facsimile: +1.212.755.7306
Email: amaugeri@jonesday.com

**ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via e-mail to all counsel of record this 24th day of April, 2023:

| | |
|---|---|
| John C. Sullivan | Mark R. Paoletta |
| Austin Nimocks | Gene C. Schaerr |
| SL Law, PLLC | Brian J. Field |
| 610 Uptown Blvd., Ste. 2000 | Kenneth A. Klukowski |
| Cedar Hill, Texas 75104 | Joshua James Prince |
| john.sullivan@the-sl-lawfirm.com | Annika M. Boone |
| austin.nimocks@the-sl-lawfirm.com | Schaerr Jaffe, LLP |
| | 1717 K Street NW, Ste. 900 |
| | Washington, D.C. 20006 |
| | mpaoletta@schaerr-jaffe.com |
| | gschaerr@schaerr-jaffe.com |
| | bfield@schaerr-jaffe.com |
| | kklukowski@schaerr-jaffe.com |
| | jprince@schaerr-jaffe.com |
| | aboone@schaerr-jaffe.com |

                                                */s/ Russell D. Cawyer*
                                           Russell D. Cawyer