UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID SAMBRANO ET AL.,

  Plaintiffs,

v.                            No. 4:21-cv-1074-P

UNITED AIRLINES, INC.,

  Defendant.

## ORDER

    Before the Court is Defendant's Motion to Compel Production of Documents. ECF No. 171. Having reviewed the Motion and Plaintiffs' Notice to Clarify the Record (ECF No. 173), the Court concludes that the Parties should be given a final opportunity to resolve this dispute without the Court's intervention. The Court therefore **ORDERS** that Defendant's Motion to Compel and any amended motion filed in accordance with this Order ought to be and are hereby **REFERRED** to United States Magistrate Judge Jeffrey L. Cureton for consideration. *See* 28 U.S.C. § 636(b)(1)(A).

    The Parties are directed to *Dondi Properties Corp. v. Commerce Savings and Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988). That opinion sets forth standards of conduct for counsel to follow throughout litigation. Particularly relevant here is that "[parties] should make reasonable efforts to conduct all discovery by agreement." *Dondi Properties Corp.*, 121 F.R.D. at 293. The Court cautions the Parties that it does not take discovery disputes lightly, particularly given the Parties' assurances in the most recent status conference that discovery disputes would be kept minimal in this case. If final resolution by the Court is necessary, the Court will sanction any party who the Court finds has conducted discovery unreasonably, in bad faith, or otherwise not in compliance with applicable rules or *Dondi*.

The Parties are hereby **ORDERED** to confer face-to-face and make a good-faith effort to resolve this dispute between themselves. If the Parties are able to completely resolve this dispute, Defendant shall notify the Court in writing as soon as possible, but no later than **May 30, 2023**, and the Motion shall be rendered moot.

If the Parties are able to resolve part, but not all, of their dispute, Defendant must file an amended motion as to the remaining disputed matters no later than **May 30, 2023.**

If the Parties are unable to resolve any portion of their dispute, Plaintiffs shall file a response to Defendant's Motion no later than **May 30, 2023**. Any reply to Plaintiffs' response must be filed in accordance with Rule 7.1(f) of the Local Rules of this Court.

**SO ORDERED** on this **16th day of May 2023.**

_[signature: Mark T. Pittman]_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE