UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

D AVID S AMBRANO ET AL .,

   Plaintiffs,

v.                              No. 4:21-cv-1074-P

U NITED A IRLINES I NC .,

   Defendant.

### ORDER REGARDING CLASS CERTIFICATION AND DISCOVERY

Before the Court is Defendant's Motion to Extend the Parties' Class Discovery and Certification briefing deadlines (ECF No. 191). Having considered the Motion, the Court concludes that it is **GRANTED.**

The Court further **ORDERS** that the discovery and briefing deadlines shall be as follows:

1. Class Certification Discovery shall be completed **on or before October 6, 2023.**
2. The Parties shall transmit their final document production **on or before August 31, 2023.**
3. Plaintiffs' opening brief in support of class certification shall be filed **on or before November 6, 2023.**
4. Defendant's response in opposition to class certification shall be filed **on or before December 4, 2023.**
5. Plaintiffs' reply shall be filed **on or before December 18, 2023.**

**SO ORDERED** on this **10th day of July 2023.**

*[Signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE