IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **DAVID SAMBRANO, ET AL.** | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-1074-P |
| | § |
| **UNITED AIRLINES INC.** | § |

**ORDER SETTING HEARING ON DEFENDANT'S AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pending before the Court is Defendant's Amended Motion to Compel Production of Documents [doc. 175], filed May 30, 2023. After carefully considering this matter, the Court finds that a hearing is necessary on this motion.

The Court notes that, prior to the hearing, the "[parties] should [again] make reasonable efforts to conduct all discovery by agreement." *Dondi Properties Corp. v. Commerce Savings & Loan Ass'n*, 121 F.R.D. 284, 293 (N.D. Tex. 1988) (en banc). **The Court cautions the parties that it does not take discovery disputes lightly, and, if a final resolution by the Court is necessary, sanctions will be imposed upon any party conducting or opposing discovery unreasonably, in bad faith, or otherwise not in compliance with the rules or *Dondi*. The Court strongly suggests that all parties read *Heller v. City of Dallas*, 303 F.R.D. 466 (N.D. Tex. 2014) and be aware that this Court will follow the guidance set forth therein in ruling on Defendant's motion.**

1

Based on the foregoing, it is **ORDERED** that hearing will be held on Defendant's Amended Motion to Compel Production of Documents [doc. 175] **at 10:00 a.m. on Thursday, August 10, 2023,** in Judge Cureton's Courtroom on the 5th Floor, Room 508 of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Fort Worth, Texas, 76102**.**

SIGNED July 21, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE