IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID SAMBRANO, et al., individually, and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:21-CV-01074-P |
| v. | § § § | |
| UNITED AIRLINES, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Hearing on Defendant's Amended Motion to Compel Production of Documents (ECF No. 194). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

It is therefore ORDERED that the hearing on Defendant's Amended Motion to Compel the Production of Documents (ECF No. 175) that was previously scheduled for August 10, 2023 is **RESET** to August 30, 2023 at _____ \_\_.m. in Judge Cureton's Courtroom on the 5th Floor, Room 508 of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Fort Worth, Texas, 76102**.**

SO ORDERED on this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE