UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

   Plaintiffs,

v.                                            No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

   Defendant.

# ORDER

Having considered the record in this case, the applicable law, and the age of this matter, the Court **ORDERS** that the class certification discovery and briefing deadlines shall be **RESET** as follows:

1. Class certification discovery shall be completed **on or before October 6, 2023.**
2. The Parties shall transmit their final document production **on or before September 7**, **2023.**
3. Plaintiff's opening brief in support of class certification shall be filed **on or before October 27, 2023.**
4. Defendant's response in opposition to class certification shall be filed **on or before November 10, 2023.**
5. Plaintiff's reply shall be filed **on or before November 17, 2023.**

Likewise, in light of the Fifth Circuit's recent decision in *Hamilton v. Dallas County*, the Court has serious concerns regarding the merit of a motion to dismiss this case for failure to state a claim. However, to the extent Defendant intends to file a renewed motion to dismiss on any basis, the Court further **ORDERS** that the parties' briefing deadlines shall be as follows:

1. Defendant's motion to dismiss shall be filed **on or before September 13, 2023.**
2. Plaintiff's response to Defendant's motion to dismiss shall be filed **on or before September 25, 2023.**
3. Defendant's reply shall be filed **on or before October 2, 2023.**

To further streamline this litigation, if Defendant files a renewed motion to dismiss on any basis, the parties are hereby **ORDERED** to brief their respective positions on Plaintiffs' request for a permanent injunction—addressing the legal basis for either dismissing or maintaining Plaintiffs' request to enjoin a vaccination policy that is no longer in effect.

**SO ORDERED** on this **30th day of August 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE