UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

   Plaintiffs,

v.     No. 4:21-cv-01074-P

**UNITED AIRLINES INC,**

   Defendant.

### ORDER

The Court has considered and now **GRANTS** Patrick J. Beisell's (ECF No. 201) and Jonathan M. Linas' (ECF No. 202) applications for admission pro hac vice. The Clerk of Court shall deposit the application fee to the account of the non-appropriated fund of this Court.

Further, if the applicants have not already done so, they must register as an ECF user within two weeks of this order through the Court's website.[1]  Failure to do so may result in the revocation of pro hac vice status and the applicants' withdrawal from the case. *See* LR 5.1 and LCrR 49.2(g).

**SO ORDERED** on this **7th day of September 2023.**

*(signature)*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] At www.txnd.uscourts.gov under filing/electronic case files/ECF User Registration Form.