UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

   Plaintiffs,

v.                                             No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

   Defendant.

# ORDER

Before the Court is Plaintiffs' Motion to Extend the Discovery Schedule. ECF No. 203. Having considered the Motion, the Court concludes that it should be **GRANTED.**

The Court **ORDERS** that the discovery and briefing deadlines shall be as follows:

1. Class certification discovery shall be completed **on or before October 23, 2023.**
2. Plaintiff's opening brief in support of class certification shall be filed **on or before November 14, 2023.**
3. Defendant's response in opposition to class certification shall be filed **on or before November 28, 2023.**
4. Plaintiff's reply shall be filed **on or before December 5, 2023.**

Further, the Court reminds the parties that the Fort Worth Division of the Northern District of Texas has one of the busiest dockets in the country. The parties in this case assured the Court at their March 2023 status conference that they would not waste the Court's limited resources with unnecessary discovery disputes, and that they had developed an amicable working relationship. The fact that the attorneys in this case were unable to agree on the present motion shows otherwise.

The Court encourages the parties to reread *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, which states in relevant part: "[i]f a fellow member of the Bar makes a just request for cooperation, or seeks

scheduling accommodation, a lawyer will not arbitrarily or unreasonably withhold consent." 121 F.R.D. 284, 288 (N.D. Tex. 1988). Nor shall a lawyer, in requesting a scheduling accommodation, use the request as an opportunity for antagonism. *See id.* ("Effective advocacy does not require antagonistic or obnoxious behavior . . . .").

Accordingly, the Court puts the parties on notice that any further waste of its time and resources will result in sanctions as the Court deems appropriate.

**SO ORDERED** on this **8th day of September 2023.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE