UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

   Plaintiffs,

v.                                No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

   Defendant.

## ORDER

Before the Court is Defendant's Joint Motion for Modification of Scheduling Order. ECF No. 208. Having considered the Motion, the Court concludes that it is hereby **GRANTED.**[1]

The Court **ORDERS** that the discovery and briefing deadlines shall be as follows:

1. Class certification discovery shall be completed **on or before November 10, 2023.**
2. Plaintiff's opening brief in support of class certification shall be filed **on or before December 1, 2023.**
3. Defendant's response in opposition to class certification shall be filed **on or before December 15, 2023.**
4. Plaintiff's reply shall be filed **on or before December 22, 2023.**

**SO ORDERED** on this **15th day of September 2023.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] The Court is deeply concerned about the age of this case and the lack of progress toward a judicial or settled resolution. The COVID-19 pandemic has passed and the issues in this case have been narrowed with guidance from the Fifth Circuit. As a result, no further extensions or continuances are expected to be granted absent extraordinary circumstances.