UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>UNITED AIRLINES, INC.,<br><br>*Defendant.* | Civil Action No.: 4:21-01074-P |

**APPENDIX IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANT'S RENEWED MOTION FOR PARTIAL DISMISSAL
OF THE SECOND AMENDED COMPLAINT**

Plaintiffs file this Appendix in Support of Plaintiffs' Opposition to Defendant's Renewed Motion for Partial Dismissal of the Second Amended Complaint and, in support thereof, show the Court as follows:

**APPENDIX**

| EXHIBIT NO. | DESCRIPTION | APP. RANGE |
|---|---|---|
| 1 | David Castillo, EEOC Activity Log, Oct. 25, 2022–Oct. 18, 2022, Bates #'s: UNITED_SAMBRANO_00001879—00001888 | 1 – 10 |

September 25, 2023

Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
David Austin R. Nimocks
Texas Bar No. 24002695
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

                                                            */s/ Mark R. Paoletta*
                                                            Mark R. Paoletta*
                                                            D.C. Bar No. 422746
                                                           Gene C. Schaerr*
                                                           D.C. Bar No. 416368
                                                           Brian J. Field*
                                                           D.C. Bar No. 985577
                                                           Cristina Martinez Squiers
                                                           Texas Bar No. 24093764
                                                           SCHAERR | JAFFE LLP
                                                           1717 K Street NW, Suite 900
                                                           Washington, DC 20006
                                                           Telephone: (202) 787-1060
                                                           Facsimile: (202) 776-0136
                                                           mpaoletta@schaerr-jaffe.com

                                                           *Admitted *pro hac vice*

                                                           *Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

     A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record.

                                                           */s/ Brian J. Field*
                                                           Brian J. Field

**Activity Log 450-2022-00302**

10/25/2022 14:57:44 CST
Downloaded Document. Type: Other Evidence Document, FileName:United R Call log.docx
Darren Fallas
10/25/2022 14:56:46 CST
Downloaded Document. Type: Position Statement, FileName:Non - Customer Facing Vaccine Position Statement.pdf
Darren Fallas
10/25/2022 14:56:42 CST
Downloaded Document. Type: Position Statement, FileName:Non - Customer Facing Vaccine Position Statement.pdf
Darren Fallas
10/25/2022 14:26:29 CST
Downloaded Document. Type: Correspondence with Respondent Contact, FileName:United Emails with R.zip
Darren Fallas
10/25/2022 14:26:12 CST
Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:covid19-vaccination-policy.pdf
Darren Fallas
10/25/2022 14:24:44 CST
Downloaded Document. Type: Respondent Response to RFI, FileName:Tech Ops.xlsx
Darren Fallas
10/25/2022 14:24:09 CST
Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-19 1647 Email from john.sullivanthe-sl-lawfirm.com re Castillo Signed Charge.msg
Darren Fallas
10/25/2022 14:23:22 CST
Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-20 1032 Email from EEOC re Castillo Signed Charge.msg
Darren Fallas
10/25/2022 14:22:59 CST
Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-20 1650 Email from john.sullivanthe-sl-lawfirm.com re Castillo Signed Charge.msg
Darren Fallas
10/25/2022 14:22:28 CST
Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-21 1156 Email from EEOC re Castillo Signed Charge.msg
Darren Fallas
10/25/2022 14:21:57 CST
Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Darren Fallas
10/25/2022 14:21:35 CST
Downloaded Document. Type: Charge of Discrimination, FileName:Castillo Signed Charge.pdf
Darren Fallas
10/25/2022 14:21:22 CST

**EX. 1: APP.1**
UNITED_SAMBRANO_00001879

Downloaded Document. Type: Notice of Charge, FileName:450-2022-00302_NoticeOfChargeOfDiscrimination.pdf
Darren Fallas
10/25/2022 14:21:08 CST
Downloaded Document. Type: Closure Notice/NRTS, FileName:David Castillo Closure Notice-NRTS.docx
Darren Fallas
10/25/2022 14:20:53 CST
Downloaded Document. Type: Closure Notice/NRTS, FileName:2022-09-30 Castillo v United Airlines Closure Notice-NRTS.pdf
Darren Fallas
10/25/2022 14:20:33 CST
Downloaded Document. Type: Investigative Memorandum , FileName:David Castillo v United 450-2022-00302 Summary.docx
Darren Fallas
10/25/2022 14:20:23 CST
Downloaded Document. Type: Investigative Memorandum , FileName:David Castillo v United 450-2022-00302 Summary.docx
Darren Fallas
10/25/2022 14:06:09 CST
Downloaded Document. Type: Correspondence with Respondent Contact, FileName:United Emails with R.zip
Darren Fallas
10/24/2022 10:18:35 CST
Uploaded Document. Type: Respondent Response to RFI, FileName:Tech Ops.xlsx
Seth Sinclair
10/24/2022 10:12:17 CST
Uploaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:covid19-vaccination-policy.pdf
Seth Sinclair
10/24/2022 10:11:05 CST
Uploaded Document. Type: Other Evidence Document, FileName:United R Call log.docx
Seth Sinclair
10/24/2022 10:09:46 CST
Uploaded Document. Type: Correspondence with Respondent Contact, FileName:United Emails with R.zip
Seth Sinclair
10/18/2022 17:12:27 CST
FOIA Request 440-2023-000477 denied
Foia User
10/12/2022 13:31:10 CST
FOIA Request 440-2023-000477 received.
Foia User
10/12/2022 13:25:39 CST
FOIA Request 440-2023-000476 received.
Foia User
10/4/2022 20:41:50 CST
The Charging Party Legal Representative has Downloaded Document. Type: Closure Notice/NRTS, FileName:2022-09-30 Castillo v United Airlines Closure Notice-NRTS.pdf

**EX. 1: APP.2**
**UNITED_SAMBRANO_00001880**

Publicportal User
10/2/2022 12:34:31 CST
The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2022-09-30 Castillo v United Airlines Closure Notice-NRTS.pdf
Publicportal User
10/2/2022 12:33:44 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
10/2/2022 12:33:41 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
10/2/2022 12:33:39 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
10/2/2022 12:27:54 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
10/2/2022 12:26:05 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
10/2/2022 12:24:44 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
10/2/2022 12:24:34 CST
The Charging Party has Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Publicportal User
9/30/2022 19:19:18 CST
Downloaded Document. Type: Closure Notice/NRTS, FileName:2022-09-30 Castillo v United Airlines Closure Notice-NRTS.pdf
Respondentportal User
9/30/2022 19:19:09 CST
EEOC has completed the investigation of this charge. Please review the Notice of Right to Sue for details.
Respondentportal User
9/30/2022 19:19:06 CST
Respondent logged in
Respondentportal User
9/30/2022 16:21:15 CST
Case status changed from Charge filed to Charge Closed.
Jennifer Garcia
9/30/2022 16:21:15 CST
Case moved to CLOSED stage.

**EX. 1: APP.3**

UNITED_SAMBRANO_00001881

Jennifer Garcia
9/30/2022 16:21:15 CST
Charge has been closed with reason NRTS Request <180 days.
Jennifer Garcia
9/30/2022 16:21:15 CST
Closure Supervisor review approved.
Jennifer Garcia
9/30/2022 16:20:27 CST
Emailed Megan Detzner at megan.detzner@united.com that a new document is available to download.
Arcapp User
9/30/2022 16:20:27 CST
Emailed John C Sullivan at john.sullivan@the-sl-lawfirm.com that a new document is available to download.
Arcapp User
9/30/2022 16:20:27 CST
Emailed Mr. David M. Castillo at davidmichaelcastillo1967@gmail.com that a new document is available to download.
Arcapp User
9/30/2022 16:20:27 CST
Closure Notice/NRTS (2022-09-30 Castillo v United Airlines Closure Notice-NRTS.pdf) released
Jennifer Garcia
9/30/2022 16:19:47 CST
Uploaded Document. Type: Closure Notice/NRTS, FileName:2022-09-30 Castillo v United Airlines Closure Notice-NRTS.pdf
Jennifer Garcia
9/30/2022 16:18:44 CST
David Castillo Closure Notice-NRTS.docx Document Is Disclosable changed to false
Jennifer Garcia
9/30/2022 16:11:50 CST
Downloaded Document. Type: Closure Notice/NRTS, FileName:David Castillo Closure Notice-NRTS.docx
Jennifer Garcia
9/30/2022 16:11:27 CST
Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
Jennifer Garcia
9/30/2022 16:11:10 CST
Charge assignee Jennifer Garcia (OAA) viewed charge details.
Jennifer Garcia
9/30/2022 16:11:09 CST
Assigned Jennifer Garcia (OAA)
Jennifer Garcia
9/28/2022 08:37:44 CST
Assigned to Jennifer Garcia for Supervisor Closure review
PATRICIA JARAMILLO
9/28/2022 08:37:11 CST
Downloaded Document. Type: Investigative Memorandum , FileName:David Castillo v United 450-2022-00302 Summary.docx
PATRICIA JARAMILLO

9/28/2022 08:36:50 CST
Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
PATRICIA JARAMILLO
9/27/2022 16:13:20 CST
Assigned to PATRICIA JARAMILLO for Supervisor Closure review
JENNA STETTER
9/27/2022 16:13:09 CST
Supporting Details for recommended charge closure added: NRTS Request
JENNA STETTER
9/27/2022 16:13:09 CST
Charge recommended for NRTS Request <180 days closure.
JENNA STETTER
9/27/2022 16:12:51 CST
Title VII Religion-Other-Religion Reasonable Accommodation closed with NRTS Request <180 days
JENNA STETTER
9/27/2022 15:19:51 CST
Emailed John C Sullivan at john.sullivan@the-sl-lawfirm.com that a new document is available to download.
Arcapp User
9/27/2022 15:19:51 CST
Emailed Mr. David M. Castillo at davidmichaelcastillo1967@gmail.com that a new document is available to download.
Arcapp User
9/27/2022 15:19:51 CST
Uploaded Document. Type: Position Statement, FileName:Non - Customer Facing Vaccine Position Statement.pdf
JENNA STETTER
9/27/2022 15:19:24 CST
Uploaded Document. Type: Closure Notice/NRTS, FileName:David Castillo Closure Notice-NRTS.docx
JENNA STETTER
9/27/2022 15:11:39 CST
Generated Document. Type: Closure Notice/NRTS, FileName:450-2022-00302_Closure Notice/NRTS.docx
JENNA STETTER
9/27/2022 15:10:42 CST
Uploaded Document. Type: Investigative Memorandum , FileName:David Castillo v United 450-2022-00302 Summary.docx
JENNA STETTER
9/27/2022 10:52:50 CST
Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-21 1156 Email from EEOC re Castillo Signed Charge.msg
JENNA STETTER
9/27/2022 10:26:34 CST
Downloaded Document. Type: Charge of Discrimination, FileName:Castillo Signed Charge.pdf
JENNA STETTER
9/27/2022 10:26:15 CST

Downloaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
JENNA STETTER
9/27/2022 10:26:05 CST
Uploaded Document. Type: Request for Notice of Right to Sue, FileName:2022-9-16 Castillo, David Email from CPs Attorney Requesting NRTS.msg
JENNA STETTER
9/27/2022 10:25:11 CST
Charge assignee JENNA STETTER (INTERN FOR SYSTEMIC) viewed charge details.
JENNA STETTER
9/27/2022 09:02:00 CST
Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-21 1156 Email from EEOC re Castillo Signed Charge.msg
Seth Sinclair
9/27/2022 08:54:04 CST
Assigned JENNA STETTER (INTERN FOR SYSTEMIC)
Seth Sinclair
9/22/2022 12:11:31 CST
Downloaded Document. Type: Charge of Discrimination, FileName:Castillo Signed Charge.pdf
Respondentportal User
9/22/2022 12:10:56 CST
Downloaded Document. Type: Notice of Charge, FileName:450-2022-00302_NoticeOfChargeOfDiscrimination.pdf
Respondentportal User
9/22/2022 12:09:27 CST
Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by October 20, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information
Show Less       Respondentportal User
9/22/2022 12:09:23 CST
Respondent logged in
Respondentportal User
9/22/2022 12:08:31 CST
Respondent password changed
Respondentportal User
9/21/2022 11:59:07 CST
Uploaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-21 1156 Email from EEOC re Castillo Signed Charge.msg
Seth Sinclair
9/21/2022 11:59:05 CST
Uploaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-20 1650 Email from john.sullivanthe-sl-lawfirm.com re Castillo Signed Charge.msg
Seth Sinclair
9/20/2022 10:33:44 CST
Uploaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-20 1032 Email from EEOC re Castillo Signed Charge.msg

Seth Sinclair
9/20/2022 10:28:54 CST
Uploaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2022-09-19 1647 Email from john.sullivanthe-sl-lawfirm.com re Castillo Signed Charge.msg
Seth Sinclair
9/20/2022 10:28:01 CST
Emailed Megan Detzner at megan.detzner@united.com that charge has been perfected
Seth Sinclair
9/20/2022 10:28:00 CST
Uploaded Document. Type: Notice of Charge, FileName:450-2022-00302_NoticeOfChargeOfDiscrimination.pdf
Seth Sinclair
9/20/2022 10:27:58 CST
Generated Document. Type: Notice of Charge, FileName:450-2022-00302_NoticeOfChargeOfDiscrimination.pdf
Seth Sinclair
9/20/2022 10:27:57 CST
PCHP Supervisor review approved.
Seth Sinclair
9/20/2022 10:27:26 CST
Assigned to Seth Sinclair for Supervisor PCHP review
Seth Sinclair
9/20/2022 10:27:11 CST
Deleted Document. Type: Charge of Discrimination- Draft, FileName:450-2022-00302_ChargeOfDiscrimination-Draft.pdf, Reason:NA
Seth Sinclair
9/20/2022 10:27:10 CST
Emailed John C Sullivan at john.sullivan@the-sl-lawfirm.com that charge has been Filed
Seth Sinclair
9/20/2022 10:27:10 CST
Emailed Mr. David M. Castillo at davidmichaelcastillo1967@gmail.com that charge has been Filed
Seth Sinclair
9/20/2022 10:27:10 CST
Uploaded Document. Type: Charge of Discrimination, FileName:Castillo Signed Charge.pdf
Seth Sinclair
9/20/2022 10:27:10 CST
Dual filing notification sent to Illinois Department Of Human Rights
Seth Sinclair
9/20/2022 10:27:10 CST
Case status changed from Inquiry Submitted to Charge filed.
Seth Sinclair
9/20/2022 10:27:10 CST
A charge is formalized
Seth Sinclair
9/20/2022 10:04:45 CST
First Alleged Date for allegation Title VII Religion-Other-Religion Reasonable Accommodation changed
Seth Sinclair
9/20/2022 10:01:58 CST

Changed Deferral Office to: Illinois Department Of Human Rights
Seth Sinclair
9/20/2022 10:01:48 CST
Respondent zipCode changed to 60606
Seth Sinclair
9/20/2022 10:01:48 CST
Respondent naicsCode added as 48111
Seth Sinclair
9/20/2022 10:01:48 CST
Respondent county changed to Cook
Seth Sinclair
9/20/2022 10:01:48 CST
Respondent state changed to Illinois
Seth Sinclair
9/20/2022 10:01:48 CST
Respondent city changed to Chicago
Seth Sinclair
9/20/2022 10:01:48 CST
Respondent addressLine1 changed to 233 S Wacker Dr
Seth Sinclair
9/20/2022 09:44:30 CST
Allegation Title VII Religion-Other-Religion Reasonable Accommodation reopened
Seth Sinclair
9/19/2022 23:15:38 CST
Offline inquiry set as urgent.
Arcapp User
9/19/2022 13:19:22 CST
Contact with Charging Party Attorney record added
Seth Sinclair
9/19/2022 13:18:01 CST
Added Charging Party Legal Representative.
Seth Sinclair
9/19/2022 13:15:54 CST
Charge assignee Seth Sinclair (Lead Systemic Coordinator) viewed charge details.
Seth Sinclair
9/19/2022 13:15:54 CST
Seth Sinclair designated as the primary assignee
Seth Sinclair
9/19/2022 13:15:45 CST
Case status changed from Inquiry Closed to Inquiry Submitted.
Seth Sinclair
9/1/2022 10:03:38 CST
Patonia Rhule removed as the primary assignee
Arcapp User
6/10/2022 16:45:50 CST
Case status changed from Charge Prepared to Inquiry Closed.
Patonia Rhule
6/10/2022 16:45:50 CST

**EX. 1: APP.8**
UNITED_SAMBRANO_00001886

Inquiry has been closed with reason Charging Party failed to Respond.
Patonia Rhule
6/10/2022 16:45:50 CST
Title VII Religion-Other-Religion Reasonable Accommodation closed with Charging Party failed to Respond
Patonia Rhule
6/10/2022 16:45:36 CST
Closure note added. Type:Closure and Non-Disclosable:No.
Patonia Rhule
4/12/2022 15:45:20 CST
Contact with Charging Party record added
Patonia Rhule
4/12/2022 15:44:52 CST
Uploaded Document. Type: Charge of Discrimination- Draft, FileName:450-2022-00302_ChargeOfDiscrimination-Draft.pdf
Patonia Rhule
4/12/2022 15:44:48 CST
Generated Document. Type: Charge of Discrimination- Draft, FileName:450-2022-00302_ChargeOfDiscrimination-Draft.pdf
Patonia Rhule
4/12/2022 15:44:48 CST
Sent to Charging Party For Review
Patonia Rhule
4/12/2022 15:44:36 CST
First Alleged Date for allegation Title VII Religion-Other-Religion Reasonable Accommodation changed
Patonia Rhule
4/12/2022 15:44:23 CST
Allegation Title VII Religion-Other-Religion Reasonable Accommodation identified as a continuing action
Patonia Rhule
3/18/2022 12:49:43 CST
Patonia Rhule designated as the primary assignee
Rachel Harrison
3/18/2022 12:49:43 CST
Rachel Harrison removed as the primary assignee
Rachel Harrison
2/8/2022 13:03:54 CST
Viewed Online Inquiry Report Information
Rachel Harrison
1/25/2022 11:42:04 CST
Sent to Charging Party For Review
Rachel Harrison
1/21/2022 13:01:32 CST
[redacted (b)(6)]
Rachel Harrison
1/21/2022 13:01:32 CST
Added DCP:No DCP area currently identified
Rachel Harrison
1/21/2022 13:01:32 CST

**EX. 1: APP.9**
UNITED_SAMBRANO_00001887

Added SEP:Develops the law
Rachel Harrison
1/21/2022 13:01:32 CST
Added TOPIC:No Topic currently identified
Rachel Harrison
1/21/2022 13:01:32 CST
(b)(6) ████████████████████████████
Rachel Harrison
1/21/2022 13:01:32 CST
(b)(6) ████████████████████████████
Rachel Harrison
1/21/2022 13:01:32 CST
PCHP assess PCHP Assessment added.
Rachel Harrison
1/21/2022 13:01:32 CST
Processing category justification text is added as UA vaccine mandate
Rachel Harrison
1/21/2022 13:01:32 CST
(b)(6) ████████████████████████████
Rachel Harrison
1/19/2022 08:12:10 CST
Charge assignee Rachel Harrison (NA) viewed charge details.
Rachel Harrison
11/19/2021 23:00:00 CST
Transfer to Chicago District Office from Dallas District Office for Processing accepted
Suzanne Kotrosa
11/19/2021 23:00:00 CST
Transfer to Chicago District Office from Dallas District Office for Processing initiated
Suzanne Kotrosa
11/19/2021 23:00:00 CST
Case assigned to RACHEL HARRISON
Suzanne Kotrosa
11/4/2021 23:00:00 CST
Case assigned to Quida J. Black
Juan Munoz
10/18/2021 07:51:11 CST
PCP confirms Preservation of Evidence Notice.
davidmichaelcastillo1967@gmail.com-CP
10/18/2021 07:50:34 CST
Online inquiry submitted for Dallas District Office
davidmichaelcastillo1967@gmail.com-CP

**EX. 1: APP.10**

UNITED_SAMBRANO_00001888