UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                                      No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

# ORDER

On November 28, 2023, the Court ordered the Parties to submit supplemental briefing on or before December 7, 2023, regarding the timeliness of Plaintiffs Rains', Castillo's, and Medlin's EEOC charges. ECF No. 220. The Court hereby **EXTENDS** the deadline for submission of supplemental briefing. The Parties are **ORDERED** to submit supplemental briefing **on or before Friday, December 8, 2023 at 5:00pm CST.**

**SO ORDERED** on this **7th day of December 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE