UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

D{AVID} S{AMBRANO}, ET AL.,

  Plaintiffs,

v.                                                            No. 4:21-cv-1074-P

U{NITED} A{IRLINES}, I{NC}.,

  Defendant.

# ORDER

Before the Court is Plaintiffs' Consent Motion for Extension of Time. ECF No. 232. Having considered the Motion, the Court finds that the Motion should be and is hereby **GRANTED**.

Accordingly, the following schedule shall govern briefing on the motion for class certification:

1. Plaintiffs' motion for class certification shall be filed **on or before January 12, 2024.**
2. Defendant's opposition to Plaintiffs' motion for class certification shall be filed **on or before February 9, 2024.**
3. Plaintiffs' reply in support of motion for class certification shall be filed **on or before February 23, 2024.**

**ABSENT EXTRAORDINARY AND UNFORESEEN CIRCUMSTANCES, NO FURTHER CONTINUANCES WILL BE GRANTED.**[1]

**SO ORDERED** on this **20th day of December 2023.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATED DISTRICT JUDGE

---

[1] Although in the Court's observation, all the attorneys in this case have been admirable in their conduct and diligent in their efforts, it is only with very great reluctance that the Court grants this Motion. The ancient maxim "justice delayed is justice denied" continues to ring true. Lord William E. Gladstone *quoted in* H{ANDBOOK} {FOR} J{UDGES} 36 (Donald K. Carroll ed. 1967). The COVID-19 pandemic is behind us and the resulting employment actions being challenged have ceased. The timely resolution of this case will benefit everyone, including the Court.