IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID SAMBRANO, et al., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendant. | Civil Action No.<br><br>4:21-CV-01074-P |

**JOINT MOTION FOR LEAVE TO FILE
CLASS CERTIFICATION APPENDICES UNDER SEAL**

In connection with Plaintiffs' forthcoming Motion for Class Certification ("Plaintiffs' Class Certification Motion") and United's Opposition thereto, both parties will be submitting Appendices – containing various exhibits and deposition testimony – in support of their respective positions. In order to protect certain information that the parties agree is and should remain confidential, the parties jointly request leave to file those Appendices under seal, subject to the condition that redacted copies of each such Appendix will be filed on the public record within fourteen (14) days.

On May 1, 2023, the parties entered into a confidentiality agreement which permitted, among other things, either party to designate produced documents as confidential if they contain "confidential, proprietary, trade secret, or other sensitive information, as well as certain personally identifiable information (*e.g.*, social security numbers, dates of birth, home addresses, and/or personal phone numbers), private medical/health information, or other material that a producing party reasonably believes should remain confidential." *See* Exhibit A. United designated a number of the documents it produced as confidential.

1

The parties' agreement further provides that if a document is designated as confidential, a party that wishes to use the document in support of a filing shall notify the other party of its intent to do so, thereby allowing time to confer about the need for filing under seal. Pursuant to that provision, Plaintiffs notified United that they intend to use materials in support of their Motion for Class Certification that United designated as confidential. With limited exceptions, United has determined that it will not seek to seal many of these records.

Rather, the parties have conferred and agree that names and/or personal identifying information related to certain non-parties should be kept confidential at this stage of proceedings.[1] Good cause exists for doing so. Absent protection, the personal details of, for example, putative class members' medical and/or religious accommodation requests (and/or the disposition thereof) would be disclosed to the public.

Accordingly, in order to protect the privacy of putative class members, the parties jointly propose the following:

1. Plaintiffs will file the Appendix accompanying their Motion for Class Certification under seal on the date that their Motion is due.

2. On the same day, Plaintiffs will provide an unredacted copy of the Appendix to United and the parties will cooperate in redacting any personal identifying information in the Appendix documents based on a document-by-document, line-by-line review.

3. Within fourteen days of Plaintiffs' filing of the Motion for Class Certification, Plaintiffs will file a redacted Appendix on the public docket.

---

[1] Five putative class members were deposed during class certification discovery and were represented by counsel for the named Plaintiffs. The parties agree that the names of those individuals need not be kept confidential.

    4.      The same procedure and conditions shall be used when United files its Opposition to Class Certification.

The parties agree that this process will adequately protect the putative class members' privacy interests while ensuring that the public has access to all appropriate information. Thus, for these reasons, the parties respectfully request leave to file their Appendices in support of and in opposition to Plaintiffs' Class Certification Motion under seal pursuant to the parameters outlined above.

Dated: December 20, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ John C. Sullivan* | */s/ Donald J. Munro* |
| John C. Sullivan | Donald J. Munro |
| Texas Bar No. 24083920 | D.C. Bar No. 453600 |
| john.sullivan@the-sl-lawfirm.com | Email:dmunro@jonesday.com |
| **S\|L LAW PLLC** | **JONES DAY** |
| 610 Uptown Boulevard, Suite 2000 | 51 Louisiana Avenue, NW |
| Cedar Hill, TX 75104 | Washington, DC 20001 |
| Telephone: (469) 523-1351 | Telephone: (202) 879-3939 |
| Facsimile: (469) 613-0891 | Facsimile: (202) 626-1700 |
| | |
| Mark R. Paoletta (*Pro Hac Vice*) | Russell D. Cawyer |
| D.C. Bar No. 422746 | Texas Bar No. 00793482 |
| mpaoletta@schaerr-jaffe.com | **KELLY HART & HALLMAN LLP** |
| Gene C. Schaerr (*Pro Hac Vice*) | 201 Main St., Ste. 2500 |
| D.C. Bar No. 416368 | Fort Worth, Texas 76102 |
| Brian J. Field (*Pro Hac Vice*) | (817) 878-3562 (telephone) |
| D.C. Bar No. 985577 | (817) 335-2820 (facsimile) |
| Kenneth A. Klukowski (*Pro Hac Vice*) | russell.cawyer@kellyhart.com |
| D.C. Bar No. 1046093 | |
| Annika M. Boone (*Pro Hac Vice*) | Jordan M. Matthews (*Pro Hac Vice*) |
| Utah Bar No. 17176 | Illinois Bar No. 6300503 |
| **SCHAERR \| JAFFE LLP** | **JONES DAY** |
| 1717 K Street NW, Suite 900 | 110 N. Wacker Drive, Suite 4800 |
| Washington, DC 20006 | Chicago, Illinois 60606 |
| Telephone: (202) 787-1060 | Telephone: (312) 782-3939 |
| Facsimile: (202) 776-0136 | Facsimile: (312) 782-8585 |
| | Email: jmatthews@jonesday.com |
| **COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS** | **ATTORNEYS FOR DEFENDANT UNITED AIRLINES, INC.** |

## CERTIFICATE OF SERVICE

      On December 20, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      */s/ Russell D. Cawyer*
      Russell D. Cawyer