UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                                              No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

# ORDER

Before the Court is the Parties' Joint Motion for Leave to File Class Certification Appendices Under Seal. ECF No. 234. Having considered the Motion, the Court finds that the Motion should be and is hereby **GRANTED**.

**SO ORDERED** on this **21st day of December 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE