# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*,

*Plaintiffs,*

v.

UNITED AIRLINES, INC.,

*Defendant.*

Civil Action No.: 4:21-cv-01074-P

## REDACTED APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION VOLUME I OF III
## EXHIBITS 1–65; APP.1–365

Plaintiffs file this three-volume Redacted Appendix in Support of Plaintiffs' Motion for Class Certification and, in support thereof, show the Court as follows:

## APPENDIX INDEX

| EX. NO. | DESCRIPTION | APP. NOS. |
|---|---|---|
| | **VOLUME I, EXS. 1-65, APP. NOS. 1-365** | |
| 1 | Email from K. Hamilton to vaccine_job_loss@twc.texas.gov, *Violation of EO-GA40, United Airlines* (12/10/21), SAMB0000879 [redacted for personal information] | 1–2 |
| 2 | M&A Vaccine Town Hall (8/2021), UNITED_SAMBRANO_00080988–99 (Baylis Dep. Ex. 7) | 3–15 |
| 3 | Emails (10/2021-12/2021), UNITED_SAMBRANO_00145800–08 (Baylis Dep. Ex. 17) [redacted] | 16–25 |
| 4 | Emails (10/2021), UNITED_SAMBRANO_00081561–64 (Baylis Dep. Ex. 19) [redacted] | 26–30 |
| 5 | Emails (10/18–10/21/21), UNITED_SAMBRANO_00021041–45 (Baylis Dep. Ex. 20) [redacted] | 31–36 |
| 6 | Emails (10/18–10/21/21), UNITED_SAMBRANO_00022456–60 (Baylis Dep. Ex. 21) [redacted] | 37–42 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---|---|---|
| 7 | Emails (12/8–12/17/21), UNITED_SAMBRANO_00086415–17 (Baylis Dep. Ex. 23) | 43–46 |
| 8 | Emails (10/18/21), UNITED_SAMBRANO_00016321–22 (Baylis Dep. Ex. 24) | 47–49 |
| 9 | Emails (12/8/20), UNITED_SAMBRANO_00082498–99 (Gebo Dep. Ex. 1) | 50–52 |
| 10 | Emails (7/27/21), UNITED_SAMBRANO_00085400–02 (Gebo Dep. Ex. 8) | 53–56 |
| 11 | Emails (9/22/21), UNITED_SAMBRANO_00083926–27 (Gebo Dep. Ex. 18) | 57–59 |
| 12 | Emails (8/7–8/8/21), UNITED_SAMBRANO_00087000–01 (Gebo Dep. Ex. 19) | 60–62 |
| 13 | Emails (8/30–9/2/21), UNITED_SAMBRANO_00081135–37 (Gebo Dep. Ex. 23) [redacted] | 63–66 |
| 14 | Email from K. Limacher to K. Gebo (10/19/21), UNITED_SAMBRANO_00130113 (Gebo Dep. Ex. 30) | 67–68 |
| 15 | Emails (11/15/21), UNITED_SAMBRANO_00085828 (Gebo Dep. Ex. 32) [redacted] | 69–70 |
| 16 | Emails (9/29–9/30/21), UNITED_SAMBRANO_00141734–38 (Johnson Dep. Ex. 14) [redacted] | 71–76 |
| 17 | Email from S. Johnson to M. Kozak (10/1/21), UNITED_SAMBRANO_00088640 (Johnson Dep. Ex. 16) | 77–78 |
| 18 | Emails (10/18–10/20/21), UNITED_SAMBRANO_00139039–44 (Johnson Dep. Ex. 19) [redacted] | 79–85 |
| 19 | Emails (10/6/21), UNITED_SAMBRANO_00079194–97 (Limacher Indiv. Dep. Ex. 8) [redacted for personal information] | 86–90 |
| 20 | Email from J. Lucht to K. Limacher, *Vax post card* (9/16/21), UNITED_SAMBRANO_00083804 (Limacher Indiv. Dep. Ex. 11) | 91–92 |
| 21 | Email from S. Kirby to K. Limacher, *Re: Reasonable Accommodation <Our path forward>* (9/1/21), UNITED_SAMBRANO_00092894–97 (Limacher Indiv. Dep. Ex. 15) | 93–97 |
| 22 | Email from K. Limacher to K. Limacher, *OPEN ITEMS <KIRK OLD NOTES>* (10/8/21), UNITED_SAMBRANO_00082305–06 (Limacher Indiv. Dep. Ex. 18) | 98–100 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---------|-------------|-----------|
| 23 | Emails, *Early Retirement Under Duress* (9/28/21), UNITED_SAMBRANO_00087626–28 (Limacher Indiv. Dep. Ex. 19) [redacted] | 101–104 |
| 24 | Email from J. Vincenz to J. Catanzano, *Vincenz, Joan replied to a comment in "COVID RAP accommodation testing FAQ"* (10/15/21), UNITED_SAMBRANO_00091126–27 (Limacher Indiv. Dep. Ex. 22) | 105–107 |
| 25 | Emails (12/17–12/20/21), UNITED_SAMBRANO_00085829–31 (Limacher Indiv. Dep. Ex. 24) [redacted for personal information] | 108–111 |
| 26 | Leslie Josephs, *United Airlines CEO wants to make Covid vaccines mandatory for employees – and encourages other companies to do the same,* CNBC (Jan. 22, 2021) (Limacher 30(b)(6) Dep. Ex. 2) | 112–117 |
| 27 | Emails (5/11/21), UNITED_SAMBRANO_00009779–80 (Limacher 30(b)(6) Dep. Ex. 5) | 118–120 |
| 28 | Emails (9/7–9/8/21), UNITED_SAMBRANO_00078819–20 (Limacher 30(b)(6) Dep. Ex. 6) | 121–123 |
| 29 | Emails (10/25–10/26/21), UNITED_SAMBRANO_00079550 (Limacher 30(b)(6) Dep. Ex. 10) | 124–125 |
| 30 | Emails (8/10/21), UNITED_SAMBRANO_00087870–71 (Limacher 30(b)(6) Dep. Ex. 11) | 126–128 |
| 31 | Emails (9/1–9/2/21), UNITED_SAMBRANO_00138162–67 (Limacher 30(b)(6) Dep. Ex. 12) | 129–135 |
| 32 | United Airlines, *COVID-19 vaccine required for United employees* (8/6/21), UNITED_SAMBRANO_00087005–10 (Limacher 30(b)(6) Dep. Ex. 14) | 136–142 |
| 33 | Emails (8/9–8/13/21), UNITED_SAMBRANO_00089168–72 (Limacher 30(b)(6) Dep. Ex. 15) | 143–148 |
| 34 | Email to K. Limacher from HR Communication, *Leader preview: Vaccine reasonable accommodation update* (9/8/21), UNITED_SAMBRANO_00078620–21 (Limacher 30(b)(6) Ex. 17) | 149–151 |
| 35 | Emails from HR Communications to All Groups Personal & All Groups Medical, *Update on your request for reasonable accommodation* (9/8/[21]), UNITED_SAMBRANO_00090009–12 (Limacher 30(b)(6) Dep. Ex. 18) | 152–156 |
| 36 | Email from K. Limacher to K. Limacher (3/7/22), UNITED_SAMBRANO_00130028–29 (Limacher 30(b)(6) Ex. 19) | 157–159 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---------|-------------|-----------|
| 37 | Emails (1/12–1/19/22), UNITED_SAMBRANO_00087236–28 (Limacher 30(b)(6) Dep. Ex. 20) [redacted] | 160–163 |
| 38 | Email from HR Communication to N. Robb, *Preview: N95 or KN95 masks required* (9/29/21), UNITED_SAMBRANO_00017289–90 (Limacher 30(b)(6) Dep. Ex. 22) | 164–166 |
| 39 | Microsoft Teams Chats (9/10/21), UNITED_SAMBRANO_00118789–806 (Rivera Torres Dep. Ex. 28) [redacted] | 167–185 |
| 40 | Email from C. Lee to Staff Reps (8/13/21), UNITED_SAMBRANO_00009180–81 (Rivera Torres Dep. Ex. 29) | 186–188 |
| 41 | Microsoft Teams Chats (10/18/21), UNITED_SAMBRANO_00124503–10 (Rivera Torres Dep. Ex. 34) [redacted] | 189–197 |
| 42 | Kirk Limacher, *An update on our RAP employees,* Flying Together (3/10/22), UNITED_SAMBRANO_00000044–46 | 198–201 |
| 43 | Placeholder: Excel Spreadsheet, Copy of Total COVID RAP Requests, UNITED_SAMBRANO_00000080 *Due to size, document to be provided to the Court upon request. | 202 |
| 44 | HR Workforce Administration Case (Jarrad Rains), UNITED_SAMBRANO_00000353–62 | 203–213 |
| 45 | United Airlines, *Working Together Guidelines* (Aug. 2021), UNITED_SAMBRANO_00002672–2875 [excerpted] | 214–230 |
| 46 | Excel Spreadsheet, RAP Request Reasons, UNITED_SAMBRANO_00005455 *Due to size, document to be provided to the Court upon request. | 231 |
| 47 | United Airlines, *COVID-19 vaccine: Leader talking points* (Jan. 20, 2021), UNITED_SAMBRANO_00005627–30 | 232–236 |
| 48 | Emails (10/20–11/30/21), UNITED_SAMBRANO_00006227–29 | 237–240 |
| 49 | Emails (10/22–10/26/21), UNITED_SAMBRANO_00006727–28 | 241–243 |
| 50 | *COVID-19 RAP Process, Temporary/Partial/Permanent* (12/16/21), UNITED_SAMBRANO_00008869 | 244–257 |
| 51 | Emails (8/27/21), UNITED_SAMBRANO_00009946–47 | 258–260 |
| 52 | Excel Spreadsheet, RAP Reasons, UNITED_SAMBRANO_00010956 | 261 |
| 53 | Emails (10/22/21), UNITED_SAMBRANO_00010961–63 | 262–265 |
| 54 | Excel Spreadsheet, UNITED_SAMBRANO_00010994 *Due to size, document to be provided to the Court upon request. | 266 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---------|-------------|-----------|
| 55 | Excel Spreadsheet, UNITED_SAMBRANO_00013117<br>*Due to size, document to be provided to the Court upon request. | 267 |
| 56 | Excel Spreadsheet, Employee compliance,<br>UNITED_SAMBRANO_00013227 | 268 |
| 57 | Letter from Bob Mansfield, United Airlines to Michael Orwig<br>(12/3/21), UNITED_SAMBRANO_00014403–05<br>[redacted for personal information] | 269–272 |
| 58 | Emails (7/29–8/19/21), UNITED_SAMBRANO_00015314–17 | 273–277 |
| 59 | Emails (3/23–3/29/22), UNITED_SAMBRANO_00015824–27<br>[redacted for personal information] | 278–282 |
| 60 | Email (2/11/22), UNITED_SAMBRANO_00018807 | 283–284 |
| 61 | *COVID-19 Vaccines required for all employees – Requirements for FA Programming,* UNITED_SAMBRANO_00019627–31 | 285–290 |
| 62 | Emails (2/22/22), UNITED_SAMBRANO_00021199–200 | 291–293 |
| 63 | Letter to Matthew Broda from Dominic Schlump,<br>DENMM Aircraft Maintenance Shift Mgr., United Airlines (2/7/22),<br>UNITED_SAMBRANO_00026458–59<br>[redacted for personal information] | 294–296 |
| 64 | United Airlines, *Face covering/mask* policy (9/2021),<br>UNITED_SAMBRANO_00026578–81 | 297–301 |
| 65 | Transcript of United Airlines Town Hall,<br>UNITED_SAMBRANO_00078531-93 | 302–365 |
| **VOLUME II, EXS. 66–115; APP. NOS. 366–684** | | |
| 66 | Emails (10/12–10/13/21), UNITED_SAMBRANO_00078696–97 | 366–368 |
| 67 | Emails (10/17–10/18/21), UNITED_SAMBRANO_00078840–45<br>[redacted for personal information] | 369–375 |
| 68 | Emails (9/2–9/3/21), UNITED_SAMBRANO_00079307–09 | 376–379 |
| 69 | United Airlines, *Vaccine Requirement Updates* (9/2/21),<br>UNITED_SAMBRANO_00079351–54 | 380–384 |
| 70 | Emails (8/20–8/25/21), UNITED_SAMBRANO_00080380–83 | 385–389 |
| 71 | Emails (10/25/21), UNITED_SAMBRANO_00081604–05 | 390–392 |
| 72 | Email from Matt Slutsky to Theresa Fariello, *BRT Survey* (1/5/21),<br>UNITED_SAMBRANO_00082487–88 | 393–395 |
| 73 | Emails (7/22–7/23/21), UNITED_SAMBRANO_00085388–92 | 396–401 |
| 74 | COVID-19 Vaccine Mandate: Leader Talking Points + Q&A | 402–407 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---|---|---|
| | (7/28/21), UNITED_SAMBRANO_00085406–10 | |
| 75 | Email from HR Communication to Kirk Limacher, *Clarification regarding your approved RAP* (1/14/22), UNITED_SAMBRANO_00085642–43 | 408–410 |
| 76 | Emails (8/6/21), UNITED_SAMBRANO_00086997–99 | 411–414 |
| 77 | Emails (9/24/21), UNITED_SAMBRANO_00087688–89 | 415–417 |
| 78 | Emails (8/13/21), UNITED_SAMBRANO_00088411–14 | 418–422 |
| 79 | Emails (8/13/21), UNITED_SAMBRANO_0088442–43 | 423–425 |
| 80 | Emails (11/1–11/5/21), UNITED_SAMBRANO_00088687–90 | 426–430 |
| 81 | Emails (11/16/21), UNITED_SAMBRANO_00088710–12 | 431–434 |
| 82 | Emails (8/27–8/30/21), UNITED_SAMBRANO_00090068–70 | 435–438 |
| 83 | Emails (10/26/21), UNITED_SAMBRANO_00091106–11 | 439–445 |
| 84 | Emails between Scott Kirby, United Airlines, and Rochelle Walensky, Director of CDC, *Vaccine Announcement Tomorrow* (8/5-8/6/21), UNITED_SAMBRANO_00092202 | 446–447 |
| 85 | Emails (9/11–9/17/21), UNITED_SAMBRANO_00095361–63 | 448–451 |
| 86 | Microsoft Teams Chat log (11/1/21), UNITED_SAMBRANO_00103783–87 | 452–457 |
| 87 | Microsoft Teams Chat (8/26/21), UNITED_SAMBRANO_00106414–24 [redacted for personal information] | 458–469 |
| 88 | Microsoft Teams Chat logs (10/20/21), UNITED_SAMBRANO_00108049–51 | 470–473 |
| 89 | Microsoft Teams Chat (8/18/21), UNITED_SAMBRANO_00119123–27 | 474–479 |
| 90 | Emails (9/28/21), UNITED_SAMBRANO_00130508–09 | 480–482 |
| 91 | Emails (10/25–10/26/21), UNITED_SAMBRANO_00130687 | 483–484 |
| 92 | Emails, *Mandatory COVID-19 Vaccination Policy and RAP* (3/5/21), UNITED_SAMBRANO_00131224 | 485–486 |
| 93 | Emails (12/21/21–1/11/22), UNITED_SAMBRANO_00138972–74 | 487–490 |
| 94 | Emails (8/30–8/31/21), UNITED_SAMBRANO_00139074–76 | 491–494 |
| 95 | Emails (10/26–10/27/21), UNITED_SAMBRANO_00140666–68 | 495–498 |
| 96 | Emails (8/26/21), UNITED_SAMBRANO_00140927–28 | 499–501 |
| 97 | Emails (4/9–5/3/21), UNITED_SAMBRANO_00141909–10 | 502–504 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---|---|---|
| | | |
| 98 | Microsoft Teams Chat logs (8/6/21), UNITED_SAMBRANO_00147737–56 | 505–525 |
| 99 | Microsoft Teams Chat (9/1/21), UNITED_SAMBRANO_00150396–409 | 526–540 |
| 100 | Microsoft Teams Chat (9/3/21), UNITED_SAMBRANO_00152409–27 | 541–560 |
| 101 | Email from Elizabeth Olson, United Airlines, to Paula Reppas, United Airlines, *Confidential Please Read* (8/22/21), UNITED_SAMBRANO_00162610–12 | 561–564 |
| 102 | Emails (8/30/21), UNITED_SAMBRANO_141062–63 | 565–567 |
| 103 | CDC, COVID Data Trackers (Gebo Dep. Ex. 9) | 568–571 |
| 104 | Emails, *Mask Policy* (11/16/21), UNITED_SAMBRANO_00145329 (Gebo Dep. Ex. 29) | 572–573 |
| 105 | Sasha Johnson & Pay Baylis, *United Airlines, A Leader in Safe Travel During COVID-19, Joint Congress on Global Health 2020 Conference*, UNITED_SAMBRANO_00006419–26 | 574–582 |
| 106 | Transcript of LOI Meeting with Alyse Medlin, Erin Holland and Rich Otey (3/9/22), UNITED_SAMBRANO_00162639–40 | 583–585 |
| 107 | United Airlines, Inc.'s Objections & Responses to Pls.' First Set of Interrogs., Resp. to Interrog. No. 5 (5/1/23) [excerpted] | 586–593 |
| 108 | Transcript of Preliminary Injunction Hearing before the Hon. Mark T. Pittman, Vol. 2 (10/13/21), Doc. 92 [excerpted] | 594–600 |
| 109 | Deposition Transcript, Douglas Beyer, 10/23/23 [excerpted] | 601–611 |
| 110 | Deposition Transcript, Charles Burk, 9/12/23 [excerpted] | 612–623 |
| 111 | Deposition Transcript, David Castillo, 9/19/23 [excerpted] | 624–643 |
| 112 | Deposition Transcript, Dennis Cole, 10/13/23 [excerpted] | 644–652 |
| 113 | Deposition Transcript, Amber Davis, 10/24/23 [excerpted] | 653–665 |
| 114 | Deposition Transcript, Kimberly Hamilton, 9/20/23 [excerpted] | 666–679 |
| 115 | Deposition Transcript, Kaitlyn Hovila, 10/23/23 [excerpted] | 680–684 |
| **VOLUME III, EXS. 116-136, APP. NOS. 685–892** | | |
| 116 | Deposition Transcript, Debra Jennefer Thal Jonas, 9/18/23 [excerpted] | 685–700 |
| 117 | Deposition Transcript, Genise Kincannon, 9/22/23 [excerpted] | 701–708 |

| EX. NO. | DESCRIPTION | APP. NOS. |
|---|---|---|
| 118 | Deposition Transcript, Alyse Medlin, 9/25/23 [excerpted] | 709–728 |
| 119 | Deposition Transcript, Jarrad Rains, 10/10/23 [excerpted] | 729–743 |
| 120 | Deposition Transcript, David Sambrano, 9/14/23 [excerpted] | 744–753 |
| 121 | Deposition Transcript, Diana Tovar, 10/25/23 [excerpted] | 754–760 |
| 122 | Deposition Transcript, Donald Deere, 10/27/23 [excerpted] | 761–766 |
| 123 | Deposition Transcript, Kate Gebo, 11/10/23 [excerpted] | 767–795 |
| 124 | Deposition Transcript, Aleksandra (Sasha) Johnson, 11/9/23 [excerpted] | 796–813 |
| 125 | Deposition Transcript, Wm. Kirk Limacher (Individual), 11/6/23 [excerpted] | 814–822 |
| 126 | Deposition Transcript, United Airlines 30(b)(6) by Wm. Kirk Limacher, 11/6/23 [excerpted] | 823–834 |
| 127 | Deposition Transcript, United Airlines 30(b)(6) by Carlos Rivera Torres, 11/7/23 [excerpted] | 835–847 |
| 128 | Declaration of Martin J. Cote, 11/10/23 | 848–851 |
| 129 | Supplemental Declaration of David Sambrano, 11/10/23 | 852–855 |
| 130 | Declaration of John Schuttloffel, 11/10/23 | 856–864 |
| 131 | Letter to Juanita Rael from Dominic Schlump, DENMM Aircraft Maintenance Shift Manager, United Airlines to Juanita Rael (2/7/22), UNITED_SAMBRANO_26456–57 [redacted for personal information] | 865–867 |
| 132 | Emails (8/18–8/31/21), UNITED_SAMBRANO_00020058–59 (Baylis Dep. Ex. 16) | 868–870 |
| 133 | Letter from Kirk Limacher, United Airlines to United Team Member with Coronavirus FAQs, UNITED_SAMBRANO_00002042–43 | 871–873 |
| 134 | Declaration of Gene C. Schaerr, 1/12/24 Ex. A: Bios for Gene C. Schaerr, Mark R.A. Paoletta, Brian J. Field and Cristina Martinez Squiers | 874–883 |
| 135 | Declaration of John C. Sullivan, 1/12/24 Ex. A: Curriculum Vitae | 884–889 |
| 136 | Email from HR Communication to David Sambrano, *Your leave begins Oct. 2* (9/13/21), SAMB0001188–89 | 890–892 |

January 26, 2024                                    Respectfully submitted,

/s/ Mark R. Paoletta                               /s/ John C. Sullivan
Mark R. Paoletta*                                  John C. Sullivan
D.C. Bar No. 422746                                Texas Bar No. 24083920
Gene C. Schaerr*                                   David Austin R. Nimocks
D.C. Bar No. 416368                                Texas Bar No. 24002695
Brian J. Field*                                    S|L LAW PLLC
D.C. Bar No. 985577                                610 Uptown Boulevard, Suite 2000
Cristina Martinez Squires                          Cedar Hill, TX 75104
Texas Bar No. 24093764                             Telephone: (469) 523-1351
SCHAERR | JAFFE LLP                                Facsimile: (469) 613-0891
1717 K Street NW, Suite 900                        john.sullivan@the-sl-lawfirm.com
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
mpaoletta@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record and a copy has been provided to Defendant's counsel.

<u>*/s/ Brian J. Field*</u>
Brian J. Field

# EXHIBIT 1

Message

| | |
|---|---|
| **From:** | Kim Hamilton [kim@jimhamilton.net] |
| **on behalf of** | Kim Hamilton <kim@jimhamilton.net> [kim@jimhamilton.net] |
| **Sent:** | 12/10/2021 5:53:10 AM |
| **To:** | vaccine_job_loss@twc.texas.gov |
| **Subject:** | Violation of EO-GA40. United Airlines |

I would like to provided notice of the violation of Governor Abbott's EO GA-40.

United Airlines has mandated the Covid vaccine for employees and the accommodation which they have provided is not reasonable.
The first offer was imposed personal leave which will be unpaid and include the loss of health insurance and all benefits.

Currently they have allowed me to continue working but have imposed oppressive restrictions.  These restrictions include N95 masking which has caused me to have continual headaches.  Testing twice weekly at my expense.  Vaccinated employees who are likely to transmit Covid 19 are not required to N95 mask nor test.  I must wear the N95 mask 100% of the time, including out doors.  I am not allowed to be in any areas with other employees.  I am not allowed to eat my meals in the break room; I must eat outside and continue to wear my mask while chewing.  I am shamed by other employees, due to the fact that United Airlines has made my private information public through these restrictions, and these other employees feel empowered to comment and belittle my religious beliefs.  They may change my work status or restrictions at any time at their discretion without any matrix of decision making, therefore the threat of being summarily terminated continues to hang over my head.

Please accept this notice of violation.

Kimberly Hamilton
█████  █
Colleyville, TX. 76034

████████

SAMB0000879

# EXHIBIT 2



M&A Vaccine Town Hall

August 2021



EXHIBIT 7
WIT: BAYLIS
DATE: 1-8-23
JoAnn Losoya, CSR

CONFIDENTIAL

## Leaders on today's town hall



**Steve Restivo**
VP, Corporate
Communications

**Pat Baylis**
MD, Corporate Medical

**Shelia Frederick**
Associate General
Counsel

**Michelle Hodges**
VP, HR and Employee
Engagement

**Joan Vincenz**
MD, Operations Risk

**Vania Wit**
VP & Deputy General
Counsel

UNITED  2

CONFIDENTIAL



# Safety briefing for remote meetings

**At United Airlines, safety is our first core4 value**

**Exits**
In the event of an emergency, know how you will exit out of your space.

**Fire**
In case of fire, know where the closest fire extinguisher is located. Be sure to replace fire alarm batteries regularly.

**CPR/AED**
Identify who nearby is CPR certified and where the nearest AED is located.

**Natural disasters**
In case of an earthquake or other disaster, move away from windows, duck under a table or other stable object, clasp your hands and use them to cover and protect the back of your neck and head.

**Telephone**
Dial 911 in case of emergency. Become familiar with your neighborhood or building's emergency plan.

**Active shooter**
In the event of an active shooter, be prepared to run if you can, hide if you can't, fight as a last resort.

**COVID-19**
Get vaccinated, follow local and CDC guidelines and wash hands frequently.

UNITED

CONFIDENTIAL



**To ask a question during today's session...**

- Click the "Ask a question" button on the right side of your screen

  
  Ask a question

- Type in your question and add your station; you can post anonymously if you'd like

  Ask a question

- Click on the Featured tab and "like" the questions you'd like to hear more about

  Live event Q&A

UNITED

**APP.8**



## Why are we doing this now?

- Vaccines are – by far – the most effective way to protect people from COVID-19.
  - An unvaccinated person is about 50 times more likely to be hospitalized for COVID-19 than a vaccinated person, and nearly 300 times more likely to die.

- In January, Scott talked about our intention to make the vaccine mandatory for employees at some point but also made clear that we first need to know when and where our employees can get it.
  - Thousands of employees were vaccinated at one of our vaccine clinics across the system.
  - The vaccine is fully covered by United's medical insurance.

- The vaccine is now widely available in the U.S. and is proven to help protect against severe illness, hospitalization and death as well as the spread of the virus, even for the delta variant.
  - In the past few weeks, you've likely read about actions by federal, state and local governments, Fortune 100 companies, higher education institutions and health care groups to require vaccinations.

UNITED

UNITED_SAMBRANO_00080994

**APP.10**

## New policy: COVID-19 vaccine now required

- All U.S.-based employees (incl. Guam, Puerto Rico) are required to be vaccinated within five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first.
  - The latest potential deadline for meeting this requirement is Oct. 25, 2021.

- Employees who are vaccinated by Sept. 20, 2021 will qualify for a special incentive – <u>one full day of pay</u> to be paid out in November 2021.
  - Pilots and flight attendants are exempt from this incentive, having already received a vaccination incentive earlier this summer.
  - PT will receive a standard day of pay, FT will receive 8 hours

- The only exceptions to this policy will be employees who receive a medical or religious accommodation.

- Employees should upload copies of their vaccination cards to Flying Together to generate a "vaccine pass," confirming they are vaccinated against COVID-19.

UNITED 8

CONFIDENTIAL

## Conversations with your employees

- Leaders should not ask employees about vaccine status in group settings, but in private 1:1 chats can have discussions about the vaccine.
  - Avoid political, medical or religious discussions.
- Talking about vaccine information is not a HIPAA violation, but you should be sensitive about protected categories that can come up in a conversation.
- Managers and supervisors should recognize when an employee may be signaling that they have an accommodation that may prevent them from being vaccinated and refer the employee to Help Hub.
- In October, we will begin sharing more data about vaccination rates to officers to help with planning.
  - We are storing vaccination information under the same strict controls and limited access rules as other confidential data.

UNITED ⬛ 9

UNITED_SAMBRANO_00080996

**APP.12**



UNITED_SAMBRANO_00080997

**APP.13**

## The CDC has outlined the reasons for getting a COVID vaccine

**COVID vaccines are safe**
Completed all required stages of clinical trials
Undergoing the most intensive safety monitoring
in history

**COVID vaccines are effective**
Keeps you from getting seriously ill
Protects people around you especially children
under 12 years of age

**Once you are vaccinated you can start doing
more**
You should get vaccinated regardless of whether
you've had COVID
Vaccination provides a strong boost to those who
have had COVID



**None of the COVID 19
vaccines can make you
sick with COVID 19**

Centers for Disease Control and Prevention

UNITED  11

CONFIDENTIAL



UNITED_SAMBRANO_00080999
APP.15

# EXHIBIT 3

**From:** Love, Jasmine [jasmine.love@united.com]
**Sent:** 12/21/2021 2:48:41 PM
**To:** Demma, Jill [jill.demma@united.com]
**Subject:** FW: ███████████ - Mask RAP Status Update
**Attachments:** image001.jpg; image002.png; 0004C926.pdf; 0004B9A5.pdf; 235145 - medical doc.pdf

**Importance:** High

No objections from me.

J

EXHIBIT 17
WIT: BAYLIS
DATE: 11-8-23
JoAnn Losoya, CSR

**From:** ESCMD <opcmd@united.com>
**Sent:** Tuesday, December 21, 2021 2:07 PM
**To:** Coleman, Ben <Benjamin.Coleman@united.com>; Pulcanio, Stephanie <Stephanie.Pulcanio@united.com>; Love, Jasmine <jasmine.love@united.com>
**Cc:** Baylis, Pat <Pat.Baylis@united.com>
**Subject:** RE: ████████  ████ - Mask RAP Status Update
**Importance:** High

# Redacted-Privileged

CONFIDENTIAL

UNITED_SAMBRANO_00145800

**APP.17**



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

# Redacted-Privileged

CONFIDENTIAL

**APP.21**



CONFIDENTIAL

# Redacted-Privileged

**From:** Ness, Flora <flora.ness@united.com>
**Sent:** Thursday, November 18, 2021 12:27 AM
**To:** Love, Jasmine <jasmine.love@united.com>
**Subject:** FW: Mask

Hi Jasmine,

Not sure who is reviewing this one but wondering if you could check the status on it.

Thank you!

Flora Ness
HR Partner
Network Operations Control

United
Mobile 847.721.7965 | Office 773.601.4310 | flora.ness@united.com
united.com

Try Help Hub to find answers to commonly asked questions and to submit request to our service centers.

**From:** ████████████████████ @united.com>
**Sent:** Wednesday, November 17, 2021 10:49 AM
**To:** Ness, Flora <flora.ness@united.com>
**Subject:** Re: Mask

CONFIDENTIAL

Hi Flora,

Reference HRC3918886 I have complied with all requests by united medical and it has been 13 days and have not heard anything, as I have mentioned I am willing and able to work with regular mask other than N95/KN95 and I do not want to use my sick time when I am not sick, it comes to matter of accommodating me somewhere isolated in the building, we have plenty of space were I can work away from everyone.

Please let me know what the hold up is, I feel I am just placed on hold.

Thank you

█████████████
Baggage Performance
Airport Operations
900 Grand Plaza Dr. Houston Texas 77067

---

**From:** Ness, Flora <flora.ness@united.com>
**Sent:** Tuesday, October 12, 2021 4:06 PM
**To:** ████████████████ @united.com>
**Cc:** Talaga, Mark <mark.talaga@united.com>; Garrido, Polly <polly.garrido@united.com>
**Subject:** RE: Mask

Hi █████████,

I'm also sorry to hear the difficulty you're having by wearing the mask.

An option for you would be to submit a request for a Medical Accommodations through the RAP Process. RAPs need to be submitted through Help Hub: https://united.service-now.com/hrportal/?id=sc_cat_item&sys_id=69c50335db92c300051eff971d9619e9

Let us know if you have any further concerns.

**Flora Ness**
HR Partner
Network Operations Control

United
Mobile 847.721.7965 | Office 773.601.4310 | flora.ness@united.com
united.com

Try Help Hub to find answers to commonly asked questions and to submit request to our service centers.

**From:** Garrido, Polly <polly.garrido@united.com>
**Sent:** Tuesday, October 12, 2021 8:43 AM
**To:** ████████████████ @united.com>
**Cc:** Ness, Flora <flora.ness@united.com>; Talaga, Mark <mark.talaga@united.com>
**Subject:** RE: Mask

Good morning ████████,

CONFIDENTIAL

**APP.24**

I'm sorry that you are experiencing this with the mask. I understand the discomfort of having to wear it all day. Unfortunately I am unable to make changes to the current policy but I'm looping in HR so they are aware of your concern. It is my understanding that the mask requirement applies, regardless of where you sit in the building.

Thanks,

Polly Garrido
Supervisor – Baggage Performance
Airport Operations Performance

**UNITED** | 900 Grand Plaza Dr., LVN | Houston, TX 77067
Tel: 281.873.1721 | Mobile: 936.242.2211 | polly.garrido@united.com

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@united.com>
**Sent:** Tuesday, October 12, 2021 7:49 AM
**To:** Garrido, Polly <polly.garrido@united.com>; Talaga, Mark <mark.talaga@united.com>
**Subject:** Mask

Good morning,

Polly, It has been 7 days now that I am wearing the KN95 mask and I have to tell you that these masks are so tight and breathing for 8 hours is very difficult which it causes me headaches, and I get light headed. Since there is plenty of empty cubicles available, why can't I sit away somewhere with no one around so I can wear regular mask please.

Thank you,

CONFIDENTIAL

# EXHIBIT 4

| From: | Limacher, Kirk </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A80CA305C9E248B8B9C748F22E3B5FFE-U330706> |
|---|---|
| To: | Baylis, Pat |
| Sent: | 10/20/2021 6:48:38 AM |
| Subject: | RE: ▓▓▓▓▓▓▓▓▓ <Still need to continue testing post positive COVID-19 test> |

We're monitoring testing for ~800 employees. Obviously, one-off tracking becomes problematic with this type of volume. Thus, I would prefer to avoid one-off case management unless this becomes a problem with continuous positive testing. In other words, I would prefer to address when/if it becomes a problem.

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

> EXHIBIT 19
> WIT: BAYLIS
> DATE: 11-8-23
> JoAnn Losoya, CSR

**From:** Baylis, Pat <Pat.Baylis@united.com>
**Sent:** Tuesday, October 19, 2021 4:20 PM
**To:** Limacher, Kirk <kirk.limacher@united.com>
**Subject:** Re: ▓▓▓▓▓▓▓▓▓ <Still need to continue testing post positive COVID-19 test>

Kirk- If the person can get confirmation from their physician that they believe the test result is a false positive from residual (non-contagious) fragments of the virus, we will consider this, correct?
Pat

Sent from my iPhone

On Oct 19, 2021, at 3:47 PM, Limacher, Kirk <kirk.limacher@united.com> wrote:

Hi,

Pat and I discussed.  We will not offer a 30-day exemption on testing following a COVID-19 positive test result. The employee will need to continue to test and remain out if positivity continues.  This includes testing twice in a rolling seven day period.

We will revisit if this becomes a problem in the future.

Thanks.

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Tuesday, October 19, 2021 9:31 AM
**To:** ONeil, Mary <mary.c.oneil@united.com>, Limacher, Kirk <kirk.limacher@united.com>; Frederick, Sheila <sheila.frederick@united.com>
**Subject:** FW: ▓▓▓▓▓▓▓▓▓ )

See below – safety is advising a 30 day testing waiver for individuals who recently recovered.  Thoughts?

CONFIDENTIAL

UNITED_SAMBRANO_00081561

**APP.27**

Jessica Catanzano, SPHR
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

**From:** Rogers, Carol <Carol.Rogers@united.com>
**Sent:** Tuesday, October 19, 2021 9:29 AM
**To:** HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
**Cc:** Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>; Rogers, Carol <Carol.Rogers@united.com>
**Subject:** RE: ▓▓▓▓▓▓▓▓▓▓

Good morning,

I spoke to Pat Baylis and Lee Curtis about this situation this morning. Due to ▓▓▓▓'s recent recovery from having a positive COVID case, he may test positive for a period of time.   We discussed the best strategy and agreed that since we have a copy of his test results, we do not need a doctor note stating he has recently recovered from COVID.   United should give him a waiver from testing for the next 30 days and resume testing at that time.  (this is no different than how we handle passengers).  If he continues to test positive at that time, we can revisit the situation.  He still needs to comply with all other components of the exemption.

Pat and I recommend that this be built into the process for all employees who are in this type of situation going forward.

Best,

Carol Rogers, SHRM-CP, PHR
Sr. Manager Corporate Medical – WHQMD
847 224-4125 (mobile)
<image001.png>

**From:** HR - COVID19 <HR-Covid19@united.com>
**Sent:** Tuesday, October 19, 2021 8:33 AM
**To:** Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
**Cc:** Gaito, Travis <travis.gaito@united.com>; HR - COVID19 <HR-Covid19@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Rogers, Carol <Carol.Rogers@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>
**Subject:** FW: ▓▓▓▓▓▓▓▓▓▓

Hi –

This brings to light a good question. Our employees who have had COVID19 could continue to test positive after being cleared through the normal process. With these normal situations, we allow the employee to continue to work, as they are past the "contagious" period and what we have referred to as a "persistent positive".

It's a good question for process handling for these. If we require those who are involved in the "process" to stay out, we will need to think about all of our employees who tested positive and continue to get tested and test positive.

Interested in your thoughts on these scenarios. Although they may be few – it's something we need to think

UNITED_SAMBRANO_00081562

**APP.28**

about as we don't normally require them to test negative after they've tested positive and are cleared to return to work.

Warm regards,
Deb
**Deborah K Behr**
COVID19 HR Response Team
United|233 S Wacker Drive, 25th Floor WHQHR|Chicago, IL 60606
Tel. 872.825.4402|Mobile 847 513 1433| Deborah.K.Behr@united.com

**From:** ESCMD <opcmd@united.com>
**Sent:** Monday, October 18, 2021 5:12 PM
**To:** Gaito, Travis <travis.gaito@united.com>; Curtis, Lee <mark.curtis@united.com>; HR – COVID19 <HR-Covid19@united.com>
**Subject:** RE: ███████████████

Hello Travis,

Due to the employee recently tested positive (10/16/21) he should follow the current guidelines for testing positive not report to work.

Thank you,

Jacqueline Darden
Medical Specialist-RN
United Medical – ESCMD
1–877-UAL-ESC9

*This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation.*

**From:** Gaito, Travis <travis.gaito@united.com>
**Sent:** Monday, October 18, 2021 2:47 PM
**To:** Curtis, Lee <mark.curtis@united.com>; ESCMD <opcmd@united.com>; HR – COVID19 <HR-Covid19@united.com>
**Subject:** ███████████
**Importance:** High

Good Afternoon,

As you are aware, ████████████████) was just medically cleared to return to work after having tested positive for COVID-19.

As he is a Ramp employee with an accommodation for the vaccine requirement, he is required to be tested 2x a week and wear an N/KN95 mask at all times.

He took his 1st test this past Saturday and tested positive for COVID-19.

Since he was medically cleared, can he worked today at 16:30 EST? He has a runny nose but this is typical for him given the weather conditions.

Please advise ASAP.

Thanks,

**Travis Gaito, MHRER/SPHR/SHRM-SCP**
Manager, Human Resources and Employee Relations
United | Terminal C: | Newark-Liberty International Airport, Newark 07114
Tel +1 973 681 1603 | travis.gaito@united.com
united.com

**From:** ████████ @united.com>
**Sent:** Monday, October 18, 2021 2:51 PM
**To:** Gaito, Travis <travis.gaito@united.com>
**Subject:** Fw: My Info Update Confirmation - COVID Test Records

Travis, this is very hot, I am scheduled to work today at 1630.

May you please provide any insight to this discrepancy?
I do not want to violate any agreement per my RAP.
As discussed, I was granted a vaccine exception.
As suspected, I have still tested positive from my recent experience.
I uploaded the positive results as directed and..
..after reviewing the HR upload response to these results,
I was shocked to see a statement "if positive do not report to work."
As you are aware, corporate HR (Lee) cleared me to return to work.
Do I report to work today? or no?
I've called several times, apologies if I'm being a nuisance.

Thank you in advance for your response.

**Best,** ████████ Please call ████████

**From:** United-MyInfo@united.com <United-MyInfo@united.com>
**Sent:** Monday, October 18, 2021 9:31 AM
**To:** ████████ @united.com>
**Subject:** My Info Update Confirmation - COVID Test Records



Hi ████████

Thank you! This is a confirmation that your COVID test information was entered via MyInfo on 10/18/2021 08:31 AM (CST). If you would like to view the records you've entered, click here.

If you have questions about your entry, click here to submit a Help Hub Request

© 2020 United Airlines, Inc. All rights reserved.

CONFIDENTIAL                                    UNITED_SAMBRANO_00081564

**APP.30**

# EXHIBIT 5

| From: | Robb, Neil </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5102C14D51C44BBB87A82B14107B42AC-U368374> |
|---|---|
| To: | Rogers, Carol; Behr, Debbie; Curtis, Lee |
| CC: | Baylis, Pat |
| Sent: | 10/21/2021 8:55:55 AM |
| Subject: | RE: ███████████ |
| Attachments: | image001.png |

EXHIBIT 20
WIT: BAYLIS
DATE: 11-8-23
JoAnn Losoya, CSR

I am referring to those employees that are unvaccinated and have been awarded a RAP for vaccine.  If they are in the testing protocol and test positive, they are to be held out of work.

**From:** Rogers, Carol <Carol.Rogers@united.com>
**Sent:** Thursday, October 21, 2021 8:53 AM
**To:** Robb, Neil <neil.robb@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Curtis, Lee <mark.curtis@united.com>
**Cc:** Baylis, Pat <Pat.Baylis@united.com>
**Subject:** RE: ███████████

I think you are only referring to those who are not vaccinated, right?  Those who are vaccinated should not test before returning to work, as we use a symptom based strategy (as the CDC recommends) to determine when someone is no longer contagious and can return to work.

Carol Rogers,  SHRM-CP, PHR
Sr. Manager Corporate Medical - WHQMD
847 224-4125 (mobile)



**From:** Robb, Neil <neil.robb@united.com>
**Sent:** Thursday, October 21, 2021 8:39 AM
**To:** Behr, Debbie <Deborah.K.Behr@united.com>; Curtis, Lee <mark.curtis@united.com>
**Cc:** Baylis, Pat <Pat.Baylis@united.com>; Rogers, Carol <Carol.Rogers@united.com>
**Subject:** RE: ███████████

My understanding is, they will need to stay out as long as they test positive

**From:** Behr, Debbie <Deborah.K.Behr@united.com>
**Sent:** Thursday, October 21, 2021 8:31 AM
**To:** Curtis, Lee <mark.curtis@united.com>; Robb, Neil <neil.robb@united.com>
**Cc:** Baylis, Pat <Pat.Baylis@united.com>; Rogers, Carol <Carol.Rogers@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>
**Subject:** FW: ███████████

Does this have any impact on our employees who continue to test positive and we've returned them and allowed them to work through the normal process? Are we going to allow this employee to continue to work or they need to stay out?

**Deborah K Behr**
HR Spcl Programs
United|233 S Wacker Drive, 25th Floor WHQHR|Chicago, IL 60606
Tel.  872.825.4402|Mobile 847 513 1433| Deborah.K.Behr@united.com

CONFIDENTIAL

UNITED_SAMBRANO_00021041

**APP.32**

From: Catanzano, Jessica <jessica.catanzano@united.com>
Sent: Wednesday, October 20, 2021 8:17 PM
To: Mutch, Connie <connie.mutch@united.com>; Rogers, Carol <Carol.Rogers@united.com>; HR - COVID19
<HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee
<mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie
<Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Grzyb, Cindy
<cindy.grzyb@united.com>
Subject: RE: █████████

Sorry! He should continue to test – Kirk spoke to Pat and we're not going to put the 30 day waver in place

_____

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

From: Mutch, Connie <connie.mutch@united.com>
Sent: Wednesday, October 20, 2021 8:15 PM
To: Rogers, Carol <Carol.Rogers@united.com>; HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja
<Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan
<Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee
<mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie
<Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Grzyb, Cindy
<cindy.grzyb@united.com>
Subject: RE: ██████████

Sonja, Jessica, Dan,

Please let us know what the final decision is on this one. We also have the exact scenario in Texas (SAT) that
came up tonight, so let us know how to proceed.

The employee in SAT is ████████

Thanks so much
Connie

From: Rogers, Carol <Carol.Rogers@united.com>
Sent: Tuesday, October 19, 2021 10:29 AM
To: HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica
<jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee
<mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie
<Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie
<connie.mutch@united.com>; Rogers, Carol <Carol.Rogers@united.com>
Subject: RE: ██████████

Good morning,

I spoke to Pat Baylis and Lee Curtis about this situation this morning. Due to ████ recent recovery from
having a positive COVID case, he may test positive for a period of time. We discussed the best strategy and
agreed that since we have a copy of his test results, we do not need a doctor note stating he has recently
recovered from COVID. United should give him a waiver from testing for the next 30 days and resume testing

CONFIDENTIAL                                    UNITED_SAMBRANO_00021042

at that time. (this is no different than how we handle passengers). If he continues to test positive at that time, we can revisit the situation. He still needs to comply with all other components of the exemption.

Pat and I recommend that this be built into the process for all employees who are in this type of situation going forward.

Best,

Carol Rogers, SHRM-CP, PHR
Sr. Manager Corporate Medical - WHQMD
847 224-4125 (mobile)

**UNITED** 

**From:** HR - COVID19 <HR-Covid19@united.com>
**Sent:** Tuesday, October 19, 2021 8:33 AM
**To:** Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
**Cc:** Gaito, Travis <travis.gaito@united.com>; HR - COVID19 <HR-Covid19@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Rogers, Carol <Carol.Rogers@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>
**Subject:** FW: ▮▮▮▮▮▮▮▮▮)

Hi –

This brings to light a good question. Our employees who have had COVID19 could continue to test positive after being cleared through the normal process. With these normal situations, we allow the employee to continue to work, as they are past the "contagious" period and what we have referred to as a "persistent positive".

It's a good question for process handling for these. If we require those who are involved in the "process" to stay out, we will need to think about all of our employees who tested positive and continue to get tested and test positive.

Interested in your thoughts on these scenarios. Although they may be few – it's something we need to think about as we don't normally require them to test negative after they've tested positive and are cleared to return to work.

Warm regards,
Deb
**Deborah K Behr**
COVID19 HR Response Team
United|233 S Wacker Drive, 25th Floor WHQHR|Chicago, IL 60606
Tel. 872.825.4402|Mobile 847 513 1433| Deborah.K.Behr@united.com

**From:** ESCMD <opcmd@united.com>
**Sent:** Monday, October 18, 2021 5:12 PM
**To:** Gaito, Travis <travis.gaito@united.com>; Curtis, Lee <mark.curtis@united.com>; HR - COVID19 <HR-Covid19@united.com>
**Subject:** RE: ▮▮▮▮▮▮▮

Hello Travis,

Due to the employee recently tested positive (10/16/21) he should follow the current guidelines for testing positive not report to work.

CONFIDENTIAL

**APP.34**

Thank you,

Jacqueline Darden
Medical Specialist-RN
United Medical - ESCMD
1-877-UAL-ESC9

*This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation.*

**From:** Gaito, Travis <travis.gaito@united.com>
**Sent:** Monday, October 18, 2021 2:47 PM
**To:** Curtis, Lee <mark.curtis@united.com>; ESCMD <opcmd@united.com>; HR - COVID19 <HR-Covid19@united.com>
**Subject:** ██████████████
**Importance:** High

Good Afternoon,

As you are aware, ██████████████ was just medically cleared to return to work after having tested positive for COVID-19.

As he is a Ramp employee with an accommodation for the vaccine requirement, he is required to be tested 2x a week and wear an N/KN95 mask at all times.

He took his 1st test this past Saturday and tested positive for COVID-19.

Since he was medically cleared, can he worked today at 16:30 EST?  He has a runny nose but this is typical for him given the weather conditions.

Please advise ASAP.

Thanks,

**Travis Gaito, MHRER/SPHR/SHRM-SCP**
Manager, Human Resources and Employee Relations
United | Terminal C: | Newark-Liberty International Airport, Newark 07114
Tel +1 973 681 1603 | travis.gaito@united.com
united.com

**From:** ██████████████@united.com>
**Sent:** Monday, October 18, 2021 2:51 PM
**To:** Gaito, Travis <travis.gaito@united.com>
**Subject:** Fw: My Info Update Confirmation - COVID Test Records

Travis, this is very hot, I am scheduled to work today at 1630.

May you please provide any insight to this discrepancy?
I do not want to violate any agreement per my RAP.

CONFIDENTIAL

UNITED_SAMBRANO_00021044

**APP.35**

As discussed, I was granted a vaccine exception.
As suspected, I have still tested positive from my recent experience
I uploaded the positive results as directed and,.
..after reviewing the HR upload response to these results,
I was shocked to see a statement "if positive do not report to work."
As you are aware, corporate HR (Lee) cleared me to return to work.
Do I report to work today? or no?
I've called several times, apologies if I'm being a nuisance.

Thank you in advance for your response.

**Best,** ▮▮▮▮▮ Please call ▮▮▮▮▮▮▮

**From:** United-MyInfo@united.com <United-MyInfo@united.com>
**Sent:** Monday, October 18, 2021 9:31 AM
**To:** ▮▮▮▮▮▮▮▮▮ @united.com>
**Subject:** My Info Update Confirmation - COVID Test Records



Hi ▮▮▮▮▮

Thank you! This is a confirmation that your COVID test information was entered via MyInfo on 10/18/2021 08:31 AM (CST). If you would like to view the records you've entered, click here.

If you have questions about your entry, click here to submit a Help Hub Request

© 2020 United Airlines, Inc. All rights reserved.

CONFIDENTIAL

**APP.36**

# EXHIBIT 6

| From: | Robb, Neil </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5102C14D51C44BBB87A82B14107B42AC-U368374> |
|---|---|
| To: | Kemp, Jennifer; Rivera Torres, Carlos; Curtis, Lee; Daniels, Kimberly; Love, Jasmine |
| Sent: | 10/21/2021 7:40:21 AM |
| Subject: | FW: ▮▮▮▮▮▮▮ |
| Attachments: | image001.png |

Wanted to call out the decision that was made for employees that tested positive for COVID and are in testing protocol for their RAP. If they test positive for COVID they are being pulled from service. Even though we know they might test positive after contracting COVID.

From: Mutch, Connie <connie.mutch@united.com>
Sent: Wednesday, October 20, 2021 8:18 PM
To: Catanzano, Jessica <jessica.catanzano@united.com>; Rogers, Carol <Carol.Rogers@united.com>; HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Grzyb, Cindy <cindy.grzyb@united.com>
Subject: RE: ▮▮▮▮▮▮▮

Thanks for the quick response Jessica!! We will advise!

From: Catanzano, Jessica <jessica.catanzano@united.com>
Sent: Wednesday, October 20, 2021 9:17 PM
To: Mutch, Connie <connie.mutch@united.com>; Rogers, Carol <Carol.Rogers@united.com>; HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Grzyb, Cindy <cindy.grzyb@united.com>
Subject: RE: ▮▮▮▮▮▮▮

Sorry! He should continue to test – Kirk spoke to Pat and we're not going to put the 30 day waver in place.

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com



EXHIBIT  21
WIT:  BAYLIS
DATE:  11-8-23
JoAnn Losoya, CSR

From: Mutch, Connie <connie.mutch@united.com>
Sent: Wednesday, October 20, 2021 8:15 PM
To: Rogers, Carol <Carol.Rogers@united.com>; HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Grzyb, Cindy <cindy.grzyb@united.com>

CONFIDENTIAL

**APP.38**

Subject: RE: ███████████

Sonja, Jessica, Dan,

Please let us know what the final decision is on this one. We also have the exact scenario in Texas (SAT) that came up tonight, so let us know how to proceed.

The employee in SAT is ███████████

Thanks so much
Connie


From: Rogers, Carol <Carol.Rogers@united.com>
Sent: Tuesday, October 19, 2021 10:29 AM
To: HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>; Rogers, Carol <Carol.Rogers@united.com>
Subject: RE: ███████████

Good morning,

I spoke to Pat Baylis and Lee Curtis about this situation this morning. Due to ███████ recent recovery from having a positive COVID case, he may test positive for a period of time.  We discussed the best strategy and agreed that since we have a copy of his test results, we do not need a doctor note stating he has recently recovered from COVID. United should give him a waiver from testing for the next 30 days and resume testing at that time. (this is no different than how we handle passengers). If he continues to test positive at that time, we can revisit the situation. He still needs to comply with all other components of the exemption.

Pat and I recommend that this be built into the process for all employees who are in this type of situation going forward.

Best,

Carol Rogers, SHRM-CP, PHR
Sr. Manager Corporate Medical - WHQMD
847 224-4125 (mobile)

**UNITED**

From: HR - COVID19 <HR-Covid19@united.com>
Sent: Tuesday, October 19, 2021 8:33 AM
To: Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
Cc: Gaito, Travis <travis.gaito@united.com>; HR - COVID19 <HR-Covid19@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Rogers, Carol <Carol.Rogers@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>
Subject: FW: ███████████

Hi –

This brings to light a good question. Our employees who have had COVID19 could continue to test positive after being cleared through the normal process. With these normal situations, we allow the employee to continue to

UNITED_SAMBRANO_00022457

**APP.39**

work, as they are past the "contagious" period and what we have referred to as a "persistent positive".

It's a good question for process handling for these. If we require those who are involved in the "process" to stay out, we will need to think about all of our employees who tested positive and continue to get tested and test positive.

Interested in your thoughts on these scenarios. Although they may be few – it's something we need to think about as we don't normally require them to test negative after they've tested positive and are cleared to return to work.

Warm regards,
Deb
**Deborah K Behr**
COVID19 HR Response Team
United|233 S Wacker Drive, 25th Floor WHQHR|Chicago, IL 60606
Tel. 872.825.4402|Mobile 847 513 1433| Deborah.K.Behr@united.com

**From:** ESCMD <opcmd@united.com>
**Sent:** Monday, October 18, 2021 5:12 PM
**To:** Gaito, Travis <travis.gaito@united.com>; Curtis, Lee <mark.curtis@united.com>; HR - COVID19 <HR-Covid19@united.com>
**Subject:** RE: ▓▓▓▓▓▓▓▓

Hello Travis,

Due to the employee recently tested positive (10/16/21) he should follow the current guidelines for testing positive not report to work.

Thank you,

Jacqueline Darden
Medical Specialist-RN
United Medical - ESCMD
1-877-UAL-ESC9

*This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation.*

**From:** Gaito, Travis <travis.gaito@united.com>
**Sent:** Monday, October 18, 2021 2:47 PM
**To:** Curtis, Lee <mark.curtis@united.com>; ESCMD <opcmd@united.com>; HR - COVID19 <HR-Covid19@united.com>
**Subject:** ▓▓▓▓▓▓▓
**Importance:** High

Good Afternoon,

As you are aware, ▓▓▓▓▓▓▓▓ ) was just medically cleared to return to work after having tested positive

**CONFIDENTIAL**

**UNITED_SAMBRANO_00022458**

**APP.40**

for COVID-19.

As he is a Ramp employee with an accommodation for the vaccine requirement, he is required to be tested 2x a week and wear an N/KN95 mask at all times.

He took his 1st test this past Saturday and tested positive for COVID-19.

Since he was medically cleared, can he worked today at 16:30 EST?  He has a runny nose but this is typical for him given the weather conditions.

Please advise ASAP.

Thanks,

**Travis Gaito, MHRER/SPHR/SHRM-SCP**
Manager, Human Resources and Employee Relations
United | Terminal C: | Newark-Liberty International Airport, Newark 07114
Tel +1 973 681 1603 | travis.gaito@united.com
united.com

**From:** ███████████@united.com>
**Sent:** Monday, October 18, 2021 2:51 PM
**To:** Gaito, Travis <travis.gaito@united.com>
**Subject:** Fw: My Info Update Confirmation - COVID Test Records

Travis, this is very hot, I am scheduled to work today at 1630.

May you please provide any insight to this discrepancy?
I do not want to violate any agreement per my RAP.
As discussed, I was granted a vaccine exception.
As suspected, I have still tested positive from my recent experience.
I uploaded the positive results as directed and..
..after reviewing the HR upload response to these results,
I was shocked to see a statement "if positive do not report to work."
As you are aware, corporate HR (Lee) cleared me to return to work.
Do I report to work today? or no?
I've called several times, apologies if I'm being a nuisance.

Thank you in advance for your response.

**Best,** ███████ Please call ███ ██ ███

**From:** United-MyInfo@united.com <United-MyInfo@united.com>
**Sent:** Monday, October 18, 2021 9:31 AM
**To:** ███████████@united.com>
**Subject:** My Info Update Confirmation - COVID Test Records



Hi ███████

Thank you! This is a confirmation that your COVID test information was entered via MyInfo on 10/18/2021 08:31 AM (CST). If you would like to view the records you've entered, click here.

**CONFIDENTIAL**

**UNITED_SAMBRANO_00022459**

**APP.41**

If you have questions about your entry, click here to submit a Help Hub Request

© 2020 United Airlines, Inc. All rights reserved.

CONFIDENTIAL

UNITED_SAMBRANO_00022460

**APP.42**

# EXHIBIT 7

| From: | Manikis, Cheryl </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E264D75455745069C07E63F81F18313-U348650> |
|---|---|
| To: | Baylis, Pat; Rogers, Carol |
| Sent: | 12/17/2021 9:25:31 AM |
| Subject: | Re: RAP BTW Employees Covid + |

I checked with the ESC, non-customer facing accommodation is testing twice weekly & k95 mask.

Cheryl

Get Outlook for iOS

**From:** Manikis, Cheryl <cheryl.manikis@united.com>
**Sent:** Friday, December 17, 2021 9:23 AM
**To:** Baylis, Pat; Rogers, Carol
**Subject:** Re: RAP BTW Employees Covid +

Good morning,

My suggestion is to have the employee return to work 10 days after the original positive test and attest they are symptom free with no fever within the last 24 hours
Question is, who is tracking the test results?

Cheryl

Get Outlook for iOS

**From:** Baylis, Pat <Pat.Baylis@united.com>
**Sent:** Friday, December 17, 2021 8:43 AM
**To:** Rogers, Carol
**Cc:** Manikis, Cheryl
**Subject:** Re: RAP BTW Employees Covid +

It's the whole RAP issue  Who all is testing during RAP?

Sent from my iPhone

On Dec 17, 2021, at 8:26 AM, Rogers, Carol <Carol.Rogers@united.com> wrote:

Is there a reason we wouldn't follow the same CDC guidelines we use for all the other employees who are returned to work: after 10 days, symptoms improved, no fever in last 24 hours?

Carol Rogers, SHRM-CP, PHR
Sr. Manager Corporate Medical - WHQMD
847 224-4125 (mobile)
<image001.png>

**From:** Baylis, Pat <Pat.Baylis@united.com>



EXHIBIT 23
WIT: BAYLIS
DATE: 11-8-23
JoAnn Losoya, CSR

CONFIDENTIAL

UNITED_SAMBRANO_00086415

**APP.44**

**Sent:** Thursday, December 16, 2021 9:51 PM
**To:** Manikis, Cheryl <cheryl.manikis@united.com>; Rogers, Carol <Carol.Rogers@united.com>
**Subject:** Fwd: RAP BTW Employees Covid +

Let's talk about this and put a follow-up process together.

Sent from my iPhone

Begin forwarded message:

**From:** "Catanzano, Jessica" <jessica.catanzano@united.com>
**Date:** December 16, 2021 at 9:40:34 PM CST
**To:** "Baylis, Pat" <Pat.Baylis@united.com>
**Cc:** "Limacher, Kirk" <kirk.limacher@united.com>, "Robb, Neil" <neil.robb@united.com>
**Subject:** FW: RAP BTW Employees Covid +

Pat - first of all, hope you're well, and I miss you!

Second, we need some specific guidance for those who are testing as part of their RAP. At what point do we allow them to return to work? Further, what do we do in the case where they continue to test positive should we say that they can return XXX days after symptoms have subsided? We're getting questions about this since we do have unvaccinated RAP folks who have testing positive and continue to test positive but are symptomless.

Thanks in advance for your assistance,
Jessica

Jessica Catanzano, SPHR
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

**From:** Limacher, Kirk <kirk.limacher@united.com>
**Sent:** Thursday, December 16, 2021 9:18 PM
**To:** Catanzano, Jessica <jessica.catanzano@united.com>
**Cc:** Robb, Neil <neil.robb@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>; DeVita, Leia <leia.devita@united.com>; Cooney, Julianne <Julianne.Cooney@united.com>
**Subject:** Re: RAP BTW Employees Covid +

Let's involve Pat Baylis and outside experts in getting this answered. Thx.

Sent from my iPhone

On Dec 16, 2021, at 9:03 PM, Catanzano, Jessica <jessica.catanzano@united.com> wrote:

I know you're sick of me asking this, but we need to make a decision. Can they really not come back until they test negative?

Jessica Catanzano, SPHR
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

CONFIDENTIAL

UNITED_SAMBRANO_00086416

**APP.45**

**From:** Crooks, Brian <Brian.Crooks@united.com>
**Sent:** Thursday, December 16, 2021 9:02 PM
**To:** Catanzano, Jessica <jessica.catanzano@united.com>
**Subject:** FW: RAP BTW Employees Covid +

Hey there...I know you are busy, but do you know the answer to this question?

Many thanks,

Brian

**From:** Crooks, Brian
**Sent:** Wednesday, December 8, 2021 1:42 PM
**To:** Catanzano, Jessica <jessica.catanzano@united.com>
**Subject:** FW: RAP BTW Employees Covid +

Jessica,

Sorry to bother you, if an employee that is on a RAP who we require to test 2x weekly test positive, when do we allow them to come back to work? Is it when they clear or when they test negative? See the question below.

Many thanks,

Brian

**From:** Zabolotniuk, Julie <julie.zabolotniuk@united.com>
**Sent:** Wednesday, December 8, 2021 1:21 PM
**To:** Crooks, Brian <Brian.Crooks@united.com>
**Cc:** Trudeau, James <James.Trudeau@united.com>; Lightle, Edward <Edward.C.Lightle@united.com>; Alailefaleula, Vera <vera.alailefaleula@united.com>
**Subject:** RAP BTW Employees Covid +

Brian,

This is just a reminder re; our discussion around the BTW RAP employees we have currently out that are Covid positive.

Will they be required to stay out until a negative test is received or are the rules that we were using recently of 10 days after symptoms employees can return to work. I realize this may get muddy as they have to provide the test for the RAP requirements and if they are testing positive for a long time what is the expectation?

Thank you!
Julie

Julie Zabolotniuk
Administrative Supervisor
United Las Vegas McCarran International Airport
Tel 702-261-7134  julie.zabolotniuk@united.com
www.united.com
@JZinNV

CONFIDENTIAL

UNITED_SAMBRANO_00086417

**APP.46**

# EXHIBIT 8

From:        Baylis, Pat [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4EC9FF112B94593A21E9B47D00D8DF4-U084618]
Sent:        10/18/2021 11:52:58 AM
To:          Chen, Tai-Ho (CDC/DDID/NCEZID/DGMQ) [tdc5@cdc.gov]
Subject:     RE: [EXTERNAL] RE: COVID accommodation review


Thanks Tai.  Appreciate it.


From: Chen, Tai-Ho (CDC/DDID/NCEZID/DGMQ) <tdc5@cdc.gov>
Sent: Monday, October 18, 2021 11:39 AM
To: Baylis, Pat <Pat.Baylis@united.com>
Subject: [EXTERNAL] RE: COVID accommodation review

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender
and know that the content is safe.

Thanks Pat,
I've received your email and have forwarded this up for further consideration. I will let you know the response that I
receive.
Best,
Tai


From: Baylis, Pat <Pat.Baylis@united.com>
Sent: Monday, October 18, 2021 9:29 AM
To: Chen, Tai-Ho (CDC/DDID/NCEZID/DGMQ) <tdc5@cdc.gov>
Subject: COVID accommodation review

Hi Tai,

Thanks so much for talking to us today last minute!

As per our discussion, United has a COVID vaccine requirement.  Those who could not take the vaccine for religious or
medical reasons will be accommodated in various ways.  We have been asked in the legal arena what qualifiers will
determine at which point in time those accommodations will not be necessary.  How will we determine that the
pandemic has "meaningfully receded" in order to consider lifting the restrictions on those being
accommodated?  Various considerations have been knowledge of an end to masks mandates onboard aircraft and
within the airports; the CDC announcing the end of the pandemic and start of an endemic; and new cases per 100,000,
hospitalizations and deaths.

I have included a section from the CDC below looking at new case numbers.  Is it reasonable to look at these community
transmission numbers in our determinations?



EXHIBIT 8  24
WIT: BAYLIS
DATE: 11-8-23
JoAnn Losoya, CSR

CONFIDENTIAL

UNITED_SAMBRANO_00016321

**APP.48**

# How CDC measures the county level of community transmission

CDC looks at two numbers — total new cases and percent positivity — to determine the level of community transmission.

* **Total new cases** refers to a county's rate of new COVID-19 infections, reported over the past 7 days, per every 100,000 residents. To calculate this number, CDC divides the total number of new infections by the total population in that county. CDC multiplies this number by 100,000.

* **Percent positivity** refers to the percentage of positive COVID-19 tests in a county over the past 7 days. This number is based on reports from states on a specific type of test known as a Nucleic Acid Amplification Test (NAAT). To calculate this number, CDC divides the number of positive tests by the total number of NAATs performed in that county. CDC multiplies this number by 100 to calculate the percentage of all tests that were positive. Learn more at Calculating SARS-CoV-2 Laboratory Test Percent Positivity.

A higher number of total new cases and a higher percent positivity correspond with a higher level of community transmission, as shown below. If the values for each of these two metrics differ (for example, if one indicates moderate and the other low), then the higher of the two should be used to make decisions about mask use in a county.

## Incomplete Data

When data are unavailable for one metric, the other is used to determine the level of community transmission. When data for both metrics are unavailable, the county level of community transmission cannot be determined.

| Community Transmission Levels | Low Transmission | Moderate Transmission | Substantial Transmission | High Transmission |
|---|---|---|---|---|
| Total new cases per 100,000 persons in the past 7 days | 0-9.99 | 10-49.99 | 50-99.99 | ≥100 |
| Percentage of NAATs that are positive during the past 7 days | 0-4.99% | 5-7.99% | 8-9.99% | ≥10.0% |

We are unclear on how best to qualitatively and quantitively assess this.  Would you be able to provide some direction?

Thanks again.

Pat

*Patricia L. Baylis PA-C*
*Managing Director*
*Corporate Medical Director*
*United Airlines Safety Division*
*233 S. Wacker Drive 16th floor- WHQMD*
*Chicago, IL 60606*
*872-825-4931 (Willis Tower)*
*630-290-6518 (cell)*

CONFIDENTIAL

# EXHIBIT 9

| From: | Limacher, Kirk </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a80ca305c9e248b8b9c748f22e3b5ffe-u330706> |
|---|---|
| To: | Limacher, Kirk |
| Sent: | 12/8/2020 11:32:02 AM |
| Subject: | FW: Outline |

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

**From:** Limacher, Kirk <kirk.limacher@united.com>
**Sent:** Tuesday, December 8, 2020 9:02 AM
**To:** Gebo, Kate <Kate.Gebo@united.com>
**Cc:** Limacher, Kirk <kirk.limacher@united.com>
**Subject:** Outline



EXHIBIT
1
Gebo    11|10|23

Phase 1: December
Phase 2: January-February
Phase 3: February-August

Risks identified and plans under development (Header)

**Vaccine policy**
- Stage III trails are showing a high level efficacy (90%+) for both the Pfizer and Moderna vaccine
- Most healthcare employers are encouraging vaccination but not making it mandatory
  - Limited precedence for EUA-status vaccine to be required
  - Concern with limited vaccine development and testing timeframe (*five year process completed in eight months*): potential adverse impact on at-risk groups
  - Northwestern, Advocate, John Hopkins, and Georgetown have all stated the vaccination is highly encouraged and not be mandatory for employees.  Awaiting public statement from Cleveland Clinic.  Note, UIC is currently planning to make vaccination mandatory
  - *NYC firefighters/policy:  Kate*
  - While flu vaccine is mandatory in most healthcare settings, the vaccine itself is mature and low risk to most demographics
- No case law or past guidance from EEOC, FDA, or CDC for mandating EUA vaccines
- Expect EEOC to issue guidance by end of December for use by health care employees (phase 1a)
  - EEOC may say employees cannot mandate vaccine under the ADA while the vaccine is in EUA status.  FDA and/or CDC may issue similar guidance
  - *Outstanding question: How long will vaccine(s) likely remain in an EUA status?*
- Pilot aeromedical requirements
  - FAA will review the FDAs EUA report once made available this week
  - FAA will advise "very fast" on their position.   FAA could approve for use (post vaccine grounding period possible) and prohibit for pilots while in EUA status

**Employee Education on Vaccination**
- Partnering with Cleveland Clinic to develop vaccine education communications and experiences
- *Mandatory* vaccine education for employees in Q1 2021 (most workgroups)
- Focus heavily on leader education
- Leverage story-telling (e.g., follow known leaders through their vaccination experience)
- Specific minority groups have historical concerns with vaccination which will regard focused messaging

**Vaccine distribution, access, and tracking**
- While the CDC is providing guidance to state health departments regarding vaccine distribution and prioritization, each state will operationalize vaccination differently
- Local supply chains are only starting to organize for Phase 1a (*CVS mass hiring campaign, insufficient vaccine allocation per state to meet phase 1a populations, early manufacturing challenges at Pfizer and Moderna*)
- Securing priority access to vaccine for United employees will require coordinate with local government, airport authorities, and health providers
- Exploring partnerships with local hospitals in our hub markets to run vaccination programs for the entire airport community including United employees
  - Program would be a catalyst to a different relationship with our hub communities and airport authorities
  - Local government and airport authority likely to support and appreciate access to all airport workers
  - Logistical support provided by United and vaccine/health professionals by local hospital partner
  - Focusing on ORD and EWR to begin with
  - Conversations also underway with CVS and Walgreens for both hubs and line station solutions
  - Furloughed employees to participate as well
- Considering incentive program for employees who receive vaccine (cash, other)
- *Tracking (if mandatory):  Leverage customer partners*
- Exploring international vaccination regulations
  - U.K. government is paying for citizen
  - China has mandated vaccination but United employees are being asked to pay for it
  - Recommend reimbursing employees for out of pocket vaccination costs outside the U.S.

**Sustainability**
- Booster requirements?
- Employment requirement?
- New hire/return to work process
- Etc.

**Upcoming Key Dates**
- December 11:  Pfizer EUA approval expected
- December 21:  Moderna EUA approval possible
- By end of December: EEOC communicates position on mandatory vaccination for health care professionals
- By end of December: FAA communicates guidelines for pilot COVID-19 vaccination

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

UNITED_SAMBRANO_00082499

**APP.52**

# EXHIBIT 10

| From: | Gebo, Kate </o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=aa2e06ecb0134dde9ecb71c0a80f82f8-u196454> |
|---|---|
| To: | Limacher, Kirk |
| Sent: | 7/27/2021 11:59:05 AM |
| Subject: | Re: Mandatory vaccinations |

Thanks Kirk

Could you also make a schedule for the October bid schedule ?  We could say you can only bid if you have received and submitted your first shot with the requirement to get the second one.  Can you also give Sarah Murphy a heads up that we are thinking about this?

Thanks Kirk

Sent from my iPhone

On Jul 27, 2021, at 10:50 AM, Limacher, Kirk <kirk.limacher@united.com> wrote:

One change in red....sorry.....

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*



**From:** Limacher, Kirk <kirk.limacher@united.com>
**Sent:** Tuesday, July 27, 2021 9:46 AM
**To:** Gebo, Kate <Kate.Gebo@united.com>
**Subject:** RE: Mandatory vaccinations

The operation needs to know before the bid period who will be eligible for fly

My initial thoughts :

- Notification (**August 5th**)
- Vaccination information must be uploaded to Flying Together (**September 24th**)  (*which provides seven weeks to get two-shot regiment*)
- Impacts work eligibility beginning **November 1st**
  - ○ October bidding for November flying for crews
    - ■ Pilots: Bid 10/6 – 10/12 for November flying
    - ■ Flight Attendants:  Bid 10/12 – 10/17 for November flying
  - ○ For other frontline groups, allows time to plan for shift vacancies
  - ○ Allows for a cooling off period before November for employees and HR to work through non-compliance and RAP
  - ○ Gives us time to change our flying schedule (if needed) based on participation issues (and thus, limit customer image)

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

**CONFIDENTIAL**

**From:** Gebo, Kate <Kate.Gebo@united.com>
**Sent:** Tuesday, July 27, 2021 8:40 AM
**To:** Limacher, Kirk <kirk.limacher@united.com>
**Subject:** Re: Mandatory vaccinations

Is that the earliest schedule that we could do it for?
Thanks Kirk.
Kate

Sent from my iPad

On Jul 27, 2021, at 9:20 AM, Limacher, Kirk <kirk.limacher@united.com> wrote:

I'm developing a heat map for pilots using fleet, seat, age, and service.  It will be available later today.

Mike Hansen is engaged with Paul Carlson.   As soon as we have the analysis, Paul will provide some insights around schedule risk (assuming a mandate for November flying).

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

**From:** Gebo, Kate <Kate.Gebo@united.com>
**Sent:** Tuesday, July 27, 2021 6:13 AM
**To:** Hansen, Mike <mike.hansen@united.com>; Jones, Zachery - LR <Zachery.Jones@united.com>; Landry-Wilson, Brian <brian.landry-wilson@united.com>
**Cc:** Limacher, Kirk <kirk.limacher@united.com>
**Subject:** Fwd: Mandatory vaccinations

Given that 10% of our pilots aren't vaccinated I need a page to know a little more about who they are - are they younger pilots who have a long runway with us and could somewhat easily move to another airline or are they retiring in the next year or two?  Everyone else in the middle will have a big economic decision to make.

Also, would any flying or training plans be impacted by a mandate and if so, how much time would we need to work through that so that we had the pilots where we needed them?

Need this info in the next day or so if possible. Kirk this will be a part of the info that you would bring to eteam.
Thanks
Kate

Sent from my iPad

Begin forwarded message:

**From:** "Gebo, Kate" <Kate.Gebo@united.com>
**Date:** July 27, 2021 at 7:09:11 AM EDT
**To:** "Roitman, Jon" <Jon.Roitman@united.com>
**Subject: Re: Mandatory vaccinations**

Agree.  I'll have my folks look at the make up of the pilots that are not yet vaccinated (age, seat and fleet).

Sent from my iPad

On Jul 27, 2021, at 7:07 AM, Roitman, Jon <Jon.Roitman@united.com> wrote:

The work we need to do entails a plan to deal with any attrition.  We are thin ...as you know.  Pilots especially are concerning.
That said... I'm a big advocate to mandate.
Jon

Sent from my iPhone

On Jul 27, 2021, at 6:59 AM, Gebo, Kate <Kate.Gebo@united.com> wrote:

Hi Everyone,
I'll get with Kirk to work with Sasha, Dan and coms so we can discuss on Monday or be ready before that if there is meaningful movement by other companies, etc.
Kate

Sent from my iPad

On Jul 27, 2021, at 2:09 AM, Kirby, Scott <Scott.Kirby@united.com> wrote:

Kudos to the VA, De Blasio, and Gov Newsom for their moves to require vaccines.  That's not the list that I'd have expected to lead but good for them.  I hope it gets the ball rolling (particularly for the federal govt) and also for private employers.

In that vein, there's probably not a lot of work to do but I think we should be prepared to be an early mover in requiring vaccinations if this movement gains momentum.

Sent from my iPad

CONFIDENTIAL

UNITED_SAMBRANO_00085402

**APP.56**

# EXHIBIT 11

| From: | Gebo, Kate </o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa2e06ecb0134dde9ecb71c0a80f82f8-u196454> |
| To: | Fariello, Theresa; Limacher, Kirk |
| Sent: | 9/22/2021 4:13:39 PM |
| Subject: | Re: FYI. Note 97% |

And the number of accommodations is about 2100.  80% of these were religious.
Kate

Sent from my iPad

On Sep 22, 2021, at 5:12 PM, Gebo, Kate <Kate.Gebo@united.com> wrote:

Sent from my iPad

Begin forwarded message:

**From:** "Gebo, Kate" <Kate.Gebo@united.com>
**Date:** September 22, 2021 at 5:11:55 PM EDT
**To:** "Fariello, Theresa" <Theresa.Fariello@united.com>
**Cc:** "Limacher, Kirk" <kirk.limacher@united.com>
**Subject: Re: FYI. Note 97%**

We are hearing from a small group who has had COVID and we are saying that we are following CDC
recommendations that they get vaccinated.
From their website..

Yes, you should be vaccinated regardless of whether you already had COVID-19 because:

- Research has not yet shown how long you are protected from getting COVID-19 again after you recover
  from COVID-19.
- Vaccination helps protect you even if you've already had COVID-19.

Evidence is emerging that people get better protection by being fully vaccinated compared with having had
COVID-19. One study showed that unvaccinated people who already had COVID-19 are more than 2 times as
likely than fully vaccinated people to get COVID-19 again.

Kirk can share the exemption numbers.
Kate

Sent from my iPad

On Sep 22, 2021, at 5:09 PM, Fariello, Theresa <Theresa.Fariello@united.com> wrote:

Please see qs from WH.  Please let me know how you prefer to respond.  Thanks.

CONFIDENTIAL

UNITED_SAMBRANO_00083926

**APP.58**

Sent from my iPhone

Begin forwarded message:

**From:** "Wakana, Benjamin L. EOP/WHO" <Benjamin.L.Wakana@who.eop.gov>
**Date:** September 22, 2021 at 4:47:53 PM EDT
**To:** "Rowe, Courtney M. EOP/WHO" <Courtney.M.Rowe@who.eop.gov>, "Fariello, Theresa"
<Theresa.Fariello@united.com>
**Subject: RE: FYI. Note 97%**

Terri, TERRIFIC news and very helpful – thank you. Two follow up questions (for internal use only, not public).

1. How much are you hearing from staff that they should be exempted if they already had COVID? And how are you dealing with people who claim prior infection and want to avoid the shot?
2. Any sense of how many people claimed an exemption?

Anytime tomorrow is fine. Not a huge rush on this. Just looking for your best practices (as always!)

Many thanks,
Ben


**From:** Rowe, Courtney M. EOP/WHO
**Sent:** Wednesday, September 22, 2021 12:07 PM
**To:** Fariello, Theresa <Theresa.Fariello@united.com>; Wakana, Benjamin L. EOP/WHO
<Benjamin.L.Wakana@who.eop.gov>
**Subject:** RE: FYI. Note 97%

It's SO GOOD

**From:** Fariello, Theresa <Theresa.Fariello@united.com>
**Sent:** Wednesday, September 22, 2021 12:03 PM
**To:** Wakana, Benjamin L. EOP/WHO <Benjamin.L.Wakana@who.eop.gov>; Rowe, Courtney M. EOP/WHO
<Courtney.M.Rowe@who.eop.gov>
**Subject:** [EXTERNAL] FYI. Note 97%

>https://www.linkedin.com/posts/jscott-kirby united-airlines-was-the-first-major-airline-activity-
6846450855454105600-JkQx<

Sent from my iPhone

# EXHIBIT 12

| | |
|---|---|
| **From:** | Kate.Gebo@united.com |
| **To:** | Roitman, Jon |
| **CC:** | Hodges, Michelle; Enqvist, Toby; Millichap, Stephanie |
| **Sent:** | 8/8/2021 10:23:49 AM |
| **Subject:** | Re: Vaccine Requirement Feedback |

Yes, we are revising the statement when you upload your card.

Sent from my iPad

On Aug 8, 2021, at 9:39 AM, Roitman, Jon <Jon.Roitman@united.com> wrote:

We also need to figure out a warning about fake vaccine cards. We need a policy that has strong teeth. Hearing chatter about this in the field

Sent from my iPhone

On Aug 8, 2021, at 9:25 AM, Gebo, Kate <Kate.Gebo@united.com> wrote:

Adding Steph.

Sent from my iPad

On Aug 8, 2021, at 8:22 AM, Gebo, Kate <Kate.Gebo@united.com> wrote:

Hi Jon,
Michelle and I will talk with coms about these topics. All have pretty simple answers and very clear cut.

We will figure out who the right person is to send the message on buyouts to stop this concept right away.

On the item about feedback - I'm interested in questions and clarifications but not really all that interested in an open forum of commentary. Let's discuss what might be the best thing.

Kate

Sent from my iPad

On Aug 7, 2021, at 4:54 PM, Roitman, Jon <Jon.Roitman@united.com> wrote:

See below where we have consolidated a ton of feedback needing follow up. We should create a good plan for Monday Town Hall.

We have hotspots developing and some emotion but totally aligned with what we expected. Overall reaction to the announcement is neutral to positive for sure.

Sent from my iPhone

Begin forwarded message:

**APP.61**

**CONFIDENTIAL**

**Date:** August 7, 2021 at 12:43:46 PM EDT
**To:** "Roitman, Jon" <Jon.Roitman@united.com>
**Subject: Vaccine Requirement Feedback**

- Most immediate concerns / potential actions
  - ○ Quick need to distribute info on RAP process – lots of misconceptions out there:
    - Ops leaders concerned that they'll need to get involved in the process (they won't) and uncomfortable with doing so
    - Employees saying things such as "I'll convert to (some religion) and get a religious RAP"
    - Employees overconfident in getting RAP – assume approvals are automatic
    - Lots of questions from employees that are pregnant or likely to be
  - ○ Need to clarify amount of incentive
    - Is payout amount dependent on FT/PT status?
    - Is payout larger for those working 10 hour shifts?
  - ○ Need to open comments on United Daily article or provide some other kind of public forum / feedback
    - Employees feel that no commenting shows leadership doesn't want employee comments/questions/feedback
  - ○ Provide clarity on business partners / vendor partners / flying partners
    - Clarity on UGE policy – some asking to transfer there (while keeping UA seniority) as they do not yet have a requirement
  - ○ Provide clarity on timeline, especially if FDA approval slides
    - Many concerned that we'll push forward even if FDA approval does not happen
  - ○ Provide clarity on how this isn't a HIPAA violation

- Potential future issues
  - ○ Rumors of potential buyout for those that won't meet the requirement
  - ○ Unconfirmed rumors of IBT newsletter stating that IBT is developing packages

**APP.62**

UNITED_SAMBRANO_00087001

# EXHIBIT 13

**To:** Hansen, Mike [mike.hansen@united.com]
**From:** Gebo, Kate[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AA2E06ECB0134DDE9ECB71C0A80F82F8-U196454]
**Sent:** Thur 9/2/2021 4:20:31 PM (UTC-05:00)
**Subject:** RE: [EXTERNAL] Religious Accommodations

Great – thank you.

**From:** Hansen, Mike <mike.hansen@united.com>
**Sent:** Thursday, September 2, 2021 2:56 PM
**To:** Gebo, Kate <Kate.Gebo@united.com>
**Subject:** RE: [EXTERNAL] Religious Accommodations

# Redacted - Privileged

Let me know if you have a concern with that approach. Craig did ask me another question on RAP and he knows I will get back to soon.
Mike

Mike D. Hansen
Managing Director, Labor Economics and Labor Relations

United Airlines | 233 South Wacker Drive, WHQLR 25th floor | Chicago, IL 60606
Tel: 872.825.9566 / USA.UAL.9566 Mobile: 312-547-9992
United.com

**From:** Gebo, Kate <Kate.Gebo@united.com>
**Sent:** Wednesday, September 1, 2021 5:45 PM
**To:** Hansen, Mike <mike.hansen@united.com>
**Subject:** Fwd: [EXTERNAL] Religious Accomodations


EXHIBIT
Gebo 2 3 11/10/23

Sent from my iPhone
Begin forwarded message:

> **From:** Craig Symons <president@pafca-ual.org>
> **Date:** August 31, 2021 at 5:34:08 PM CDT
> **To:** "Gebo, Kate" <Kate.Gebo@united.com>, "Kirby, Scott" <Scott.Kirby@united.com>
> **Cc:** PAFCA BOARD <board@pafca-ual.org>
> **Subject:** [EXTERNAL] Religious Accomodations

> This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

> Scott and Kate,

> Please see the attached questions that one of our members forwarded along. I really think the Company is over the line here. You are in no position to assess a person's religion and this goes well beyond your purview.

> Frankly, this looks like a purge of religious orthodoxy to me and seems improper in the extreme, especially given the Company's stated desire to accommodate all religions and levels of belief.

> This looks like an inquisition and I question where the Corporation derives the moral authority to make such assessments.

CONFIDENTIAL

I don't think this is smart policy.

Craig

Begin forwarded message:

> **From:**
> **Date:** August 30, 2021 at 05:58:49 CDT
> **To:** Craig Symons <president@pafca-ual.org>
> **Subject: Religious accommodation update**

Craig.

Below FYI is the response I received last night from the company regarding my request for religious accommodation. Apparently they need further clarifications on my decision, but frankly I feel like the decision has already been made.

Item E is not a question but a request (with a question mark at the end) for documentation from a "third person whom I personally know, who is aware of my sincerely held religious belief and can support my request for a religious accommodation"...

I have my response ready and will respond within the three days. I am just puzzled about the last request. Now I have to bring other people on the witness stand. I feel like I am on trial. I wonder if they will accept my wife's testimony... for what this is all worth...

=====================================================================

Hi

We've got an update on your request.

If you have any questions, please click the link below to access your request or reply to this email.

**Request Number:** HRC3627501
**Short Description:** Reasonable Accommodation Request -

---

**2021-08-29 18:02:05 CDT - Jasmine Love** Additional comments

Thank you for your response. In order to process your religious accommodation request please provide additional information regarding the following within three days:

a.) Are you aware the COVID vaccines are not prohibited by your religion? That religion views getting the vaccine as an act of charity toward others. Does that change your mind about getting the vaccine?

b.) Are you aware if any vaccines or medications you have previously received were created, researched, tested or otherwise involved the use of stem cells? Yes __ No __ Don't know ____

c.) If your answer is yes, please explain why receiving such vaccines or medications were not a violation of your sincerely held religious belief.

d.) If your answer is don't know, please explain why receiving these vaccines without knowing these conditions was not or is not a violation of your sincerely held religious beliefs.

CONFIDENTIAL

e.) Please also provide written documentation from a third person, whom you personally know, who is aware of your sincerely held religious belief and can support your request for a religious accommodation?

--

Craig Symons
President, PAFCA-UAL

UNITED_SAMBRANO_00081137

APP.66

# EXHIBIT 14

| From: | Limacher, Kirk </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a80ca305c9e248b8b9c748f22e3b5ffe-u330706> |
|---|---|
| To: | Gebo, Kate |
| CC: | Wit, Vania; Johnson, Sasha |
| Sent: | 10/19/2021 9:17:43 AM |
| Subject: | Defining "meaningfully" recedes (Updated proposal) |
| Attachments: | image003.jpg |



EXHIBIT

30

Gebo        11/10/23

Kate,

Thanks for socializing @ eTeam yesterday.

After further discussion late yesterday, we have a new proposal for determining when it's appropriate for customer-facing unvaccinated employees (RAP approvals) to return from their unpaid leave:

- Eliminate mask mandate metric altogether as Judge Pittman seems annoyed by the Federal governments mask policy (*note, only the United team was wearing masks in the courtroom*)
- Utilize one simple metrics; **Community Transmission Rate is "low"**; here is the CDC dashboard that we'd leverage (https://covid.cdc.gov/covid-data-tracker/#cases_community). There are two metrics that need to be met for a "low" rating;
    - Total new cases per 100,000 personas in the past 7 days are less than 10; and
    - Percentage of positive PCR testing in the community is less than 5% (see chart below)
- State by State application for CSRs; nation-wide application of metric for crews
- A particular state (*for CSRs*) or U.S. as a whole (*for crews*) would need to remain in the "low" category for two consecutive seven-day reporting periods to trigger a return from unpaid leave (*similar to methodology used by the City of Chicago*). If a state or country as a whole returned to "moderate" category for two consecutive seven-day reporting periods, customer facing employees would return to an unpaid leave
- Commitment to revisit the metric every 30 days for appropriateness (*which the Judge will like and is limited work for us*)
- Once "low" rating is achieved nationwide:
    - For In-Flight , we can restrict international flying based on vaccination status due to LOA
    - For FO, we don't have the ability to restrict flying based on vaccination status given termination of LOA in Sept 2021. We'll have some time to figure this out though

Please let me know your thoughts. Judge Pittman is very concerned about the lack of a metric. Thus, we have a limited time to act (*if we choose*) before his ruling in the coming days.

Thanks!

| Indicator - If the two indicators suggest different transmission levels, the higher level is selected | Low Transmission Blue | Moderate Transmission Yellow | S(... o... |
|---|---|---|---|
| Total new cases per 100,000 persons in the past 7 days | 0-9.99 | 10-49.99 | 5( |
| Percentage of NAATs[1] that are positive during the past 7 days | 0-4.99% | 5-7.99% | 8- |

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

CONFIDENTIAL

# EXHIBIT 15

| From: | Gebo, Kate </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa2e06ecb0134dde9ecb71c0a80f82f8-u196454> |
| To: | Simitz, Bob; Muenkel, Dan; Limacher, Kirk; Hodges, Michelle; Jones, Michael |
| Sent: | 11/15/2021 10:43:59 AM |
| Subject: | FW: [EXTERNAL] Retirement due to approved Religious RAP |

HI Everyone,
Are we seeing any meaningful movement into retirement from people who have been in the RAP process? If the numbers are meaningful, it would be good to know.
Thanks
Kate

-----Original Message-----
From: ▉▉▉▉▉▉▉▉▉
Sent: Monday, November 15, 2021 9:59 AM
To: Gebo, Kate <Kate.Gebo@united.com>
Subject: [EXTERNAL] Retirement due to approved Religious RAP

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

I have an 'Approved" religious RAP. And now as per United's policy, I am required to update my retirement request to Nov. 15, 2021.
I am doing this under DURESS because United's policy will not allowed me to retire if I was put on an indefinite personal Leave .
This short timeline, gives me no other option, or solution. I will never go against my sincerely held beliefs.
I have loved my job every day since I began flying 53 years ago. I have always been proud to be a valued employee. With many, many accolades.
I am saddened and discouraged that I am basically being discharged because I will not violate my sincerely held beliefs.
Let it be well known to everyone, that I have no other choice, and find this type of treatment despicable and unprofessional. Discriminating and with no concerns for the United professionals. This is simply wrong.

▉▉▉▉▉▉▉▉▉

Sent from my iPad



EXHIBIT

32

Gebo        1/10/23

CONFIDENTIAL

# EXHIBIT 16

**From:** Johnson, Sasha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69A7CD08882044E39A00DF626C4DFA88-U335757]
**Sent:** 9/30/2021 8:18:37 AM
**To:** Conneely, James [james.conneely@united.com]
**Subject:** RE: Preview: N95 or KN95 masks required

# Redacted - Privileged

Sasha

**From:** Conneely, James <james.conneely@united.com>
**Sent:** Thursday, September 30, 2021 7:02 AM
**To:** Johnson, Sasha <Sasha.Johnson@united.com>
**Subject:** Re: Preview: N95 or KN95 masks required

# Redacted- Privileged

Sent from my iPhone

On Sep 30, 2021, at 4:59 AM, Johnson, Sasha <Sasha.Johnson@united.com> wrote:

Good morning –

# Redacted- Privileged

**From:** Lantz, Garet <garet.lantz@united.com>
**Sent:** Thursday, September 30, 2021 12:01 AM
**To:** Fiore, Kristin <Kristin.Fiore@united.com>
**Cc:** Johnson, Sasha <Sasha.Johnson@united.com>; Cabral, Tom <thomas.cabral@united.com>
**Subject:** RE: Preview: N95 or KN95 masks required

Hey Kristin,

I will work on this in the am. What we can do, as Sasha mentioned below, is replicate the Respirator Wearer Safety Procedures chapter in the GMM (Subject 02-30-01) for AO. Also, we lay out the requirements and elements needed for a Respiratory Protection Program (RPP) in the GSS-0305.

Will Arizmendi in TO will be our support with this roll out at he is the SME with TO safety and manages the respiratory protection program for TO system wide. I will call him in the morning to discuss the best strategy for conducting qualitative fit testing for a large quantity of employees in a timely manner and discuss how we can provide AO access to the TO training module in MTISe. Also, some of our stations with a large tech ops presence should have local Respiratory Program Administrators that are qualified to do fit testing.



EXHIBIT 14
WIT: Johnson
DATE: 11-9-23
JoAnn Losoya, CSR

CONFIDENTIAL

UNITED_SAMBRANO_00141734

APP.72

Pat Baylis and Terry Werber will be able to support with the medical questionnaires. This is the responsibility of Managed Care and ESC. We already have a form that any employee can use (see attached) and I think it gets sent to ESC for review/documentation.

We have been working over the past few months to update the GSS, GMM, and medical questionnaire...so that is why the attached documents are in draft form now. However, nothing really changed other than the 5-year medical exam requirement, we no longer require it.

Call me tomorrow after your training and I should have some updates/feedback for you, Thanks!

Garet Lantz (He, Him, His)
Specialist - Corp Ground Safety Program Integration
United | Corporate Support Center |
233 S. Wacker Drive 16th Floor (1688-E) | Chicago, IL 60606
Tel 872-825-0723 | Cel 217-691-2611 |
garet.lantz@united.com
united.com

**From:** Fiore, Kristin <Kristin.Fiore@united.com>
**Sent:** Wednesday, September 29, 2021 9:38 PM
**To:** Lantz, Garet <garet.lantz@united.com>
**Cc:** Johnson, Sasha <Sasha.Johnson@united.com>; Cabral, Tom <thomas.cabral@united.com>
**Subject:** FW: Preview: N95 or KN95 masks required

Hi Garet,

We are requiring N95 masks for the unvaccinated employees who will be coming to work.  We need to come up with a simple, easy plan to be in compliance with OSHA.  Can you please track down the current TO respirator training program tomorrow morning?  Here are my thoughts for rolling this out – open to your suggestions for how to quickly and simply roll this out:

-        Need medical eval – I believe the requirement is having each employee complete the OSHA questionnaire (appendix C of respirator standard) and then have Medical review?  Can we do this via email and then have a mailbox for these to go to?  We will need to include Pat Baylis in this discussion.
-        Need training – Either grab the TO training in Takeoff or somehow put a short video together in Takeoff?  We could use the OSHA video if needed?
-        Need fit testing – can do qualitative fit testing with smoke – is that how it's handled in TO?  Need to determine how to best get this completed.

I will be in training for the morning but let's plan on touching base tomorrow when you have gathered this info.  Thanks very much for your quick turn on this!

Let me know if you have questions.
Thanks,
Kristin

**From:** Johnson, Sasha <Sasha.Johnson@united.com>
**Sent:** Wednesday, September 29, 2021 8:36 PM
**To:** Edwards, Averil <averil.edwards@united.com>;                              @united.com>; Fiore, Kristin <Kristin.Fiore@united.com>

**Cc:** Hanna, Mike <Mike.Hanna@united.com>; Limacher, Kirk <kirk.limacher@united.com>
**Subject:** RE: Preview: N95 or KN95 masks required

# Redacted - Privileged

Thanks in advance for your support.

Sasha

**From:** Edwards, Averil <averil.edwards@united.com>
**Sent:** Wednesday, September 29, 2021 8:43 PM
**To:** ███████████ @united.com>; Johnson, Sasha <Sasha.Johnson@united.com>
**Cc:** Hanna, Mike <Mike.Hanna@united.com>; Limacher, Kirk <kirk.limacher@united.com>
**Subject:** RE: Preview: N95 or KN95 masks required

Hi ███

# Redacted- Privileged

Thanks,
Averil

**From:** ████████████ @united.com>
**Sent:** Wednesday, September 29, 2021 7:36 PM
**To:** Johnson, Sasha <Sasha.Johnson@united.com>; Edwards, Averil <averil.edwards@united.com>
**Cc:** Hanna, Mike <Mike.Hanna@united.com>; Limacher, Kirk <kirk.limacher@united.com>
**Subject:** Fwd: Preview: N95 or KN95 masks required

# Redacted- Privileged

███

**From:** HR Communication <hr.communication@united.com>
**Sent:** Wednesday, September 29, 2021 6:29 PM
**To:** ████████
**Subject:** Preview: N95 or KN95 masks required

CONFIDENTIAL

UNITED_SAMBRANO_00141736

**APP.74**

# Redacted- Privileged

©2021 United Airlines. All rights reserved.
The information contained in this message may be confidential. Any unauthorized use, dissemination or copying of this communication is prohibited.

©2021 United Airlines, All rights reserved. | United, Chicago, IL 60606
Unsubscribe john.kleberg@united.com

Update Profile | Constant Contact Data Notice
Sent to john.kleberg@united.com by hr.communication@united.com

CONFIDENTIAL

UNITED_SAMBRANO_00141737

**APP.75**

<RESPIRATOR WEARER SAFETY PROCEDURES- FINAL DRAFT- 7-26-21.docx>
<ST-GL-GSS-0305 Respiratory Protection.docx>
<respiratory-protection-questionnaire.pdf>

# EXHIBIT 17

**From:**  Johnson, Sasha </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69A7CD08882044E39A00DF626C4DFA88-U335757>
**To:**  Kozak, Michael
**Sent:**  10/1/2021 10:44:03 PM
**Subject:**  Safety Top 3

Mike –

Here is safety's top 3. Thanks!

Sasha

- **Vaccine Requirement Accommodations**  – As a result of the current litigation, on Friday we communicated to non-vaccinated employees the requirement that N95/KN95 mask be worn in all United locations both indoors and outdoors except in limited circumstances. We are evaluating additional safety measures that could be implemented as part of reasonable accommodation plans depending on the outcome of this week's injunction hearing.

- **EWR Tailstrike** – UA 1117 DEN – EWR incurred a tailstrike on landing late Monday. Flight safety launched an FSI and late this week we learned the NTSB has classified the event as an accident due to the extent of the damage to the aircraft. We will continue to work with the NTSB as we complete the investigation.

  **Vaccine flights** – This week we submitted our approval request to the FAA for additional Pfizer vaccine flights. The FAA feels confident they will get the approvals completed in time for us to begin the flights on October 11th.

- **Safety coloring contest** – This week we shared social media content with senior operations leaders to promote the safety coloring competition which closes on October 8th. Please share and tweet!

**Sasha Johnson | Vice President, Corporate Safety | United Airlines**
O: 202.521.4343| M: 202.440.1834| sasha.johnson@united.com



EXHIBIT 16
WIT: Johnson
DATE: 11-9-23
JoAnn Losoya, CSR

CONFIDENTIAL                                        UNITED_SAMBRANO_00088640

**APP.78**

# EXHIBIT 18

| | |
|---|---|
| From: | Baylis, Pat [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4EC9FF112B94593A21E9B47D00D8DF4-U084618] |
| Sent: | 10/20/2021 6:57:47 AM |
| To: | Johnson, Sasha [Sasha.Johnson@united.com] |
| Subject: | RE: ▮▮▮▮▮▮▮▮ <Still need to continue testing post positive COVID-19 test> |

I see it now scheduled for tomorrow. Thanks.

EXHIBIT 19
WIT: Johnson
DATE: 11-9.23
JoAnn Losoya, CSR

**From:** Baylis, Pat
**Sent:** Wednesday, October 20, 2021 6:56 AM
**To:** Johnson, Sasha <Sasha.Johnson@united.com>
**Subject:** RE: ▮▮▮▮▮▮▮▮ <Still need to continue testing post positive COVID-19 test>

Thanks, Sasha. I have had to deal with this several times with pilots and FA's traveling internationally. I do not see a 1:1 scheduled today?

**From:** Johnson, Sasha <Sasha.Johnson@united.com>
**Sent:** Wednesday, October 20, 2021 6:50 AM
**To:** Baylis, Pat <Pat.Baylis@united.com>
**Subject:** Re: ▮▮▮▮▮▮▮▮ <Still need to continue testing post positive COVID-19 test>

Sure Pat happy to discuss. But I agree with Kirk that these will need to be handled as one off situations. But we can discuss today at our 1:1. Tks.

Sent from my iPhone

On Oct 20, 2021, at 7:40 AM, Baylis, Pat <Pat.Baylis@united.com> wrote:

Sasha,

I would like to review with you. This may be an issue with testing. Whereas I understand the reasoning on handling everyone in the same manner, for your awareness, I would like you to see the CDC's guidance regarding those who tested positive and are recovered:

**Someone who tested positive for COVID-19 with a viral test within the previous 90 days and has subsequently recovered and remains without COVID-19 symptoms does not need to quarantine. However, close contacts with prior COVID-19 infection in the previous 90 days should:**

* Wear a mask indoors in public for 14 days after exposure.

* Monitor for COVID-19 symptoms and isolate immediately if symptoms develop.

* Consult with a healthcare professional for testing recommendations if new symptoms develop.

https://www.cdc.gov/coronavirus/2019-ncov/your-health/quarantine-isolation.html

**Patients who have recovered from COVID-19 can continue to have detectable SARS-CoV-2 RNA in upper respiratory specimens for up to 3 months after illness onset. However, replication-competent virus has not been reliably recovered and infectiousness is unlikely.**

https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html

CONFIDENTIAL



UNITED_SAMBRANO_00139039

**APP.80**

**The following people who have been exposed to someone with COVID-19 do not need to get tested if they do not have COVID-19 symptoms:**

- **People who have tested positive for COVID-19 within the past 3 months and recovered, as long as they do not develop new symptoms, do not need to get tested.**

https://www.cdc.gov/coronavirus/2019-ncov/testing/diagnostic-testing.html

When the CDC refers to testing for current infection, the CDC talks about NAATs (PCR) & antigen tests. Both could show up as positive.

I am fairly certain those that have had COVID will get something from their doctor if they are positive after having had a COVID test. I believe we should discuss this now. We will then be in a position to review and determine follow-up when it inevitably occurs.

Thanks,

Pat

**From:** Limacher, Kirk <kirk.limacher@united.com>
**Sent:** Tuesday, October 19, 2021 3:48 PM
**To:** Catanzano, Jessica <jessica.catanzano@united.com>; ONeil, Mary <mary.c.oneil@united.com>; Frederick, Sheila <sheila.frederick@united.com>
**Cc:** Baylis, Pat <Pat.Baylis@united.com>; Johnson, Sasha <Sasha.Johnson@united.com>
**Subject:** RE: ▮▮▮▮▮▮▮▮▮ ) <Still need to continue testing post positive COVID-19 test>

# Redacted - Privileged

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
872.825.6294 – Office
312.465.3629 -- Cell

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Tuesday, October 19, 2021 9:31 AM
**To:** ONeil, Mary <mary.c.oneil@united.com>; Limacher, Kirk <kirk.limacher@united.com>; Frederick, Sheila <sheila.frederick@united.com>
**Subject:** FW: ▮▮▮▮▮▮▮▮

## Redacted - Privileged

UNITED_SAMBRANO_00139040

APP.81

Jessica Catanzano, SPHR
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
☎ (872) 825.5536 | jessica.catanzano@united.com |united.com

**From:** Rogers, Carol <Carol.Rogers@united.com>
**Sent:** Tuesday, October 19, 2021 9:29 AM
**To:** HR - COVID19 <HR-Covid19@united.com>; Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica
<jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
**Cc:** Gaito, Travis <travis.gaito@united.com>; Robb, Neil <neil.robb@united.com>; Curtis, Lee
<mark.curtis@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>;
Boswell, Jonathan <Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>; Rogers, Carol
<Carol.Rogers@united.com>
**Subject:** RE: ▮▮▮▮▮▮▮▮

Good morning,

I spoke to Pat Baylis and Lee Curtis about this situation this morning. Due to ▮▮▮'s recent recovery from having a
positive COVID case, he may test positive for a period of time. We discussed the best strategy and agreed that since we
have a copy of his test results, we do not need a doctor note stating he has recently recovered from COVID. United
should give him a waiver from testing for the next 30 days and resume testing at that time. (this is no different than
how we handle passengers)  If he continues to test positive at that time, we can revisit the situation. He still needs to
comply with all other components of the exemption.

Pat and I recommend that this be built into the process for all employees who are in this type of situation going forward.

Best,

Carol Rogers, SHRM-CP, PHR
Sr. Manager Corporate Medical - WHQMD
847 224-4125 (mobile)
<image001.png>

**From:** HR - COVID19 <HR-Covid19@united.com>
**Sent:** Tuesday, October 19, 2021 8:33 AM
**To:** Ilic, Sonja <Sonja.Ilic@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan
<Dan.Muenkel@united.com>
**Cc:** Gaito, Travis <travis.gaito@united.com>; HR - COVID19 <HR-Covid19@united.com>; Robb, Neil
<neil.robb@united.com>; Curtis, Lee <mark.curtis@united.com>; Rogers, Carol <Carol.Rogers@united.com>; Baylis, Pat
<Pat.Baylis@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Boswell, Jonathan
<Jonathan.Boswell@united.com>; Mutch, Connie <connie.mutch@united.com>
**Subject:** FW: ▮▮▮▮▮▮▮ )

Hi –

This brings to light a good question. Our employees who have had COVID19 could continue to test positive after being
cleared through the normal process. With these normal situations, we allow the employee to continue to work, as they
are past the "contagious" period and what we have referred to as a "persistent positive".

It's a good question for process handling for these. If we require those who are involved in the "process" to stay out, we
will need to think about all of our employees who tested positive and continue to get tested and test positive.

CONFIDENTIAL

UNITED_SAMBRANO_00139041

**APP.82**

Interested in your thoughts on these scenarios. Although they may be few – it's something we need to think about as we don't normally require them to test negative after they've tested positive and are cleared to return to work.

Warm regards,
Deb
**Deborah K Behr**
COVID19 HR Response Team
United | 233 S Wacker Drive, 25ᵗʰ Floor WHQHR | Chicago, IL 60606
Tel. 872.825.4402 | Mobile 847 513 1433 | Deborah.K.Behr@united.com

**From:** ESCMD <opcmd@united.com>
**Sent:** Monday, October 18, 2021 5:12 PM
**To:** Gaito, Travis <travis.gaito@united.com>; Curtis, Lee <mark.curtis@united.com>; HR - COVID19 <HR-Covid19@united.com>
**Subject:** RE: ▨

Hello Travis,

Due to the employee recently tested positive (10/16/21) he should follow the current guidelines for testing positive not report to work.


Thank you,

Jacqueline Darden
Medical Specialist-RN
United Medical - ESCMD
1-877-UAL-ESC9

*This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation.*


**From:** Gaito, Travis <travis.gaito@united.com>
**Sent:** Monday, October 18, 2021 2:47 PM
**To:** Curtis, Lee <mark.curtis@united.com>; ESCMD <opcmd@united.com>; HR - COVID19 <HR-Covid19@united.com>
**Subject:** ▨ )
**Importance:** High

Good Afternoon,

As you are aware, ▨ ) was just medically cleared to return to work after having tested positive for COVID-19.

As he is a Ramp employee with an accommodation for the vaccine requirement, he is required to be tested 2x a week and wear an N/KN95 mask at all times.

UNITED_SAMBRANO_00139042

**APP.83**

He took his 1ˢᵗ test this past Saturday and tested positive for COVID-19.

Since he was medically cleared, can he worked today at 16:30 EST?  He has a runny nose but this is typical for him given the weather conditions.

Please advise ASAP.

Thanks,

**Travis Gaito, MHRER/SPHR/SHRM-SCP**
Manager, Human Resources and Employee Relations
United | Terminal C: | Newark-Liberty International Airport, Newark 07114
Tel +1 973 681 1603 | travis.gaito@united.com
united.com

**From:** ████████████ @united.com>
**Sent:** Monday, October 18, 2021 2:51 PM
**To:** Gaito, Travis <travis.gaito@united.com>
**Subject:** Fw: My Info Update Confirmation - COVID Test Records

Travis, this is very hot, I am scheduled to work today at 1630.

May you please provide any insight to this discrepancy?
I do not want to violate any agreement per my RAP.
As discussed, I was granted a vaccine exception.
As suspected, I have still tested positive from my recent experience.
I uploaded the positive results as directed and..
..after reviewing the HR upload response to these results,
I was shocked to see a statement "if positive do not report to work."
As you are aware, corporate HR (Lee) cleared me to return to work.
Do I report to work today? or no?
I've called several times, apologies if I'm being a nuisance.

Thank you in advance for your response.

**Best,** ████████ . Please call ██████████████

**From:** United-MyInfo@united.com <United-MyInfo@united.com>
**Sent:** Monday, October 18, 2021 9:31 AM
**To:** ████████████ @united.com>
**Subject:** My Info Update Confirmation - COVID Test Records

UNITED_SAMBRANO_00139043

**APP.84**

Hi ███████,

Thank you! This is a confirmation that your COVID test information was entered via MyInfo on 10/18/2021 08:31 AM (CST). If you would like to view the records you've entered, underline click here.

If you have questions about your entry, underline click here to submit a Help Hub Request

© 2020 United Airlines, Inc. All rights reserved.

CONFIDENTIAL

**APP.85**

# EXHIBIT 19

| | |
|---|---|
| **From:** | Telson, Rachel <rachel.telson@united.com> |
| **Sent:** | Wednesday, October 6, 2021 12:51 PM |
| **To:** | Limacher, Kirk <kirk.limacher@united.com>; Robb, Neil <neil.robb@united.com> |
| **Cc:** | Michelson, Preet <preet.michelson@united.com>; Beiro, Vanessa <vanessa.beiro@united.com>; Norris, Lamarr <lamarr.norris@united.com>; Francis, Stephanie <stephanie.francis@united.com> |
| **Subject:** | RE: Vaccine Booster |

thanks Kirk! That's helpful.

**Rachel Telson**
Senior Manager – Human Resources & Employee Relations -
Inflight

United | ORD – O'Hare International Airport
P.O. Box 66140 – C Concourse Lower Level | Chicago, IL 60666
Tel: 773-601-4622
Cell: 312-972-8155 | rachel.telson@united.com



**From:** Limacher, Kirk <kirk.limacher@united.com>
**Sent:** Wednesday, October 6, 2021 12:49 PM
**To:** Telson, Rachel <rachel.telson@united.com>; Robb, Neil <neil.robb@united.com>
**Cc:** Michelson, Preet <preet.michelson@united.com>; Beiro, Vanessa <vanessa.beiro@united.com>; Norris, Lamarr <lamarr.norris@united.com>; Francis, Stephanie <stephanie.francis@united.com>
**Subject:** RE: Vaccine Booster

We'll continue to follow CDC guidance when it comes to boosters.  At this time, a booster is not required as part of our policy.

If someone has a booster though, I would recommend treating it the same as a regular vaccination as it relates to absence and attendance points.

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
872.825.6294 – Office
312.465.3629 -- Cell

**From:** Telson, Rachel <rachel.telson@united.com>
**Sent:** Wednesday, October 6, 2021 12:42 PM
**To:** Robb, Neil <neil.robb@united.com>; Limacher, Kirk <kirk.limacher@united.com>
**Cc:** Michelson, Preet <preet.michelson@united.com>; Beiro, Vanessa <vanessa.beiro@united.com>; Norris, Lamarr <lamarr.norris@united.com>; Francis, Stephanie <stephanie.francis@united.com>
**Subject:** FW: Vaccine Booster

Hi Kirk/Neil,

I realize we've all been consumed with the current COVID vaccine mandate however Inflight is getting some inquiries concerning flight attendants becoming ill following a booster shot.   We discovered that an ORD FA reported that she became ill following a COVID booster vaccine and could not fly.  She sent an absence certificate to HH and they removed her points and updated her schedule which is the practice we have in place for post COVID vaccine illnesses today (see below).

I'm trying to understand whether there has been any news on how we will be handling booster shots?   Before I circle back with Inflight I want to be sure that they can continue down this path as it relates to removing points for booster illnesses (with an absence cert).

Let me know..

Thanks!



EXHIBIT
8
Limacher   Rule 30

CONFIDENTIAL

UNITED_SAMBRANO_00079194

**APP.87**

**Rachel Telson**
Senior Manager – Human Resources & Employee Relations - Inflight

United | ORD – O'Hare International Airport
P.O. Box 66140 – C Concourse Lower Level | Chicago, IL 60666
Tel: 773-601-4622
Cell: 312-972-8155 | rachel.telson@united.com



**From:** Greenman, Jeff <Jeff.Greenman@united.com>
**Sent:** Wednesday, October 6, 2021 12:25 PM
**To:** Krabbe, Bob <Bob.Krabbe@united.com>; Stephans, Greg <gregory.stephans@united.com>; Telson, Rachel <rachel.telson@united.com>; Sasse, Michael <michael.sasse@united.com>
**Subject:** RE: Vaccine Booster

I spoke with Mary Ann and pilots are already restricted by the FAA regarding vaccinations and they are unable to fly within 48 hours of receiving a vaccination (that would include a booster). She indicated they will continue to provide pilots schedule flexibility related to any symptoms post vaccination boosters.
Thanks,
Jeff

**From:** Krabbe, Bob <Bob.Krabbe@united.com>
**Sent:** Wednesday, October 6, 2021 12:22 PM
**To:** Stephans, Greg <gregory.stephans@united.com>; Telson, Rachel <rachel.telson@united.com>; Greenman, Jeff <Jeff.Greenman@united.com>; Sasse, Michael <michael.sasse@united.com>
**Subject:** RE: Vaccine Booster

Just FYI, I don't believe FO is doing anything related to boosters.

**Bob Krabbe** *(he/him/his)*
Director, Labor Relations – Flight

United | Corporate Support Center
233 S. Wacker Drive, 25th Floor WHQLR | Chicago, IL 60606
Tel 872 825 1036 | Cell 224 287 2247 | Bob.Krabbe@united.com
united.com

**From:** Stephans, Greg <gregory.stephans@united.com>
**Sent:** Wednesday, October 6, 2021 12:03 PM
**To:** Telson, Rachel <rachel.telson@united.com>; Greenman, Jeff <Jeff.Greenman@united.com>; Krabbe, Bob <Bob.Krabbe@united.com>; Sasse, Michael <michael.sasse@united.com>
**Subject:** Re: Vaccine Booster

++ @Sasse, Michael for input as well. I believe we are still doing SKLV no points per the policy we put out in March? To get points removed, she would need to submit documentation to HH for FAST to remove.

Get Outlook for iOS

**From:** Telson, Rachel <rachel.telson@united.com>
**Sent:** Wednesday, October 6, 2021 11:12:19 AM
**To:** Greenman, Jeff <Jeff.Greenman@united.com>; Krabbe, Bob <Bob.Krabbe@united.com>
**Cc:** Stephans, Greg <gregory.stephans@united.com>
**Subject:** Vaccine Booster

Hi Jeff/Bob,

Hope all is well! Question, just to confirm, how are we handing FA's that experience booster shot illness and are too sick to fly; are we treating this the same as how we handled the COVID vaccine? The reason I ask is because the company has not provided any formal communication as to a requirement for a booster since we are still managing through our COVID mandate. I understand there was an ORD FA submitted medical

CONFIDENTIAL

documents (after being ill from the booster shot) to support her absence via HH and her points were removed and schedule was updated (see below).

Is this now the practice in these cases?

Sidney McMurray, u356844, requested point removal from her sick call dated 10/4/21 due to side effects of the booster vaccine (see below).

Her work history reflects the points have been removed, and the notes in the entry state, *Points removed per Scheduling Alert dated 031221 – SLB.*



UNITED_SAMBRANO_00079196

**APP.89**



18:20

AA  🔒 outlook.office.com

## Booster Symptoms

**McMurray, Sidney**
To: Bishop, Rosalyn
Tue 10/5/2021 4:46 PM

Thanks for trying to help me out! My Help Hub finally was resolved this afternoon and FAST removed the points. Figured I would pass along the info but I understand most people still aren't sure of the procedures since the booster is still so new. Have a nice evening and thanks again!

Sidney

· · ·

**Rachel Telson**
Senior Manager – Human Resources & Employee Relations - Inflight

United | ORD – O'Hare International Airport
P.O. Box 66140 – C Concourse Lower Level | Chicago, IL 60666
Tel: 773-601-4622
Cell: 312-972-8155 | rachel.telson@united.com



CONFIDENTIAL

UNITED_SAMBRANO_00079197

**APP.90**

# EXHIBIT 20

| From: | Lucht, John </o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4145b84a1d514272972d0920f27c6e65-u103992> |
| To: | Limacher, Kirk |
| Sent: | 9/16/2021 12:44:13 PM |
| Subject: | Vax post card |

Kirk,

I hope you are doing great.

First let me say I appreciate all your support on the townhalls and great communication around our vaccination policy.

I know this is small potatoes in our current environment, but wanted to pass on this feedback from several employees, not for any other reason, but to be considered in the future (ironically and hopefully that doesn't ever apply).

Regarding, the vax post cards that were sent out, that showed "As of August 29, 2021, our records indicate that you have not uploaded your COVID-19 vaccine information…………."

Several employees vented frustration over the card not being in an envelope that protected privacy.  While they all understand it did not share their vaccination status, they felt it did elude to it.

Several just thought that the information would have been better sent privately, in an envelope, etc, so I wanted to pass that feedback on.

Thanks again for all the great work supporting all of us.  You are appreciated !

John Lucht
General Manager, Tampa
United | 4100 George J. Bean Parkway, Suite 2113 | Tampa, FL 33607
Tel 813 878-7059 | Mobile 813 226-7950 | Fax 813 878-7064 | john.lucht@united.com

Safe, Caring, Dependable and Efficient.



CONFIDENTIAL

UNITED_SAMBRANO_00083804

APP.92

# EXHIBIT 21

| From: | Scott.Kirby@united.com |
| --- | --- |
| To: | Limacher, Kirk |
| CC: | Roitman, Jon; Earnest, Josh |
| Sent: | 9/1/2021 7:55:31 PM |
| Subject: | Re: Reasonable Accommodation <Our path forward> |

Thanks a few quick questions/comments below:

1.    I think we need another group that is pilots. They aren't exactly customer facing but the new group would be employees that cannot wear a mask (pilots). They're treated the same as customer facing though the return for them may be even more stringent since they can't wear a mask.

2.    On the customer facing, it would be good to have a group 1a and 1b where 1b are employees who are currently customer facing but if they hold the seniority, can commit to moving into a job that is not customer facing (such as AOD) so essentially they move themselves into what is now group 2.

3.    I'd make clear that wearing a mask is at all times including outdoors.

4.    can we just say termination if there's mask violation instead of up to and including subject to your JCBA? I'm hoping the policy for group 2 sounds very serious to them. Masks at all times (including outdoors) and automatic termination for violating the policy.

5.    did we get ok with the sticker on badges?

6.    for the group 3 M&A emplKeyes should we say that they will go on leave once the official return to office is reinstated?

Sent from my iPad

On Sep 1, 2021, at 7:37 PM, Limacher, Kirk <kirk.limacher@united.com> wrote:



Good evening all!

Thanks for the time today.

Below is a summary of the vaccine requirement-related accommodations we discussed this afternoon for both religious and medical requests. While we didn't have enough time to discuss the medical accommodation process in detail, HR/LR and Legal have extensive experience with medical accommodation scenarios; plus, the volumes are much lower in comparison to the religious requests.

We discussed a different approach for each of the following groups:
- **Group #1:** Customer-facing
- **Group #2:** Non-customer facing operational
- **Group #3:** Selective Corporate roles which have been work from home throughout pandemic

**The table below outlines the accommodation the Company will provide in each scenario and how the approval will be communicated.**

Based on calendars, I'm setting up a call for 8 AM CT tomorrow (Thursday) for a final review with a subset of this group. During that time, I'd like to:
- Ensure alignment on the details below; and

CONFIDENTIAL

**APP.94**

- Discuss communications and timing

If you have any questions in advance of our meeting, please let me know.

Thanks!

| Applicable to: | Religious Accommodation Approvals | Religious RAP Communication | Medical Accommodation Approvals | Comm |
|---|---|---|---|---|
| **GROUP #1:** *(2,200 employees)*<br>• Pilots<br>• **Flight Attendants**<br>• **Airport Ops ATW (customer facing roles)**<br>• **M&A Airport Ops ATW Supervisors**<br>• **M&A In-Flight Supervisors** | **Accommodation:**<br>-Personal leave effective 10/2<br><br>-Ability to come back to work is dependent on a significantly reduction nationwide COVID-19 cases | Option to :<br>1. Opt-out/decline accommodation<br>2. Accept the accommodation<br><br>-Election must be provided within five days of RAP approval<br><br>-If RAP declined , provide 5 weeks to get vaccinated with the first shot administered/reported by September 27th | **Accommodation:**<br>-Medical leave effective 10/2<br><br>-Ability to come back to work is dependent on a significantly reduction nationwide COVID-19 cases | Same as accomm |
| **GROUP #2:** *(1,450 employees)*<br>• Technicians<br>• **Airport Ops BTW**<br>• **Airport Ops ATW (non-customer facing roles)**<br>• **Catering Ops**<br>• **Contact Center Agents (in-person)**<br>• **Dispatchers**<br>• **All other frontline roles**<br>• **M&A (required to be in the operation except AO/IF Supervisors)** | **Accommodation:**<br>-Personal leave effective 10/2; then<br><br>-Ability to come back to work once COVID-19 testing protocols are in place for your location and work area. An update regarding the timing for return from personal leave will be provided from the Company in mid-October<br><br>-Employees expected to return from personal within 14 days of notification from the Company<br><br>-Once back at work, employees will be required to wear masks at all time when on airport or Company property *(regardless of any federal or local* | Option to:<br>1. Opt-out/decline accommodation<br>2. Remain on personal leave until COVID-19 conditions improve (exactly like Group #1 above)<br>3. Go on personal leave and come back to work (once test/masking protocols are in place for your location and work area)<br><br>-Election must be provided within five days of RAP approval<br><br>-If RAP declined , provide 5 weeks to get vaccinated with the first shot administered/reported | **Medical leave effective 10/2**<br><br>Else: same as religious accommodation scenario | Same as accomm a medic |

UNITED_SAMBRANO_00092895

**APP.95**

| | | | |
|---|---|---|---|
| | *requirement in place at that time if less robust)*and only remove masks when actively eating or drinking while maintaining six feet of social distancing<br><br>-Required to undergo weekly COVID-19 testing. If an employee tests positive, held out of service and dependability points assessed<br><br>-Required to wear sticker on their Company badge identifying their mask and COVID testing requirement to their supervisor<br><br>-Required to sign on-line agreement that any violation of the mask and/or testing protocol will mean discipline up to and including termination in accordance with your JCBA<br><br>-The provided accommodation will be re-evaluated on an on-going basis for appropriateness given overall pandemic conditions | by September 27th | |
| **GROUP #3:** *(71 M&A employees)*<br>• **M&A (outside the operation/Corporate)** | -Ability to work from home assuming in-person activities are NOT job critical at this time<br><br>-Accommodation subject to change as official return to office is announced<br><br>-Communicate what future accommodation could be (e.g., Group #2 model) once return to office is announced | Option to :<br>  1. Opt-out/decline accommodation<br>  2. Accept the accommodation<br><br>-Election must be provided within five days of RAP approval<br><br>-If RAP declined, provide 5 weeks to get vaccinated with the first shot administered/reported by September 27th | Same as religious accommodation | Same as accomm |

UNITED_SAMBRANO_00092896

| Action | Timing |
|---|---|
| eTeam sign-off | Thursday morning (9/2/2021) |
| Union socialization | Thursday afternoon (9/2/2021) |
| Media briefing | TBD |
| Sending high level notification to each grouping regarding each potential accommodation outcome (6 total groups) | Friday, 9/3/2021 or Tuesday, 9/7/2021 *(Discussion required)* |
| Execute individual RAP case approvals & employee notification | Beginning Tuesday, 9/7/2021 |

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 — Office*
*312.465.3629 -- Cell*

CONFIDENTIAL

UNITED_SAMBRANO_00092897

**APP.97**

# EXHIBIT 22

| From: | Limacher, Kirk </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A80CA305C9E248B8B9C748F22E3B5FFE-U330706> |
|---|---|
| To: | Limacher, Kirk |
| Sent: | 10/8/2021 10:14:52 AM |
| Subject: | OPEN ITEMS <KIRK OLD NOTES> |

| Religious | Medical |
|---|---|
| Approve Religious Accommodations if:<br>• Deeply held religious belief<br>• Attestation from someone the employee knows first hand<br><br>Deny Religious Accommodations if:<br>• Request does not include religious belief; based on items outside of religion (e.g., politics, constitution, pseudo-science)<br>• No attestation from first hand relation | |
| 100% Customer-facing roles will be placed on personal leave until nationwide COVID-19 cases are significantly reduced. Leave will be evaluated every 30 days<br><br>Non-customer facing roles will be placed on personal leave until enhanced safety protocols can be implemented at their work location and work area | 100% Customer-facing roles will be placed on medical leave until nationwide COVID-19 cases are significantly reduced. Leave will be evaluated every 30 days<br><br>Non-customer facing roles will be placed on medical leave until enhanced safety protocols can be implemented at their work location and work area |
| Personal leave means no-pay, benefits stop end of October, and travel stops immediately | Medical leave means sick bank utilization followed by JBCA paid/unpaid periods; active rate benefit continuation; travel continuation with varying approval requirements |
| | |

**Open Items**
- COVID-19 Testing
  - Who pays for it? Time and out of pocket expense?
  - How results are reported?
  - How we handle positive test results?
  - How we collect the actual test results?
  - What happens when someone fails to provide weekly result?
- Can an employee agree to termination for mask/testing violation independent of their rights under their JCBA?
- For Group #2, will we provide the opportunity to remain on personal leave or must they return when accommodations have been made to safely welcome them back?
- Medical accommodation
  - Can we allow someone to back out of medical accommodation? <WKL>: The only way out of the medical RAP is to be vaccinated or to voluntarily resign/retire
- Which AO ATW positions are customer facing and which AO ATW positions are non-customer facing?
- For the AO ATW positions that are deemed to be customer facing, how will we:



EXHIBIT
18
Limacher   Rule 30

- ○ Describe the process in our communications under which they will be provided with the opportunity to bid into a non-customer facing position?
- ○ Actually administers these bids from someone who is currently on leave?
- ○ Handle the situation down the road where someone is on an accommodation in a non-customer facing role, can't hold it any longer during a bid, and then needs to go on personal leave again? It will happen

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
872.825.6294 – Office
312.465.3629 -- Cell

CONFIDENTIAL

UNITED_SAMBRANO_00082306

**APP.100**

# EXHIBIT 23

| | |
|---|---|
| **From:** | Sucher, Kyle </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E9E6DF095BF40E3B6D15B1B3B105D23-U343939> |
| **To:** | Robb, Neil |
| **Sent:** | 9/28/2021 10:41:53 PM |
| **Subject:** | FW: Early Retirement Under Duress |
| **Attachments:** | 839f6265-85a1-4302-9edf-43c29ded62b3.png |

**From:** ███████████████████ @united.com>
**Sent:** Tuesday, September 28, 2021 5:18 PM
**To:** WHQFO <WHQFO@united.com>; Limacher, Kirk <kirk.limacher@united.com>; Kate Gebo <KateGebo@united.com>; Quigley, Bryan <Bryan.Quigley@united.com>; Schaffer, Mary Ann <MaryAnn.Schaffer@united.com>
**Cc:** ██████████████████████
**Subject:** Early Retirement Under Duress

Resent from company email address-

Good Day-

I submitted a request for Early Pilot Retirement based on the HelpHub Religious Accommodations page statement of "You cannot retire from personal leave". Acknowledging only the company can decide if and when I am removed from personal leave, I was at risk of not being allowed to retire (OCT29/2022) as an employee in good standing on active status. I was at risk of losing my full retiree benefits. My decision to retire early was based *entirely* on protecting my future retiree benefits. It was a submission based on duress and I so stated on HelpHub and in letter form. Based on the recent removal of "You cannot retire from personal leave" from the HelpHub page and in light of recent pending litigation regarding the vaccine mandate, I am rescinding my request for my OCT01 early retirement.

I have filed a complaint with the EEOC.

Best Regards,

███████████

DENFO
CAP756
RAP-Religious Exemption
█████████████



CONFIDENTIAL

UNITED_SAMBRANO_00087626

APP.102



12:55 PM   Mon Sep 20

KB0027027

# COVID-19 Vaccinatio

• 📅 11d ago • 👁 3917 Views • ★

If you are offered a personal leave as p

after receiving the approved accommc

2021.  <u>If you are currently on leave,</u> you

- **Maximum duration of leave:**
- <u>You cannot retire from person</u>
- **Vacation & Sick accruals:**
  - You'll keep the vacatior

    the month, you will earn v
- **Sick & Vacation time usage a**
  - You cannot use sick leav

CONFIDENTIAL

UNITED_SAMBRANO_00087627

**APP.103**

Sent from my iPad

CONFIDENTIAL

# EXHIBIT 24

| From: | Vincenz, Joan <no-reply@sharepointonline.com> |
|---|---|
| To: | Catanzano, Jessica |
| Sent: | 10/15/2021 7:13:45 AM |
| Subject: | Vincenz, Joan replied to a comment in "COVID RAP accommodation testing FAQ" |
| Attachments: | 0c9254a2-61bb-4b00-b272-d967e5df2d34; 4e114fbc-5742-43bc-9251-059e0655ecd6; 6cbaf069-fd55-49c9-8f51-2cab48e18baa; 09da25e5-1ca3-499c-914d-73e09cf64a22; 9da1aaa4-d9fa-45e6-a07d-752deabc2f81; 66d1bb94-db9a-4e08-a53c-2f57551b9262; 66de5bb8-78c3-4716-9772-858f1f025ea2; 90e56408-8acb-48cf-943d-c25369ac8dd7; 192be889-6726-483d-a577-b1ca18112531; 1865fb47-6b23-47e6-af86-177644112e74; 9614c960-140a-4ff8-b6da-fd6592567539; 35779a0f-c43b-4f57-bc0c-027fec63cdf1; 2497518e-cf4a-4f07-8455-519e6348e467; 75435212-c7ce-4012-88a8-85aa2f11ce23; b7759452-e2e3-4feb-b1df-6ad1fd07b5b1; ba446c80-143d-469a-854e-268c2d2a69b5; cc98e780-acc4-4d93-a19e-6bb198d83081; d230db1d-b551-4370-b20e-529fe15a446c; da7c731d-8d17-4b49-b41b-7f6a69edb2ef; dc201f45-02c7-4424-a99f-52b0af946bc2; f116f160-e985-43c1-a201-3e48632ad24a |



 **COVID RAP accommodation testing FAQ.docx**



 **Limacher, Kirk** added a comment

Curious, why are we looking at the date of the result as opposed to the date that the test was actually taken? The date taken seems more appropriate. Did something change?

**Will you be use the date of the test or the date of the results to determine the 7 days?**
We will be looking at the date of the result. For most rapid tests the results come back within 24 hours (or less). Some tests take a few days to be returned, so you'll need to plan ahead to make sure yo...





 You left a comment

This continues to be a concern for a lot of employees & management. If someone's camping, we're really going to require them to test? If someone is out of the country?

 Vincenz, Joan left a comment

CONFIDENTIAL

Jessica – agree, it's hard to explain why we would require testing on a vacation or out sick

 **Johnson, Sasha** left a comment

An alternative is that we ask them to test 24 hours before returning or starting their shift if they work a schedule that allows them to be off for several week

 **Vincenz, Joan** replied

@**Johnson, Sasha** that makes sense

...s in My Info (Jessica to get link).

**I have a RAP "Reasonable Accommodation" approved for the Covid vaccine, do I still have to submit to Covid testing tracking even while I'm on vacation or out sick?**

Yes, you will still need to test while out of the office. You will receive 30 minutes of pay for the testing while on vacation or using sick time.

**My work schedule is 16 days on and 12 off. Am I required to test on days off?**

Yes, you will still need to test two times a week in a rolling 7 day p...


Go to comment

Why am I receiving this notification from Office?

 Microsoft

Privacy Statement | Notification Settings

UNITED_SAMBRANO_00091127

**APP.107**

# EXHIBIT 25

| From: | ▆▆▆▆▆▆ </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d4f6c3df516149bcb5e7d0a985580d6b-u248166> |
| To: | Limacher, Kirk |
| CC: | Roitman, Jon |
| Sent: | 12/20/2021 10:35:33 AM |
| Subject: | Re: RAP: Incomplete Information for RAP Letter IAHCS ▆▆▆▆▆▆▆▆▆ |

You know in my opinion, the people that can make this company the best company in the history of aviation are the ones you appear to be trying to throw out like trash

Sent from my iPhone

On Dec 19, 2021, at 8:00 AM, ▆▆▆▆▆▆▆▆▆▆▆@united.com> wrote:

I should be out on an occupational absence. I should not be burning out all of my sick time. You should do something about that ASAP.

I think it's unbelievable that a simple doctors note turned into an extended leave

I should be able to wear my regular mask.
due to SAFETY

I was wearing the company issued mask.
From my understanding, K95 and the N95 are not meant to be worn permanently or long term.

So do you think being micromanaged in a cubicle, in a small storage closet with paper over the windows and being forced to wear a k95 mask all in the name of " safety" is
" reasonable "  ???

I hope this company survives this ongoing charade and draconian, out of control, in humane, dictatorship

I should write a book titled
" From First to Worst"

II predict you all are going to make history for all of your kids and grandkids to read

Sent from my iPhone

On Dec 18, 2021, at 9:24 AM, Limacher, Kirk <kirk.limacher@united.com> wrote:

Sorry for the confusion, ▆▆▆▆

The HR Absence team is modifying your RAP letter to provide more time for your doctor to provide requested documentation.  You'll receive the updated letter by end of day Monday.

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*



EXHIBIT
24
Limacher  Rule 30

CONFIDENTIAL

**From:** ███████████████████ @united.com>
**Sent:** Friday, December 17, 2021 9:28 PM
**To:** Roitman, Jon <Jon.Roitman@united.com>
**Cc:** Limacher, Kirk <kirk.limacher@united.com>; Gebo, Kate <Kate.Gebo@united.com>; Roitman, Jon <Jon.Roitman@united.com>
**Subject:** Fwd: RAP: Incomplete Information for RAP Letter IAHCS ████████████

I spoke with medical Friday afternoon December 17 . They sent this email Friday afternoon December 17 , and the information from my dr is also due this afternoon, December 17.

It's the weekend . It's after 9 pm on Fri Dec 17.

The information is on the note.

If you want the doctor to write a research paper, then you should ask her.

I was wearing the k95 that was issued by the company. It was irritating my skin and breathing.

From my understanding the doctor said my regular mask is SAFE to wear.

Is it unlawful for Peggy Slay (the "manager ") to ask for my doctors note???

Is it lawful for "company policy" to override OSHAs guidelines????

The kn95 mask issued by UA appears to be for short term use only and from my understanding, must be taken off for atleast 30 min several times a day for SAFETY reasons.

Does "company policy" override my doctor
and OSHA guidelines ????

I've been off work for around a month already.

Furthermore, I don't think I should be using my sick time after being forced to leave.

It should be occupational, and the company should be paying , so I'm not blowing all my sick time.

How many others have similar issues with
the masks and the mask policy?????

Sent from my iPhone

Begin forwarded message:

**From:** AMS Automated Letters <noreply@united.com>
**Date:** December 17, 2021 at 4:41:14 PM CST
**To:** ███████████████████ @UNITED.COM>
**Subject:** RAP: Incomplete Information for RAP Letter IAHCS ████████████

Good Afternoon ████████████

Based on information recently received at the Employee Service Center (ESC), please find the attached RAP - Incomplete Information for RAP Letter letter. Accordingly, a physical copy of this letter should arrive shortly at your home address, currently listed as:

████████████

**CONFIDENTIAL**

████████

**Please Note:** If this address is not accurate, you must log onto Flying Together from within the United network and update your address using MyInfo.

We hope this email enables us to communicate more quickly and effectively with you. Should you have any questions or concerns regarding this message or the contents of the attached letter, please do not hesitate to contact us at 877-825-3729.

Thank you,

Employee Service Center
United Airlines

**CONFIDENTIAL**

UNITED_SAMBRANO_00085831

**APP.111**

# EXHIBIT 26

10/14/23, 4:21 PM                    United Airlines CEO wants to make Covid vaccines mandatory for employees



○ WATCH **LIVE**  🔍

AIRLINES

## United Airlines CEO wants to make Covid vaccines mandatory for employees — and encourages other companies to do the same

PUBLISHED FRI, JAN 22 2021·12:02 PM EST   UPDATED FRI, JAN 22 2021·5:14 PM EST


Leslie Josephs
@LESLIEJOSEPHS

WATCH LIVE

### KEY POINTS

United's CEO wants to mandate Covid-19 vaccines for the company's more than 60,000 employees.

CEO Scott Kirby said other companies should adopt a similar stance.

Airline workers are considered essential employees and are likely to receive vaccines before many in the general population.



A healthcare worker wears personal protective equipment (PPE) during a United Airlines Covid-19 test pilot program at Newark Liberty international airport in Newark, New Jersey, U.S., on Monday, Nov. 16, 2020.
*Angus Mordant | Bloomberg | Getty Images*



**EXHIBIT**

2

Limacher 3b(b)(6)

**APP.113**

    ⊙ WATCH LIVE        couraging other companies do the same.

It's a stance that differs from other airlines and companies in other sectors like retail and auto manufacturing.

"The worst thing that I believe I will ever do in my career is the letters that I have written to the surviving family members of coworkers that we have lost to the coronavirus," CEO Scott Kirby said at an employee town hall Thursday, a transcript of which was reviewed by CNBC. "And so, for me, because I have confidence in the safety of the vaccine – and I recognize it's controversial – I think the right thing to do is for United Airlines, and for other companies, to require the vaccines and to make them mandatory."

United had more than 60,000 active U.S. employees at the end of 2020 and has sent recall notices to some 17,000 other workers whose jobs were cut last year.

Kirby acknowledged logistical challenges to getting staff vaccinated.

Airline employees are considered essential workers and are likely to receive the vaccine before many people. But the rollout so far has been slow and chaotic with the nation running behind targets.

Airline executives have said widespread vaccinations will help revive air travel demand as carriers grapple with billions of dollars in losses.

"I don't think United will get away with and can realistically be the only company that requires vaccines and makes them mandatory," he said. "We need some others. We need some others to show leadership. Particularly in the healthcare industry."

In the staff note, it said it's working with government officials and health-care providers to set up vaccine distribution centers at some of its big hubs.

Some employees have been hesitant to take vaccines.

"It's certainly a sensitive topic all the way around," Michael Klemm, president of the International Association of Machinists and Aerospace Workers District 141, which represents fleet and passenger service workers at United, said in an email. "We've received some frustration from members who don't want to take the vaccine as well as concern from members who don't want to work with someone who doesn't take it."

 PRO                              SEE THE STOCKS        m their refusal to be vaccinated. If they
                                                                          th the federal Equal Employment

The United flight attendants' labor union, the Association of Flight Attendants, said its focus is on ensuring vaccine access for crew members.

"Right now, Flight Attendants are in different tiers for access in each state," AFA spokeswoman Taylor Garland said in a statement. "We need a federal approach that prioritizes Flight Attendants as essential workers facilitating interstate commerce."

Other airlines haven't said they plan to mandate vaccines.

Southwest Airlines   last week said it does not "currently" require employees to get Covid-19 vaccines but said it strongly encouraged staff to do so.

American Airlines   has a similar approach, telling employees last week that "We do not plan to require our team members to receive the vaccine unless vaccinations are ultimately mandated for entry to certain destinations."

Delta Air Lines   , meanwhile, said it is "actively working with all of the states to understand how Delta employees will be prioritized in the initial distribution of vaccines."

**APP.114**

○ WATCH LIVE           mpany told flight attendants their pay
would be protected if they had a reaction to a vaccine that prevented them from working and that they would get an additional six hours
of pay after receiving the second dose of the vaccine, according to a staff note seen by CNBC.

United told employees in a staff note this week to get vaccinated as soon as possible and not to wait for guidance from the airline.

Some companies are trying to persuade workers to get the vaccine by offering additional pay. Yogurt and food company Chobani said it
will give employees in its manufacturing plants and offices up to six hours of paid time to get the two vaccinations.

So far, some retailers like Aldi, Lidl and Dollar General , have announced similar plans to offer extra pay. Aldi said it would also like to
open on-site vaccination clinics at its warehouses and offices to make it easy for workers to get the shots and eliminate the obstacles of
getting child care or finding transportation.



PRO   Nvidia and Nike are among the most
overbought stocks in the S&P 500. Here are
the others          SEE THE STOCKS

-- CNBC's *Melissa Repko* contributed to this article.

**TRENDING NOW**

APP.115

ar: 'Always aim high'





Harvard psychologist: 7 things the most passive-aggressive people always do—and the No. 1 way to respond



How often should you wash your jeans? The Levi's CEO settles the debate



Some of the nation's top colleges are eliminating student loans



As Tesla price cuts concede billions in sales, investors push Elon Musk to finally spend on ads

Sponsored Links by Taboola

**FROM THE WEB**

**Antibes Bookcase with Removable Drawers**
$116.99 - WAYFAIR                                                                                    Shop now

**Elita 57" Floor Lamp**
$101.00 - WAYFAIR                                                                                    Shop now

PRO        Neidich and Nike are among the most      SEE THE STOCKS
           overbought stocks in the S&P 500. Here are
           the others.

CNBC Councils                              Select Personal Finance
CNBC on Peacock                            Join the CNBC Panel
Supply Chain Values                        Select Shopping
Closed Captioning                          Digital Products
News Releases                              Internships
Corrections                                About CNBC
Ad Choices                                 Site Map
Privacy                                    Careers
Help                                       Contact

**APP.116**

○ WATCH **LIVE**

CNBC Newsletters

Privacy Policy
Do Not Sell My Personal Information
CA Notice
Terms of Service

PRO

SEE THE STOCKS

**APP.117**

# EXHIBIT 27

| | |
|---|---|
| **From:** | Baylis, Pat </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4EC9FF112B94593A21E9B47D00D8DF4-U084618> |
| **To:** | Gordon, M.D., Steven; Procop, Gary |
| **Sent:** | 5/11/2021 8:28:58 AM |
| **Subject:** | RE: [EXTERNAL] vaccine mandates |

**EXHIBIT**

5

Limacher    3d(b)(6)

Really good thoughts to consider. Thanks, Steve.

I visited Newark last week talking to the mechanic groups in their breakrooms even the midnight shift. These are the tough guys on the ground. Such an array of thoughts and venting about how COVID has been handled and pockets of vaccine hesitancy. Many talked about the EUA piece and not FDA approved yet. Some thought you get COVID from the vaccine. And on and on. I had a guy crying that lost his mother to COVID. Out of the many groups I visited, I would say 7-8 out of 10 already had COVID and 60% were already vaccinated. That area was it so hard.

There is already a plan in place on how to handle those that need a reasonable accommodation. Basically, they will not be allowed to work but take sick time or unpaid leave.

There have been many groups working on vaccine distribution and vaccine hesitancy. Lot of COVID and vaccine communication. I will send you a video we did of a pilot that should not have made it and was on ECMO for a couple of months but pulled through after 5 months in the hospital. Very powerful to stress the need to get a vaccine. We communicated with his family the entire time he was ill.

Really appreciate your quick responses and being together with me throughout this challenging time.

I hear the Cleveland Clinic is administering vaccines to our CLE employees? Not sure if it is this week. That's great.

Pat

-----Original Message-----
From: Gordon, M.D., Steven <GORDONS@ccf.org>
Sent: Tuesday, May 11, 2021 8:02 AM
To: Baylis, Pat <Pat.Baylis@united.com>; Procop, Gary <procopg@ccf.org>
Subject: [EXTERNAL] vaccine mandates

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

Pat
Indeed United was front and center in piece over weekend regarding policy for vaccination for companies

https://urldefense.com/v3/__https://www.nytimes.com/2021/05/07/business/dealbook/companies-vaccines-employees.html__;!!HYthtcT8!IZvRPNT91QAyUbb7iwFs2hw_1Kr21QaUnWquRdneOm8bR9PoDxd3-WbqTbRGjpf8$

While I am a strong proponent of vaccine other points to consider as outlined

1. have we exhausted all other approaches (access/information etc)
2 carrots vs sticks (incentives etc)
3 legal issues for some (EUA designation vs full approval which is pending)
4 reconginzing that americans like choice and this has become politicized like mask wearigt in some areas

CONFIDENTIAL

UNITED_SAMBRANO_00009779

**APP.119**

5 know that likely not one and done (boosters modifications in future)

For organizations like ours: promote safety for others (patients and team members)

smg


-----Original Message-----
From: Baylis, Pat [mailto:Pat.Baylis@united.com]
Sent: Tuesday, May 11, 2021 8:52 AM
To: Procop, Gary <procopg@ccf.org>; Gordon, M.D., Steven <GORDONS@ccf.org>
Subject: [EXT] Re: Vaccine mandate

CAUTION CYBER RISK: This email originated from outside of the organization. Do not click
links or open attachments unless you recognize the sender, expected to receive this content
and trust that it's safe. If you determine that the email isn't from a trusted source, you
can delete the email, submit it via the BlueFish button in Outlook for investigation or
forward the email as an attachment to phishtanktriage@ccf.org if you don't have the
Bluefish button or are on a mobile device.

One more thing..
United is only looking at mandating it for our pilots and flight attendants who may travel
internationally.

Sent from my iPhone

> On May 11, 2021, at 7:47 AM, Baylis, Pat <Pat.Baylis@united.com> wrote:
>
> Good morning,
>
> As you have seen, there is a push to mandate workers and others to be vaccinated. United
is heading quickly in that direction. I have been equivocal regarding this action but seem
to be understanding the need more and more, particularly reflecting on how vaccines are
mandated in other areas. I'm also not sure how we're ever going to get ahead of this virus
and the variants without vaccinating more and getting to herd immunity.
>
> I would appreciate your thoughts on this. My intent is not to quote you but to have a
discussion with expert medical professionals.
>
> Thanks,
>
> Pat
>
> Sent from my iPhone


Please consider the environment before printing this e-mail

Cleveland Clinic is currently ranked as the No. 2 hospital in the country by U.S. News &
World Report (2017-2018). Visit us online at https://urldefense.com/v3/__http:
//www.clevelandclinic.org__;!!HYthtcT9!IZvRPNT91QAyUbb7iwFs2hw_lKr21QaUnWquRdneOm8bR9PoDxd3-
WbqTcicpBHl$ for a complete listing of our services, staff and locations. Confidentiality
Note: This message is intended for use only by the individual or entity to which it is
addressed and may contain information that is privileged, confidential, and exempt from
disclosure under applicable law. If the reader of this message is not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error,
please contact the sender immediately and destroy the material in its entirety, whether
electronic or hard copy. Thank you.

# EXHIBIT 28

**To:**    Limacher, Kirk[kirk.limacher@united.com]
**From:**    Hansen, Mike[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2d594dfb254149bca3ac099e7b9f349e-u270261]
**Sent:**    Wed 9/8/2021 5:40:43 PM (UTC-05:00)
**Subject:**    FW: [EXTERNAL] RAP Meeting Questions

Kirk, just wanted to keep you in the loop on Dispatchers. Below is Craigs stance that we can not force people in the RAP process into an unpaid leave. My response to him is <u>we are not forcing them to take an unpaid leave but this is an accommodation to the vaccine requirement, they are free to opt out and be subject to the requirement (or be terminated).</u> Let me know if you have any questions or concerns. Mike

**Mike D. Hansen**
Managing Director, Labor Economics and Labor Relations

United Airlines | 233 South Wacker Drive, WHQLR 25th floor | Chicago, IL 60606
Tel: 872.825.9566 / USA.UAL.9566 Mobile: 312-547-9992
United.com

**From:** Hansen, Mike
**Sent:** Wednesday, September 8, 2021 5:38 PM
**To:** Craig Symons <president@pafca-ual.org>
**Subject:** RE: [EXTERNAL] RAP Meeting Questions

EXHIBIT

6

Limacher   30(b)(6)

Craig-

These employees have come forward and asked for a reasonable accommodation. In reviewing these exemption submissions and determining what is a reasonable accommodation, we have taken into account the current rate of COVID-related illness in the U.S. - right now, COVID infections are up 20%, there are close to 100,000 people in the hospital and more than 1,000 people are dying from COVID every day. All these statistics apply almost exclusively to the unvaccinated.

<u>This is the reasonable accommodation that we can provide at this time – employees are not required to accept the accommodation. If the employee does not accept and opts out of the process, they will be subject United's vaccination policy. Please understand, this is the only accommodation that we feel keeps the workplace as safe as possible – there is no other accommodation we will offer at this time.</u> The accommodations may change as the extent of the pandemic changes. The EEOC requires United provide an accommodation that is reasonable, and this meets the EEOC's obligations.

Best regards,
Mike

**Mike D. Hansen**
Managing Director, Labor Economics and Labor Relations

United Airlines | 233 South Wacker Drive, WHQLR 25th floor | Chicago, IL 60606
Tel: 872.825.9566 / USA.UAL.9566 Mobile: 312-547-9992
United.com

**From:** Craig Symons <president@pafca-ual.org>
**Sent:** Tuesday, September 7, 2021 5:21 PM
**To:** Hansen, Mike <mike.hansen@united.com>
**Cc:** PAFCA BOARD <board@pafca-ual.org>
**Subject:** [EXTERNAL] RAP Meeting Questions

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

Mike,

Thanks for taking the time to hold that meeting.

**CONFIDENTIAL**

An immediate takeaway from us is that the contract does not support forced unpaid leaves in any way, either for the religious or medical accommodations. Effectively what you are doing is furloughing members because your process was not established in accordance with a timeline that was entirely your own doing. We will grieve any forced unpaid leaves. We have been working in the office throughout the pandemic and we have done so safely. I am not sure why our current safety measures would suddenly not suffice until a testing protocol is in place.

--
Craig Symons
President, PAFCA-UAL

UNITED_SAMBRANO_00078820

**APP.123**

# EXHIBIT 29

**To:**     Kristy.Coffie@united.com[Kristy.Coffie@united.com]
**Cc:**     Ivan.Jackson@united.com[Ivan.Jackson@united.com]
**Bcc:**    Kemp, Jennifer[Jennifer.Kemp@united.com]
**From:**   Robb, Neil[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5102C14D51C44BBB87A82B14107B42AC-U368374]
**Sent:**   Tue 10/26/2021 11:01:57 AM (UTC-05:00)
**Subject:** RE: RAP request

Hello Kristy,

Kate asked me to respond to your request.

The reasonable accommodation process was offered up to employees starting on August 6. We wanted
to give employees the option to apply for religious and medical accommodations if warranted. We made
an announcement a few weeks later that we had imposed a deadline of 8/31/21 to get all religious
accommodation requests in. Capacity was certainly one component of that decision. The larger
component was to allow the RAP process to be a fair and consistent process for all that applied. It is
designed and intended to be an interactive process and with the vaccine deadline set for 9/27/21, we
needed to ensure there was time to be fair, consistent and interactive.

It is with that in mind that we are not allowing any late submissions for a religious RAP. There was
ample time to get the submission in prior to the deadline and to be fair and consistent we have not
allowed any submissions to come in post deadline. I am sorry if that is not the news you were hoping for.

Stay Safe!

Neil

-----Original Message-----
From: Coffie, Kristy <Kristy.Coffie@united.com>
Sent: Monday, October 25, 2021 6:44 PM
To: Kate Gebo <KateGebo@united.com>
Cc: Jackson, Ivan <Ivan.Jackson@united.com>
Subject: RAP request

Hello,
I tried submitting a RAP request through help hub and keep getting an error message that deadline was
August 31. How can I get my RAP request submitted?
Kristy Coffie
CLESW
U284793



CONFIDENTIAL

UNITED_SAMBRANO_00079550

**APP.125**

# EXHIBIT 30

| From: | Slater, John </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=40BE7F199D8E4F708C529207CF2035A1-U299208> |
|---|---|
| To: | Robb, Neil; Limacher, Kirk; Kinzelman, David; Doxey, Tom |
| CC: | Delhommeau, Marcel; Michelson, Preet; Boswell, Jonathan |
| Sent: | 8/10/2021 5:34:31 PM |
| Subject: | RE: COVID-19 RAP Overview <PLEASE DO NOT FORWARD> |



Thanks Robb

**From:** Robb, Neil <neil.robb@united.com>
**Sent:** Tuesday, August 10, 2021 2:18 PM
**To:** Slater, John <John.Slater@united.com>; Limacher, Kirk <kirk.limacher@united.com>; Kinzelman, David <David.Kinzelman@united.com>; Doxey, Tom <tom.doxey@united.com>; Robb, Neil <neil.robb@united.com>
**Cc:** Delhommeau, Marcel <marcel.delhommeau@united.com>; Michelson, Preet <preet.michelson@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>
**Subject:** RE: COVID-19 RAP Overview <PLEASE DO NOT FORWARD>

Hello John.

Our intent is to look at each request case by case, but generally speaking, we are looking for where the institution stands on vaccination practices.

**From:** Slater, John <John.Slater@united.com>
**Sent:** Tuesday, August 10, 2021 10:40 AM
**To:** Limacher, Kirk <kirk.limacher@united.com>; Kinzelman, David <David.Kinzelman@united.com>; Doxey, Tom <tom.doxey@united.com>; Robb, Neil <neil.robb@united.com>
**Cc:** Delhommeau, Marcel <marcel.delhommeau@united.com>; Michelson, Preet <preet.michelson@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>
**Subject:** RE: COVID-19 RAP Overview <PLEASE DO NOT FORWARD>

Thank you Kirk, very helpful. For my own information, if someone applies for a religious exemption, would we assess what that institution commands wholistically or would we accept a exemption request from an employee's individual place of worship?

**From:** Limacher, Kirk <kirk.limacher@united.com>
**Sent:** Tuesday, August 10, 2021 10:30 AM
**To:** Slater, John <John.Slater@united.com>; Kinzelman, David <David.Kinzelman@united.com>; Doxey, Tom <tom.doxey@united.com>; Robb, Neil <neil.robb@united.com>
**Cc:** Delhommeau, Marcel <marcel.delhommeau@united.com>; Michelson, Preet <preet.michelson@united.com>; Boswell, Jonathan <Jonathan.Boswell@united.com>
**Subject:** COVID-19 RAP Overview <PLEASE DO NOT FORWARD>

Good morning,

As discussed at the officer meeting yesterday, we are being purposely vague about the details of the COVID-19 RAP process. By design, we are best served by keeping this process between HR, Legal, and the individual employee.

Sending these process details to you as a follow-up from our COVID-19 check-in yesterday. @Robb, Neil is responsible for the RAP process and can help with any questions.

1. Any employee that would like to open a RAP request for the COVID-19 vaccine goes into Help Hub and opens a request. Here is link: https://united.service-now.com/hrportal/?id=sc_cat_item&

sys id=69c50335db92c300051eff971d9619e9

2. For Medical requests, the employee is required to submit supporting medical documentation. All of these requests route to the ESC nurse team to review and make a determination. This is consistent with the normal medical RAP process (outside of vaccination)

    - The ESC nurses will follow their normal procedure in researching medical claims to ensure they are accurate. They will request additional information from the treating physician or engage a medical second opinion if required

3. For religious requests, the employee will submit the Help Hub form.

    - After submission, the employee will receive an automated email from HH that asks they submit a letter from their religious institution supporting their religious accommodation. They will have 10 days to submit documentation.

    - If we have not received docs after 5 days, the ESC will reach out to remind them of the due date.

    - On 11th day, if we do not have docs we will close the case and send a letter to employee stating we closed their case but they can re-submit once they get docs. This is consistent with our standard RAP process (outside of COVID vaccination)

    - If we receive the letter within 10 days, the ESC will call the employee and go through a series of questions to collect additional information (note, these have been specifically crafted with Legal and are not shared in advance)

    - HR/Legal have a standing weekly meeting with to go over all fully submitted religious accommodation requests and render a decision.

4. The employee is then notified of the RAP approval or denial. For now, an approved RAP required masking while at work even after the Federal Mandate ends. Note, medical RAPs will likely only be approved for a limited timeframe and then will required vaccination compliance or an additional RAP

5. Once we're closer to the vaccine requirement effective date (e.g., no later than Oct 25th), operational leaders will be advised which employees in their organization have an approved vaccination RAP

If you have any questions or concerns, please let me know.

Thanks!

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

CONFIDENTIAL

# EXHIBIT 31

| | |
|---|---|
| **From:** | Limacher, Kirk </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A80CA305C9E248B8B9C748F22E3B5FFE-U330706> |
| **To:** | Kirby, Scott |
| **CC:** | Roitman, Jon; Earnest, Josh; Gebo, Kate |
| **Sent:** | 9/2/2021 6:07:03 AM |
| **Subject:** | RE: Reasonable Accommodation <Our path forward> |

Thanks Scott and good morning!

Thoughts below in red.

See you all @ 0800.

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*



**From:** Kirby, Scott <Scott.Kirby@united.com>
**Sent:** Thursday, September 2, 2021 5:52 AM
**To:** Limacher, Kirk <kirk.limacher@united.com>
**Cc:** Roitman, Jon <Jon.Roitman@united.com>; Earnest, Josh <Josh.Earnest@united.com>; Gebo, Kate <Kate.Gebo@united.com>
**Subject:** Re: Reasonable Accommodation <Our path forward>

Thanks all and hopefully Jon got some sleep last night.

1.       I think saying to customer service that we will work to identify jobs in future bid periods, like AOD, that they can return to (with all the masking and testing rules) if they can hold it but for now, they'll be on personal leave. <WKL>: Understood and agreed. Jon and I had a sidebar last night and ended up at the same place. We'll move forward accordingly.

2.       on the termination point, while I'm not a lawyer, I'm hopeful that requiring someone to sign that they understand the terms, it will make termination a lot easier than is normally the case. Particularly since all employees have the option of personal leave. If personal leave is the default, then an employee would need to proactively agree to whatever the non-vaccinated terms are. <WKL>: Completely agreed. I just didn't want us to leave our planning with the expectation that someone would go directly from a mask compliance infraction to involuntary termination. There will be some JCBA steps we'll need to follow, but the process will be expedited given the signed acknowledgement and our existing accelerated discipline process regarding masks.

Sorry to micromanage on this but thank for all the quick and thorough responses.

Sent from my iPad

On Sep 1, 2021, at 8:51 PM, Limacher, Kirk <kirk.limacher@united.com> wrote:

Scott/Jon,

Thanks for your quick review and feedback.  Sorry for any confusion or frustration, but I was trying to structure this document to meet two immediate needs;  1. Socialization with the eTeam; and 2. Ability for the

UNITED_SAMBRANO_00138162

**APP.130**

HR/LR/Legal/Corp Comm teams to quickly action our plan (which is why the materials are so detailed).

Please see my comments below in red to both of your comments/questions.

Looking forward to discussing during our time together tomorrow morning.

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

**From:** Roitman, Jon <Jon.Roitman@united.com>
**Sent:** Wednesday, September 1, 2021 8:21 PM
**To:** Kirby, Scott <Scott.Kirby@united.com>; Limacher, Kirk <kirk.limacher@united.com>
**Cc:** Earnest, Josh <Josh.Earnest@united.com>
**Subject:** RE: Reasonable Accommodation <Our path forward>

For pilots…I just want to clarify. They can wear a mask but there are instances where there is higher risk. Written guidance is that it is recommended. There are risks (mainly around communication and emergency O2) that we can't mitigate. That said, we don't want unvaccinated pilots in the cockpit with vaccinated as there are times where they will need to take off their mask. <WKL>: Yes, we can have a separate group for pilots. Or, we can message that the accommodation could change in the future by job function and job responsibility

The grid chart is confusing to me.
I see it like this…
- For any approved RAPs…employees will need to wear a mask anywhere on our property and get tested weekly <WKL>: For group #2 below, your statement is correct
- Approved RAPs for customer facing employees will go out on personal leave unless they can hold a line for a non-customer facing role in their department  <WKL>: I think we have a timing and logistical problem with executing a re-bid in the next three weeks as we work through these RAPs one-by-one. We will have imperfect information to even know who is senior while we evaluate and approve/deny each RAP. I will ping you in the morning to see if we can quickly discuss
- For those that work in a setting where a mask is not always possible (pilots)…those employees will need to go on personal leave
- It will take time for us to get the processes in place so all approved RAPs will go out on personal leave until we can ensure safe processes

If I outlined this correctly, I can't tell if the elements within the grid allow for this approach.

**From:** Kirby, Scott <Scott.Kirby@united.com>
**Sent:** Wednesday, September 1, 2021 7:56 PM
**To:** Limacher, Kirk <kirk.limacher@united.com>
**Cc:** Roitman, Jon <Jon.Roitman@united.com>; Earnest, Josh <Josh.Earnest@united.com>
**Subject:** Re: Reasonable Accommodation <Our path forward>

Thanks a few quick questions/comments below:

1.      I think we need another group that is pilots. They aren't exactly customer facing but the new group would be employees that cannot wear a mask (pilots). They're treated the same as customer facing though the return for them may be even more stringent since they can't wear a mask. <WKL>: Yes, we can have a separate group for pilots. Or, we can message that the accommodation could change in the future by job function and job responsibility

2.      On the customer facing, it would be good to have a group 1a and 1b where 1b are employees who are currently customer facing but if they hold the seniority, can commit to moving into a job that is not customer

UNITED_SAMBRANO_00138163

facing (such as AOD) so essentially they move themselves into what is now group 2. **<WKL>:** Got it. My original groupings were created to support both messaging as well as how the HR RAP Team decides what accommodation to award in a consistent manner. Given various bidding cycles, ambiguity if someone seniority could hold a position, and non-customer facing position availability inconsistent by location (e.g., hub or lines; and, AOD not being a role available to bid), it would be extremely difficult to execute on a 1b group (as defined above). I will discuss with Jon Roitman to make sure I'm not missing something here.

3.       I'd make clear that wearing a mask is at all times including outdoors. **<WKL>:** Agreed and understood

4.       can we just say termination if there's mask violation instead of up to and including subject to your JCBA? I'm hoping the policy for group 2 sounds very serious to them. Masks at all times (including outdoors) and automatic termination for violating the policy. **<WKL>:** I discussed this language with Zachery. If we move directly to termination without following at least a two step process, he is confident we'll lose in arbitrations. We can make the language more aggressive though

5.       did we get ok with the sticker on badges? **<WKL>:** Yes, Legal doesn't love it, but agrees we have a good safety argument in support of the need

6.       for the group 3 M&A emplKeyes should we say that they will go on leave once the official return to office is reinstated? **<WKL>:** Yes, a personal leave for Group#3 would be a possibility if we don't have testing capabilities in place when the official return to office occurs

Sent from my iPad

On Sep 1, 2021, at 7:37 PM, Limacher, Kirk <kirk.limacher@united.com> wrote:

Good evening all!

Thanks for the time today.

Below is a summary of the vaccine requirement-related accommodations we discussed this afternoon for both religious and medical requests. While we didn't have enough time to discuss the medical accommodation process in detail, HR/LR and Legal have extensive experience with medical accommodation scenarios; plus, the volumes are much lower in comparison to the religious requests.

We discussed a different approach for each of the following groups:
- **Group #1:** Customer-facing
- **Group #2:** Non-customer facing operational
- **Group #3:** Selective Corporate roles which have been work from home throughout pandemic

**The table below outlines the accommodation the Company will provide in each scenario and how the approval will be communicated.**

Based on calendars, I'm setting up a call for 8 AM CT tomorrow (Thursday) for a final review with a subset of this group. During that time, I'd like to:
- Ensure alignment on the details below; and
- Discuss communications and timing

If you have any questions in advance of our meeting, please let me know.

Thanks!

| Applicable to: | Religious Accommodation | Religious RAP | Medical Accommodation | |
|---|---|---|---|---|
| | | | | |

**APP.132**

| | Approvals | Communication | Approvals | Comm |
|---|---|---|---|---|
| **GROUP #1:** (2,200 *employees*) <br> • Pilots <br> • Flight Attendants <br> • Airport Ops ATW (customer facing roles) <br> • M&A Airport Ops ATW Supervisors <br> • M&A In-Flight Supervisors | **Accommodation:** <br> -Personal leave effective 10/2 <br><br> -Ability to come back to work is dependent on a significantly reduction nationwide COVID-19 cases | Option to : <br> 1. Opt-out/decline accommodation <br> 2. Accept the accommodation <br><br> -Election must be provided within five days of RAP approval <br><br> -If RAP declined , provide 5 weeks to get vaccinated with the first shot administered/reported by September 27th | **Accommodation:** <br> -Medical leave effective 10/2 <br><br> -Ability to come back to work is dependent on a significantly reduction nationwide COVID-19 cases | Same as accomm |
| **GROUP #2:** (1,450 *employees*) <br> • Technicians <br> • Airport Ops BTW <br> • Airport Ops ATW (non-customer facing roles) <br> • Catering Ops <br> • Contact Center Agents (in-person) <br> • Dispatchers <br> • All other frontline roles <br> • M&A (required to be in the operation except AO/IF Supervisors) | **Accommodation:** <br> -Personal leave effective 10/2; then <br><br> -Ability to come back to work once COVID-19 testing protocols are in place for your location and work area.  An update regarding the timing for return from personal leave will be provided from the Company in mid-October <br><br> -Employees expected to return from personal within 14 days of notification from the Company <br><br> -Once back at work, employees will be required to wear masks at all time when on airport or Company property (*regardless of any federal or local requirement in place at that time if less robust*)and only remove masks when actively eating or drinking while maintaining six feet of social distancing <br><br> -Required to undergo weekly COVID-19 | Option to: <br> 1. Opt-out/decline accommodation <br> 2. Remain on personal leave until COVID-19 conditions improve (exactly like Group #1 above) <br> 3. Go on personal leave and come back to work (once test/masking protocols are in place for your location and work area) <br><br> -Election must be provided within five days of RAP approval <br><br> -If RAP declined , provide 5 weeks to get vaccinated with the first shot administered/reported by September 27th | **Medical leave effective 10/2** <br><br> Else; same as religious accommodation scenario | Same as accomm a medica |

UNITED_SAMBRANO_00138165

| | | | | |
|---|---|---|---|---|
| | testing. If an employee tests positive, held out of service and dependability points assessed<br><br>-Required to wear sticker on their Company badge identifying their mask and COVID testing requirement to their supervisor<br><br>-Required to sign on-line agreement that any violation of the mask and/or testing protocol will mean discipline up to and including termination in accordance with your JCBA<br><br>-The provided accommodation will be re-evaluated on an on-going basis for appropriateness given overall pandemic conditions | | | |
| **GROUP #3:** (71 *M&A employees*)<br>• **M&A (outside the operation/Corporate)** | -Ability to work from home assuming in-person activities are NOT job critical at this time<br><br>-Accommodation subject to change as official return to office is announced<br><br>-Communicate what future accommodation could be (e.g., Group #2 model) once return to office is announced | Option to :<br>1. Opt-out/decline accommodation<br>2. Accept the accommodation<br><br>-Election must be provided within five days of RAP approval<br><br>-If RAP declined , provide 5 weeks to get vaccinated with the first shot administered/reported by September 27th | Same as religious accommodation | Same as accomm |

| Action | Timing |
|---|---|
| eTeam sign-off | Thursday morning (9/2/2021) |
| Union socialization | Thursday afternoon (9/2/2021) |
| Media briefing | TBD |

CONFIDENTIAL

| Sending high level notification to each grouping regarding each potential accommodation outcome (6 total groups) | Friday, 9/3/2021 or Tuesday, 9/7/2021 *(Discussion required)* |
|---|---|
| Execute individual RAP case approvals & employee notification | Beginning Tuesday, 9/7/2021 |

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

UNITED_SAMBRANO_00138167

**APP.135**

# EXHIBIT 32





August 6, 2021

# COVID-19 vaccine required for United employees

United team -

Throughout the pandemic, we have been direct and candid with you about the steps we've taken to keep you and our customers safe from COVID-19. In the earliest days of the pandemic, the outcome of those decisions was uncertain because we had so little data about how the disease was spread and how people were affected. Over the last nine months though, we have learned a lot about this disease, including how vaccines are – by far – the most effective way to protect people from COVID-19. In fact, we know now that an unvaccinated person is about 50 times more likely to be hospitalized for COVID-19 than a vaccinated person and nearly 300 times more likely to die.

Those stats are incredibly compelling and led us to an important decision about your safety: This fall, every U.S.-based United employee will be required to receive a COVID-19 vaccine and upload their vaccination record to Flying Together.

**Timing for COVID-19 Vaccine Requirement**

Here's how it will work: All U.S.-based United employees will be required to upload a vaccine card showing you have received two doses of the Pfizer or Moderna vaccine (or one dose of the J&J vaccine) five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after September 20th, whichever comes first. So, the latest potential deadline for meeting this requirement is October 25th. However, according to media reports, the FDA is likely to announce its full approval for the vaccine early next month, so the earlier timeline is more likely.

For those employees who are already vaccinated - and for those employees who get vaccinated and upload their records to Flying Together before September 20th - we'll offer an additional day of pay.

(United pilots and flight attendants who have already received union-negotiated compensation for uploading their vaccine records are not eligible. Officers at United, 100% of whom have uploaded their vaccination cards, are also ineligible for this benefit.)

**Another Industry-Leading COVID Safety Measure**

Since day one of the pandemic, you've been on the frontline - at our airports and on board our aircraft - taking care of our customers and one another. And to keep you safe, we've taken industry-leading action, including becoming the first airline to mandate masks for employees, the first to introduce customer COVID-19 testing and contact tracing, and the first (and still only) to run our HEPA filtration systems during the entire boarding and deplaning process.

And after the FDA issued "emergency-use authorizations" for the vaccines – where every piece of data collected to date confirms these vaccines are safe and highly effective – we proactively promoted the benefits of vaccination to our employees, helped thousands of you get vaccinated at our airport clinics



and required vaccinations for new employees and those of you flying positive space for international travel.

At the start of the year, we said it was the right thing to do for United Airlines, and for other companies, to require vaccines for employees. In the past few weeks, you've likely read about actions by federal, state and local governments, Fortune 100 companies, higher education institutions and health care groups to require vaccinations. And more than 50 medical groups now support these kinds of requirements including the American Medical Association, the American Academy of Pediatrics and the American Public Health Association.

**Nothing More Important Than Your Safety**

We know some of you will disagree with this decision to require the vaccine for all United employees. But, we have no greater responsibility to you and your colleagues than to ensure your safety when you're at work, and the facts are crystal clear: everyone is safer when everyone is vaccinated.

Over the last 16 months, Scott has sent dozens of condolences letters to the family members of United employees who have died from COVID-19. We're determined to do everything we can to try to keep another United family from receiving that letter.

So here's the bottom line: If you're unvaccinated today, please check out the vaccine finder on Flying Together, schedule an appointment and upload your vaccination card. The vaccine is widely available, free and fully covered by your United health insurance plan. And if you've already been vaccinated but haven't uploaded your information, please do it now on Flying Together to be eligible for an additional day of pay.

Our leadership teams will host a series of town halls in the coming weeks to continue the conversation, we've posted a set of FAQs on Flying Together and you can submit specific questions to Help Hub.

Thank you for all you continue to do to take care of our customers and one another. Together, we'll do our part to defeat this virus and continue along our journey to becoming the best airline in the history of aviation.

Scott and Brett

CONFIDENTIAL

## COVID-19 vaccine requirement:
Leader talking points + Q&A

**Last update August 5, 2021**

[FOR INTERNAL USE ONLY]

United is issuing a new policy requiring all U.S. employees be vaccinated against COVID-19 within five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first. The latest potential deadline for meeting this requirement is Oct. 25, 2021.

**The most important messages to share:**
- All U.S. employees are required to be vaccinated within five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first. The latest potential deadline for meeting this requirement is Oct. 25, 2021.
- Employees who do not comply with this policy risk termination from United.
- Employees are encouraged to act now so they have plenty of time for both doses (Moderna, Pfizer).
- Employees who are vaccinated by Sept. 20, 2021 will qualify for a special incentive – one full day of pay to be paid out in November 2021.
  - Pilots and flight attendants are exempt from this incentive, having already received a vaccination incentive earlier this summer.
- The only exceptions to this policy may be employees who are accommodated pursuant to United's Reasonable Accommodation Process (RAP) for a medical or religious request or work in a state where requiring proof of vaccination is prohibited by law. Questions on and requests for a RAP should be directed to Help Hub.
- Vaccination is required before you enter any United facility.
- Employees can upload copies of their vaccination cards to Flying Together to generate a "vaccine pass," confirming they are vaccinated against COVID-19.
- For employees who do not show proof of vaccination by the required date (five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first), their last day worked will be on or around Nov. 30, 2021 (or the last day of the November bid month for crew). This includes restricting pilots and flight attendants from bidding for their December schedules.
- United will follow any applicable HR or CBA requirements and processes with respect to employment separations that stem from violations of this vaccine policy.

**Why are we requiring employees to get vaccinated?**
- Our number one priority is to help keep employees safe.

CONFIDENTIAL

**APP.139**

- In January, Scott talked about our intention to make the vaccine mandatory for employees at some point but also made clear that we first need to know when and where our employees can get it.
- The vaccine is now widely available in the U.S. and is proven to help protect against severe illness, hospitalization and death as well as the spread of the virus, even for the delta variant.
- Getting your COVID-19 vaccine is the best thing you can do to protect yourself, your family and your colleagues and to ensure that our industry stays on track to recover and thrive.

**Who is required to be vaccinated against COVID-19 at United?**

- All U.S. employees are required to get vaccinated and demonstrate proof of vaccination five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first.
- The only exceptions to this policy will be employees who seek and are granted a medical or religious accommodation (RAP) or work in a state where requiring proof of vaccination is prohibited by law.
- This policy applies to:
  - All frontline U.S. employees
  - All M&A U.S. employees, including M&A employees with hybrid and remote work schedules
- This policy does not apply to:
  - International employees (at this time). We will continue to review the applicability of this policy to our international employees based on local regulations and vaccine availability.

**What is the timeline for our vaccine requirement?**

- All U.S. employees are required to be vaccinated five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first. The latest potential deadline for meeting this requirement is Oct. 25, 2021.
- Employees who are vaccinated by Sept. 20, 2021 and upload their documentation will qualify for a special incentive – one full day of pay to be paid out in November 2021.
  - Pilots and flight attendants are exempt from this incentive, having already received a vaccination incentive earlier this summer.
- You will need to be an active employee on the payment date to receive the incentive. Employees on leave will need to have their vaccine information uploaded by Sept. 20, 2021, and will be paid within 45 days of returning from leave.
- For employees who do not show proof of vaccination by the required date (five weeks after the FDA has announced it has fully approved a COVID-19 vaccine or five weeks after Sept. 20, 2021 whichever comes first), their last day worked will be on or around Nov. 30, 2021 (or the last day of the November bid month for crew). This includes restricting pilots and flight attendants from bidding for their December schedules.

**Which vaccines meet the requirements of our new policy?**

- Any COVID-19 vaccine that is approved by the FDA for emergency use authorization or general use is acceptable.

**What if I'm unable to be vaccinated for medical or religious reasons?**

CONFIDENTIAL

- United's Reasonable Accommodation Process (RAP) will be made available to those unable to be vaccinated for medical or religious reasons. You can find more information or submit a request for accommodation on Help Hub.
- For a medical accommodation, you will be asked to provide supporting documentation from your doctor; for a religious accommodation, supporting documentation from religious leadership within your organization.

**What happens if I refuse to get vaccinated and don't meet the criteria for a RAP?**

- If you do not demonstrate proof of COVID-19 vaccination by Oct. 25, 2021, your last day worked will on our around Nov. 30, 2021 (or the last day of the November bid month for crew) and we will initiate the termination process.

**How do I prove I'm vaccinated?**

- Employees can upload copies of their vaccination cards to Flying Together to generate a "vaccine pass," confirming they are vaccinated against COVID-19. Violating United's policy and/or misrepresenting your vaccine status is serious and may result in discipline, up to and including termination. To confirm your vaccine information is entered, log into Flying Together > My Info and you'll be able to see your records on file. When you upload your information, you will receive an email from "My Info" confirming your submission was made. Please only upload your own vaccine information, and not that of your dependents.
- Flight Ops and Inflight: Updates to your COVID vaccination record may take up to 24 hours to register in crew scheduling applications before you will be able to pick up trips that require vaccination.

**What if I prefer to get different vaccine than the first COVID-19 vaccine approved by the FDA?**

- All three vaccines currently in use in the U.S. (Pfizer, Moderna, Johnson & Johnson) vaccines are authorized by the Food and Drug Administration (FDA) for emergency use, which means they have been determined to be safe by the FDA.
- ~~All U.S. employees are required to be vaccinated within 45 days of the FDA approval for general use of one COVID-19 vaccination, or by October 25, 2021 whichever comes first.~~

| Formatted: Font color: Red, Strikethrough |

**Where can I get vaccinated?**

- We have a vaccine finder available on Flying Together, where you can search by location.

**Can I schedule a vaccine appointment on a work day?**

- Missing work for a vaccination appointment is generally an unauthorized absence, unless allowed by applicable state law. Some states, like California and New York, may allow for time off. Contact your HR Partner for more details.
- Please schedule your vaccine after work or on your day off (including leverage shift/trip trading). In a few situations people feel ill following vaccination, but these symptoms typically dissipate in a few days. If you experience post-vaccination symptoms that prevent you from safely working, please use sick time until you are ready to return to work.

UNITED_SAMBRANO_00087009

**APP.141**

**Is the vaccine covered by our company medical insurance?**
- There will be no cost to any employee to get the COVID-19 vaccine.
- You may be asked for your insurance card at your vaccine appointment, but there will be no charge to you for getting vaccinated.

**What does United do with my vaccine information?**
- United already stores sensitive and confidential employee information, within our HR systems.
- We are storing your vaccination information under the same strict controls and limited access rules as other confidential data. The vaccination information you provide (at an individual level) will not be available to others outside of a small group within HR and as needed for operational purposes, such as crew scheduling.
- The collection and storage of this information does not violate HIPAA laws.

**Will UAX and UGE employees be required to get vaccinated?**
- They will not be required to be vaccinated under United's policy, as they are not United employees. However, we are working with them and are encouraging them to embrace the same policies.

**Are we requiring contractors and vendors to be vaccinated?**
- Visitors and contractors must provide proof of vaccination by showing a paper or electronic copy of their COVID-19 vaccination credentials in order to enter a United facility.
- Some contractors have access to upload their vaccine card to Flying Together to generate a "vaccine pass."

**Where can I learn more about vaccine safety and efficacy?**
- There are lots of great resources available about the COVID-19 vaccine, the testing process and certification process. Here are a few we've shared with employees.

UNITED_SAMBRANO_00087010

# EXHIBIT 33

| From: | Johnson, Sasha </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69A7CD08882044E39A00DF626C4DFA88-U335757> |
|---|---|
| To: | Muenkel, Dan; Catanzano, Jessica |
| Sent: | 8/13/2021 1:41:31 PM |
| Subject: | RE: Notes and potential FAQ content/interesting read: Vaccine hesitancy: next steps |

Thanks to you both!

**From:** Muenkel, Dan <Dan.Muenkel@united.com>
**Sent:** Friday, August 13, 2021 2:33 PM
**To:** Catanzano, Jessica <jessica.catanzano@united.com>; Johnson, Sasha <Sasha.Johnson@united.com>
**Subject:** RE: Notes and potential FAQ content/interesting read: Vaccine hesitancy: next steps

Thanks for your support as always, Sasha!

**Dan Muenkel**
Managing Director – Employee Experience / People Analytics / HR PMO
Tel 872.825.4361| Mobile 224.201.5816

> EXHIBIT
>
> Limacher    30(d)(6)

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Friday, August 13, 2021 9:45 AM
**To:** Johnson, Sasha <Sasha.Johnson@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
**Subject:** RE: Notes and potential FAQ content/interesting read: Vaccine hesitancy: next steps

Sasha – these are the latest, but fyi, they will be updated again today and next week, so just know they're still in flux as we learn more about what people are asking.

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

**From:** Johnson, Sasha <Sasha.Johnson@united.com>
**Sent:** Friday, August 13, 2021 6:57 AM
**To:** Catanzano, Jessica <jessica.catanzano@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>
**Subject:** RE: Notes and potential FAQ content/interesting read: Vaccine hesitancy: next steps

Thanks for this Jessica and Dan. Sorry I missed the meeting but thank you for including me. Does this material plus the FAQs sent out last Friday represent the latest and greatest? Pat and I are doing a town hall at IAD next Friday. I think our approach will be around informing as much as possible.

Let me know how I can support this effort going forward and I will be at the next discussion.

Sasha

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Thursday, August 12, 2021 1:17 PM
**To:** Vincenz, Joan <joan.vincenz@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>; Limacher, Kirk <kirk.limacher@united.com>; Millichap, Stephanie <Stephanie.Millichap@united.com>; Baylis, Pat <Pat.Baylis@united.com>; Fleet, Anthony <anthony.fleet@united.com>

CONFIDENTIAL

Cc: Johnson, Sasha <Sasha.Johnson@united.com>
Subject: Notes and potential FAQ content/interesting read: Vaccine hesitancy: next steps

All – below are the notes from today's meeting, PLUS please note that I'm including some FAQs that were written by a Director in DT. Some of this may be useful; take a read at the bottom

Goals:

- 100% participation as soon as possible
- Maintain culture and respectfully help people through it
- Focus on leaders in the field and educating them
- Create different personas to meet people where they are
- Stats to back up the communication - clear, defined evidence
- Pull from WHO and FDA in addition to CDC
- Need to find the basis for 300x more likely to die (it's math Scott did in his head based on the below)

- According to the CDC, as of July 26, only 6,587 vaccinated Americans had become sick enough to be hospitalized with breakthrough infections, out of more than 164 million who have been fully vaccinated.
- That is a breakthrough hospitalization rate of a little more than 0.003 percent. There have been 1,263 COVID-19 deaths in vaccinated individuals, representing a death rate of 0.0008 percent among vaccinated individuals.
  Continue to call out that it's a high bar for RAP and to get the RAP in soon. NOTE: in at least one town hall, they spent 20 minutes on the RAP page/talking through RAP. This is concerning because the bar is very high

Communications (Candance over the next three weeks and messaging)
- Will have something full baked out by Friday/Monday - the ideas are identified, working on plugging in date
- Report out on a level of leadership that has uploaded at some point?

Videos (taking the greatest hits from past presentations and creating a UD article; plus, IDS boards at CSC and in the operation)
- Dr Corbett content Anthony is working on - only has a transcript but we're pulling content
- Actual video clips from other sessions that were recorded will be worked

Identification and scheduling for additional outside speakers (via Teams and recorded)
- Not the focus for now
- Mike Hanna's group asked for a speaker – Pat arranged for Dr Gordon to do that

Coordination for local town hall (master calendar and structure) and planning for smaller group/individual engagement as we get into mid-September. What does this look like?
- Target with data
- Loop in with comms plan with larger comms plan
- We will work on this in the upcoming weeks.

- Update and distribution of the influencer playbook – should we repurpose to dispel common myths?
  We should look at the "difficult conversation pieces" for when we go into the field

Upload assistance in the field – use the COVID coordinator team? Need to think about when we go into the field that we have ipads or other devices (or visit areas with Kiosks) to help people upload. Many do not know they can take a picture and load it.

## Why this vaccine? Why now?

This is a once in a century pandemic. It threatens our lives. It is an existential threat to our airline and the livelihoods that support our families. Vaccines are the most effective means to end these threats. Core4 is our culture. It drives us towards safety first. Vaccines make us safe. And then to caring. The vaccine protects our families and communities. It is really about loving your neighbor and colleague as yourself.

## I already had COVID-19 and have immunity. Why do I need to get the vaccine?

Studies show that breakthrough cases occur 2.34 times more frequently on natural immunity than on vaccinated

CONFIDENTIAL

immunity. The theory is that the vaccine targets the spike protein, which make the virus unique. Natural immunity creates a more general resistance to the virus. The common cold is a coronavirus as well, so natural immunity seems to be less specific and thus less effective.

Also concerning is that studies found natural immunity to have a shelf life. They saw natural immunity antibodies dropping by half ever 73 days. After a year, antibodies would be gone. They are not clear on the how long protection from the vaccine lasts. But, the real issue is timing. Most natural immunity occurred from sickness earlier in the pandemic. Most vaccinations occurred more recently. Taking the vaccination after having COVID-19 works like a booster and lowers your risk of breakthrough. They are running studies on whether those of us vaccinated will need boosters in the future, but the CDC is not recommending it at this time.

### I am concerned about the safety of the vaccine. Why can't I wait?
There have been some media reports about the Open VAERS reporting 12,000 deaths. This is very misleading. Open VAERS is a database the CDC uses to measure safety on vaccines and other medicines. Between Dec 2020 and Jul 19 2021 VAERS had actually received only 6,207 reports of death. The first key understanding is that this is any death that occurred after vaccination. It includes drowning, car accidents, lightning strikes and any other death that occurred unrelated to the vaccine. The CDC then vets these deaths to determine whether they were caused by the vaccine.

Of the deaths, there were 3 attributed to the vaccine. Here is a rundown of known issues.
- Rare cases of anaphylaxis. This is a severe reaction to the vaccine. This reaction occurs almost immediately and is easily addressed with medication. After you get the vaccine, you are asked to wait 15-30 mins. No deaths attributed.
- 3 people appear to have died from blood clots due to the J&J vaccine from about 7M doses (0.00004%). Very tiny chance this will occur. And all cases occurred in women under the age of 50. Doctors now know about this and have protocols to prevent this from occurring again. Benefits of the vaccine far outweigh the risks. That said, If you fall into this demographic group, you may want to consider the Moderna or Pfizer.
- 143 people have report GBS due to J&J from 13M doses (0.001%). GBS (Guillain-Barre Syndrome) is an immune disorder causing muscle weakness. It normally follows infection, but in very rare cases may also be triggered by vaccine. Most people recover from it, but it can cause permanent nerve damage. Mostly these cases occurred in men over 50. No deaths attributed. Again, if you fall into this age group, you may want to consider the Moderna or Pfizer.
- Myocarditis and Pericarditis have occurred in 323 people who took the Pfizer or Moderna from 296M doses (0.0001%). Mostly male under age 30. The link to the vaccine is still being investigated. 303 people were hospitalized, but no deaths occurred.

In every one of these cases, the chance of dying from COVID-19 was significantly higher than the risk of the known issues. It is safer to take the vaccine than to not take the vaccine. Taking the vaccine improves outcomes for you and also for your family, community and colleagues. One note on these numbers, these are all from scientific and statistical studies found on the CDC or other peer reviewed websites, but they are point in time. Vaccine doses are increasing daily, so some of these may not line up to totals today.

### But it's still not FDA approved? Why can't I wait?
FDA approval is a really arduous process, which includes an inspection of every manufacturing site. The scale of vaccine manufacturing similarly scales the inspections. FDA approval is the gold-standard of safety inspections. That said, full FDA approval is expected this month or early next.

### But what about the long-term risks? Why can't I wait?
Vaccine side effect present in the first two month. There has never been a known long-term effect from any vaccine. This is due to how quickly they are eliminated from your system. It is different from the daily medicines that you take, which can lead to long-term side effects as your body metabolizes the meds over time. Vaccines are once or twice then done. Side effects appear shortly after vaccination, not years later.

### Can I still request an accommodation?
Absolutely, everyone is eligible to request an accommodation. Just go to Help Hub and fill out the HR form.

That said, this program has been in place for near hires for some time now. I am hearing that the bar is very

UNITED_SAMBRANO_00089170

high. This is a Scott-level initiative. The E-team made this decision consciously knowing that would upset some people. They made it anyway, believing it was the right thing to do for all of our safety.

For medical, you will need to demonstrate that the vaccine puts your safety at risk, a risk higher than COVID-19. And for religious exemption, you will need to demonstrate you are a member in good standing in a religion that has a specific doctrine against vaccination. The two religions that I have heard exempted are Christian Scientists and the Congregation of Universal Wisdom. The former believes strongly in faith healing, to the point that hospitals and other medical treatments are forbidden. The latter is against any form of medication and believes in healing through chiropractic treatments.

There may be other religions that qualify. I am in no way discouraging anyone from going through the process that they feel it appropriate for them. I am just trying to set expectations

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

-----Original Appointment-----
**From:** Catanzano, Jessica
**Sent:** Monday, August 9, 2021 2:22 PM
**To:** Catanzano, Jessica; Vincenz, Joan; Muenkel, Dan; Limacher, Kirk; Millichap, Stephanie; Baylis, Pat; Fleet, Anthony
**Cc:** Johnson, Sasha
**Subject:** Vaccine hesitancy: next steps
**When:** Thursday, August 12, 2021 11:00 AM-11:25 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

Agenda:
- Communications (Candance over the next three weeks and messaging)
- Videos (taking the greatest hits from past presentations and creating a UD article;  plus, IDS boards at CSC and in the operation)
- Identification and scheduling for additional outside speakers (via Teams and recorded)
- Coordination for local town hall (master calendar and structure) and planning for smaller group/individual engagement as we get into mid-September.  What does this look like?
  - Target with data
- Update and distribution of the influencer playbook – should we repurpose to dispel common myths?
- Upload assistance in the field – COVID team?

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

Objective & Agenda [insert below]:

Learn More | Meeting options

UNITED_SAMBRANO_00089171

**APP.147**

CONFIDENTIAL

# EXHIBIT 34

**To:** Limacher, Kirk[kirk.limacher@united.com]
**From:** HR Communication[hr.communication@united.com]
**Sent:** Wed 9/8/2021 2:38:43 PM (UTC-05:00)
**Subject:** Leader Preview: Vaccine reasonable accommodation update



# Leader preview: Vaccine reasonable accommodation update

*This message is being sent to all leaders Level 6 and higher.*

United leader -

As you know, all U.S.-based employees (including Guam, Puerto Rico) are required to get vaccinated for COVID-19 and upload their vaccination card to Flying Together by September 27. We are working hard to ensure the safety of our employees and customers while accommodating those employees who have qualifying medical exceptions or sincerely held religious beliefs. Each submission for accommodation will be reviewed individually and will comply with any applicable collective bargaining agreement (CBA). United has started processing applications for reasonable accommodations, and employees will be notified of approval/denial beginning September 9.

**Reasonable accommodation approvals**
Given our focus on safety and the steep increases in COVID infections, hospitalizations and deaths – even since August 6 when we announced our vaccine requirement - we can no longer allow unvaccinated people back into the workplace until we better understand how they might interact with our customers and their vaccinated co-workers. **So, all active employees with an approved and accepted exemption request will be placed on a temporary, unpaid personal or medical leave of absence effective October 2.**

Then we will consider accommodations based on employee work environments and the amount of employee and customer interaction, which differs from role to role. We expect our approvals to fall into three categories of accommodations:

- Operational customer-facing
- Operational non-customer facing
- Non-operational M&A

Each submission is processed individually and employees will receive updates on their case directly from Help Hub, which will include instructions about their accommodation.

**Reasonable accommodation denials**
If an employee is denied a RAP or elects to withdraw their request for accommodation, they will be required to get fully vaccinated within five weeks from the date of their denial notice and get their first shot by September 27 in order to be in compliance with the vaccination requirement.

**If employees have questions**
Employees who submitted a request for exemption can review detailed information about leave and accommodations on Help Hub. This information is personalized based on employee roles – either by corresponding CBA or M&A. Employees will receive updates on their case directly from Help Hub, so please direct employees to Help Hub if they have questions. As a reminder, here's where employees can go to upload vaccine information, and here is a link to the COVID-19 site on Flying Together, with resources and FAQs.

©2021 United Airlines. All rights reserved.
The information contained in this message may be confidential. Any unauthorized use,
dissemination or copying of this communication is prohibited.

©2021 United Airlines. All rights reserved. | United, Chicago, IL 60606
Unsubscribe kirk.limacher@united.com

Update Profile | Constant Contact Data Notice
Sent to kirk.limacher@united.com by hr.communication@united.com

UNITED_SAMBRANO_00078621

**APP.151**

# EXHIBIT 35

**PERSONAL**
From: HR Communications
To: ALL GROUPS PERSONAL
Subject: Update on your request for reasonable accommodation
Send date/time: Wednesday, Sept. 8 12:00 p.m.

**EXHIBIT**
18
Lima chex   3 (b)(6)

Dear United employee,

Thank you for meeting the August 31 deadline to submit an exemption to our employee vaccination requirement. We expect to complete the review of your request in the next two weeks and let you know if it was approved or denied.

In reviewing these exemption submissions, we will take into account the current rate of COVID-related illness in the U.S. - right now, COVID infections are up 20%, there are close to 100,000 people in the hospital and more than 1,000 people are dying from COVID every day. All these statistics apply almost exclusively to the unvaccinated.

Since nothing is more important than the safety of our employees, we can't in good conscience send unvaccinated people back into the workplace this fall.

**If your submission is denied:**

If your submission is denied, you are required to get fully vaccinated within five weeks from the date of your denial notice and get your first shot by September 27. If you do not get your first shot by September 27, or do not get fully vaccinated within five weeks from the date of your denial notice, you will be separated from the company.

**If your submission is approved:**

Because employee work environments and the amount of employee and customer interaction differs from role to role, we have three categories of accommodations:

**Operational customer-facing roles** (Pilots, Flight Attendants, CSRs and their M&A support teams): you will be put on an unpaid personal leave of absence effective October 2. Once the pandemic meaningfully recedes, you will be welcomed back to the team on active status. Read more about personal leaves on Help Hub.

**Operational non-customer facing roles** (Technicians, RSEs, Dispatchers, and all other frontline and M&A support roles that do not require customer interaction): you will be put on an unpaid personal leave of absence effective October 2. Once the pandemic meaningfully recedes, you will be welcomed back to the team on active status. However, you will be required to undergo weekly COVID-19 testing, wear a mask at all times, and wear a sticker on your United badge indicating your mask and testing accommodation. Read more about personal leaves on Help Hub.

**Non-operational M&A roles:** if in-person activities are not job critical at this time, you can continue to work from home as an active employees. However, once the pandemic meaningfully recedes and we begin to formally welcome employees back to the office, you will be required to undergo weekly

UNITED_SAMBRANO_00090009

**APP.153**

COVID-19 testing, wear a mask at all times, and wear a sticker on your United badge indicating your mask and testing accommodation.

**Safety is our highest priority**

Our highest priority through the pandemic – and the sole reason we instituted a vaccine requirement for every U.S. employee at United Airlines – has been to keep our people and our customers safe. And the good news is that a large majority of our employees have already either uploaded their vaccination records to Flying Together or told their manager they plan to get their shots before September 27. We're encouraged by the enthusiastic support and messages of appreciation that we've received from thousands of our employees about our vaccination policy, and we will continue to be aggressive in protecting the health of everyone who shows up to work at our airline.

The safest, most effective way - by far - to avoid dying or be hospitalized from COVID is to get vaccinated. Masks and testing help control the spread of the virus and its variants. As we said when we introduced our vaccination policy, everyone is safer when everyone is vaccinated.

**For additional questions**

If your personal circumstances have changed since you submitted your accommodation request and you no longer wish to be accommodated, you can visit Help Hub to withdraw your request.

If you withdraw, you are required to get fully vaccinated within five weeks and get your first shot by September 27. Any employee on a personal leave of absence who later decides to complete the vaccination requirement can request a return to active status.

If you have questions about personal leave or reasonable accommodations, please visit Help Hub.

Sincerely, RAP Specialist
Employee Service Center – WHQMW


## MEDICAL

From: HR Communications
To: ALL GROUPS MEDICAL
Subject: Update on your request for reasonable accommodation
Send date/time: Wednesday, Sept. 8 12:00 p.m.

Dear United employee,

Thank you for meeting the August 31 deadline to submit an exemption to our employee vaccination requirement. We expect to complete the review of your request in the next two weeks and let you know if it was approved or denied.

In reviewing these exemption submissions, we will take into account the current rate of COVID-related illness in the U.S. - right now, COVID infections are up 20%, there are close to 100,000 people in the hospital and more than 1,000 people are dying from COVID every day. All these statistics apply almost exclusively to the unvaccinated.

UNITED_SAMBRANO_00090010

**APP.154**

Since nothing is more important than the safety of our employees, we can't in good conscience send unvaccinated people back into the workplace this fall.

**If your submission is denied:**

If your submission is denied, you are required to get fully vaccinated within five weeks from the date of your denial notice and get your first shot by September 27. If you do not get your first shot by September 27, or do not get fully vaccinated within five weeks from the date of your denial notice, you will be separated from the company.

**If your submission is approved:**

Because employee work environments and the amount of employee and customer interaction differs from role to role, we have three categories of accommodations:

**Operational customer-facing roles** (Pilots, Flight Attendants, CSRs and their M&A support teams): you will be put on a medical leave of absence effective October 2. Once the pandemic meaningfully recedes, you will be welcomed back to the team on active status. Read more about medical leaves on Help Hub.

**Operational non-customer facing roles** (Technicians, RSEs, Dispatchers, and all other frontline and M&A support roles that do not require customer interaction): you will be put on a medical leave of absence effective October 2. Once the pandemic meaningfully recedes, you will be welcomed back to the team on active status. However, you will be required to undergo weekly COVID-19 testing, wear a mask at all times, and wear a sticker on your United badge indicating your mask and testing accommodation. Read more about medical leaves on Help Hub.

**Non-operational M&A roles:** if in-person activities are not job critical at this time, you can continue to work from home as an active employees. However, once the pandemic meaningfully recedes and we begin to formally welcome employees back to the office, you will be required to undergo weekly COVID-19 testing, wear a mask at all times, and wear a sticker on your United badge indicating your mask and testing accommodation.

**Safety is our highest priority**

Our highest priority through the pandemic – and the sole reason we instituted a vaccine requirement for every U.S. employee at United Airlines – has been to keep our people and our customers safe. And the good news is that a large majority of our employees have already either uploaded their vaccination records to Flying Together or told their manager they plan to get their shots before September 27. We're encouraged by the enthusiastic support and messages of appreciation that we've received from thousands of our employees about our vaccination policy, and we will continue to be aggressive in protecting the health of everyone who shows up to work at our airline.

The safest, most effective way - by far - to avoid dying or be hospitalized from COVID is to get vaccinated. Masks and testing help control the spread of the virus and its variants. As we said when we introduced our vaccination policy, everyone is safer when everyone is vaccinated.

CONFIDENTIAL

**For additional questions**

If your medical circumstances have changed since you submitted your accommodation request and you no longer wish to be accommodated, you can visit Help Hub to withdraw your request.

If you withdraw, you are required to get fully vaccinated within five weeks and get your first shot by September 27. Any employee on a personal leave of absence who later decides to complete the vaccination requirement can request a return to active status.

If you have questions about personal leave or reasonable accommodations, please visit Help Hub.

Sincerely, RAP Specialist
Employee Service Center – WHQMW

UNITED_SAMBRANO_00090012

# EXHIBIT 36

**From:** Limacher, Kirk </o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a80ca305c9e248b8b9c748f22e3b5ffe-u330706>
**To:** Limacher, Kirk
**Sent:** 3/7/2022 7:35:13 AM
**Subject:**



**EXHIBIT**

19

Limacher 30(b)(6)

### Meaningfully Recedes Metric:
Established in October 2021 in response to pending litigation and questions from Judge Pittman. Defines when RAP employees on temporary unpaid leave would be able to return to work

- CREW
  - Nationwide daily case count must be at or below 10,000 per day for at least 21 consecutive days on a rolling 7-day average.
  - Should the nationwide daily count exceed 15,000 per day for 7 consecutive days, accommodations are re-instated
- NON-CREW
  - The Community transmission rate must be "moderate" or below for at least 21 consecutive days in a given state.
  - Should the community transmission rate return to "substantial" or "high" for 7 consecutive days, accommodations will be re-instated

### Situation:
- Litigation: Sambrano Case will likely not be granted *en banc* court opportunity. Case will be likely be returned to North Texas District Federal Court in the coming 1-4 weeks. At that time, it is highly likely that Judge Pittman will grand a preliminary Injunction (PI) ordering United to stop using unpaid leave as a reasonable accommodation
- Meaningfully Recedes metric: We committed to bringing back Flight Attendants and Pilots when the average daily reported COVID-19 cases (7-day rolling average) was below 10,000. Take a look where we are compared with 7, 14, and 21 days ago:
  - **Today:** 79,439 per day
  - **Today – 7 days:** 133,392 per day
  - **Today – 14 days:** 230,811 per day
  - **Today – 21 days:** 415,409 per day
- Other potential triggers:
  - WHO declaring end to emergency phase of the pandemic
  - WHO and/or CDC declare COVID-19 to be endemic
  - Federal air travel mask mandate is cancelled
  - Executive Order (federal contractor vaccine requirement) is invalidated by federal court

### Risk/Decisions:
- Is it better for our culture for employees to be recalled by United without a court order?
- The PI would likely require United to no longer use unpaid leave as a RAP. In this case, United could move these RAP employees to paid leave or return them to active status

### Open question:
- <Flight Ops>: Do we need additional CRM training for pilots given unvaccinated and vaccinated pilots flying together?
- <Overall>: Do we change the meaningfully recedes metrics?
  - Need to change given CDC new metrics?
  - Lower threshold for existing metric?
  - Get rid of returning empl
  - Ignore metric altogether?
- <RAP>: Are we OK with continuation of KN-95 masking and testing becoming optional? Crew time impact if testing remains mandatory

CONFIDENTIAL

**Kirk Limacher**
VP, HR Services
United Airlines | Corporate Support Center
*872.825.6294 – Office*
*312.465.3629 -- Cell*

CONFIDENTIAL

UNITED_SAMBRANO_00130029

**APP.159**

# EXHIBIT 37

| From: | ███████ </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CA7C98A0CEA94E5FA03A9B1A0C2F19C8-U138057> |
|---|---|
| To: | Parker, Bob |
| CC: | Gebo, Kate; Robb, Neil; Thomas, Kevin; Green, Michael |
| Sent: | 1/19/2022 12:07:54 PM |
| Subject: | Additional information |

Mr Parker, reference the email I sent last week regarding clarification of my status, here's some additional information.

As a flight Test Captain, I am a non-Customer facing employee. My job requires me to fly an empty airplane. Crew consists of another Test Pilot and a maintenance person, the latter being onboard only if a Heavy Maintenance profile is accomplished or if specific troubleshooting is required. There are no passengers or Flight Attendants onboard.

We work exclusively with TechOps. Prior to the United/Continental merger, Flight Test had been embedded in the maintenance organization for over 70 years. Given our maintenance centric work and the isolated nature of our mission, I'm respectfully requesting we be given the same accommodation as maintenance personnel; wearing an appropriate mask and weekly testing.

Let me know if you have any questions.

Thank you for your time.

███████

Flight Test

███████



**From:** ███████ @united.com>
**Date:** January 13, 2022 at 8:27:32 AM MST
**To:** "Parker, Bob" <Bob.Parker@united.com>
**Cc:** "Thomas, Kevin" <Kevin.J.Thomas@united.com>, "Rivera Torres, Carlos" <carlos.riveratorres@united.com>
**Subject: Fwd: HR question**

Mr Parker,

Happy New Year. I hope you're doing well.

I had reached out to Mr Torres to get clarification on the Leave of Absence letter he sent me in November. The specific phrase in the letter, "…given the nature of my job, your Accomodation will be a personal leave of absence." was the item in question.

Enclosed is the email chain.

I'm inferring from Mr Torres answer that he didn't know the specific reasons in the letter which placed me on unpaid leave.

He suggested I contact you and my immediate supervisor, Kevin Thomas. Given my supervisor was also unaware of any of the details, I'm hoping you might be able to shed some light on this.

Thanks for your help in this matter.

███████

Flight Test

███████

CONFIDENTIAL

Begin forwarded message:

**From:** ██████████████ @united.com>
**Date:** January 12, 2022 at 11:10:45 PM MST
**To:** "Rivera Torres, Carlos" <carlos.riveratorres@united.com>
**Cc:** "Thomas, Kevin" <Kevin.J.Thomas@united.com>
**Subject: Re: HR question**

Carlos, thanks for the quick response.
I added Kevin to this email because it seemed my immediate supervisors were just as in the dark as I was on this issue.
For clarification sake, which groups were generally accommodated with masking and testing?
Reference your statement about my role, which element of what I do, necessitated HR to place me on LOA?
I ask because none of the communication I've received from United specifically stated the exact reason why. If this is a question you may not have the answer to, is this something Mr Parker could address?
Thanks, as always, for your time.
Take care.

████████
Flight Test
████████

On Jan 12, 2022, at 2:42 PM, Rivera Torres, Carlos <carlos.riveratorres@united.com> wrote:

Good Afternoon,

While some groups were accommodated with masking and testing protocols, HR advised us your role would be one that required you to be placed on a personal LOA. If you have further questions regarding this accommodation you can check with your Sr. Manager Kevin Thomas and/or your HR Business Partner Bob Parker.

Thanks,
Carlos

Carlos Rivera Torres
ESC Manager – West Region
Absence Management

United | Corporate Support Center
233 South Wacker Drive, 16th Floor| Chicago, IL 60606
Tel. 847 700 3296 | Mobile 312 802 0836 | carlos.riveratorres@united.com

-----Original Message-----
From: ██████████████ @united.com>
Sent: Wednesday, January 12, 2022 3:17 PM
To: Rivera Torres, Carlos <carlos.riveratorres@united.com>
Subject: HR question

CONFIDENTIAL

Carlos, Happy New Year.

I was going over some documentation regarding my unpaid leave and had a question.

In your email, you stated, "given of the nature of my job, your accommodation will be a personal leave of absence".

Could you provide some clarification on what specificity elements of my job necessitated the unpaid leave of absence?

Thanks for your time.

Take care.

██████

Flight Test

██████

# EXHIBIT 38

From: HR Communication [hr.communication@united.com]
Sent: 9/29/2021 5:28:23 PM
To: Robb, Neil [neil.robb@united.com]
Subject: Preview: N95 or KN95 masks required





# Preview: N95 or KN95 masks required

United leader,

This message is being sent to you as a preview ahead of distribution to all employees who are involved in the COVID-19 vaccination reasonable accommodation process (RAP).

Dear employee,

As we await the outcome of the litigation regarding our implementation of the reasonable accommodation process (RAP) around COVID-19 vaccination, two things remain unchanged: our commitment to the safety of all of our employees and our belief that our vaccine policy saves lives.

**In the interest of keeping our customers and employees safe, effective October 2, we will require any unvaccinated United employee to wear an N95 or KN95 mask at all times and in all United locations, including outdoors and on aircraft.**

If you don't own an N95 or KN95 mask, United will supply you with N95 or KN95 masks at your location for your shift. Look for additional details on where you can pick up a mask before October 2. Please note that you will be required to provide your own N95 or KN95 mask for personal travel purposes.

As a temporary accommodation for our vaccination policy, you must wear your mask at all times in all United locations, including outdoors and on aircraft (this includes for personal or business travel). You may remove your mask only when you are actively eating or drinking and you must put your mask back on in between bites and sips. To the extent possible, please only eat or drink outdoors or in rooms alone or when socially distanced from others. Failure to comply with this mask requirement is subject to disciplinary action as outlined in the mask policy in the Working Together Guidelines.

Learn more about vaccination on the COVID-19 site on Flying Together.

Thank you for all you continue to do to take care of our customers and one another.

CONFIDENTIAL



©2021 United Airlines. All rights reserved.
The information contained in this message may be confidential. Any unauthorized use, dissemination or copying of this communication is prohibited.

©2021 United Airlines. All rights reserved. | United, Chicago, IL 60606
Unsubscribe neil.robb@united.com

Update Profile | Constant Contact Data Notice
Sent to neil.robb@united.com by hr.communication@united.com

CONFIDENTIAL

# EXHIBIT 39

## Short Message Report

| Conversations: 1 | Participants: 107 |
|---|---|
| Total Messages: 242 | Date Range: 9/10/2021 |

## Outline of Conversations

 **Microsoft Teams chat between [Demma, Jill, Francis, Jennifer, Woods, Sierra, Nobles, Keisha, Kelly, Adrienne, Szymkowski, Virginia, Ng, Betty, Thigpen, Sheri, Harris, Deette, Baker, Tia, Maldonado, Kat, Cleveland, Roz, Khan, Hasan, Williams, Krystal, Jaleel, Aiman, Kemp, Jennifer, Mallari, Louie, Daniels, Kimberly, Glass, Stacy, Rivera Torres, Carlos, Roque, Roman, Crawford, Clarence, Diaz-Ventura, Paul, Mahecha, Karen, Siki, Dorothy, Cano- Medrano, Carina, Curtis, Lee, Pitchford, Marshawn, Lee, Tom, Sykes, Melvin, Gutierrez, Jackie, Alejandria, Armando, Baker, Tia, Barton-Smith, Brittany, Cano- Medrano, Carina, Clark, Syreeta, Cleveland, Roz, Crawford, Clarence, Curtis, Lee, Daniels, Kimberly, Darden, Jacqueline, Demma, Jill, Diaz-Ventura, Paul, Dodd, Alillah, Dubal, John Rex, ESC - Shift_Coord, Fox, Maeve, Francis, Jennifer, Garcia, Hanna, Garland, Antoinette, Gaston, Latoya, Gill, Rachyl, Glass, Stacy, Guiab, Kathy, Gutierrez, Jackie, Guy, Gina, Jaleel, Aiman, Kapuscik, Marilyn, Kelly, Adrienne, Kemp, Jennifer, Khan, Hasan, Lee, Tom, Love, Jasmine, Mahecha, Karen, Maldonado, Kat, Mallari, Louie, Myers, Alesa, Ng, Betty, Nobles, Keisha, Pitchford, Marshawn, Posada Duran, Mario, Preston, Kim, Rivera Torres, Carlos, Robb, Neil, Roque, Roman, Rynders, Lauren, Siki, Dorothy, Subhan, Zareena, Sykes, Melvin, Szymkowski, Virginia, Thigpen, Sheri, Williams, Krystal, Woods, Sierra, Garland, Antoinette, Rynders, Lauren, Kapuscik, Gaston, Latoya, Guiab, Kathy, Clark, Syreeta, Gill, Rachyl, Garcia, Hanna, Myers, Alesa, Dubal, John Rex, Barton-Smith, Brittany, Subhan, Zareena, Alejandria, Armando, ESC - Shift_Coord, Dodd, Alillah, Love, Jasmine, Guy, Gina, Posada Duran, Mario, Fox, Maeve, Adamczyk, Monika, Ramos, Alicia, Robb, Neil, Preston, Kim]** · 242 messages on 9/10/2021 · Adamczyk, Monika · Alejandria, Armando · Alejandria, Armando · Baker, Tia · Baker, Tia · Barton-Smith, Brittany · Barton-Smith, Brittany · Cano- Medrano, Carina · Cano- Medrano, Carina · Clark, Syreeta · Clark, Syreeta · Cleveland, Roz · Cleveland, Roz · Crawford, Clarence · Crawford, Clarence · Curtis, Lee · Curtis, Lee · Daniels, Kimberly · Daniels, Kimberly · Darden, Jacqueline · Darden, Jacqueline · Demma, Jill · Demma, Jill · Diaz-Ventura, Paul · Diaz-Ventura, Paul · Dodd, Alillah · Dodd, Alillah · Dubal, John Rex · Dubal, John Rex · ESC - Shift_Coord · ESC - Shift_Coord · Fox, Maeve · Fox, Maeve · Francis, Jennifer · Francis, Jennifer · Garcia, Hanna · Garcia, Hanna · Garland, Antoinette · Garland, Antoinette · Gaston, Latoya · Gaston, Latoya · Gill, Rachyl · Gill, Rachyl · Glass, Stacy · Glass, Stacy · Guiab, Kathy · Guiab, Kathy · Gutierrez, Jackie · Gutierrez, Jackie · Guy, Gina · Guy, Gina · Harris, Deette · Jaleel, Aiman · Jaleel, Aiman · Kapuscik, Marilyn · Kapuscik, Marilyn · Kelly, Adrienne · Kelly, Adrienne · Kemp, Jennifer · Kemp, Jennifer · Khan, Hasan · Khan, Hasan · Lee, Tom · Lee, Tom · Love, Jasmine · Love, Jasmine · Mahecha, Karen · Mahecha, Karen · Maldonado, Kat · Maldonado, Kat · Mallari, Louie · Mallari, Louie · Myers, Alesa · Myers, Alesa · Ng, Betty · Ng, Betty · Nobles, Keisha · Nobles, Keisha · Pitchford, Marshawn · Pitchford, Marshawn · Posada Duran, Mario · Posada Duran, Mario · Preston, Kim · Preston, Kim · Ramos, Alicia · Rivera Torres, Carlos · Rivera Torres, Carlos · Robb, Neil · Robb, Neil · Roque, Roman · Roque, Roman · Rynders, Lauren · Rynders, Lauren · Siki, Dorothy · Siki, Dorothy · Subhan, Zareena · Subhan, Zareena · Sykes, Melvin · Sykes, Melvin · Szymkowski, Virginia · Szymkowski, Virginia · Thigpen, Sheri · Thigpen, Sheri · Williams, Krystal · Williams, Krystal · Woods, Sierra · Woods, Sierra



**EXHIBIT**

Z8

Torres        30(b)(6)

Messages in chronological order (times are shown in GMT -05:00)

💬 **Microsoft Teams chat between [Demma, Jill, Francis, Jennifer, Woods, Sierra, Nobles, Keisha, Kelly, Adrienne, Szymkowski, Virginia, Ng, Betty, Thigpen, Sheri, Harris, Deette, Baker, Tia, Maldonado, Kat, Cleveland, Roz, Khan, Hasan, Williams, Krystal, Jaleel, Aiman, Kemp, Jennifer, Mallari, Louie, Daniels, Kimberly, Glass, Stacy, Rivera Torres, Carlos, Roque, Roman, Crawford, Clarence, Diaz-Ventura, Paul, Mahecha, Karen, Siki, Dorothy, Cano- Medrano, Carina, Curtis, Lee, Pitchford, Marshawn, Lee, Tom, Sykes, Melvin, Gutierrez, Jackie, Alejandria, Armando, Baker, Tia, Barton-Smith, Brittany, Cano- Medrano, Carina, Clark, Syreeta, Cleveland, Roz, Crawford, Clarence, Curtis, Lee, Daniels, Kimberly, Darden, Jacqueline, Demma, Jill, Diaz-Ventura, Paul, Dodd, Alillah, Dubal, John Rex, ESC - Shift_Coord, Fox, Maeve, Francis, Jennifer, Garcia, Hanna, Garland, Antoinette, Gaston, Latoya, Gill, Rachyl, Glass, Stacy, Guiab, Kathy, Gutierrez, Jackie, Guy, Gina, Jaleel, Aiman, Kapuscik, Marilyn, Kelly, Adrienne, Kemp, Jennifer, Khan, Hasan, Lee, Tom, Love, Jasmine, Mahecha, Karen, Maldonado, Kat, Mallari, Louie, Myers, Alesa, Ng, Betty, Nobles, Keisha, Pitchford, Marshawn, Posada Duran, Mario, Preston, Kim, Rivera Torres, Carlos, Robb, Neil, Roque, Roman, Rynders, Lauren, Siki, Dorothy, Subhan, Zareena, Sykes, Melvin, Szymkowski, Virginia, Thigpen, Sheri, Williams, Krystal, Woods, Sierra, Garland, Antoinette, Rynders, Lauren, Kapuscik, Marilyn, Gaston, Latoya, Darden, Jacqueline, Guiab, Kathy, Clark, Syreeta, Gill, Rachyl, Garcia, Hanna, Myers, Alesa, Dubal, John Rex, Barton-Smith, Brittany, Subhan, Zareena, Alejandria, Armando, ESC - Shift_Coord, Dodd, Alillah, Love, Jasmine, Guy, Gina, Posada Duran, Mario, Fox, Maeve, Adamczyk, Monika, Ramos, Alicia, Robb, Neil, Preston, Kim]**

AG     **Garland, Antoinette**                                                                     9/10/2021, 7:23 AM

Good Morning - I have an employee on the line who decided to get the vaccine. He asking for a denial but i advise once he recieved his first shot he can cancel the request .. is that correct

AG     **Garland, Antoinette**                                                                     9/10/2021, 7:29 AM

Second question - If the RAP is approve and they are place on a leave but decided to get the vaccine do they stay on that personal leave of absence until they are fully vaccinated then they can return to work?

NR     **Robb, Neil**                                                                              9/10/2021, 7:29 AM

He can cancel the case in HH, correct

NR     **Robb, Neil**                                                                              9/10/2021, 7:30 AM

If they accept their approval they will go on leave 10/2.  If they withdraw their accommodation, they can get vaccinated by 9/27 with the one shot vaccine and not go on leave

AG     **Garland, Antoinette**                                                                     9/10/2021, 7:32 AM

but if they accept but get vaccinated after the accepted they have to wait for the return to work date

NR     **Robb, Neil**                                                                              9/10/2021, 7:33 AM

If they accept their accommodation, they will go on leave 10/2.  They can return to work once fully vaxxed

AG     **Garland, Antoinette**                                                                     9/10/2021, 7:33 AM

OK thank you

KM     **Mahecha, Karen**                                                                          9/10/2021, 8:10 AM

my Cisco went down. I have to wait a couple minutes to get back in

AG     **Garland, Antoinette**                                                                     9/10/2021, 8:13 AM

Hi - i have employee on the line who has medical exemption and received the additional information but she cant get an appt with her HCP by the due date for the information to be submitted

AG     **Garland, Antoinette**                                                                     9/10/2021, 8:13 AM

are we granting extension

NR     **Robb, Neil**                                                                              9/10/2021, 8:14 AM

**APP.169**

We are not

**AG**   Garland, Antoinette                                                    9/10/2021, 8:14 AM
ok

**KM**   Mahecha, Karen                                                         9/10/2021, 8:16 AM
I'm back

**CC**   Crawford, Clarence                                                     9/10/2021, 8:16 AM
Neil is it safe to say that at this point we're unable to grant extensions for things other than incidents cause by natural disasters? I.E situations outside of the employees immediate area of control?

**NR**   Robb, Neil                                                             9/10/2021, 8:16 AM
That is safe to say.

**KM**   Mahecha, Karen                                                         9/10/2021, 8:22 AM
I have an employee who was approved for religious exemption but he also submitted a doctor's note for medical exemption. He wants to know if their religious accommodation can be put on hold until their medical exemption is processed. This is a pilot.

**NR**   Robb, Neil                                                             9/10/2021, 8:25 AM
He would need to withdraw the religious approval.  Then we can move forward with medical.

**RC**   Cleveland, Roz                                                         9/10/2021, 8:29 AM
and how long does it take once the EE uploads their shot record in FT? EE told me he uploaded and I cannot view it

**KM**   Mahecha, Karen                                                         9/10/2021, 8:39 AM
I have the same pilot on the line and he wants to know if he agrees to the unpaid leave what would be the changes to their benefits. Specifically if he or the company would pay for their insurance

**KM**   Mahecha, Karen                                                         9/10/2021, 8:44 AM
also, if the employee agrees to the unpaid leave but decides in the middle of it to get vaccinated. How wold be the processed for their RTW after uploading the vaccine card in FT? Is that handle by their station or us?

**LC**   Curtis, Lee                                                            9/10/2021, 8:45 AM
All good questions.  You may have to let the pilot know you will get back to him with those answers.

**LC**   Curtis, Lee                                                            9/10/2021, 8:45 AM
I am looking at the matrix for Personal Leave for pilots and it notes they will be placed in inactive status

**MS**   Sykes, Melvin                                                          9/10/2021, 8:46 AM
File sent: matrix GIF (GIF Image)



Image: matrix GIF (GIF Image).gif (1 MB)

**APP.170**

| | | |
|---|---|---|
| LC | **Curtis, Lee** | 9/10/2021, 8:48 AM |
| | https://united.service-now.com/hrportal?id=kb_article&;sysparm_article=KB0027027&;sys_kb_id=153b4efcdb6a3010ce947914b9961915&;spa=1 | |
| LC | **Curtis, Lee** | 9/10/2021, 8:48 AM |
| | Here is some information on the leaves | |
| LC | **Curtis, Lee** | 9/10/2021, 8:48 AM |
| | Medical and personal. | |
| SC | **Clark, Syreeta** | 9/10/2021, 8:51 AM |
| | I have an ee on the phone, ▓▓▓▓▓▓▓▓ EWRCG, who stated that he did not the the "generic" letter that went on on 090821. Is there any way to confirm whether or not an employee actually was sent this letter? | |
| LC | **Curtis, Lee** | 9/10/2021, 8:52 AM |
| | Not that I am aware of. | |
| SC | **Clark, Syreeta** | 9/10/2021, 8:52 AM |
| | Ok, should I just tell him to wait for his definitive approval/denial letter? | |
| LC | **Curtis, Lee** | 9/10/2021, 8:53 AM |
| | Did the employee have a RAP case open at the time the communications when out? | |
| LC | **Curtis, Lee** | 9/10/2021, 8:53 AM |
| | Let me look real quick | |
| SC | **Clark, Syreeta** | 9/10/2021, 8:53 AM |
| | Yes | |
| LC | **Curtis, Lee** | 9/10/2021, 8:55 AM |
| | His religious reasonable accommodation is going to be approved and those communications are starting to be issued. | |
| RC | **Cleveland, Roz** | 9/10/2021, 6:55 AM |
| | How does EE withdrawl religious exempt so medical can be process? | |
| SC | **Clark, Syreeta** | 9/10/2021, 8:55 AM |
| | Thank you Lee | |
| LC | **Curtis, Lee** | 9/10/2021, 8:55 AM |
| | Did he submit his medical RAP timely? | |
| RC | **Cleveland, Roz** | 9/10/2021, 8:56 AM |
| | yes | |
| RC | **Cleveland, Roz** | 9/10/2021, 8:56 AM |
| | he was approved religious.... so the medical does not look like it was processed | |
| LC | **Curtis, Lee** | 9/10/2021, 8:56 AM |
| | Did we miss it and not get it over to medical. | |
| RC | **Cleveland, Roz** | 9/10/2021, 8:56 AM |
| | Yes | |
| LC | **Curtis, Lee** | 9/10/2021, 8:57 AM |
| | I would transfer it over to Medical Specialist and change the reason code from religious to medical. | |

| RC | Cleveland, Roz | 9/10/2021, 8:57 AM |
| --- | --- | --- |
| | 173570 | |

| LC | Curtis, Lee | 9/10/2021, 8:57 AM |
| --- | --- | --- |
| | Did he submit medical? | |

| RC | Cleveland, Roz | 9/10/2021, 8:58 AM |
| --- | --- | --- |
| | medical docs were added to his religious RAP request | |

| LC | Curtis, Lee | 9/10/2021, 8:58 AM |
| --- | --- | --- |
| | I just switched it over to Medical | |

| JK | Kemp, Jennifer | 9/10/2021, 8:58 AM |
| --- | --- | --- |
| | Cleveland, Roz | |
| | he was sent a task, he needs to change the drop down to Withdraw. If he doesnt respond the system will mark it to place him on the personal leave | |

| RC | Cleveland, Roz | 9/10/2021, 8:58 AM |
| --- | --- | --- |
| | ok | |

| CC | Crawford, Clarence | 9/10/2021, 9:09 AM |
| --- | --- | --- |
| | Good morning all. For those wondering how long it takes for us to be able to see a Vax card using Peoplesoft. I've been told it's is a pretty instantaneous thing if done correctly. On our end we will see the card if they've loaded it correctly (clicking SAVE is a must). The green dot on the user end will not show for 14 days. Regardless of shot. If you're looking but don't see the card then the EE did something wrong. | |

| AG | Garland, Antoinette | 9/10/2021, 9:11 AM |
| --- | --- | --- |
| | Hi - i have a pilot on the line who religious exemption case was closed due to not submitting a third party letter but a letter from an attorney. He submitted the third party letter and asking will his request be review | |

| AG | Garland, Antoinette | 9/10/2021, 9:11 AM |
| --- | --- | --- |
| | u271439 | |

| AG | Garland, Antoinette | 9/10/2021, 9:17 AM |
| --- | --- | --- |
| | hes going to wait on the line until i receive an answer | |

| NR | Robb, Neil | 9/10/2021, 9:17 AM |
| --- | --- | --- |
| | Did the letter he submit come from a 3rd party attesting to his religious belief? | |

| NR | Robb, Neil | 9/10/2021, 9:17 AM |
| --- | --- | --- |
| | If not, he did not meet the standard | |

| AG | Garland, Antoinette | 9/10/2021, 9:18 AM |
| --- | --- | --- |
| | yes | |

| NR | Robb, Neil | 9/10/2021, 9:19 AM |
| --- | --- | --- |
| | If he has now sent a 3rd party letter, we will take a look at it. Who is the pilot and location? | |

| AG | Garland, Antoinette | 9/10/2021, 9:20 AM |
| --- | --- | --- |
| | ▬▬▬▬▬ | |

| AG | Garland, Antoinette | 9/10/2021, 9:20 AM |
| --- | --- | --- |
| | u271439 | |

| NR | Robb, Neil | 9/10/2021, 9:20 AM |
| --- | --- | --- |
| | Ok. let him know we will take a look at it | |

CONFIDENTIAL

| AG | Garland, Antoinette | 9/10/2021, 9:38 AM |
|---|---|---|
| | have an ee on the line who currently on maternity leave until jan 2022 and requested religious exemption she want to how would her request be accommodate | |

| AG | Garland, Antoinette | 9/10/2021, 9:38 AM |
|---|---|---|
| | i advise it will communicated in a letter | |

| AG | Garland, Antoinette | 9/10/2021, 9:39 AM |
|---|---|---|
| | is that correct? | |

| LC | Curtis, Lee | 9/10/2021, 9:39 AM |
|---|---|---|
| | Did she submit the religious accommodation by 8/31/21? | |

| LC | Curtis, Lee | 9/10/2021, 9:39 AM |
|---|---|---|
| | If not, then it is too late to submit. | |

| AG | Garland, Antoinette | 9/10/2021, 9:39 AM |
|---|---|---|
| | yes | |

| LC | Curtis, Lee | 9/10/2021, 9:40 AM |
|---|---|---|
| | Once her medical leave it up and she is scheduled to come back to work, she would be placed on an unpaid personal leave. | |

| AG | Garland, Antoinette | 9/10/2021, 9:43 AM |
|---|---|---|
| | will she get this in writting | |

| | Rivera Torres, Carlos | 9/10/2021, 9:43 AM |
|---|---|---|
| | the SFOFO Pilot u271439 by the way...He does NOT have a 3rd party letter, he asked to submit it on Monday. He has till 11:59 PM Monday | |

| | Rivera Torres, Carlos | 9/10/2021, 9:43 AM |
|---|---|---|
| | via HH case | |

| AG | Garland, Antoinette | 9/10/2021, 9:45 AM |
|---|---|---|
| | u304615 her ID number | |

| | Rivera Torres, Carlos | 9/10/2021, 9:46 AM |
|---|---|---|
| | this is a different ID...I was referring to the first one you asked about in the chat above | |

| | Rivera Torres, Carlos | 9/10/2021, 9:46 AM |
|---|---|---|
| | this ID is for ▮▮▮▮▮▮ | |

| LC | Curtis, Lee | 9/10/2021, 9:48 AM |
|---|---|---|
| | FA ▮▮▮▮▮ is in queue to approve her religious RAP | |

| LC | Curtis, Lee | 9/10/2021, 9:48 AM |
|---|---|---|
| | She will receive communication to her corpcrate e-mail. | |

| AG | Garland, Antoinette | 9/10/2021, 9:49 AM |
|---|---|---|
| | Rivera Torres, Carlos u271439 pilot ID number | |

| LC | Curtis, Lee | 9/10/2021, 9:49 AM |
|---|---|---|
| | She is customer facing so she will be placed on a personal leave without pay once cleared from maternity perspective. | |

| MP | Pitchford, Marshawn | 9/10/2021, 10:07 AM |
|---|---|---|
| | Managers- Good Friday morning.. Not sure if this has been asked but I have a FA on the phone that put in for Religious | |

CONFIDENTIAL

exemption on 8/26, was approved but on 9/5 tested positive for COVID. he has done the infuion treatment and basically is on the 90 day hold before he can take the vaccine "IF he decides to" since he stated that he dont know if he can take the unpaid leave.  My question is how does he submit his document stating he has to wait 90 days.  He cant submit to his religious case because he has been approved not can he create a new Rap request for medical.  how do i advise him

| MP | **Pitchford, Marshawn** | 9/10/2021, 10:13 AM |

Robb, Neil
wouldmy question classify to what you mentioned earlier since this FA is technically approved for religious...If they accept their approval they will go on leave 10/2 and They can return to work once fully vaxxed If they withdraw their accommodation, they can get vaccinated by 9/27 with the one shot vaccine and not go on leave. Will i have to advised this FA this way or will he be able to submit his doctors note with the 90 day hold

| LC | **Curtis, Lee** | 9/10/2021, 10:13 AM |

If he submitted a religious RAP and it was approved then he will be placed on a personal leave I believe effective 10/2/21.  In order to come off the person leave he will have to be fully vaccinated and information uploaded in MTB.  We are not accepting medical RAPs at this time.

| MP | **Pitchford, Marshawn** | 9/10/2021, 11:02 AM |

I have a FA on the phone that stated that he had his pastor submit his religious information to united@service/now.com on 9/4 for his religious exemption. He got a email today 9/10 stating that his case is being closed. i explained to him that he needed to upload the information to his case  when the pastor completed it. My question now: can he submit the information that his pastor sent on 9/4

| MP | **Pitchford, Marshawn** | 9/10/2021, 11:03 AM |

He replied back to the case today stating the same things

| MP | **Pitchford, Marshawn** | 9/10/2021, 11:06 AM |

Rivera Torres, Carlos
the EE is a LAX FA

| MP | **Pitchford, Marshawn** | 9/10/2021, 11:13 AM |

So is everybody busy or is the answer embedded in this chat somewhere File sent: 



*Image: ?.png (808 bytes)*

| LC | **Curtis, Lee** | 9/10/2021, 11:13 AM |

Yes he can submit it now.

| NR | **Robb, Neil** | 9/10/2021, 11:13 AM |

He can submit

| NR | **Robb, Neil** | 9/10/2021, 11:13 AM |

File sent: 

*Image: ?.png (1 KB)*

| CC | **Crawford, Clarence** | 9/10/2021, 11:14 AM |

Lee correct me if i'm wrong but as long as the case was created by 08/31 they can still submit docs correct?

| RC | **Cleveland, Roz** | 9/10/2021, 11:14 AM |

Thanks Rob

| NR | **Robb, Neil** | 9/10/2021, 11:14 AM |

No worries Cleveland File sent: 

**CONFIDENTIAL**

Image: ?.png (715 bytes)

| | | |
|---|---|---|
| MF | **Fox, Maeve** | 9/10/2021, 11:16 AM |

Good morning, I have an employee that I am clearing to RTW from EISO effective today, however they have not uploaded their vaccine card.  I have left a message for the employee regarding the status.    Question - While await their call back, please advise if until 09/27 we should or should not process returns from EIS regardless of vaccine status?

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 11:17 AM |

We should process RTW.  Employee will still be held to be vaccinated by 9/27.

| | | |
|---|---|---|
| MF | **Fox, Maeve** | 9/10/2021, 11:17 AM |

Thank you

| | | |
|---|---|---|
| RC | **Cleveland, Roz** | 9/10/2021, 11:17 AM |

to tap on that question..... I am returning people to work and not checking their status

| | | |
|---|---|---|
| RC | **Cleveland, Roz** | 9/10/2021, 11:18 AM |

should we?

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 11:18 AM |

RTW process is same today.  It will change after 9/27.  Anyone returning after 9/27 will have to show proof of vaccination

| | | |
|---|---|---|
| LC | **Curtis, Lee** | 9/10/2021, 11:19 AM |

Clarence - as long as the case was filed by 8/31 then we are generally accepting documents.

| | | |
|---|---|---|
| LC | **Curtis, Lee** | 9/10/2021, 11:19 AM |

At least for now.

| | | |
|---|---|---|
| MP | **Pitchford, Marshawn** | 9/10/2021, 11:26 AM |

Robb, Neil
will i change RAPStatus from did not engage to pending for my question above/my fa who case was closed or leave it alone

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 11:27 AM |

No need to change status.  If they send it docs it will re engage the case

| | | |
|---|---|---|
| LC | **Curtis, Lee** | 9/10/2021, 11:29 AM |

It is the Rev Robb.

| | | |
|---|---|---|
| RC | **Cleveland, Roz** | 9/10/2021, 11:30 AM |

quick question.... should I let EE know I can view his vac card if it was uploaded correctly?  or are we not telling EEs that

| | | |
|---|---|---|
| MP | **Pitchford, Marshawn** | 9/10/2021, 11:30 AM |

i will say... he thanked us all for all our hard work and help in this matter.

| | | |
|---|---|---|
| LC | **Curtis, Lee** | 9/10/2021, 11:31 AM |

Reverend Robb?

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 11:31 AM |

please do not tell them we can see the card

| | | |
|---|---|---|
| RC | **Cleveland, Roz** | 9/10/2021, 11:31 AM |

OK - he sent me a copy and advised he has uploaded it.... but it is not there

CONFIDENTIAL

| RC | **Cleveland, Roz** | 9/10/2021, 11:33 AM |
|----|-------------------|---------------------|
| | I want to nudge him to upload again.... without telling him i can't see it | |

| JD | **Dubal, John Rex** | 9/10/2021, 11:34 AM |
|----|-------------------|---------------------|
| | wouldnt it show in flying together main page "view your vaccine pass"? | |

| NR | **Robb, Neil** | 9/10/2021, 11:34 AM |
|----|-------------------|---------------------|
| | What Dubal, John Rex | |
| | said | |

| CC | **Crawford, Clarence** | 9/10/2021, 11:34 AM |
|----|-------------------|---------------------|
| | Cleveland, Roz | |
| | tell him that when a document has been uploaded to the tool theres an indicator that we can see that says something was uploaded to the tool. While i can't see your card i would see an indicaticr if something was entered. | |

| NR | **Robb, Neil** | 9/10/2021, 11:35 AM |
|----|-------------------|---------------------|
| | Most common error we see with uploading cards is not hitting "save" after uploading it | |

| RC | **Cleveland, Roz** | 9/10/2021, 1:11 PM |
|----|-------------------|---------------------|
| | To confirm.... I CAN change a RAP from Medical to religious and the docs will be reviewed.  Case was created 8/12 | |

| CT | **Rivera Torres, Carlos** | 9/10/2021, 1:12 PM |
|----|-------------------|---------------------|
| | as long as they mentioned they also had a religious request PRIOR to 08/31/21 | |

| CT | **Rivera Torres, Carlos** | 9/10/2021, 1:12 PM |
|----|-------------------|---------------------|
| | otherwise too late to submit religious exemption request | |

| RC | **Cleveland, Roz** | 9/10/2021, 1:13 PM |
|----|-------------------|---------------------|
| | Her RAP is still open – it was Medical and then she wanted it changed to religious on 8/26.  But she is currently out sick on a medical leave due to covid | |

| RC | **Cleveland, Roz** | 9/10/2021, 1:15 PM |
|----|-------------------|---------------------|
| | u337701 | |

| RC | **Cleveland, Roz** | 9/10/2021, 1:16 PM |
|----|-------------------|---------------------|
| | I just don't want to change to religious and mess up the systm | |

| CT | **Rivera Torres, Carlos** | 9/10/2021, 1:17 PM |
|----|-------------------|---------------------|
| | If she is on a medical leave, she can submit a religious request within 30 days prior to returning or get vaccinated | |

| RC | **Cleveland, Roz** | 9/10/2021, 1:18 PM |
|----|-------------------|---------------------|
| | She is not on EIS.. .just out on sick leave | |

| KW | **Williams, Krystal** | 9/10/2021, 1:19 PM |
|----|-------------------|---------------------|
| | PSC shares is down | |

| JK | **Kemp, Jennifer** | 9/10/2021, 1:19 PM |
|----|-------------------|---------------------|
| | copy that | |

| HK | **Khan, Hasan** | 9/10/2021, 1:20 PM |
|----|-------------------|---------------------|
| | on the line with IT Help desk now | |

| CC | **Crawford, Clarence** | 9/10/2021, 1:20 PM |
|----|-------------------|---------------------|
| | Carlos to make sure I'm understanding your remark. If a religious case was open prior to 08/31 and now the ee wants to submit medical as well. Are they allowed. The religious case is currently open and is marked Critical | |

| CT | **Rivera Torres, Carlos** | 9/10/2021, 1:20 PM |
|----|-------------------|---------------------|

CONFIDENTIAL

If she is still out sick, we are still considering that to be out on "medical leave"  If she is going to return prior to 09/27/21 then she would either need to be vaccinated or have RAP in place

| CC | **Crawford, Clarence** | 9/10/2021, 1:22 PM |

Rivera Torres, Carlos

| JK | **Kemp, Jennifer** | 9/10/2021, 1:26 PM |

did they mention a medical condition prior to 8/31? Or just the religious exemption? We've triggered religious approvals for most employees that were in a critical priority. Did they already receive an approval?

| CC | **Crawford, Clarence** | 9/10/2021, 1:28 PM |

No mention. She never even asked about medical in the case when she was asking questions to carlos last week. And yes she's gotten the task for approval

| CC | **Crawford, Clarence** | 9/10/2021, 1:28 PM |

Her gripe is she went to HH and it wouldn't let her and when she "called" the wait was to long so she didnt' wait

| JK | **Kemp, Jennifer** | 9/10/2021, 1:30 PM |

so she didn't like the accommodation.

| CC | **Crawford, Clarence** | 9/10/2021, 1:30 PM |

I can't say that but i can say that

| CC | **Crawford, Clarence** | 9/10/2021, 1:34 PM |

I'm fine with saying since we didn't receive the info prior to 08/31 that its unfortunately to late

| JK | **Kemp, Jennifer** | 9/10/2021, 1:36 PM |

Yes, that is that case. She cannot switch her restrictions now. She has 5 days to decide if she would like to accept the unpaid Personal leave as an accommodation or Withdraw.

| | **Rivera Torres, Carlos** | 9/10/2021, 1:40 PM |

Kemp, Jennifer

CS

▬▬▬▬▬

Additional comments
·

2021-09-10 12: 06:43

I did send the third party letter, at united@service-now.com, on September 4 at 5:59pm. ▬▬▬▬

| | **Rivera Torres, Carlos** | 9/10/2021, 1:40 PM |

Kemp, Jennifer
where would it havegone? not in the case

| JK | **Kemp, Jennifer** | 9/10/2021, 1:41 PM |

to my knowledge, not a valid address. Let me check with Julia.

| | **Rivera Torres, Carlos** | 9/10/2021, 1:42 PM |

ok

UNITED_SAMBRANO_00118798

**APP.177**

| | | |
|---|---|---|
| CT | **Rivera Torres, Carlos** | 9/10/2021, 1:42 PM |
| | thanks! | |

| | | |
|---|---|---|
| JK | **Kemp, Jennifer** | 9/10/2021, 1:50 PM |
| | apparently it creates some sort of help hub ticket, I'm searching now, will let you know if I find it | |

| | | |
|---|---|---|
| CT | **Rivera Torres, Carlos** | 9/10/2021, 1:51 PM |
| | thanks!  I want to approve him an move on! | |

| | | |
|---|---|---|
| JF | **Francis, Jennifer** | 9/10/2021, 2:16 PM |
| | U229978 stated that he accepted his RAP exemption.  I am not able to see that.  Can someone assist? | |

| | | |
|---|---|---|
| JD | **Dubal, John Rex** | 9/10/2021, 2:18 PM |
| | Hello, if an employee has received the first does of pfizer vaccine 9/8 and the 2nd dose scheduled for 29th? the deadline is 9/27 - are there any extension or recourse given? (she uploaded her first dose vaccine card already) | |

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 2:18 PM |
| | Francis, Jennifer | |
| | it is not showing up as accepted yet | |

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 2:19 PM |
| | no extension.  encourage her to get fully vaxxed and upload second shot asap | |

| | | |
|---|---|---|
| CT | **Rivera Torres, Carlos** | 9/10/2021, 2:19 PM |
| | if she asks what will happen we dont know...but what is important is to upload the vax record, remind to hit SAVE! | |

| | | |
|---|---|---|
| JF | **Francis, Jennifer** | 9/10/2021 2:20 PM |
| | Robb, Neil | |
| | ::: Does it take some time to show up as accepted? | |

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 2:20 PM |
| | Our end goal through all of this is to get vaccinated.  So if an employee calls in with a scenario similar to John's __ just tell them to get vaccinated.  It is the best way to get through this | |

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 2:21 PM |
| | Francis, Jennifer | |
| | my understanding is it is real time. Does the employee have a question/concern with accepting it? | |

| | | |
|---|---|---|
| JF | **Francis, Jennifer** | 9/10/2021, 2:21 PM |
| | He stated that he accepted, it is not showing as such | |

| | | |
|---|---|---|
| JK | **Kemp, Jennifer** | 9/10/2021, 2:21 PM |
| | Francis, Jennifer | |
| | Robb, Neil | |
| | The task was closed but there is not accommodation response. Thats an error, let me check on it with Julia | |

| | | |
|---|---|---|
| SC | **Clark, Syreeta** | 9/10/2021, 2:24 PM |
| | Hello, I have an ee who is on a COLA and wants to know how the vaccine mandate would work for her considering she's not working right now. | |

| | | |
|---|---|---|
| — | **Rivera Torres, Carlos** | 9/10/2021, 2:24 PM |
| | she is on COLA and does not have to be vaccinated until RTW | |

| | | |
|---|---|---|
| NR | **Robb, Neil** | 9/10/2021, 2:24 PM |
| | She will be expected to be fully vaxxed upon return from COLA.  IF she wants to open a RAP request she needs to do so minimum 30 days before rtw | |

| | | |
|---|---|---|
| JK | **Kemp, Jennifer** | 9/10/2021, 2:30 PM |

CONFIDENTIAL

Francis, Jennifer
we're looking into it now, once we've fixed it we'll have you call back to verify ok?

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:30 PM
i am on a call with this ee she wants to know what kind of Medical leave is she being put on?

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:31 PM
Subhan, Zareena
We havent sent out any approvals for medical yet. Whats her number?

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:31 PM
ID* I mean

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:31 PM
365567 she says she got an email

NR   Robb, Neil                                                             9/10/2021, 2:32 PM
She got the email that outlined the possible outcome of her RAP request. The one from Wednesday

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:33 PM
it looks like she's also applied for Maternity Leave

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:33 PM
So her case is still pending

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:33 PM
one sec

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:33 PM
Ok thanks you guys

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:34 PM
Yes her case is still be reviewed

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:35 PM
being*

JK   **Kemp, Jennifer**                                                     9/10/2021, 2:35 PM
A nurse will review and let her know if anything else is needed

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:35 PM
Okay

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:36 PM
Thank you

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:41 PM
Neil i am getting this question asked. Will they get unemployment if they are denied?

ZS   **Subhan, Zareena**                                                    9/10/2021, 2:42 PM
These are all FA who are posting this question. I advised them to post their questions in the Rap case.

CC   **Crawford, Clarence**                                                 9/10/2021, 2:42 PM
something tells me the answer will be no. But i'll let the managers answer definitively.

| ZS | **Subhan, Zareena**<br>Ofcourse it will be no. | 9/10/2021, 2:42 PM |
|---|---|---|
| NR | **Robb, Neil**<br>They can apply......that is all I can say | 9/10/2021, 2:43 PM |
| ZS | **Subhan, Zareena**<br>Neil i am telling them to post their questions in the Rap case. Thank you | 9/10/2021, 2:46 PM |
| MF | **Fox, Maeve**<br>Kemp, Jennifer<br>, do you know if an employee on a Personal Leave has access to Flying Together or their United Email | 9/10/2021, 4:09 PM |
| CC | **Crawford, Clarence**<br>They do | 9/10/2021, 4:10 PM |
| NR | **Robb, Neil**<br>Yes | 9/10/2021, 4:10 PM |
| NR | **Robb, Neil**<br>they will still be active | 9/10/2021, 4:10 PM |
| CC | **Crawford, Clarence**<br>they're still bound to the normal password resets and all that | 9/10/2021, 4:10 PM |
| MF | **Fox, Maeve**<br>Thank you bothFile sent: 😊 | 9/10/2021, 4:10 PM |

😊

*Image: ?.png (653 bytes)*

| CC | **Crawford, Clarence**<br>If an EE has accidentally accepted their RAP case but would like it to be put back into its original state. is that allowable | 9/10/2021, 4:15 PM |
|---|---|---|
| NR | **Robb, Neil**<br>Well.....does that mean they would like to withdraw their RAP? | 9/10/2021, 4:16 PM |
| CC | **Crawford, Clarence**<br>not even. She basically wants more time to make a decision | 9/10/2021, 4:16 PM |
| CC | **Crawford, Clarence**<br>sounds like she got click happy and hadn't thought her decision through | 9/10/2021, 4:17 PM |
| NR | **Robb, Neil**<br>Let her know, if she changes her mind to let us know.  Let's keep it as is for now | 9/10/2021, 4:17 PM |
| CC | **Crawford, Clarence**<br>Got it. I'll put that into the case as well as let her know.. | 9/10/2021, 4:18 PM |
| CC | **Crawford, Clarence**<br>She should still decide within the next 5 days correct? | 9/10/2021, 4:18 PM |
| MF | **Fox, Maeve**<br>U139355 has received his approval for RAP Religious, he is stating that the Help Hub link to Personal Leaves provided in the approval email is taking him to a page about Medical Leaves, which led him to believe that he could use his sick time.   Can we check if the link was wrong in the letter he was sent. | 9/10/2021, 5:08 PM |

**CONFIDENTIAL**

| JK | **Kemp, Jennifer** | 9/10/2021, 5:09 PM |

checking

| CC | **Crawford, Clarence** | 9/10/2021, 5:10 PM |

EE has taken the 1st dose of vaccine and had a severe reaction. He's been told by his doctors NOT to take a 2nd dose. He also doesn't have a RAP submitted for either religious or medical

| CC | **Crawford, Clarence** | 9/10/2021, 5:11 PM |

he took the fisrt shot 09/02

| NR | **Robb, Neil** | 9/10/2021, 5:12 PM |

good question.  They should submit med docs in a RAP for vaccine

| NR | **Robb, Neil** | 9/10/2021, 5:13 PM |

great example of what could qualify for a RAP now

| CC | **Crawford, Clarence** | 9/10/2021, 5:13 PM |

So this is one of those rare exceptions huh

| JK | **Kemp, Jennifer** | 9/10/2021, 5:16 PM |

Fox, Maeve
Julia confirmed the link was information on the acceptance notification, they're updating it now.

| JK | **Kemp, Jennifer** | 9/10/2021, 5:16 PM |

*incorrect

| JK | **Kemp, Jennifer** | 9/10/2021, 5:21 PM |

Fox, Maeve
If he clicks on it now itll go to the correct KB article

| MF | **Fox, Maeve** | 9/10/2021, 5:22 PM |

Employee question - if they are on Personal Leave into January and have unused vacation from 2021, will that be paid out in January?

| NR | **Robb, Neil** | 9/10/2021, 5:24 PM |

not sure

| NR | **Robb, Neil** | 9/10/2021, 5:24 PM |

that will be determined closer to that date

| NR | **Robb, Neil** | 9/10/2021, 5:24 PM |

let's hope it doesnt carry until 2022

| MF | **Fox, Maeve** | 9/10/2021, 5:27 PM |

Can an employee on a Personal Leave choose to retire or do they need to do it prior to the personal leave starting?

| NR | **Robb, Neil** | 9/10/2021, 5:27 PM |

I am sure they can choose to retire whenever it suits them

| JK | **Kemp, Jennifer** | 9/10/2021, 5:31 PM |

I just checked with Jessica, they cannot retire once on Personal leave. So they could accept the accommodation and pursue retirement up until 10/1

| JK | **Kemp, Jennifer** | 9/10/2021, 5:31 PM |

seeing if it can be added to the KBs

| NR | **Robb, Neil** | 9/10/2021, 5:32 PM |

**CONFIDENTIAL**

I stand corrected File sent: 😁



Image: ? png (582 bytes)

| MF | **Fox, Maeve** | 9/10/2021, 5:34 PM |
|---|---|---|
| | Good thing they are still on the phone | |

| NR | **Robb, Neil** | 9/10/2021, 5:34 PM |
|---|---|---|
| | File sent:: 😁 | |



Image: ? png (2 KB)

| JK | **Kemp, Jennifer** | 9/10/2021, 5:37 PM |
|---|---|---|
| | I'm checking on the vacation roll over question as well standby | |

| ZS | **Subhan, Zareena** | 9/10/2021, 5:39 PM |
|---|---|---|
| | I have an employee on a call who is saying that his religious rap was approved but he is going to be put on a leave as of 10/2 ? | |

| NR | **Robb, Neil** | 9/10/2021, 5:39 PM |
|---|---|---|
| | yes | |

| JK | **Kemp, Jennifer** | 9/10/2021, 5:39 PM |
|---|---|---|
| | the religious rap accommodation is an unpaid personal leave effectiven 10/2 | |

| ZS | **Subhan, Zareena** | 9/10/2021, 5:39 PM |
|---|---|---|
| | His question is will he be able to travel when he is put on a leave? | |

| NR | **Robb, Neil** | 9/10/2021, 5:39 PM |
|---|---|---|
| | that is the accommodation | |

| JK | **Kemp, Jennifer** | 9/10/2021, 5:39 PM |
|---|---|---|
| | no | |

| NR | **Robb, Neil** | 9/10/2021, 5:39 PM |
|---|---|---|
| | no | |

| JK | **Kemp, Jennifer** | 9/10/2021, 5:40 PM |
|---|---|---|
| | Travel: | |

Pass travel for you or your eligible pass riders is not allowed while you're on unpaid personal leave.

| CC | **Crawford, Clarence** | 9/10/2021, 5:40 PM |
|---|---|---|
| | More Non rev seats for us... | |

| ZS | **Subhan, Zareena** | 9/10/2021, 5:40 PM |
|---|---|---|
| | Okay thanks guys | |

| MF | **Fox, Maeve** | 9/10/2021, 5:40 PM |
|---|---|---|
| | Still on the phone can they buy 20% discount tickets? | |

**CONFIDENTIAL**

MF    **Fox, Maeve**        9/10/2021, 5:41 PM
never mind, she's gone, but if you get the answer let us know.

JK    **Kemp, Jennifer**        9/10/2021, 5:41 PM
haha real rocky path shes on

NR    **Robb, Neil**        9/10/2021, 5:42 PM
#getvaccinated

ZS    **Subhan, Zareena**        9/10/2021, 5:42 PM
Exactly

CC    **Crawford, Clarence**        9/10/2021, 5:42 PM
Maeve, i coubt it. Even though you're paying for the seat you're still using a travel benefit for an employee

MP    **Pitchford, Marshawn**        9/10/2021, 5:42 PM
or go home

JK    **Kemp, Jennifer**        9/10/2021, 5:42 PM
let me confirm "Pass Travel" includes purchased tickets but..... I'm thinking pass travel covers all travel benefits

ZS    **Subhan, Zareena**        9/10/2021, 5:42 PM
Thanks guys for your quick responses

CC    **Crawford, Clarence**        9/10/2021, 5:42 PM
if i remember correctly there should be something in the travel guidelines about whats applicable during what leaves.

JK    **Kemp, Jennifer**        9/10/2021, 5:49 PM
No Pass Travel = all United travel benefits including 20% discount tickets

MP    **Pitchford, Marshawn**        9/10/2021, 5:50 PM
File sent: Joe Dirt GIF by MOODMAN (GIF Image)



*Image: Joe Dirt GIF by MOODMAN (GIF Image).gif (753 KB)*

CC    **Crawford, Clarence**        9/10/2021, 5:53 PM
I mean what do you expect

JK    **Kemp, Jennifer**        9/10/2021, 5:55 PM
Fox, Maeve
was that an M&;A employee?

CC    **Crawford, Clarence**        9/10/2021, 6:00 PM
Does it matter if an employee is vaccinated in the US?

**CONFIDENTIAL**

| NR | **Robb, Neil**<br>No | 9/10/2021, 6:01 PM |

| NR | **Robb, Neil**<br>As long as the vaccine they receive is on the WHO list of approved vaccines | 9/10/2021, 6:01 PM |

| NR | **Robb, Neil**<br>How are phones? | 9/10/2021, 6:30 PM |

| JK | **Kemp, Jennifer**<br>Quiet File sent: 😊 | 9/10/2021, 6:36 PM |

😊
*Image: ?.png (608 bytes)*

| JF | **Francis, Jennifer**<br>not too loud!! | 9/10/2021, 6:37 PM |

| JK | **Kemp, Jennifer**<br>File sent: unlucky tv show GIF (GIF Image) | 9/10/2021, 6:37 PM |


*Image: unlucky tv show GIF (GIF Image).gif (674 KB)*

| NR | **Robb, Neil**<br>File sent: Animated GIF (GIF Image) | 9/10/2021, 6:37 PM |

*Image: Animated GIF (GIF Image).gif (511 KB)*

| ZS | **Subhan, Zareena**<br>That's exactly how i feel right now. | 9/10/2021, 6:38 PM |

| NR | **Robb, Neil**<br>Good night all. Have a restful weekend | 9/10/2021, 6:54 PM |

| JF | **Francis, Jennifer**<br>Thanks!! Have a great one everyone.... | 9/10/2021, 6:55 PM |

| ZS | **Subhan, Zareena** | 9/10/2021, 6:55 PM |

**UNITED_SAMBRANO_00118805**

**APP.184**

Good night.   Have a great weekend every one.

CONFIDENTIAL

# EXHIBIT 40

| | |
|---|---|
| **From:** | Curtis, Lee </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8484789C10CA4E9E99CD0386C72B4570-U359038> |
| **To:** | Baker, Tia; Cano- Medrano, Carina; Clark, Syreeta; Diaz-Ventura, Paul; Garland, Antoinette; Gill, Rachyl; Gutierrez, Jackie; Mallari, Louie; Myers, Alesa; Ng, Betty |
| **Sent:** | 8/13/2021 6:36:10 AM |
| **Subject:** | Religious RAP process for Staff Reps |



**EXHIBIT**

29

Torres — 30(6)(6)

## Staff Rep Contacts the Employee

Contact the employee by phone and complete the **Questionnaire (See 1-7 below)** Do not engage the employee in debate or discuss your personal beliefs:

**Questionnaire:**
Briefly introduce yourself
1. We received your request for reasonable accommodation stating that you are unable to get the COVID-19 vaccine for religious reasons. Is that correct?
2. I am respectful of whatever you believe, but I need to better understand it in order to consider possible accommodations. What is it about your religious beliefs or practices that prevents you from getting vaccinated?
3. Have you ever received a vaccination before, like a flu shot or other? If the answer is YES, what is different about the COVID vaccine?
4. Besides vaccines, do your religious beliefs prevent you from being tested for COVID-19?
5. You may already know this, but vaccination is to prevent you or others from getting the COVID-19 virus. It is not itself a treatment for the virus. Taking that into account, does vaccination still interfere with your religious beliefs or practices?
6. Are comfortable complying with various COVID-19 safety protocols: social distancing, face coverings, and frequent handwashing. If so, can you help me understand why those measures are consistent with your religious beliefs, but vaccination is not?
7. One reason we're asking employees to get vaccinated is so they don't infect others with COVID-19. Do your religious beliefs or practices prevent you from getting vaccinated for the sake of helping others avoid COVID-19?

Thank you for providing this information. United is reviewing your request and will get back to you once we have evaluated your request.

## Unable to reach the employee...

* Leave both a voicemail AND update Help Hub Case with the following:
  * (EE Name), This is (Your Name Here) calling from the ESC. Thank you for submitting your Reasonable Accommodation request. I am trying to reach you to discuss your Religious Accommodation request. Please give me a call back within 24 hours. I can be reached at (Leave your direct telephone number). I look forward to speaking to you.

  * Suspend Case for 2 days.

## If Case Unsuspends after the 2 business days

* Leave both a voicemail AND update Help Hub Case with the following:
  * (EE Name), This is (Your Name Here) calling from the ESC. Thank you for submitting your Reasonable Accommodation request. I am trying to reach you to discuss your Religious Accommodation request. Please give me a call back within 24 hours. I can be reached at (Leave your direct telephone number). I look forward to speaking to you.

  * Suspend Case for 1 day.

CONFIDENTIAL

**If Case Unsuspends after the 1 business day**

EE has reached their 5-day threshold. Case can be Closed.

- Close the case Awaiting Acceptance with resolution code: Closed-No Response.
- An AMS letter is not necessary.

**Positive Contact with the employee**

Copy and Paste the Questionnaire into the HH case as a WORK NOTE only. Update the Help Hub work notes with detailed notes on your discussion and reassign the case to **Regional Manager for Review**.

UNITED_SAMBRANO_00009181

**APP.188**

# EXHIBIT 41

## Short Message Report

| Conversations: 1 | Participants: 107 |
| --- | --- |
| Total Messages: 70 | Date Range: 10/18/2021 |

### Outline of Conversations

 Microsoft Teams chat between [Demma, Jill, Francis, Jennifer, Woods, Sierra, Nobles, Keisha, Kelly, Adrienne, Szymkowski, Virginia, Ng, Betty, Thigpen, Sheri, Harris, Deette, Baker, Tia, Maldonado, Kat, Cleveland, Roz, Khan, Hasan, Williams, Krystal, Jaleel, Aiman, Kemp, Jennifer, Mallari, Louie, Daniels, Kimberly, Glass, Stacy, Rivera Torres, Carlos, Roque, Roman, Crawford, Clarence, Diaz-Ventura, Paul, Mahecha, Karen, Siki, Dorothy, Cano- Medrano, Carina, Curtis, Lee, Pitchford, Marshawn, Lee, Tom, Sykes, Melvin, Gutierrez, Jackie, Alejandria, Armando, Baker, Tia, Barton-Smith, Brittany, Cano- Medrano, Carina, Clark, Syreeta, Cleveland, Roz, Crawford, Clarence, Curtis, Lee, Daniels, Kimberly, Darden, Jacqueline, Demma, Jill, Diaz-Ventura, Paul, Dodd, Alillah, Dubal, John Rex, ESC - Shift_Coord, Fox, Maeve, Francis, Jennifer, Garcia, Hanna, Garland, Antoinette, Gaston, Latoya, Gill, Rachyl, Glass, Stacy, Guiab, Kathy, Gutierrez, Jackie, Guy, Gina, Jaleel, Aiman, Kapuscik, Marilyn, Kelly, Adrienne, Kemp, Jennifer, Khan, Hasan, Lee, Tom, Love, Jasmine, Mahecha, Karen, Maldonado, Kat, Mallari, Louie, Myers, Alesa, Ng, Betty, Nobles, Keisha, Pitchford, Marshawn, Posada Duran, Mario, Preston, Kim, Rivera Torres, Carlos, Robb, Neil, Roque, Roman, Rynders, Lauren, Siki, Dorothy, Subhan, Zareena, Sykes, Melvin, Szymkowski, Virginia, Thigpen, Sheri, Williams, Krystal, Woods, Sierra, Garland, Antoinette, Rynders, Lauren, Kapuscik, Marilyn, Gaston, Latoya, Clark, Syreeta, Gill, Rachyl, Garcia, Hanna, Myers, Alesa, Dubal, John Rex, Barton-Smith, Brittany, Subhan, Zareena, Alejandria, Armando, ESC - Shift_Coord, Dodd, Alillah, Love, Jasmine, Guy, Gina, Posada Duran, Mario, Fox, Maeve, Adamczyk, Monika, Ramos, Alicia, Robb, Neil, Preston, Kim] • 70 messages on 10/18/2021 • Adamczyk, Monika • Alejandria, Armando • Alejandria, Armando • Baker, Tia • Baker, Tia • Barton-Smith, Brittany • Barton-Smith, Brittany • Cano- Medrano, Carina • Cano-Medrano, Carina • Clark, Syreeta • Clark, Syreeta • Cleveland, Roz • Cleveland, Roz • Crawford, Clarence • Crawford, Clarence • Curtis, Lee • Curtis, Lee • Daniels, Kimberly • Daniels, Kimberly • Darden, Jacqueline • Darden, Jacqueline • Demma, Jill • Demma, Jill • Diaz-Ventura, Paul • Diaz-Ventura, Paul • Dodd, Alillah • Dodd, Alillah • Dubal, John Rex • Dubal, John Rex • ESC - Shift_Coord • ESC - Shift_Coord • Fox, Maeve • Fox, Maeve • Francis, Jennifer • Francis, Jennifer • Garcia, Hanna • Garcia, Hanna • Garland, Antoinette • Garland, Antoinette • Gaston, Latoya • Gaston, Latoya • Gill, Rachyl • Gill, Rachyl • Glass, Stacy • Glass, Stacy • Guiab, Kathy • Guiab, Kathy • Gutierrez, Jackie • Gutierrez, Jackie • Guy, Gina • Guy, Gina • Harris, Deette • Jaleel, Aiman • Jaleel, Aiman • Kapuscik, Marilyn • Kapuscik, Marilyn • Kelly, Adrienne • Kelly, Adrienne • Kemp, Jennifer • Kemp, Jennifer • Khan, Hasan • Khan, Hasan • Lee, Tom • Lee, Tom • Love, Jasmine • Love, Jasmine • Mahecha, Karen • Mahecha, Karen • Maldonado, Kat • Maldonado, Kat • Mallari, Louie • Mallari, Louie • Myers, Alesa • Myers, Alesa • Ng, Betty • Ng, Betty • Nobles, Keisha • Nobles, Keisha • Pitchford, Marshawn • Pitchford, Marshawn • Posada Duran, Mario • Posada Duran, Mario • Preston, Kim • Preston, Kim • Ramos, Alicia • Rivera Torres, Carlos • Rivera Torres, Carlos • Robb, Neil • Robb, Neil • Roque, Roman • Roque, Roman • Rynders, Lauren • Rynders, Lauren • Siki, Dorothy • Siki, Dorothy • Subhan, Zareena • Subhan, Zareena • Sykes, Melvin • Sykes, Melvin • Szymkowski, Virginia • Szymkowski, Virginia • Thigpen, Sheri • Thigpen, Sheri • Williams, Krystal • Williams, Krystal • Woods, Sierra • Woods, Sierra



EXHIBIT
34   30(b)(6)
Torres

CONFIDENTIAL

UNITED_SAMBRANO_00124503

**APP.190**

**Messages in chronological order** (times are shown in GMT -05:00)

💬    **Microsoft Teams chat between [Demma, Jill, Francis, Jennifer, Woods, Sierra, Nobles, Keisha, Kelly, Adrienne, Szymkowski, Virginia, Ng, Betty, Thigpen, Sheri, Harris, Deette, Baker, Tia, Maldonado, Kat, Cleveland, Roz, Khan, Hasan, Williams, Krystal, Jaleel, Aiman, Kemp, Jennifer, Mallari, Louie, Daniels, Kimberly, Glass, Stacy, Rivera Torres, Carlos, Roque, Roman, Crawford, Clarence, Diaz-Ventura, Paul, Mahecha, Karen, Siki, Dorothy, Cano- Medrano, Carina, Curtis, Lee, Pitchford, Marshawn, Lee, Tom, Sykes, Melvin, Gutierrez, Jackie, Alejandria, Armando, Baker, Tia, Barton-Smith, Brittany, Cano- Medrano, Carina, Clark, Syreeta, Cleveland, Roz, Crawford, Clarence, Curtis, Lee, Daniels, Kimberly, Darden, Jacqueline, Demma, Jill, Diaz-Ventura, Paul, Dodd, Alillah, Dubal, John Rex, ESC - Shift_Coord, Fox, Maeve, Francis, Jennifer, Garcia, Hanna, Garland, Antoinette, Gaston, Latoya, Gill, Rachyl, Glass, Stacy, Guiab, Kathy, Gutierrez, Jackie, Guy, Gina, Jaleel, Aiman, Kapuscik, Marilyn, Kelly, Adrienne, Kemp, Jennifer, Khan, Hasan, Lee, Tom, Love, Jasmine, Mahecha, Karen, Maldonado, Kat, Mallari, Louie, Myers, Alesa, Ng, Betty, Nobles, Keisha, Pitchford, Marshawn, Posada Duran, Mario, Preston, Kim, Rivera Torres, Carlos, Robb, Neil, Roque, Roman, Rynders, Lauren, Siki, Dorothy, Subhan, Zareena, Sykes, Melvin, Szymkowski, Virginia, Thigpen, Sheri, Williams, Krystal, Woods, Sierra, Garland, Antoinette, Rynders, Lauren, Kapuscik, Marilyn, Gaston, Latoya, Darden, Jacqueline, Guiab, Kathy, Clark, Syreeta, Gill, Rachyl, Garcia, Hanna, Myers, Alesa, Dubal, John Rex, Barton-Smith, Brittany, Subhan, Zareena, Alejandria, Armando, ESC - Shift_Coord, Dodd, Alillah, Love, Jasmine, Guy, Gina, Posada Duran, Mario, Fox, Maeve, Adamczyk, Monika, Ramos, Alicia, Robb, Neil, Preston, Kim]**

MS    **Sykes, Melvin**                              10/18/2021, 9:21 AM
      EE was approved for a religious RAP. Stating that he cannot afford, and therefore does not want to pay for testing.

MS    **Sykes, Melvin**                              10/18/2021, 9:21 AM
      Who can he talk to regarding this matter? Would that be his local HR?

CT    **Rivera Torres, Carlos**                       10/18/2021, 9:34 AM
      local HR

BN    **Ng, Betty**                                   10/18/2021, 9:39 AM
      Good Morning Team, not sure if this question was addressed! I have an employee that was approved for religious rap, however they decided to get vaccinated and received their first dose on 100821 they want to know since receiving first dose do they still have to go for testing on a weekly basis until 2nd dose completed on 102921?

LC    **Curtis, Lee**                                 10/18/2021, 9:39 AM
      They would not.

BN    **Ng, Betty**                                     10/18/2021, 9:39 AM
      Awesome! Thanks

HG    **Garcia, Hanna**                              10/18/2021, 10:36 AM
      Good morning. U153762 employee did not submit requested information for religious RAP. Denial was sent 9/20. She sent a HH case on 10/14 with requested doc saying she did not submit due to personal reasons. Will the document still be reviewed or should I advise she missed deadline for religious RAP and will no longer be reviewed?

NR    **Robb, Neil**                                 10/18/2021, 10:39 AM
      I would suggest she has missed the deadline

HG    **Garcia, Hanna**                              10/18/2021, 10:40 AM
      Thank you

CC    **Crawford, Clarence**                       10/18/2021, 10:44 AM
      Pilot has an approved Religious RAP and is now wanting to submit for medical. Are we letting folks know they are now beyond the deadline for Covid Raps?

                                         UNITED_SAMBRANO_00124504

**APP.191**

| | | |
|---|---|---|
| CC | **Crawford, Clarence**<br>or are we letting them submit medicals? | 10/18/2021, 10:44 AM |
| CC | **Crawford, Clarence**<br>Anyone? | 10/18/2021, 10:47 AM |
| CT | **Rivera Torres, Carlos**<br>checking | 10/18/2021, 10:47 AM |
| CT | **Rivera Torres, Carlos**<br>I believe we are going to need to open...what is the EMP ID#? | 10/18/2021, 10:47 AM |
| CC | **Crawford, Clarence**<br>U347070 | 10/18/2021, 10:48 AM |
| CC | **Crawford, Clarence**<br>he already has a Religious one open and approved | 10/18/2021, 10:48 AM |
| CC | **Crawford, Clarence**<br>i didn't know if we were having them add directly or just telling them no | 10/18/2021, 10:48 AM |
| JF | **Francis, Jennifer**<br>GM: same question as Clarence.  The EE # is U242028** | 10/18/2021, 10:50 AM |
| LG | **Gaston, Latoya**<br>GM | 10/18/2021, 10:50 AM |
| BN | **Ng, Betty**<br>If there's an approval for Religious rap and want medical as well will the Religious rap remain? Or will the religious rap<br>be withdrawn? Please advise | 10/18/2021, 10:50 AM |
| CT | **Rivera Torres, Carlos**<br>dont know | 10/18/2021, 10:52 AM |
| CT | **Rivera Torres, Carlos**<br>things are changing daily | 10/18/2021, 10:52 AM |
| CT | **Rivera Torres, Carlos**<br>will let you know as soon as we have updates | 10/18/2021, 10:54 AM |
| CC | **Crawford, Clarence**<br>I'll just take a number and call back later | 10/18/2021, 10:54 AM |
| CC | **Crawford, Clarence**<br>hopefully this doesn't' become a trend | 10/18/2021, 10:54 AM |
| JK | **Kemp, Jennifer**<br>Crawford, Clarence<br>unfortunately that is the trend were seeing from escalations over the weekend | 10/18/2021, 10:55 AM |
| JK | **Kemp, Jennifer**<br>will let you guys know more asap | 10/18/2021, 10:55 AM |
| CC | **Crawford, Clarence**<br>File sent: Spongebob Squarepants Ngapa GIF by The SpongeBob Movie: Sponge On The Run (GIF Image) | 10/18/2021, 10:56 AM |

CONFIDENTIAL



*Image: Spongebob Squarepants Ngapa GIF by The SpongeBob Movie: Sponge On The Run (GIF Image).gif (2 MB)*

NR     **Robb, Neil**                                                                          10/18/2021, 10:59 AM

Hello all. We have seen a wave of employees submitting requests for a second RAP request for vaccine. Not sure of the motive. If you get someone on the phone that is requesting to have a second request for vaccine, please have them submit their request in email to ESCMD in box. We will address accordingly.

NR     **Robb, Neil**                                                                          10/18/2021, 10:59 AM

Nurses, if you see any emails that are requesting a second RAP request, please forward to me and Jennifer Kemp. Do not open a HH case. Just send email to me and Jennifer

NR     **Robb, Neil**                                                                          10/18/2021, 11:00 AM

File sent: Lets Go Let The Games Begin GIF by CBS (GIF Image)



*Image: Lets Go Let The Games Begin GIF by CBS (GIF Image).gif (2 MB)*

CT     **Rivera Torres, Carlos**                                                               10/18/2021, 11:05 AM

Clarence and Jennifer F...please follow Neil's direction and advise the employees to send an email to ESCMD with their request for RAP that MUST also include medical documentation.

JF     **Francis, Jennifer**                                                                   10/18/2021, 11:14 AM

Rivera Torres, Carlos
—Thank you...will do

JK     **Kemp, Jennifer**                                                                      10/18/2021, 11:16 AM

Hi team, 12 calls holding for 17 minutes. Can everyone hop on to help our phone peoples?

NR     **Robb, Neil**                                                                          10/18/2021, 11:18 AM

File sent: Iowa Flooding GIF (GIF Image)



*Image: Iowa Flooding GIF (GIF Image).gif (1 MB)*

CT    **Rivera Torres, Carlos**                                              10/18/2021, 11:18 AM
      File sent: niagara falls waterfall GIF (GIF Image)



*Image: niagara falls waterfall GIF (GIF Image).gif (288 KB)*

JK    **Kemp, Jennifer**                                                     10/18/2021, 11:27 AM
      File sent: Dumpster Fire GIF by MOODMAN (GIF Image)



*Image: Dumpster Fire GIF by MOODMAN (GIF Image).gif (1 MB)*

KP    **Preston, Kim**                                                       10/18/2021, 11:51 AM
      Hi folks what are EEs supposed to do now that testing is starting and have recovered from COVID19 and may have a
      false positive test. He is concerned about being put off work and dont want that.

KP    **Preston, Kim**                                                       10/18/2021, 12:00 PM
      Hello any info on employees testing and possibly receiving a false positive result. Because he at one time in the last
      month was positive worried about be placed off work again?!?

LC    **Curtis, Lee**                                                        10/18/2021, 12:02 PM
      He can have the manager reach out to the HR-COVID19 e-mail and we will review the case.

**CONFIDENTIAL**                                                        UNITED_SAMBRANO_00124507

**APP.194**

**Rivera Torres, Carlos**                                                        10/18/2021, 12:02 PM
the results of the test are the results...nothing we can do about that. He can certainly take multiple tests if he does not trust results of one

**Preston, Kim**                                                                 10/18/2021, 12:02 PM
They told him to contact the ESC

**Rivera Torres, Carlos**                                                        10/18/2021, 12:03 PM
who is they? we are not involved with any of the testing results

**Preston, Kim**                                                                 10/18/2021, 12:05 PM
his manager because his local health dept advised he should not be tested with in the next 90 days since he recently is recovering from COVID19

**Rivera Torres, Carlos**                                                        10/18/2021, 12:05 PM
send me the emp ID#

**Preston, Kim**                                                                 10/18/2021, 12:06 PM
254172

**Posada Duran, Mario**                                                          10/18/2021, 12:07 PM
Hello all, I have contacted the employee stated above and left him a VM with what is needed to proceed with RAP.

**Preston, Kim**                                                                 10/18/2021, 12:08 PM
█████████? Posada Duran, Mario

**Preston, Kim**                                                                 10/18/2021, 12:08 PM
Thank you

**Posada Duran, Mario**                                                          10/18/2021, 12:08 PM
Preston, Kim
, yes File sent: 😊

🖼️
Image: ?.png (608 bytes)

**Preston, Kim**                                                                 10/18/2021, 12:09 PM
appreciate it thanks he has been advised to ck his company email

**Preston, Kim**                                                                 10/18/2021, 12:10 PM
i mean vm lol

**Rivera Torres, Carlos**                                                        10/18/2021, 12:12 PM
employee needs to follow protocol for reporting COVID19 results, if he has questions he can call and speak to whoever is managing his COVID19 case. he will be allowed to work based on RTW protocols.

**Crawford, Clarence**                                                           10/18/2021, 12:45 PM
@Neil R

**Crawford, Clarence**                                                           10/18/2021, 12:46 PM
Robb, Neil
earlier Hanna asked a question about an EE who missed the deadline due to personal reasons. I've got her on the phone. The personal reason was elderly parent broke her hip

**Robb, Neil**                                                                   10/18/2021, 12:46 PM
Missed 8/31 deadline for religious?

**Crawford, Clarence**                                                           10/18/2021, 12:47 PM

CONFIDENTIAL                           UNITED_SAMBRANO_00124508

APP.195

Yep

| NR | **Robb, Neil** | 10/18/2021 12:47 PM |

I hope her parent is doing well.  I have had a mother in law break her hip and it is not fun to recover from that.

| CC | **Crawford, Clarence** | 10/18/2021, 12:48 PM |

why do i hear a but.

| NR | **Robb, Neil** | 10/18/2021, 12:48 PM |

But we are not open to making exceptions to the deadline

| NR | **Robb, Neil** | 10/18/2021, 12:48 PM |

If anything changes.....we can make a note to reach back out to her

| CC | **Crawford, Clarence** | 10/18/2021, 12:48 PM |

File sent: Real Life Love GIF by Abbey Luck (GIF Image)



Image: Real Life Love GIF by Abbey Luck (GIF Image).gif (743 KB)

| CC | **Crawford, Clarence** | 10/18/2021, 12:50 PM |

and of course she now has a MEDICAL condition....

| NR | **Robb, Neil** | 10/18/2021, 12:51 PM |

File sent: Do It Love GIF by Abbey Luck (GIF Image)



Image: Do It Love GIF by Abbey Luck (GIF Image).gif (1 MB)

| JK | **Kemp, Jennifer** | 10/18/2021, 12:51 PM |

File sent: Cecily Strong Season 44 GIF by Saturday Night Live (GIF Image)

CONFIDENTIAL



*Image: Cecily Strong Season 44 GIF by Saturday Night Live (GIF Image).gif (1 MB)*

CC   **Crawford, Clarence**                                                   10/18/2021, 12:55 PM
Whats the procedure for reaching out to have a point corrected. Help Hub shows a point being deducted but eTA dosn't show anything other than her working.

NR   **Robb, Neil**                                                           10/18/2021, 12:56 PM
Reach out to the business office in their location

JF   **Francis, Jennifer**                                                    10/18/2021, 3:59 PM
Question:  If no response from the EE and the medical exemption was approved, is it still in effect?

LC   **Curtis, Lee**                                                          10/18/2021, 4:05 PM
Yes

LC   **Curtis, Lee**                                                          10/18/2021, 4:05 PM
We give them 5 days to respond and if they don't it is an approval.

**CONFIDENTIAL**

# EXHIBIT 42

Flying Together / News / Wingspan: leadership blog

# An update on our RAP employees

March 10, 2022

**Kirk Limacher**



United Team:

United has been recognized as the industry leader on safety throughout the pandemic – among our many "firsts" were mask requirements for employees, customer testing and contact tracing, and maximizing HEPA filtration systems during boarding and deplaning, just to name a few.

But of all these efforts, the one that remains the most effective at protecting our employees and customers is our successful employee vaccination policy. Since November – a time that included the record-breaking Omicron surge – our

**APP.199**

UNITED_SAMBRANO_00000044

vaccinated employees were remarkably safe compared to our employees who were on an approved request for reasonable accommodation (RAP), as well as compared to the general population.

Sadly, like the rest of the country, we have lost unvaccinated colleagues during this time, including a heartbreaking five out of the 2,200 employees with a vaccine-related RAP. All loss of life is tragic but at United, our vaccinated employees have been significantly less likely to lose their lives to COVID.

Our vaccine policy is also an example of how we've been guided by **core4**. We prioritized safety and used science and data to inform our decision-making. Now, as the Omicron surge shows clear signs of receding and as we've seen how high the protection remains for those of you who are vaccinated, we're using that same commitment to safety and science to ensure our policies reflect the broader shift to the endemic stage of the pandemic.

In addition to the remarkable level of protection we've seen in our own United data for vaccinated employees, the daily average of COVID cases has dropped more than 90% ⧉and related hospitalizations have declined more than two-thirds ⧉ from their January 2022 peak. In fact, we're seeing new case reports reaching their lowest levels since last summer ⧉. And while mask requirements remain in place on board our aircraft and in our airports, many cities and states are lifting COVID restrictions, and the CDC recently relaxed its mask guidelines.

These changes suggest that the pandemic is beginning to meaningfully recede. As a result, **we're confident we can safely begin the process of returning our RAP employees to their jobs.**

We expect COVID case counts, hospitalizations and deaths to continue to decline nationally over the next few weeks and, accordingly, **we plan to welcome back those employees who have been out on an approved RAP to their normal positions starting on Monday, March 28.**

**Those with an approved RAP will receive an email later today with specific instructions and a more precise timeline for a return to active status - or modifications to their existing RAP if they are currently performing non-customer facing work activities.**

UNITED_SAMBRANO_00000045

Of course, if another variant emerges or the COVID trends suddenly reverse course, we will reevaluate the appropriate safety protocols at that time.

Finally, I hope you will join me in getting a booster when it's your time, consistent with CDC guidance. It's the best way to reduce the risks associated with COVID. You can visit Flying Together to find vaccine and booster shot locations near you and booster shots remain available to United employees and family members 18 years old and older at our onsite clinics at EWR, IAH and ORD. When you get a booster, please make sure to add it to your vaccine record in My Info ⌐.

I truly appreciate what each of you has done to persevere through the pandemic, and thank you for what you do every day to take care of our customers and each other.

Kirk Limacher

Vice President, Human Resources

Important Help &   Copyright © 2023 United Airlines, Inc. All rights
notice   feedback reserved.

UNITED

# EXHIBIT 43

**Placeholder: Excel Spreadsheet**
**UNITED_SAMBRANO_00000080**

**\*Due to size of document to be provided to the Court upon request**

# EXHIBIT 44

**HR Workforce Administration Case**

Manage Attachments (1): COVID19 Vaccine Medical Exemption.pdf  [rename] [view]

| | | | |
|---|---|---|---|
| Number | HRC3694171 | State | Closed Incomplete |
| Opened for | Jarrad Rains | Follow up | |
| Birthdate: | | Unprocessed fax | |
| Anniversary: 1999-06-24 | | Priority | 3 - Moderate |
| Subject person | Jarrad Rains | Source(contact_type) | Self Service |
| Division | Inflight | Opened | 2021-08-30 13:41:50 |
| Employee number | U241326 | Opened by | Jarrad Rains |
| Base Location | IAH | HR service | Reasonable Accommodation |
| Assignment group | Medical Specialists | Subservice | COVID-19 Vaccine |
| Assigned to | | Watch list | |
| Parent | | New Hire RAP | No |
| Date of ESC RAP Decision | 2021-09-15 | RAP Reason | Medical Restriction |
| Date of RAP Decision Employee Response | 2021-09-20 | RAP Status | Accommodation - Acknowled |

Dependencies:

GROUP_1

| | |
|---|---|
| | Possible accommodations for reporting purposes | |
| Short description | Reasonable Accommodation Request - Jarrad Rains |
| Important Information: |

*********************************** Employee requesting Medical and Religious accommodation ***************************

Please view CLH0391320 which is the religious accommodation note

**Description(description):**

The following fields have been provided:
You have an open RAP:: false
Requested For (on behalf): Jarrad Rains
Please describe your accommodation needs:: Unable to receive a Vaccination
Is this accommodation needed for less than 90 days?: No
Please provide the reason for your restriction:: Medical Restriction
Add other information or questions you have regarding Reasonable Accommodations (optional) : I am applying for both medical and religious exemptions .

## HR Tasks  Parent = HRC3694171

1 HR Tasks

| Number | Due date | State | Short description | Assignment group | Assigned to | Employee number | Base Location | Union Code | Template HR service | Subservice | Updated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRT1542343 | 2021-09-21 00:00:00 | Closed Complete | Action Needed: Approved Medical Accommodation for the COVID-19 Vaccine Mandate | | Jarrad Rains | U241326 | IAH | FA | Reasonable Accommodation (RAP) Request | COVID-19 Vaccine | 2021-09-20 13:20:48 |

**Work notes:**

| Expiration Date | |
|---|---|

**Fulfillment Instructions**

**Fulfillment instructions:**

KB0010806 - RAP Work Instructions
KB0010802 - RAP Specialist
KB0010812 - RAP Email Templates

## Comments and Work Notes

| Case ID | | | |
|---|---|---|---|
| Comments Template | | Work Notes Template | |
| Additional comments: | | | |

**APP.204**

CONFIDENTIAL

Work notes:

**AMS updates:**

| Activity | ☑ All (44) | ☑ Assigned to (2) | ☑ Assignment group (1) | ☑ Additional comments (4) | ☑ Follow up (4) | ☑ Impact (1) | ☑ Opened by (1) | ☑ Opened for (1) | ☑ |
|---|---|---|---|---|---|---|---|---|---|
| | ☑ Priority (3) | ☑ State (6) | ☑ Work notes (16) | ☑ Email (5) | | | | | |

**2023-01-19 10:31:19 Jennifer Kemp** - Changed: State

State: Closed Incomplete  was: Work in Progress

**2021-09-20 13:21:09 HRC3694171: Your RAP Acknowledgement was RECEIVED** - Email sent

Sent: jarrad.rains@united.com

| From: Help Hub | | Sent 2021-09-20 |
| To: jarrad.rains@united.com |
| Subject: HRC3694171: Your RAP Acknowledgement was RECEIVED |

Jarrad,

Thank you, the Employee Service Center has received your acknowledgement of your medical accommodation for the COVID-19 vaccine.

Please reference **this document** for the next steps in the process and further benefits details.

Please feel free to contact the Employee Service Center at 1-877-825-3729 if you have any questions.

**Request Number:** HRC3694171
**Short Description:** Reasonable Accommodation Request - Jarrad Rains

Thank you,

Medical Specialists

United | Corporate Support Center | 233 S. Wacker Drive | Chicago, IL 60606
united.com | helphub.ual.com


Unsubscribe | Notification Preferences

Notification: RAP - EE Acknowledged - MED

Ref:MSG40848625

**2021-09-20 09:00:40 System Administrator** - Changed: Follow up, State

Follow up: (Empty)  was: 2021-09-20 08:56:26

State: Work in Progress  was: Suspended

**2021-09-15 08:56:32 Louie Mallari** - Changed: Follow up, State, Work notes

Follow up: 2021-09-20 08:56:26

State: Suspended  was: Work in Progress

Accommodation approved

**2021-09-15 08:56:13 Louie Mallari** - Changed: Assigned to

Assigned to: (Empty)  was: Louie Mallari

**2021-09-15 08:55:32 Louie Mallari** - Changed: Work notes

Temporary exemption thru 8/30/2022

**2021-09-12 13:20:13 Louie Mallari** - Changed: Priority

Priority: 3 - Moderate  was: 4 - Low

**2021-09-12 13:20:05 Louie Mallari** - Changed: Work notes

Pending clarification from HCP for medical exemption. Also requesting for religious reason.

**2021-09-12 13:19:24 Louie Mallari** - Changed: Work notes

Insufficient for RAP letter sent via AMS

**2021-09-12 13:19:21 HRC3694171 has been updated with new comments** - Email sent

Sent: jarrad.rains@united.com

| From: Help Hub | | Sent 2021-09-12 |
| To: jarrad.rains@united.com |
| Subject: HRC3694171 has been updated with new comments |

CONFIDENTIAL

Hi Jarrad,

We've got an update on your request.

If you have any questions, please click the link below to access your request or reply to this email.

**Request Number:** HRC3694171
**Short Description:** Reasonable Accommodation Request - Jarrad Rains

---

**2021-09-12 13:19:16 CDT - Louie Mallari**                                    Additional comments
Dear Jarrad,

As discussed in Help hub case HRC3694171 on September 12, 2021 , United Medical has notified us
that additional information is needed in order to complete the Assessment of Functional
Capabilities (AFC) form for your RAP session. In order to continue the process, United Medical
needs the following information:

Please have your healthcare provider address the following:

1. The form dated 8/30/21 indicates that the employee: "is S/P stent to LAD and LCX Feb 2019. he
has a chronically occluded RCA unable to be stented. He is at high risk for clotting." Considering
the employee's medical condition, how are they at greater risk from vaccine side effects than the
risk for complications from contracting COVID?

2. What is the duration of the restriction? (i.e. weeks, months). If the restrictions are a
permanent exemption please include the medical facts to support a permanent exemption from the
COVID19 vaccine.

3. In your objective medical opinion, please confirm if you support the employee's request not to
receive any of the COVID19 vaccines despite the employee risk for potentially becoming severely ill
from COVID19.

This additional information must be faxed to OPCMD at 847-700-2600 by September 17, 2021 . Upon
receipt of the completed Work Restriction Form, an Assessment of Functional Capabilities (AFC) form
will be completed by United's Medical department and a RAP Administrator will contact you to
schedule the RAP meeting for possible accommodation options.

Sincerely,
RAP Specialist
Employee Service Center - WHQMW
cc: OPCMD - Medical Department

---

**2021-09-07 12:29:26 CDT - Jarrad Rains**                                    Additional comments
I received an email from medical requesting more information on Friday, September 3. This is a four-day holiday weekend and I do not have enough time to
get the additional information requested by the eighth due to short notice of information request. I would like to request an extension to have the additional
information put together for my file ?

---

**2021-09-03 15:50:20 CDT - Louie Mallari**                                    Additional comments
Thank you for contacting the Employee Service Center. To proceed with the Reasonable Accommodation process due to a Medical Restriction, please submit
documentation from your medical provider that indicates the following:

1. If the employee is not able to receive the Covid-19 vaccine, what are the specific medical facts to support the restrictions (i.e., specific medical condition,
current medical status, etc.)?
2. How is the Covid-19 vaccine contraindicated with the employee's medical condition (i.e., hypersensitivity to vaccine ingredients, adverse effects,
immunosuppression)?
3. What are the employee's specific physical restrictions, if any? Indicate their parameters and the duration

Attached to this case is a form that can be utilized. Please import the documentation to this Help Hub case or fax to 847-700-2600 by 9/8/21.

Thank you.

Thank you,

Medical Specialists

United | Corporate Support Center | 233 S. Wacker Drive | Chicago, IL 60606
united.com | helphub.ual.com

Unsubscribe | Notification Preferences

---

**2021-09-12 13:19:16  Louie Mallari**  Changed: Additional comments

Dear Jarrad,

As discussed in Help hub case HRC3694171 on September 12, 2021 , United Medical has notified us
that additional information is needed in order to complete the Assessment of Functional
Capabilities (AFC) form for your RAP session. In order to continue the process, United Medical
needs the following information:

Please have your healthcare provider address the following:

CONFIDENTIAL

**APP.206**

UNITED_SAMBRANO_00000355

1. The form dated 8/30/21 indicates that the employee: "is S/P stent to LAD and LCX Feb 2019. he has a chronically occluded RCA unable to be stented. He is at high risk for clotting." Considering the employee's medical condition, how are they at greater risk from vaccine side effects than the risk for complications from contracting COVID?

2. What is the duration of the restriction? (i.e. weeks, months). If the restrictions are a permanent exemption please include the medical facts to support a permanent exemption from the COVID19 vaccine.

3. In your objective medical opinion, please confirm if you support the employee's request not to receive any of the COVID19 vaccines despite the employee risk for potentially becoming severely ill from COVID19.

This additional information must be faxed to OPCMD at 847-700-2600 by September 17, 2021 . Upon receipt of the completed Work Restriction Form, an Assessment of Functional Capabilities (AFC) form will be completed by United's Medical department and a RAP Administrator will contact you to schedule the RAP meeting for possible accommodation options.

Sincerely,
RAP Specialist
Employee Service Center - WHQMW
cc: OPCMD - Medical Department

**2021-09-07 12:29:26  Jarrad Rains** - Changed  Additional comments

I received an email from medical requesting more information on Friday, September 3. This is a four-day holiday weekend and I do not have enough time to get the additional information requested by the eighth due to short notice of information request. I would like to request an extension to have the additional information put together for my file ?

**2021-09-07 12:28:05  Jarrad Rains** - Changed  Work notes

Attachment 19342C1E-6AD5-4A96-BDED-8F431137614E.png moved to Clearinghouse CLH0398850

**2021-09-07 12:28:02  Jarrad Rains** - Changed  Follow up, State

Follow up: (Empty)  was 2021-09-08 00:50:28

State: Work in Progress  was Suspended

**2021-09-03 15:50:46  Louie Mallari**  Changed  Follow up, State, Work notes

Follow up: 2021-09-08 00:50:28

State: Suspended  was Ready

Check to see if medical docs received

**2021-09-03 15:50:31  HRC3694171 has been updated with new comments** - Email sent

Sent: jarrad.rains@united.com

From: Help Hub                                                                                                    Sent 2021-09-03

To: jarrad.rains@united.com

Subject: HRC3694171 has been updated with new comments

Hi Jarrad,

We've got an update on your request.

If you have any questions, please click the link below to access your request or reply to this email.

**Request Number:** HRC3694171
**Short Description:** Reasonable Accommodation Request - Jarrad Rains

**2021-09-03 15:50:20 CDT - Louie Mallari**                                                    Additional comments
Thank you for contacting the Employee Service Center. To proceed with the Reasonable Accommodation process due to a Medical Restriction, please submit documentation from your medical provider that indicates the following:

1. If the employee is not able to receive the Covid-19 vaccine, what are the specific medical facts to support the restrictions (i.e., specific medical condition, current medical status, etc.)?
2. How is the Covid-19 vaccine contraindicated with the employee's medical condition (i.e., hypersensitivity to vaccine ingredients, adverse effects, immunosuppression)?
3. What are the employee's specific physical restrictions, if any? Indicate their parameters and the duration

Attached to this case is a form that can be utilized. Please import the documentation to this Help Hub case or fax to 847-700-2600 by 9/8/21.

Thank you.

**2021-08-30 13:41:53 CDT - Jarrad Rains**                                                    Additional comments
User Jarrad Rains has initiated a Reasonable Accommodation (RAP) Request request

Thank you,

Medical Specialists

United | Corporate Support Center | 233 S. Wacker Drive | Chicago, IL 60606
united.com | helphub.ual.com

Unsubscribe | Notification Preferences

Notification: Add'l Comments Added  Workflace Admin

**CONFIDENTIAL**                                                                    **UNITED_SAMBRANO_00000356**

**2021-09-03 15:50:20 Louie Mallari** - Changed: Additional comments

Thank you for contacting the Employee Service Center. To proceed with the Reasonable Accommodation process due to a Medical Restriction, please submit documentation from your medical provider that indicates the following:

1. If the employee is not able to receive the Covid-19 vaccine, what are the specific medical facts to support the restrictions (i.e., specific medical condition, current medical status, etc.)?
2. How is the Covid-19 vaccine contraindicated with the employee's medical condition (i.e., hypersensitivity to vaccine ingredients, adverse effects, immunosuppression)?
3. What are the employee's specific physical restrictions, if any? Indicate their parameters and the duration

Attached to this case is a form that can be utilized. Please import the documentation to this Help Hub case or fax to 847-700-2600 by 9/8/21.

Thank you.

**2021-09-03 15:45:00 HRC3694171 - Reasonable Accommodation Request - Jarrad Rains** - Email sent

Sent: jarrad.rains@united.com

Fro
m: Help Hub <united@service-now.com>                                                                                    Sent 2021-09-03

To: jarrad.rains@united.com

Cc: jarrad.rains@united.com

Sub
ject HRC3694171 - Reasonable Accommodation Request - Jarrad Rains

Hello,

Thank you for contacting the Employee Service Center. To proceed with the Reasonable Accommodation process due to Medical Restriction, please submit documentation from your medical provider that indicates the following:

1. If the employee is not able to receive the Covid-19 vaccine, what are the specific medical facts to support the restrictions (i.e., specific medical condition, current medical status, etc.)?
2. How is the Covid-19 vaccine contraindicated with the employee's medical condition (i.e., hypersensitivity to vaccine ingredients, adverse effects, immunosuppression)?
3. What are the employee's specific physical restrictions, if any? Indicate their parameters and the duration

Attached to this case is a form that can be utilized. Please import the documentation to this Help Hub case or fax to 847-700-2600 by 9/8/21.

Thank you.

**2021-09-01 10:54:31 Louie Mallari** - Changed: Priority

Priority: 4 - Low was 3 - Moderate

**2021-08-31 18:57:24 Maeve Fox** - Changed: Work notes

Employee added to Phone HRC in error

Jarrad Rains Additional comments•2021-08-30 21:42:02
Reason for rejection: As of August 6, 2021 has mandated that all of United Airlines employees are required to have a COVID-19 vaccination.
To my understanding United airlines as of August 6, 2021 has mandated that all of United Airlines employees are required to have a COVID-19 vaccination.
After much thoughtful prayer research and consideration I have come to the conclusion that because of my deeply held religious beliefs that I would respectfully request an exemption from vaccinations of COVID-19. I have many biblical reasons why I do not wish to be vaccinated. I will list a few examples as follows.

1. In the book of Genesis scripture tells us that we were created in the expressed image of God and in his likeness . Scripture also tells us that in the book of Jeremiah chapter 29 that God created us uniquely with a purpose and a plan. So to modify this plan through modification of my body internally on a cellular level or externally would go against God's will for my life and would be considered sinful. Scripture also tells us that unrepentant sin has consequences that could lead to death.
2. After much research and conversations with different pharmacist upon researching the vaccine. I've discovered that all forms of vaccinations through all three different companies and brands have the same ingredients of aborted fetal cells in the content of the vaccine. It is my strongly held Biblical believe that life begins at conception and to abort a fetus at any stage of pregnancy is to commit murder. The Bible expressly prohibits murder. Along with this research there are several other ingredients in the vaccine that are medically dangerous and considered poisonous and that could affect my health from a pre-existing health condition. I have also filed a medical exemption as well.
3. The constitution of the United States and all of its amendments inform us that our inalienable rights our God given . And one of those rights is my right to religious freedom which cannot be infringed upon. As a citizen of the United States and a resident of Texas I reserve all of my social, civil and constitutional rights afforded to me on every level of the federal, state and local levels.

As an employee of United Airlines I respectfully request a religious exemption status with all reasonable accommodations. I sincerely thank you.

**2021-08-31 13:36:31 Tia Baker** - Changed: Work notes

*** employee requesting religious and medical accommmodation ************

Employee had problems uploading. Uploading some blanks. Please view CLH0391320 which is the religious accommodation note.
Per employee doctor is faxing in what I need today. I checked and we have note received medical note yet. Employee will f/u with the doctor.

**2021-08-31 13:29:33 Jarrad Rains** - Changed: Work notes

Attachment 29052478-6536-4622-A87B-03ED24C12042.png moved to Clearinghouse CLH0391320

**2021-08-31 13:11:50 Jarrad Rains** - Changed: Work notes

Attachment rich text with attachments (RTFD).rtfd.zip moved to Clearinghouse CLH0391293

**2021-08-31 13:08:48 Jarrad Rains** - Changed: Work notes

Attachment rich text with attachments (RTFD).rtfd.zip moved to Clearinghouse CLH0391288

**2021-08-31 13:05:06 Jennifer Kemp** - Changed: Assigned to

Assigned to: Louie Mallari

**2021-08-31 13:00:24 Jarrad Rains** - Changed: Work notes

Attachment rich text with attachments (RTFD).rtfd.zip moved to Clearinghouse CLH0391279

**2021-08-31 13:00:08 Jarrad Rains** - Changed: Work notes

Attachment rich text with attachments (RTFD).rtfd.zip moved to Clearinghouse CLH0391278

**APP.208**

**2021-08-31 12:49:30  Jarrad Rains** - Changed: Work notes

Attachment Notes.app.zip moved to Clearinghouse CLH0391259

**2021-08-31 12:42:19  Jarrad Rains** - Changed: Work notes

Attachment Notes.app.zip moved to Clearinghouse CLH0391247

**2021-08-31 12:07:52  Jarrad Rains** - Changed: Work notes

Attachment Notes.app.zip moved to Clearinghouse CLH0391167

**2021-08-30 13:42:04  HRC3694171 has been opened with Medical Specialists** - Email sent

Sent: jarrad.rains@united.com

Fro | Help Hub                                                                      Sent 2021-08-30
m:

To: jarrad.rains@united.com

Sub
ject HRC3694171 has been opened with Medical Specialists

Hi Jarrad,

Thank you, Medical Specialists has received your request. We'll be in touch soon.

If you have any questions, please click the link below to access your request or reply to this email.

**Request Number:** HRC3694171
**Short Description:** Reasonable Accommodation Request - Jarrad Rains

Thank you,

Medical Specialists

United | Corporate Support Center | 233 S. Wacker Drive | Chicago, IL 60606
united.com | helphub.ual.com

Unsubscribe | Notification Preferences

Notification: New Case Created - Workforce Admin

Ref: MSG40033783

**2021-08-30 13:41:51  Jarrad Rains** - Changed: Additional comments, Assignment group, Impact, Opened by, Opened for, Priority, State

User Jarrad Rains has initiated a Reasonable Accommodation (RAP) Request request

Assignment group: Medical Specialists

Impact: 3 - Low

Opened by: Jarrad Rains

Opened for: Jarrad Rains

Priority: 3 - Moderate

State: Ready

---

**Emergency Contacts**  Employee = Jarrad Rains AND Emergency contact = true

| Name | Employee | Email | Address | Mobile phone |
|---|---|---|---|---|
| No records to display | | | | |

**Cases Opened for User**  Sys ID in fa9406361b982d58437bfc451a4bcb3a, 099cd1fe1b1ca958437bfc451a4bcbbd, 9885301bdb442514a0f0243d13961984, ef51a04d1bc0e1900b22ca292a 2a725aa0db471914c129695e1396195f, ae5193dfdb66d514c130144e13961953, 86ff0793db66d514c130144e13961900, de6f0f93dbe65f14860bc8cb13961b0, 501aab7fdb778190860bc8cb13961b0,

| Number | Opened | State | Priority | Opened for | Subject person | Employee number | Short description | Assignment group | Assigned to | HR service | Subservice | Su |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HRC6303858 | 2023-01-13 15:03:43 | Closed Complete | 1 - Critical | Jarrad Rains | Jarrad Rains | U241326 | Absence Non Occupational (OPCMD) - U241326 - Jarrad Rains - IAHSW | Absence Management | | Absence Non Occupational (OPCMD) | | Fa |
| HRC6302165 | 2023-01-13 12:08:51 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | Absence Non Occupational (OPCMD) - U241326 - Jarrac Rains - IAHSW | Absence Management | | Absence Non Occupational (OPCMD) | | Fa |
| HRC6218649 | 2023-01-02 12:19:24 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 fa ci csx 01/02/23 | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC6174891 | 2022-12-26 11:05:04 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 - SKLV | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC6106257 | 2022-12-16 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241329 - FMSN - 121622 | FAST IGT Scheduling | | FAST Scheduling | On Sick / Off Sick | M |

**APP.209**

UNITED_SAMBRANO_00000358

| Number | Opened | State | Priority | Opened for | Subject Employee person number | Short description | Assignment group | Assigned to | HR service | Subservice | Se |
|--------|--------|-------|----------|-----------|------|-------------------|------------------|-------------|-----------|-----------|-----|
| | 02:50:28 | | | | | | | | General Support | | |
| HRC5859085 | 2022-11-05 13:59:31 | Work in Progress | 2 - High | Jarrad Rains | Jarrad Rains | U241326 | | CHRC Coordinators/Personnel | | eCHRC Request | OI |
| HRC5755607 | 2022-10-20 11:06:07 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 – ghost call | FAST IGT Scheduling | | FAST Scheduling General Support | | M |
| HRC5755546 | 2022-10-20 11:00:05 | Cancelled | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 -ghost call | FAST IGT Scheduling | | FAST Scheduling General Support | | M |
| HRC5755516 | 2022-10-20 10:57:38 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 same day trade refer to sk | FAST IGT Scheduling | | FAST Scheduling General Support | General Question | M |
| HRC5030970 | 2022-06-07 09:18:24 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326-OFF SICK-060822 | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC4658650 | 2022-03-21 12:38:58 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | Inflight Crew Planning | | Inflight Crew Planning | | Er |
| HRC4627183 | 2022-03-14 16:08:36 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | Inflight Crew Planning case for Jarrad Rains RAP Return | FAST CSC Admin | Sean Banks | Inflight Crew Planning | Bid Inquiry | Er |
| HRC4135192 | 2021-12-03 09:38:41 | Closed Complete | 4 - Low | Guest | Jarrad Rains | U241326 | IAH-U241326-SLOA /RAP 11/16/2021 12/31/2022 | FAST CSC Admin | | FAST Admin General Support | Administrative Matters | M |
| HRC3849283 | 2021-10-03 20:01:40 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 - OCT Operational VAC fly Through - Processed | FAST IGT Scheduling | | FAST Scheduling General Support | Operational VAC fly through | PI |
| HRC3849206 | 2021-10-03 19:18:42 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | | FAST IGT Admin | | FAST Admin General Support | | PI |
| HRC3849150 | 2021-10-03 18:44:37 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 - RSV RLSD | FAST IGT Scheduling | | FAST Scheduling General Support | Non-Operational Scheduling | PI |
| HRC3787640 | 2021-09-20 14:13:16 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | U241326 - PD removal - denied | FAST IGT Scheduling | | FAST Non-operational Scheduling Question | PTO/Personal Drop | PI |
| HRC3787240 | 2021-09-20 13:31:30 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | RAP | Absence Management | Stacy Glass | Absence Management General Support | | PI |
| HRC3729188 | 2021-09-07 12:20:06 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | Phone call regarding Medical Status - | Absence Management | | Absence Management General Support | Medical Questions | PI |
| HRC3700371 | 2021-08-31 13:21:21 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | *** employee requesting religious and medical accommodation *********** Employee had problems uploading. Uploading some blanks. Please view CLH0391320 which i | Absence Management | Tia Baker | Absence Management General Support | | PI |
| HRC3699795 | 2021-08-31 12:09:16 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | FML | Absence Management | | Absence Management General Support | | PI |
| HRC3694111 | 2021-08-30 13:36:01 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | Reasonable accommodation (RAP) | Absence Management | Maeve Fox | General HR Services Question | Miscellaneous | PI |
| HRC3573772 | 2021-08-02 13:08:23 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 OFSL AND MAKE UP SICK | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | PI |
| HRC3568973 | 2021-07-31 21:10:16 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326CSX-073121 PERFA OFSL FOR 080421/SCM/2113HDT | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC3568969 | 2021-07-31 21:02:48 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 FA calling Sick Leave | FAST IGT Scheduling | | FAST Scheduling General Support | | M |
| HRC3170229 | 2021-04-13 12:29:20 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | CSX-041321 PERFA OFF SICK CVB 041321 1229CST | FAST IGT Scheduling | | FAST Scheduling General Support | | M |

CONFIDENTIAL

| Number | Opened | State | Priority | Opened for | Subject person | Employee number | Short description | Assignment group | Assigned to | HR service | Subservice | So |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HRC3145421 | 2021-04-06 04:01:23 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 // 309-040621 FA CLD SKLV PLC SNSC/H9A9P EMF/040621/0359HDT | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC3122779 | 2021-03-30 11:13:53 | Closed Complete | 4 - Low | Dan Garcia | Jarrad Rains | U241326 | U241326 - WFS | FAST IGT Scheduling | | FAST Scheduling General Support | Non-Operational Scheduling | M |
| HRC2845569 | 2021-01-12 18:24:54 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | FA U241326 called Offsick | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC2838715 | 2021-01-10 18:42:19 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326311-011121 FA CALLED IN SKLV FOR RSV/SCM/011021/1844HDT | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC2608057 | 2020-10-13 15:44:17 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | IAH-U241326- CSX-101320 FA CALLED OFSL 1542CST JNC/13OCT20 | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC2603416 | 2020-10-11 05:48:51 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 - 309-101120 PERFA SNSC XIAH CCR/101120 0550CST | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC2575439 | 2020-09-25 10:59:41 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | Inflight Response Team | | Inflight Command Center | | Pf |
| HRC2572899 | 2020-09-24 09:41:56 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | U241326 - FA called in to pick up CQ for OCT training however line got disconnected | FAST IGT Scheduling | | FAST Scheduling General Support | Training | Pf |
| HRC2561583 | 2020-09-18 20:07:38 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | IGT - FA Crew Pay Support | | Restoration of Reserve Availability Days | | Sc Sc |
| HRC2558749 | 2020-09-17 17:34:48 | Cancelled | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | Inflight Crew Planning | | Restoration of Reserve Availability Days | | Sc Sc |
| HRC2369293 | 2020-06-19 21:50:26 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | IGT - FA Crew Pay Support | | Restoration of Reserve Availability Days | | Sc Sc |
| HRC2205139 | 2020-03-26 18:43:01 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | Inflight Response Team | | Inflight Command Center | | Er |
| HRC2201766 | 2020-03-25 15:46:16 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | | FAST IGT Admin | | FAST Admin General Support | | Pf |
| HRC2171413 | 2020-03-14 10:34:23 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | FML | Absence Management | | Absence Management General Support | | Pf |
| HRC2166534 | 2020-03-12 22:10:01 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | FA U241326 : CALLED SKLV, PLACED ON SKLV/H1813 | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |
| HRC2081952 | 2020-02-12 07:23:02 | Closed Incomplete | 3 - Moderate | Leah Wright | Jarrad Rains | U241326 | | ETC Team | | ETC General Questions | | Pf |
| HRC2075998 | 2020-02-10 11:07:43 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | ETC Team | | ETC General Questions | | Pf |
| HRC2013991 | 2020-01-20 09:01:50 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | | ETC Team | | ETC General Questions | | Pf |
| HRC1998401 | 2020-01-14 15:41:17 | Closed Complete | 3 - Moderate | Debbie Carter-Burks | Jarrad Rains | U241326 | | IGT - FA Crew Pay Support | | Inflight Management Notification Form (MNF) – Late Information | | Sc Sc |
| HRC1987812 | 2020-01-10 15:57:47 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | Phone call regarding FML - | Absence Management | | Absence Management General Support | FMLA Questions | Pf |
| HRC1987831 | 2020-01-10 16:05:43 | Closed Complete | 3 - Moderate | Jarrad Rains | Jarrad Rains | U241326 | Family Medical Leave (Standard) - Jarrad Rains | Absence Management | | Family Medical Leave - Standard | | Sc Sc |
| HRC1969282 | 2020-01-04 22:35:27 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | CSX-010420 FA CALLED OFF SICK AT 2232HDT/4JAN | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |

**APP.211**

UNITED_SAMBRANO_00000360

| Number | Opened | State | Priority | Opened for | Subject person | Employee number | Short description | Assignment group | Assigned to | HR service | Subservice | So |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HRC1946337 | 2019-12-29 14:17:41 | Closed Complete | 4 - Low | Guest | Jarrad Rains | U241326 | IAH-U241326- Birth Announcement 12/26/19 | FAST CSC Admin | | FAST Admin General Support | | M |
| HRC1909681 | 2019-12-16 17:57:16 | Closed Complete | 4 - Low | Jarrad Rains | Jarrad Rains | U241326 | FA U241326 CALLED IN SKLV FOR H1637 | FAST IGT Scheduling | | FAST Scheduling General Support | On Sick / Off Sick | M |

## Attached Knowledge  Task = HRC3694171

| Knowledge article |
|---|
| No records to display |

## Approvers  Approval for = HRC3694171

| State | Approver | Comments |
|---|---|---|
| No records to display |

## Similar Cases  Sys ID in

| Number | Opened | State | Priority | Opened for | Subject person | Employee number | Short description | Assignment group | Assigned to | HR service | Subservice | Source | Base | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No records to display |

## KB Articles Read by User  Sys ID in

| Created | Article | User | Used |
|---|---|---|---|
| No records to display |

## Child Cases  Parent = HRC3694171

| Number | Opened | State | Priority | Opened for | Subject person | Employee number | Short description | Assignment group | Assigned to | HR service | Subservice | Source | Base | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No records to display |

## Clearinghouses  Case number = HRC3694171 AND Fax group in (UAL-ERESBeta-DGG, UAL-RemovableMedia-Inclusion-DGG, ExpenseReportUsers, FAST CSC Admin, grpa-SkypeOnPr W2s_CICPaperless, grp-emp-PCE03, GovernmentContractTrainingReminder), [...]

| Number | Fax group | Document type | File name | Assigned to | Subject person | Status | Fax processing completed date | Process comple |
|---|---|---|---|---|---|---|---|---|
| CLH0391293 | Medical Specialists | Work Restriction Form | rich text with attachments (RTFD).rtfd.zip | | Jarrad Rains | Closed - Complete | | false |
| CLH0398850 | Medical Specialists | Work Restriction Form | 19342C1E-6AD5-4A96-BDED-8F431137614E.png | | Jarrad Rains | Closed - Complete | | false |
| CLH0391167 | Medical Specialists | Work Restriction Form | Notes.app.zip | | Jarrad Rains | Closed - Complete | | false |
| CLH0391320 | Medical Specialists | Work Restriction Form | 29052478-6536-4622-A87B-03ED24C12042.png | | Jarrad Rains | Closed - Complete | | false |
| CLH0391278 | Medical Specialists | Work Restriction Form | rich text with attachments (RTFD).rtfd.zip | | Jarrad Rains | Closed - Complete | | false |
| CLH0391279 | Medical Specialists | Work Restriction Form | rich text with attachments (RTFD).rtfd.zip | | Jarrad Rains | Closed - Complete | | false |
| CLH0391259 | Medical Specialists | Work Restriction Form | Notes.app.zip | | Jarrad Rains | Closed - Complete | | false |
| CLH0391288 | Medical Specialists | Work Restriction Form | rich text with attachments (RTFD).rtfd.zip | | Jarrad Rains | Closed - Complete | | false |
| CLH0391247 | Medical Specialists | Work Restriction Form | Notes.app.zip | | Jarrad Rains | Closed - Complete | | false |

CONFIDENTIAL

**Save Checklist as Template**

Template Name:

APP.213

CONFIDENTIAL

UNITED_SAMBRANO_00000362

# EXHIBIT 45

WORKING TOGETHER AUGUST 2021

# Working
# **Together**
## Guidelines



WORKING TOGETHER AUGUST 2021

# Contents

Click to jump to a topic:

Introduction ................................................................iv

Section 1: Working together expectations .........1
   Communications..................................................................4
   COVID-19 Vaccination Policy ...........................................5
   External media guidelines.................................................7
   Face covering/mask policy ...............................................9
   Facilities/adverse conditions.........................................13
   Notice of arrest or felony conviction...........................16
   Promoting dignity and respect:
   harassment and discrimination......................................18
   Protection against retaliation .........................................20
   Reporting offensive workplace behavior...................21
   Use of recording and/or video devices.....................24
   Using information systems
   and social networking......................................................26
   Violence in the workplace...............................................34
   Workplace privacy.............................................................36

Section 2: Employee relations................................38
   Management and Administrative appeal....................40
   Company anti-drug and alcohol misuse......................41
   Confidential investigation and corrective action .....43
   Diversity, equity and inclusion ......................................45
   Fundraising...........................................................................47
   Gender transition guidelines..........................................48
   Solicitation ...........................................................................52
   Working smoke-free...........................................................54

Section 3: Employee schedule.................................55
   Emergency time off............................................................56
   Flexible work arrangement .............................................59
   Holiday schedule................................................................62
   Meal and rest periods.......................................................64
   Vacation.................................................................................66
   Working dependably ..........................................................72

Section 4: Foster teamwork.....................................74
   Employee referrals.............................................................75
   Employee social clubs.......................................................76

CONFIDENTIAL

**APP.216**

UNITED_SAMBRANO_00002673

## Section 5: General employee information...........78

Cargo services.................................................79

Corporate badging............................................83

Dress code guidelines for
non-uniformed employees.................................88

Employee health services..................................89

Environmental policy........................................92

Record retention policy.....................................94

Retired employee status....................................95

Safety policy....................................................98

United We Care employee relief fund..................99

## Section 6: Leaves of absence...........................100

Civic duty leave..............................................101

Family and medical leave (FML)........................103

Fitness for duty..............................................106

Military leave..................................................107

Other leaves of absence..................................111

Paid maternity leave........................................113

Paid new parent leave......................................116

Paid sick leave................................................120

Unpaid medical leave.......................................124

Unpaid personal and educational leaves............127

Working parents..............................................130

## Section 7: Performance management.................133

Performance management process....................134

## Section 8: Rewards and recognition...................142

Adoption assistance.........................................143

Employee assistance program...........................145

FLSA safe harbor policy
(improper deductions from pay).........................146

International SOS.............................................150

Overdue health and wellness benefits charges.....152

Overdue pass travel charges.............................154

Overpayment restitution...................................156

Pass travel attire.............................................157

Pass travel guidelines......................................160

CONFIDENTIAL

Perfect attendance program.............................................170

Salary and vacation advances .........................................171

Travel and expense...............................................................172

Verification of employment and wages.......................174

## Section 9: Selection and placement  .....................176

Company service credit and seniority...........................177

Non-U.S. citizen or permanent resident
working in or applying for U.S.-based position ........182

Posting and interview guidelines for
management and administrative positions................184

## Revisions.......................................................................188

**APP.218**

iii

CONFIDENTIAL

UNITED_SAMBRANO_00002675



# Face covering/ mask policy

## Safety first in everything we do: wear a mask

We are all responsible for keeping each other safe by wearing masks and face coverings to prevent the spread of COVID-19. Our customer policy requires customers to wear masks in the airport and while on board our flights, and we expect employees to do the same.

## Face covering/mask requirements

United is carefully monitoring the regulations, ordinances and guidance of the U.S. Centers for Disease Control and Prevention (CDC), the TSA security directives and local city and state public health departments. As such, we have developed a multi-site policy to ensure we are keeping with requirements and continue to provide a safe environment for employees and customers.

You may seek additional guidance and any exceptions can be found in your work group specific policies and procedures.

### On airport property:

- **Indoors (public and non-public areas):** Masks/face coverings are required except:
- When actively eating/drinking
  - Prolonged periods of mask removal are not permitted for eating or drinking; the mask must be worn between bites and sips
- When in a closed room, occupied by only one person
- While communicating with a person who is deaf or hard of hearing, when the ability to see the mouth is essential for communication

CONFIDENTIAL

**APP.219**

UNITED_SAMBRANO_00002688



- **Outdoor work areas including hangars:** In all outdoor areas or when working in a hangar, masks/face coverings are not required. Employees who are not fully vaccinated and cannot socially distance from others are encouraged to wear a mask or face covering.

## Off airport property:

CSC, HSC, FTC, NOC, off-airport flight attendant training facilities, Contact Centers, Gov't Affairs, International offices and Sales Offices: If local site regulations differ from the policy, employees are required to follow the local regulation.

For offices located in Chicago, San Francisco, Los Angeles and Washington D.C. employees are required to wear a mask at all times in the offices except fully vaccinated employees are allowed to sit at their desk or cubicle without a mask as long as they have uploaded their vaccination information on Flying Together and are able to maintain social distancing from others.

**Fully vaccinated employees*** will be able to use our offices without wearing a mask as long as local ordinances do not prohibit. To do so, you will simply be required to upload your vaccination information to MyInfo. Employees who elect to go without a mask may be asked to verify their vaccination status during safety briefings by visibly showing their digital Vaccine Pass through Flying Together. Integrity and trust is paramount to the safety of your co-workers.

If you have **not been fully vaccinated or you have not uploaded your vaccination information**, you must always wear a mask while in the office except while you are actively eating or drinking.

*The CDC considers people to be fully vaccinated two weeks after their second dose of a two-dose series, such as the Pfizer or Moderna vaccines, or two weeks after a single-dose vaccine, such as Johnson & Johnson's vaccine.

WORKING TOGETHER
EXPECTATIONS

1

## Approved face coverings/masks

- You may wear a company-provided face covering (including reusable cotton face coverings and single use disposable masks) *or* an approved face covering of your own that is a solid color and does not have text or patterns.

- When using a personal face covering, employees should follow the same guidance as other accessories we sometimes wear with our customer-facing uniforms such as footwear, gloves, hosiery, etc.; the face covering or mask should be compliant with a professional public appearance and must be well maintained

- As recommended by the CDC, bandanas and face shields should not be used in place of a face covering or mask

Local leadership will let you know where you can pick up a face covering or mask if you do not have your own. For FAQs about wearing face coverings or masks, please reference our mask user guide.

## Reasonable Accommodation Program (RAP)

If you are unable to wear a face covering due to a medical condition, we may be able to assist you through the Reasonable Accommodation Program. Please contact the Employee Service Center at 877-UAL-ESC9 (877-825-3729) for additional details or to discuss any questions you may have.

## Disciplinary action

Violating United's policy is serious and may result in discipline, up to and including termination. Should an employee fail to comply with United's policy, and has a clean disciplinary record, the below progressive disciplinary steps will ensue. However, in the case of egregious acts of violations of this policy, the Company may move directly to termination. This includes misrepresentation of being vaccinated and/or uploading their vaccine card to MyInfo.

CONFIDENTIAL

# Revisions



AUGUST 2019

Working **Together**

Guidelines

**APP.222**

CONFIDENTIAL

UNITED_SAMBRANO_00002867

# Revisions

| | |
|---|---|
| 2/2014 | Added Fitness for Duty |
| | Updated link: Travel and Expense Policy |
| | Updated Rewards and Recognition |
| | Updated Communications |
| | Updated Declaring an Adverse Condition Day |
| 5/2014 | Updated phone: Employee Compliance Department |
| | Updated Cargo Services |
| | Updated Paid Sick Leave |
| | Adoption Assistance |
| 6/2014 | Removed words "the Recruiting Department" from Diversity Initiatives, Reasonable Accommodations |
| | Removed the words "the Recruiting Department" |
| | Updated Cargo Services |
| | Updated Paid Sick Leave |
| | Updated note replace the words "All About Me" with "My Info" |
| | Updated Paid Sick Leave, Return to Work |
| | Updated Overpayment Restitution |
| | Added TSA note |
| | Renamed Policy to Revised Facilities/Adverse Conditions |
| | Updated Revised Facilities/Adverse Conditions |
| 2/2015 | Added Non-Discrimination Based on Citizenship Status |
| | Updated Paid Sick Leave |
| | Updated Pass Travel Guidelines |
| 9/2015 | Updated Pass Travel Guidelines |
| | Updated Premium Pay Policies for Management and Administrative Employees |
| | Updated Vacation |
| 12/2015 | Updated Posting and Interview Guidelines for Management and Administrative Positions |
| 1/2016 | Updated Administrative Appeals |
| | Updated Company Service Credit and Seniority |
| 4/2016 | Updated Pass Travel Attire |
| | Updated Gender Transition Guidelines |
| | Updated Company Service Credit and Seniority |
| 5/2016 | Updated Company Service Credit and Seniority |
| | Updated Flexible Work Arrangement |
| | Updated Violence in the Workplace |
| | Updated Adoption Assistance |
| | Updated Cargo Services |
| | Updated Civic Duty Leave |

189
**APP.223**

CONFIDENTIAL                                                        **UNITED_SAMBRANO_00002868**

Updated Communications

Updated Company Anti-Drug and Alcohol Misuse

Updated Company Service Credit and Seniority

Updated Confidential Investigation and Corrective Action

Updated Diversity Initiatives

Updated Dress Code Guidelines for Non-Uniformed Employees

Updated Emergency Time Off for a Death in the Family or a Critical Illness

Updated Employee Assistance Program

Updated Employee Corporate Badging

Updated Employee Health Services

Updated Employee Referrals

Updated Employee Social Clubs

Updated Environmental Policy

Updated External Media Guidelines

Updated Facilities/Adverse Conditions

Updated Family and Medical Leave (FML)

Updated Fitness for Duty

Updated Flexible Work Arrangement

Updated FLSA Safe Harbor Policy (improper deductions from pay)

Updated Fundraising

Updated Holiday Schedule

Updated Immigration Guidelines for U.S.-based positions

Updated International SOS

Updated Management Appeals

Updated Meal and Rest Period

Updated Military Leave

Updated Notice of Arrest or Felony Conviction

Updated Other Leaves of Absence

Updated Overpayment Restitution

Updated Paid Sick Leave

Updated Pass Travel Guidelines

Updated Performance Management Process

Updated Posting and Interview Guidelines for Management and Administrative Positions

Updated Prevent Alcohol Misuse and Drug Use in the Workplace

Updated Promoting Dignity and Respect: Harassment and Discrimination Do Not Fly Here

Updated Protection Against Retaliation

Updated Record Retention Policy

Updated Reporting Offensive Workplace Behavior: Employees' Responsibilities

Updated Rewards and Recognition: Perfect Attendance Recognition Program

Updated Safety Policy

Updated Solicitation

Updated Travel and Expense

CONFIDENTIAL

UNITED_SAMBRANO_00002869

| | |
|---|---|
| | Updated United We Care Employee Relief Fund |
| | Updated Unpaid Medical Leave |
| | Updated Unpaid Personal Leave and Educational Leave |
| | Updated Use of Recording and/or Video Devices |
| | Updated Using Information Systems and Social Networking |
| | Updated Verification of Employment and Wages |
| | Updated Violence in the Work Place |
| | Updated Working Dependably |
| | Updated Working Parents |
| | Updated Working Smoke-Free |
| | Updated Workplace Privacy |
| 6/2016 | Updated Gender Transition Guidelines |
| | Updated Added Retired Employee Status |
| 7/2016 | Updated Premium Pay Policies for Management and Administrative Employees |
| | Updated Overdue Pass Travel and Health & Wellness Benefits Charges |
| 9/2016 | Updated Retired Employee Status |
| | Added Salary – Vacation Advances |
| 11/2016 | Updated Administrative Appeals |
| | Updated Company Service Credit and Seniority |
| | Updated Emergency Time Off for a Death in the Family or Critical Illness |
| | Updated Employee Referrals |
| | Updated Employee Social Clubs |
| | Updated Immigration Policy for U.S.-based Positions |
| | Updated Management Appeals |
| | Updated Non-Discrimination Based on Citizenship Status |
| | Updated Perfect Attendance Program |
| | Updated Posting and Interviewing Guidelines for Management and Administrative positions |
| | Updated Premium Pay Policies for Management and Administrative Employees |
| | Updated United We Care Employee Relief Fund |
| | Updated Vacation |
| 12/2016 | Added Company Anti-Drug and Alcohol Misuse |
| | Updated Adoption Assistance |
| | Updated Emergency Time Off for a Death in the Family or a Critical Illness or Vacation |
| | Updated Health & Wellness Benefits Charges |
| | Updated Overdue Pass Travel Charges |
| | Updated Posting and Interview guidelines for M&A |
| | Updated Premium Pay Policies for Management and Administrative Employees |
| | Updated Using Information Systems and Social Networking |
| | Updated Vacation |
| | Updated Your Guide to United's Employee Experience |

191

**APP.225**

CONFIDENTIAL

UNITED_SAMBRANO_00002870

| | |
|---|---|
| 2/2017 | Updated Fundraising |
| | Updated Overdue Pass Travel |
| | Updated Paid Sick Leave |
| | Updated Premium Pay for Management and Administrative Employees |
| | Updated Protection Against Retaliation |
| | Updated Reporting Offensive Workplace Behavior: Employees' Responsibilities |
| | Updated Vacation |
| | Updated Working Together Expectations |
| 6/2017 | Updated Employee Health Services |
| | Updated Working Smoke-Free |
| | Updated Diversity Initiatives |
| | Updated Working Dependably |
| | Updated Fitness for Duty |
| 7/2017 | Updated Pass Travel Guidelines |
| | Updated Working Together Expectations |
| 11/2017 | Updated Environmental Policy |
| | Updated Holiday Schedule |
| | Updated Travel and Expense |
| | Updated Verification of Employment and Wages |
| 12/2017 | Updated Family and Medical Leave |
| | Updated Management Appeals |
| | Updated Working Parents Leave |
| 4/2018 | Updated Diversity Initiatives |
| | Updated Employee Assistance Program |
| | Updated Employee Corporate Badging |
| | Updated Employee Health Services |
| | Updated Environmental Policy |
| | Updated Flexible Work Arrangement |
| | Updated Gender Transition Guidelines |
| | Updated Immigration Guidelines for U.S.-based Positions |
| | Updated Overdue Health and Benefits |
| | Updated Premium Pay Policies for Management |
| | Updated Record Retention Policy |
| | Updated Retired Employee Status |
| | Updated Travel and Expense |
| | Updated Working Smoke-Free |
| | Updated Adverse Conditions |
| | Updated Dress Code Guidelines |
| | Updated Unpaid Personal Leave and Educational Leave |
| | Updated Military Leave |
| | Updated Civic Leave |

192

**APP.226**

CONFIDENTIAL

UNITED_SAMBRANO_00002871

| 5/2018 | Updated Administrative Appeals |
| | Updated Adoption Assistance |
| | Updated Cargo Services |
| | Updated Service Credit & Seniority |
| | Updated Using Information Systems |
| | Updated Violence in the Workplace |
| | Updated Paid Sick Leave |
| | Updated Use of Recording and or Video Devices |
| | Updated Family Medical Leave (FML) Policy |
| | Updated United We Care Employee Relief Fund |
| | Updated Performance Management Process |
| 6/2018 | Updated Unpaid Personal Leave and Educational Leave |
| | Updated Performance Management Process |
| 8/2018 | Updated Diversity Initiatives |
| 12/2018 | Updated Cargo Services |
| | Updated Civic Duty Leave |
| | Updated Emergency Time Off |
| | Updated Military Leave |
| | Updated Promoting Dignity and Respect: Harassment and Discrimination Do Not Fly Here |
| | Updated Solicitation |
| | Updated Travel and Expense Policy |
| | Updated Unpaid Medical Leave |
| | Updated Working Parents Leave |
| | Updated Your Guide to United's Employee Experience |
| 2/2019 | Updated Retired Employee Status |
| | Updated Management Appeals |
| | Updated Administrative Appeals |
| 4/2019 | Updated Working Parents Leave |
| | Added Paid Maternity Leave |
| | Added Paid New Parent Leave |
| 5/2019 | Updated Working Parents Leave |
| | Updated Paid Maternity Leave |
| | Updated Paid New Parent Leave |
| | Updated Posting and Interview Guidelines for Management and Administrative Positions |
| 6/2019 | Updated Posting and Interview Guidelines for Management and Administrative Positions |
| 8/2019 | Updated Communications |
| | Updated External Media Guidelines |
| | Updated Facilities/Adverse Conditions |
| | Updated Notice of Arrest or Felony Conviction |
| | Updated Promoting Dignity and Respect: Harassment and Discrimination |

**APP.227**

CONFIDENTIAL

| |
|---|
| Updated Protection Against Retaliation |
| Updated Reporting Offensive Workplace Behavior |
| Updated Use of Recording and/or Video Devices |
| Updated Using Information Systems and Social Networking |
| Updated Violence in the Workplace |
| Updated Workplace Privacy |
| Updated Administrative Appeal |
| Updated Company Anti-Drug and Alcohol Misuse |
| Updated Confidential Investigation and Corrective Action |
| Updated Diversity and Inclusion |
| Updated Fundraising |
| Updated Gender Transition Guidelines |
| Updated Management Appeal |
| Merged Non-Discrimination Based on Citizenship Status into Diversity and Inclusion |
| Updated Solicitation |
| Updated Working Smoke-Free |
| Updated Emergency Time Off |
| Updated Flexible Work Arrangement |
| Updated Holiday Schedule |
| Updated Meal and Rest Periods |
| Updated Vacation |
| Updated Working Dependably |
| Updated Employee Referrals |
| Updated Employee Social Clubs |
| Updated Cargo Services |
| Updated Corporate Badging |
| Updated Dress Code Guidelines for Non-Uniformed Employees |
| Updated Employee Health Services |
| Updated Environmental Policy |
| Updated Record Retention Policy |
| Updated Retired Employee Status |
| Updated Safety Policy |
| Updated United We Care Employee Relief Fund |
| Updated Civic Duty Leave |
| Updated Family and Medical Leave (FML) |
| Updated Fitness for Duty |
| Updated Military Leave |
| Updated Other Leaves of Absence |
| Updated Paid Maternity Leave |
| Updated Paid New Parent Leave |
| Updated Paid Sick Leave |
| Updated Unpaid Medical Leave |

CONFIDENTIAL

| | |
|---|---|
| | Updated Unpaid Personal and Educational Leaves |
| | Updated Working Parents |
| | Updated Performance Management Process |
| | Updated Adoption Assistance |
| | Updated Employee Assistance Program |
| | Updated FLSA Safe Harbor Policy (Improper Deductions from Pay) |
| | Updated International SOS |
| | Updated Overdue Health and Wellness Benefits Charges |
| | Updated Overdue Pass Travel Charges |
| | Updated Overpayment Restitution |
| | Updated Pass Travel Attire |
| | Updated Pass Travel Guidelines |
| | Updated Perfect Attendance Program |
| | Removed temporarily Premium Pay Policies for Management and Administrative Domestic and Guam Employees for correction and clarity |
| | Updated Salary and Vacation Advances |
| | Updated Travel and Expense |
| | Updated Verification of Employment and Wages |
| | Updated Company Service Credit and Seniority |
| | Updated Non-U.S. Citizen or Permanent Resident Working in or Applying for U.S.-Based Position |
| | Updated Posting and Interview Guidelines for Management and Administrative Positions |
| 9/2019 | Updated Company Service Credit and Seniority |
| | Updated Civic Duty Leave |
| 11/2019 | Updated Protection Against Retaliation |
| | Updated Reporting Offensive Behavior |
| 2/2020 | Updated Using Information Systems and Social Networking |
| 3/2020 | Updated Promoting Dignity and Respect: Harassment and Discrimination Do Not Fly Here |
| | Updated Reporting Offensive Behavior |
| 4/2020 | Updated Other Leaves of Absence |
| 5/2020 | Updated Pass Travel Attire |
| 5/2020 | Updated Vacation |
| 7/2020 | Updated Face covering/mask policy |
| 9/2020 | Updated Posting and interview guidelines for management and administrative positions |
| 10/2020 | Updated Pass Travel Attire |
| 11/2020 | Updated Face covering/mask policy |
| 12/2020 | Updated Administrative & Management Appeal |
| 12/2020 | Updated United We Care employee relief fund |
| 12/2020 | Updated Vacation |

**APP.229**

CONFIDENTIAL

| 1/2021 | Updated Face covering/mask policy |
|---|---|
| 1/2021 | Updated Diversity, equity and inclusion |
| 2/2021 | Updated Face covering/mask policy |
| 2/2021 | Updated Use of recording and/or video devices |
| 2/2021 | Updated Face covering/mask policy |
| 3/2021 | Updated Face covering/mask policy |
| 3/2021 | Updated Management and Administrative appeal |
| 4/2021 | Updated Pass Travel guidelines |
| | Updated FLSA Safe Harbor policy |
| | Updated Diversity, equity and inclusion policy |
| | Updated Reporting Offensive Workplace behavior |
| | Updated Using Information Systems and Social Networking |
| 5/2021 | Updated Face covering/mask policy |
| | Updated Working Together Expectations |
| | Updated Paid Sick Leave |
| 6/2021 | Updated Posting and interview guidelines for management and administrative positions |
| | Updated Face covering/mask policy |
| | Updated Posting and interview guidelines for management and administrative positions / U.S. New Hire Requirement |
| 8/2021 | Updated COVID-19 Vaccination Policy |
| | Updated Corporate badging |
| | Updated Face covering/mask policy |

CONFIDENTIAL

**APP.230**

UNITED_SAMBRANO_00002875

# EXHIBIT 46

**Placeholder: Excel Spreadsheet**
**UNITED_SAMBRANO_00005455**

**\*Due to size of document to be provided to the Court upon request**

# EXHIBIT 47

# COVID-19 vaccine: Leader talking points

**Last update January 20, 2021**

[FOR INTERNAL USE ONLY]

*We know many employees have questions about the COVID-19 vaccine and when it will be available to them as essential workers. We are working with federal, state and local officials, along with local healthcare providers to understand when our employees will be able to be vaccinated. The timing and location for the vaccine will be different for everyone depending on where you live and work, your age and your health history.*

*The most important messages to share:*

- **At Earnings Live on Jan. 21, Scott talked about our intention to make the vaccine mandatory for employees at some point but also made clear that we first need to know when and where our employees can get it. He also talked about how ideally, United would be among many companies – including healthcare companies – that will mandate the vaccine.**
- **If the opportunity arises to get vaccinated in your county or state – take it! Depending on where you live you may already be eligible to get vaccinated, no need to wait for guidance from United.**
- **The most updated information is through your local, county or state Dept. of Health website.**
- **There will be no cost to any employee to get the COVID-19 vaccine.**

**Why is getting the vaccine important?**
- Getting the vaccine is really important for two reasons
    - It keeps you safe by helping prevent you from getting COVID-19 **and**
    - It keeps others safe by helping reduce the spread of COVID-19
- The sooner the vaccine is widely accessible and administered, the faster we will reach herd immunity in the U.S.
- Until we reach herd immunity, and following CDC guidance, we plan to continue to enforce a mandatory mask policy for customers and employees. Please also continue to socially distance and wash your hands frequently.

**Is the vaccine safe?**
- Yes! According to the CDC, the U.S. vaccine safety system ensures that all vaccines are as safe as possible.
- One of the most rigorous parts of the process is the clinical trials phase. Clinical trials conducted according to Food and Drug Administration (FDA) standards evaluate the vaccine in many thousands of trial participants. If the FDA determines a vaccine meets its safety and effectiveness standards, it can authorize a vaccine for use.
- And testing and monitoring continues even after vaccine approval to ensure it's safe across larger populations.

**UNITED_SAMBRANO_00005627**

**Will the vaccine be mandatory for employees?**
- Our number one priority is to help keep employees safe.
- **Scott talked about our intention to make the vaccine mandatory for employees at some point but also made clear that we first need to know when and where our employees can get it.**
- We've been a leader in putting health and safety at the forefront of our entire employee and customer experience throughout the COVID-19 crisis, from partnering with Cleveland Clinic and Clorox to launch United CleanPlus℠, to mandating masks, to introducing customer COVID-19 testing and contact tracing for customers on many international and domestic flights.
- A vaccine mandate only works if the vaccine is widely available to all of our U.S. employees, which we know is not yet the case. We encourage all employees to get vaccinated at first opportunity in their county or state.
- We are taking into consideration different laws and approaches country by country as well as a Reasonable Accommodate Process (RAP) for those unable to be vaccinated.
- You can expect additional communication about our policy in the near future.

**How will the vaccine be distributed in the U.S.?**
- Vaccine availability and distribution will be different for everyone depending on where you live and work, your age and your health history. While the CDC issued vaccine distribution guidelines, each state (and in some cases counties within states) is responsible for vaccination plan that makes sense locally, which means their approach may differ from the CDC. But vaccine distribution follows the same basic strategy:
  - Vaccine manufacturers ship to U.S. distribution points as directed by federal government (with our help!)
  - Federal government deploys vaccines based on population
  - State determines phased rollout
  - Rollout managed by county/city health agencies, health care providers, pharmacies, private companies or a combination of all.
- Employees are encouraged to check their local, county or state Department of Health for the latest information on who is eligible and when, as well as the local process for getting vaccinated.

**How soon I can get vaccinated?**
- For now, the CDC/ACIP guidelines places transportation workers – which includes airline workers - into phase 1C. This is ahead of the general population but behind other essential worker groups (ex. police officers are in Phase 1B as well as "public transit" workers)
- Because vaccine distribution is being organized state-by-state in the U.S., vaccine eligibility for airline workers will be different depending on where you live and work, your age and your health history.
- Check your local, county or state Department of Health for the latest information on eligibility and the local process for getting vaccinated.
- And if the opportunity arises to get vaccinated in your county or state – take it! Depending on where you live you may already be eligible to get vaccinated, no need to wait for guidance from United.

**Could I already be eligible for the vaccine based on where I live?**

**UNITED_SAMBRANO_00005628**

- Yes! In some states – like Florida, Texas and Virginia – healthcare professionals, residents ages 65+ and residents with qualifying preexisting health conditions are eligible to be vaccinated.
- In some states – like New York – transit workers including airline employees, are now eligible to receive the vaccine.
- And this information will continue to change daily depending on the availability of the vaccine and your local population.
- Check your local, county or state Department of Health for the latest information on eligibility and the local process for getting vaccinated.

**Is there a pre-determined order to how the vaccine will be distributed among employees?**
- No. Because vaccine distribution is being organized state-by-state in the U.S., vaccine eligibility for airline workers will be different depending on where you live and work, your age and your health history.
- United is not creating a pre-determined order for vaccine access.
- That's why if the opportunity arises to get vaccinated in your county or state – take it! Depending on where you live you may already be eligible to get vaccinated, no need to wait for guidance from United.

**Can I schedule a vaccine appointment on a work day?**
- No. Missing work for a vaccination appointment is not an authorized absence.
- Please schedule your vaccine after work or on your day off (including leverage shift/trip trading). In a few situations people feel ill following vaccination, but these symptoms typically dissipate in a few days. If you experience post-vaccination symptoms that prevent you from safely working, please use sick time until you are ready to return to work.

**Will employees be able to get vaccinated at our onsite clinics?**
- Yes. Employees may be able to get vaccinated at our Premise onsite clinics located at ORD, IAH, EWR, and GUM. Our teams are actively working with health departments and healthcare providers to provide vaccinations to eligible employees onsite when doses are available.
- At this time, our applications for ORD, IAH and EWR are pending state approval. We are actively working with government officials to try and expedite the process.
- We are also working to establish pop-up vaccination centers at other airports for United employees and are also working closely with airport authorities to establish multi-employer points of distribution at larger airports.
- We hope to have more details about these onsite offerings in the coming weeks and will provide more information as that becomes available.

**Should employees wait to get vaccinated at our onsite clinics?**
- No!! If the opportunity arises to get vaccinated in your county or state – take it! Depending on where you live you may already be eligible to get vaccinated, no need to wait for guidance from United.

**Where can I learn more about vaccine safety and efficacy?**
- There are lots of great resources available about the COVID-19 vaccine, the testing process and certification process. Here are a few we've already shared with employees.

**Is the vaccine covered by our company medical insurance?**

UNITED_SAMBRANO_00005629

- There will be no cost to any employee to get the COVID-19 vaccine.
- You may be asked for your insurance card at your vaccine appointment, but there will be no charge to you for getting vaccinated

**What should I do with the vaccination card?**

- Right now, both versions of the vaccine (Pfizer and Moderna) require two doses. It is important that you receive both doses in order to develop a high degree of immunity.
- When you receive your first and second dose of the vaccine, you will receive an immunization card.
- We recommend you take a picture of the card with your phone and also keep the card somewhere safe for future reference - you may be required to show proof of vaccine in the future for travel or other logistical reasons.

**UNITED_SAMBRANO_00005630**

# EXHIBIT 48

**From:**
**To:**              Gentry, Wendy
**Sent:**            11/30/2021 8:37:48 AM
**Subject:**         RE: Religious RAP


Dear Ms. Gentry,

I have reviewed you case file and confirmed that you were approved for a RAP, but then withdrew it on 9/14/21.
We are not reinstating RAP's that have been withdrawn.  I am sorry, I know this is not the answer you were
hoping for.

I wish you the best in the future.

Neil


**From:** Gentry, Wendy <wendy.gentry@united.com>
**Sent:** Friday, November 19, 2021 4:14 PM
**To:** Thomas, Gary <Gary.Thomas@united.com>
**Cc:** Kate Gebo <KateGebo@united.com>; Gebo, Kate <Kate.Gebo@united.com>; Robb, Neil
<neil.robb@united.com>
**Subject:** Re: Religious RAP

Good afternoon Kate,

I resubmitted my RAP and have not heard anything back.  Just trying to follow up.
Thank you.
Wendy Gentry

Get Outlook for iOS

---

**From:** Gentry, Wendy
**Sent:** Wednesday, October 20, 2021 7:40:32 PM
**To:** Thomas, Gary <Gary.Thomas@united.com>
**Cc:** Kate Gebo <KateGebo@united.com>; Gebo, Kate <Kate.Gebo@united.com>
**Subject:** Religious RAP


Both Federal and State Law Require Reasonable Accommodation:


Codified by 42 U.S.C. §2000e et seq. and California Government Code §12900 et seq., both Title VII of the 1964
Civil Rights Act and the California Fair Employment and Housing Act (FEHA) provide broad workplace
protections for people of sincere religious faith. For instance, it is generally unlawful for an employer to "exclude
or to suspend an employee or otherwise to discriminate against, any individual because of his race, color,
religion, sex, or national origin." 42 U.S.C. 2000e-2(c)(1). (See also Government Code §12940(b)). Within this
framework, both Title VII and the FEHA require an employer to reasonably accommodate an employee's sincere
religious observances and practices, unless such an accommodation would impose more than a de minimis undue
hardship. See Tooley v. Martin-Marietta Corp., 648 F.2d 1239, 1241 (9th Cir. 1981) [the scope of 42 U.S.C.
§2000e(j) extends to unions as well as employers]; Government Code §12940(I). As to what an "undue hardship"
entails, an employer must either provide factual evidence that co-workers of an accommodated employee will be
significantly imposed upon, or that a material disruption of the work routine will occur. Mere hypothetical
scenarios of what could happen to the union if an employee is granted an accommodation are wholly insufficient.
See Heller v. EBB Auto Co., 8 F.3d 1433, 1440 (9th Cir. 1993); Tooley v. Martin-Marietta Corp., supra, at 1243;

**APP.238**

CONFIDENTIAL

Pursuant to 42 U.S.C. §2000e(j), "religion" in the employment context is defined as "all aspects of religious observance and practice, as well as belief..."A similar definition may be found under California Government Code §12940(I) and 2 Cal. Code Reg. §72993.1. In view of this broad definition by Congress and the California Legislature, it cannot be said that any employer covered by Title VII or the FEHA may legally or constitutionally require an employee to belong to any "bona-fide" religious organization as a condition for receiving an accommodation. At the very most, an employer may only require that an employee's asserted religious beliefs be sincere. See, e.g., Frazee v. Illinois Employment, 489 U.S. 829,834 (1989) [we reject the notion that to claim the protection of the Free Exercise Clause, one must be responding to the commands of a particular religious organization"]; IAM v. Boeing, 833 F.2d 165, 168-70 (9th Cir. 1987), cert. denied; Callahan v. Woods, 658 F.2d 679 (9th Cir. 1981); Young v. Southwestern Savings and Loan, 509 F.2d 140 (5th Cir. 1975); 29 C.F.R §1605. Accordingly, while the employers may compel an employee to articulate what her religious beliefs are, they are prohibited from requiring the employee to prove that such beliefs are logical, widely acceptable, consistent, or even comprehensible. See, e.g., Thomas v Review Bd., 450 U.S. 707, 715-16 (1981); U.S. v. Ballard, 322 U.S. 78, 86-7 (1944); Cooper v. General Dynamics, 533 F.2d 163, 166 n.4 (5th Cir. 1976), cert. denied.

Contrary to what an employer might believe, they may not require an employee to waive nor limit their right to an accommodation under Title VII and the FEHA without the employees express consent. It is therefore wrong for the business to presume that it is legally empowered to restrict religious accommodations to only those employees who can "empirically prove" that they are members of a religious organization with traditional tenets against vaccines. Allowing the business to make such a restriction is necessarily discriminatory, and a violation of state and federal law, to the extent that established religions with official anti-vaccine positions are being favored over religions with no official union positions. See, e.g., Wilson v. NLRB, 920 F.2d 1282,1287 (6th Cir. 1990).

The FDA admits we do not know the long-term effects of the vaccine.

Demanding employees divulge their personal medical information invades their protected right to privacy , and discriminates against them based on their perceived medical status, in contravention of the Americans with disabilities Act (42 USC §12112(a).) Indeed, the ADA prohibits employers from invasive inquiries about their medical status, and that includes questions about diseases and treatments for those diseases, such as vaccines. As the EEOC makes clear, an employer can only ask medical information if the employer can prove the medical information is both job-related and necessary for the business. (https://www.eeoc.gov/laws/guidance/questions-and-answers-enforcement-guidance-disability-related-inquiries-and-medical). An employer that treats an individual employee differently based on that employer's belief that the employee's medical condition impairs the employee is discriminating against that employee based on perceived medial status disability, in contravention of the ADA. The employer must have proof that the employer cannot keep the employee, even with reasonable accommodations, before any adverse action can be taken against the employee. If the employer asserts the employee's medical status (such as being unvaccinated against a particular disease) precludes employment, then the employer must prove that the employee poses a "safety hazard" that cannot be reduced with a reasonable accommodation. The employer must prove, with objective, scientifically validated evidence, that the employee poses a materially enhanced risk of serious harm that no reasonable accommodation could mitigate.

Forced vaccines constitute a form of batter, and the Supreme Court made clear "no right is more sacred than the right of every individual to the control of their own person, free from all restraint or interference of others" (https://www.law.cornell.edu/supremecourt/text/141/250)

**APP.239**

CONFIDENTIAL **UNITED_SAMBRANO_00006228**

I, Wendy Gentry, am a faith-based woman, acting under both federal and state law, exercising my right to receive a religious exemption for the COVID-19 vaccine.

Many Christians, including myself, believe as 2 Corinthians 7:1 states that we should "cleanse ourselves from every impurity of flesh and spirit." In 1 Corinthians 6:19 it says, "Know ye not that your body is a temple". Putting this foreign substance in my body goes against my faith and sincerely held religious beliefs.

The way I practice my religion includes aligning myself with scriptures on issues that oppose the wisdom of the world. The scriptures are very specific about how those who practice Christianity should navigate life. Ephesians 6:10-18 directs us to "put on the armor of God," so that we can be equipped with truth, righteousness, peace and faith.

The freedom for each individual to choose for themselves is my sincerely held religious belief. In the scriptures it states (Doctrine & Covenants 98:5) "And that law of the land, which is constitutional, supporting that principle of freedom in maintaining rights and privileges, belongs to all mankind, and is justifiable before me."

"We believe that no government can exist in peace, except such laws are framed and held inviolate as will secure to each individual the free exercise of conscience, the right and control of property, and the protection of life." (D&C 134:2)

As a woman of faith it is my God given, constitutional, and inalienable right to act according to my conscience and choose for myself what is best for me, my body, and my family.

**CONFIDENTIAL**

# EXHIBIT 49

| | |
|---|---|
| **From:** | Fiore, Kristin </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6C538221B8554A2DA78C273F7064DE18-U277861> |
| **To:** | Behr, Debbie |
| **CC:** | Catanzano, Jessica |
| **Sent:** | 10/26/2021 4:49:16 PM |
| **Subject:** | RE: N95 Mask Training |
| **Attachments:** | Respirator Usage Guidance - Oct 2021.pdf |

Hi Jessica,

Yes, for RAP employee wearing N95 masks, we sent out the attached info on how to wear an N95 or KN95 mask.  The use of N95 or KN95 masks for RAP employees is considered voluntary, as they have a choice to stay at home on leave, get vaccinated, or come to work in a mask.  So there are no additional obligations to provide training, fit testing, etc.

Let me know if you have questions.

Thanks,
Kristin

**From:** Behr, Debbie <Deborah.K.Behr@united.com>
**Sent:** Tuesday, October 26, 2021 9:01 AM
**To:** Fiore, Kristin <Kristin.Fiore@united.com>
**Cc:** Behr, Debbie <Deborah.K.Behr@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>
**Subject:** FW: N95 Mask Training

Hi Kristin –

Do you know who can answer Jessica's question below? I thought I recalled a discussion around "industrial N95 and the N95's" we're providing, but would like to help her be able to respond. Can you direct us accordingly?

Thanks much,
Deb

**Deborah K Behr**
HR Spcl Programs
United|233 S Wacker Drive, 25th Floor WHQHR|Chicago, IL 60606
Tel.  872.825.4402|Mobile 847 513 1433| Deborah.K.Behr@united.com

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Monday, October 25, 2021 7:34 PM
**To:** Behr, Debbie <Deborah.K.Behr@united.com>
**Subject:** Re: N95 Mask Training

I did not

On Oct 25, 2021, at 6:32 PM, Behr, Debbie <Deborah.K.Behr@united.com> wrote:

Hi Jessica n-

So sorry I'm late in responding. Did you receive a response for this one?

**APP.242**

 UNITED_SAMBRANO_00006727

**Deborah K Behr**
HR Spcl Programs
United|233 S Wacker Drive, 25th Floor WHQHR|Chicago, IL 60606
Tel.  872.825.4402|Mobile 847 513 1433| Deborah.K.Behr@united.com

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Friday, October 22, 2021 12:15 PM
**To:** Vincenz, Joan <joan.vincenz@united.com>; Behr, Debbie <Deborah.K.Behr@united.com>; Limacher, Kirk <kirk.limacher@united.com>
**Subject:** N95 Mask Training

Hi – I know we sent out a guide with the N95 masks, but I was asked today about mask training and a shorter OSHA approved training requirement for wearing those masks – do you know anything about that?

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

**CONFIDENTIAL**

# EXHIBIT 50



# COVID-19 RAP PROCESS

TEMPORARY/PARTIAL/PERMANENT
12/16/21

**CONFIDENTIAL**

**UNITED_SAMBRANO_00008869**

# Group Definitions

GROUP_0: (600 employees)

1.   Pilots: Union code PT

GROUP_1: (1,600 *employees*)

1.   Flight Attendants - Union code: FA
2.   **Airport Ops ATW (customer facing roles) – Union code PCE + job code (see chart to the right)**
3.   M&A Airport Ops ATW Supervisors: These individuals will not be included in the HH definition of group 2; they will be processed manually
4.   M&A In-Flight Supervisors: These individuals will not be included in the HH definition of group 2; they will be processed manually

| Job Code | Job Title | | | Salary Plan |
|---|---|---|---|---|
| 335322 | ASA - Station Leader | | | PCE |
| 335522 | Concierge Interpreter | | | PCE |
| 338622 | Ld Cargo Resvtn Specialist | | | PCE |
| 353722 | Station Operations Rep | | | PCE |
| 404022 | Lead Customer Svc Rep | | | PCE |
| 404522 | CTO Agent | | | PCE |
| 404722 | Customer Svc Rep | | | PCE |
| 407122 | CSR-Interpreter | | | PCE |
| 407322 | CSR-United Club | | | PCE |
| 407422 | CSR-Global Services | | | PCE |
| 407522 | Lead CSR - Global Services *(not used)* | | | PCE |
| 407922 | Lead CSR-United Club | | | PCE |
| 407722 | Premium Service Rep | | | PCE |
| 407822 | Lead Premium Service Rep | | | PCE |
| 404551 | CTO Agent | | | PCE |
| 404051 | Lead Customer Service Rep | | | PCE |
| 404751 | Customer Service Rep | | | PCE |
| 407151 | CSR - Interpreter | | | PCE |
| 404622 | CTO Agent | | | PCE |
| 404022 | Lead Customer Svc Rep | | | PCE |
| 404822 | CSR | | | PCE |
| 353922 | Station Operations Rep PR | | | PCE |

**UNITED**
**APP.246**

**UNITED_SAMBRANO_00008870**

## Group Definitions .. continued

GROUP_2: (1,450 *employees*)

1. Technicians – Union code MEC
2. Airport Ops BTW – union code RMP
3. Airport Ops ATW (non-customer facing roles) – union code
   PCE minus job codes included above
4. Catering Ops  - Union code FS
5. Contact Center Agents (in-person) - union code PCE, Division
   Contact centers minus these job codes (basically they'll be
   captured in #3, but calling it out anyway)
     a. 406122
     b. 406222
     c. 406322
     d. 406522
6. Dispatchers – Union Code DIS
7. All other frontline roles – Union codes FTI, MTI
8. M&A (required to be in the operation except AO/IF
   Supervisors):  These individuals will not be included in the HH
   definition of group 2; they will be processed manually


GROUP_3:

▪ M&A (outside the operation/Corporate)


3



CONFIDENTIAL

## COVID-19 RAP Medical accommodations (as of 12/16/21)

### Group_0: Pilots

- Those who were partially vaccinated prior to 11/10/21 we able to remain Active and flying and fully vaccinated by 12/16/21 (system deadline 12/22/21). Their accommodation has been rescinded.
- Those who were unvaccinated went on a medical leave (able to use sick time)

### Group_1: Customer facing employees

- Fight attendants who were partially vaccinated by 11/11/21 remained working and fully vaccinated by 12/16/21 (system deadline 12/22/21). Their accommodation has been rescinded.
- Flight attendants unvaccinated are using sick time SLOA.
- Customer Service Agents – are being accommodated for Agent On Demand for 59 days, once that exhausts they would be able to use sick time. Pending is another assignment for Hawaii Pre-clearance role which they may transition to. This should be done automatically through Peoplesoft. If no other accommodation is available for them to work they would use their sick time to leave.


- \*\*\* If any of these groups have a temporary medical accommodation and a religious accommodation, they would transition to unpaid Personal Leave immediately after the medical accommodation ends.

4

UNITED

APP.248

**UNITED_SAMBRANO_00008872**

## COVID-19 RAP Medical accommodations (as of 12/16/21)

### Group_2: Non-customer facing roles (for medical or religious):

- Get tested for COVID-19 and present negative results twice weekly

- Continue to wear N95 or KN95 masks at all times while at work, traveling or in training

- Continue to social distance from others

Following these safety measures is a requirement of your approved RAP. Failure to participate or uploading false testing information will result in discipline up to and including separation from United. For more information on the testing requirements, please view our FAQ.

\*\*\*\* If a non customer facing employee had a temporary medical accommodation and a religious accommodation there will be no change, they'll continue to test and mask.

### M&A employees (Outside the operation/Corporate)

- Accommodation is determined locally to either following testing twice weekly and masking or to work from home remotely. (see Carlos for more information on what accommodation to enter into Peoplesoft).

5



**APP.249**

# Permanent Medical Accommodation – Initial Approval

Permanent: If someone has a permanent medical accommodation:

1. Note this in the work notes.
2. Ensure the correct Group# is in the Dependency field to send the appropriate accommodation verbiage. Format is Group_#.
3. Send the Approval task by changing the RAP status to Accommodation Approved. Suspend for 5 days pending their response.
4. If they acknowledge the accommodation, suspend the case for 1 year pending update.
5. Update TALEO and Peoplesoft (effective immediately)

Its unknown at this time if we'll require documentation to renew these accommodations or if the pandemic meaningful recedes and accommodations are no longer required:

This accommodation will be re-evaluated on an on-going basis for appropriateness given overall pandemic conditions. Once the pandemic meaningfully recedes, you will be welcomed back to the team on active status when the below criteria has been met based on your role:

- **For customer-facing ground employees:** Since your role is based in a single location, we will use local data. The community transmission rate must be "moderate" or below for at least 21 consecutive days in your state. For example, if you are a CSR who works at ORD, the community transmission rate on Oct. 19 was "high" for the state of Illinois. This rate would need to be "moderate" for at least 21 consecutive days in order for you to return to active status. However, should the community transmission rate return to "substantial" or "high" for 7 consecutive days, you will be returned to unpaid leave.

- **For crew (flight attendants & pilots):** Since crew travel across the U.S., we will use national data. Nationwide daily case count must be at or below 10,000 per day for at least 21 consecutive days on a rolling 7-day average. The nationwide daily case count on Oct. 18 was 51,249, which is a reduction from 117,008 on Oct. 1. However, should the nationwide daily count exceed 15,000 per day for 7 consecutive days, you will be returned to unpaid leave.

6



APP.250

UNITED_SAMBRANO_00008874

# Temporary Medical Accommodation – Initial Approval

- If you approve a temporary accommodation:

1. Note this in the work notes and the Important Information field:
   - Expiration date, Active/Leave, unvaccinated or partially vaccinated? *Example: TEMP MED expires 12/13/21, active, no vax*

2. Ensure the correct Group# is in the Dependency field to send the appropriate accommodation verbiage. Format is Group_#.

3. Send the Approval task by changing the RAP status to Accommodation Approved. Suspend for 5 days pending their response.

4. Send the temporary accommodation verbiage based on their Employee Status and Vaccination Status (see next slide).

5. If they acknowledge/no response to the accommodation, then we'll change the RAP Status to Accommodation Expired and the RAP End date to…..
   - If they're unvaccinated set the RAP End date to the date the employee's accommodation expires, this will give them 5 weeks from a system standpoint to get fully vaccinated before falling into non compliance and possible termination.
   - If they're partially vaccinated and we're approving due to a reaction to the vaccine but they intend on getting the 2nd dose then we need to set the RAP End date to calculate the non compliance date to fall one week after the expiration date. I.E. the expiration date + 7 days – 5 weeks = the correct RAP End date.
     - Example: partially vaccinated on 8/10, RAP expires on 12/2/21, vaccine due date is 12/9/21, thus the RAP End date will be 11/4/21. HOWEVER, they do not get put on the non-compliance list until the following Wednesday, so their actual due date would be 12/15/21. This is important for communicating a PARTICULAR date they need to be fully vaccinated by.

7

UNITED

APP.251

## Temporary Medical Accommodation – Initial Approval… continued

- If you approve a temporary accommodation:

  6. Update Taleo and Peoplesoft (effective immediately) there is a new field to add an End date.

  7. Suspend the case to 1 week after the expiration date to check if the employee submitted any updated medical documentation to extend the expiration date.

8

**UNITED**
APP.252

# Temporary Medical Accommodation – Follow Up

1. If the employee has not submitted anything to extend, add a note into the additional comments field "Temporary medical accommodation has expired", change the state to Closed Incomplete. This prevents the employee from re-opening the same case. Keep the RAP Status as Accommodation Expired so that the RAP End date correction reflects the date HRBPs and station should act on non compliance.

2. If the employee has submitted medical documentation to extend the accommodation determine if its sufficient to extend the accommodation:

   - If Yes– Send a new temporary accommodation notification with the new date, update the RAP End date in Help Hub and the end date in Peoplesoft. Resuspend the Help Hub case to 7 days after the expiration date.

   - If No- KEEP THE RAP STATUS AS ACCOMMODATION EXPIRED. Using the additional comments field advise the employee that we've reviewed the medical documentation and we are unable to extend the accommodation based on the information we received, the accommodation is now expired. Closed Incomplete.

\* No need to send anything to HRBPs around compliance, they're monitoring the RAP status on a dashboard and will take appropriate action without us prompting.

9

UNITED

APP.253

UNITED_SAMBRANO_00008877

# Temporary Medical Accommodation – Notifications

**Employees Active and <u>Unvaccinated</u>:**

Hello XXXX,

Thank you for participating in the reasonable accommodation process. As you know, you submitted a request from your health care provider supporting a temporary medical accommodation which was approved and will expire effective XX/XX/XX. You are required to receive your first COVID-19 vaccine within seven calendar days of this date and upload your vaccination card details into My Info. If you have not submitted this within seven days, the termination process will begin at that time. If you receive a vaccine which requires a second dose, you will have five weeks from your expiration date to be fully vaccinated. Please continue to follow applicable testing and masking procedures at all times until you are fully vaccinated.

Please feel free to contact the Employee Service Center at 1-877-825-3729 if you have any questions.

Thank you,

ESC Absence Management

10



APP.254

**UNITED_SAMBRANO_00008878**

# Temporary Medical Accommodation – Notifications

**Employees on Leave/Maternity:**


Hello XXXX,


Thank you for participating in the reasonable accommodation process. As you know, you submitted a request from your health care provider supporting a temporary medical accommodation which was approved and will expire effective XX/XX/XX. As a reminder, you are required to get fully vaccinated prior to returning to work and upload your vaccination card details into My Info. If you have not submitted this within seven days of your return, the termination process will begin at that time. If you receive a vaccine which requires a second dose, you will have five weeks from your clearance date to be fully vaccinated.


Please feel free to contact the Employee Service Center at 1-877-825-3729 if you have any questions.


Thank you,

ESC Absence Management


11



CONFIDENTIAL

UNITED_SAMBRANO_00008879

# Temporary Medical Accommodation – Notifications

**Employees Active and PARTIALLY vaccinated (they will only be given 7 days from the expiration date vs. 5 weeks from the 1st dose or the expiration date):**

Hello XXXX,

Thank you for participating in the reasonable accommodation process. As you know, you submitted a request from your health care provider supporting a temporary medical accommodation which was approved and will expire as of XX/XX/XX. We see you have received your 1st vaccination shot in My Info. You will need to receive your 2nd vaccination by XX/XX/XX and upload it into My Info or termination will begin at that time.

Please feel free to contact the Employee Service Center at 1-877-825-3729 if you have any questions.

Thank you,

ESC Absence Management

IMPORTANT:

The third date is the system due date we need to calculate the correct 5 week countdown. I.E., the Expiration date + 7 days – 5 weeks = the correct RAP End date.

- Example: partially vaccinated on 8/10, RAP expires on 12/2/21, vaccine due date is 12/9/21, thus the RAP End date will be 11/4/21. HOWEVER, they do not get put on the non-compliance list until the following Wednesday, so their actual due date would be 12/15/21, so THIS is the date we would communicate they must be vaccinated by.



CONFIDENTIAL                                                                                UNITED_SAMBRANO_00008880

# **Partially Vaccinated with Permanent/Fully Vaccinated**

Neil and I are receiving daily reports of employees who become partially or fully vaccinated with an approved accommodation so not many should fall back into your queue.

We'll remove the accommodation from Peoplesoft after closing

### **Fully Vaccinated**

Our system shows that you are fully vaccinated as of XX/XX/XX.  As a result, we are closing your RAP case.  Thank you for getting vaccinated.

### **Partially Vaccinated**

Partially vaccinated cases we are rescinding their accommodation, setting the RAP End date to the date of their 1st dose and communicating the date they'll need to be fully vaccinated which is 5 weeks + the following Wednesday.

I won't send you all the verbiage, please just let me know if you find one and assign it to me to action.

### **Notes:**

There may be some scenarios where the direction does not fit, please feel free to reach out to me and/or Legal if you're confused on next steps. We're still

13



APP.257

# EXHIBIT 51

| From: | Roque, Roman </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A9F0A2D14DFE41B6B003DE7A271F8180-U288614> |
|---|---|
| To: | Rivera Torres, Carlos; Baylis, Pat |
| Sent: | 8/27/2021 2:06:15 PM |
| Subject: | RE: Medically related COVID-19 Vaccine RAP process moving forward |
| Attachments: | image001.jpg |

Hello,

Just saw this email.

I will not send anymore emails to Pat related to Covid vaccine exemption.

@Baylis, Pat. Sorry about that Pat.

Thank you,

Roman Roque, RN
Medical Specialist
United Medical - OPCMD
1-877-UAL-ESC9

This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation. RR/rr

**From:** Rivera Torres, Carlos <carlos.riveratorres@united.com>
**Sent:** Friday, August 27, 2021 1:10 PM
**To:** Guy, Gina <gina.guy@united.com>; Roque, Roman <roman.roque@united.com>
**Subject:** Medically related COVID-19 Vaccine RAP process moving forward

Good Morning Gina/Roman,

After discussion with Pat Baylis, effective immediately there is no need to send her any information regarding either new hire or current employee medically related COVID-19 RAP cases. The Nurses along with Sheila Fredrick/Megan Toth will be solely responsible for deciding what to ask for or determining if the information is sufficient for an accommodation. Therefore, Pat has been removed from any future meeting invites.

Please continue to include the Managers in these meetings as well. During today's call we can speak with Megan/Sheila if they want you to send them ahead of time your input regarding what you would like to ask or information about accommodating.

If you have any questions, please let me know.

Thanks,

**APP.259**

CONFIDENTIAL UNITED_SAMBRANO_00009946

**Carlos Rivera-Torres**
ESC Manager – West Region
Absence Management

United | Corporate Support Center
233 South Wacker Drive, 25th Floor| Chicago, IL 60606
Tel. 847 700 3296 | Mobile 312 802 0836 | carlos.riveratorres@united.com



*This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation.*

**APP.260**

**CONFIDENTIAL**

# EXHIBIT 52

**Placeholder: Excel Spreadsheet**
**UNITED_SAMBRANO_00010956**

**\*Due to size of document to be provided to the Court upon request**

# EXHIBIT 53

| | |
|---|---|
| **From:** | Sharma, Garima </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=17177949D35E47D7A2FDDB42876FD84D-U358952> |
| **To:** | Catanzano, Jessica; Gaito, Travis; Muenkel, Dan; Kemp, Jennifer; Robb, Neil |
| **CC:** | Innocenti, Cathy; Thacker, Bryan |
| **Sent:** | 10/22/2021 4:13:17 PM |
| **Subject:** | RE: Erin Despaigne (u241812) |
| **Attachments:** | M&A_Testing_Required_Employees.xlsx |

Hi Jessica,

We don't currently have a way to track when people come in & out of leave. Someone will have to remove her from this list if she does return and we should probably put a process in place to manage that, otherwise these employees will slip under the radar. I have added this UID to the new master list (attached) and will refresh it in Foundry

Thanks,
Garima

**From:** Catanzano, Jessica <jessica.catanzano@united.com>
**Sent:** Friday, October 22, 2021 4:08 PM
**To:** Gaito, Travis <travis.gaito@united.com>; Muenkel, Dan <Dan.Muenkel@united.com>; Sharma, Garima <garima.sharma@united.com>; Kemp, Jennifer <Jennifer.Kemp@united.com>; Robb, Neil <neil.robb@united.com>
**Cc:** Innocenti, Cathy <cathy.innocenti@united.com>
**Subject:** RE: Erin Despaigne (u241812)

Ok, so she is working from home. I did not have an indicator she was so I had her on the testing list. We'll make the change.

@Sharma, Garima – can you please update Erin to no testing required

@Kemp, Jennifer @Robb, Neil fyi for your M&A wfh list.

Thanks.

---

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
' (872) 825.5536 | jessica.catanzano@united.com |united.com

**From:** Gaito, Travis <travis.gaito@united.com>
**Sent:** Friday, October 22, 2021 2:14 PM
**To:** Muenkel, Dan <Dan.Muenkel@united.com>; Catanzano, Jessica <jessica.catanzano@united.com>
**Cc:** Innocenti, Cathy <cathy.innocenti@united.com>
**Subject:** Erin Despaigne (u241812)

Hi Dan and Jessica,

Erin Despaigne is the Sr. Coordinator, Airport Operations Station Support for Louis Smilanich, MD-AO Ramp Services at EWR. Erin had a baby and has been working at home for Louis for the past several months since she gave birth. Louis has not had her return to the office.

**APP.263**

Louis has informed Erin that she will need to start to come into the office but will provide her until November 30, 2021 to do so. She did apply for a religious accommodation in order to prevent getting vaccinated and was approved. However, we have not required her to get tested while she is working completely from home since she will not be reporting into the office.

Can you turn off the feature that indicates that she should be tested off currently until the end of November 2021 and classify her accordingly. We believe that she will be tendering her resignation as she prefers to stay at home.

However, if she opts to return at the end of November, we will then require her to wear the N/KN95 mask and be subject to the bi-weekly testing.

Please let me know how we can remedy this.

Thanks,

**Travis Gaito, MHRER/SPHR/SHRM-SCP**
Manager, Human Resources and Employee Relations
United | Terminal C: | Newark-Liberty International Airport, Newark 07114
Tel +1 973 681 1603 | travis.gaito@united.com
united.com

**From:** Smilanich, Louis <louis.smilanich@united.com>
**Sent:** Friday, October 22, 2021 2:23 PM
**To:** Gaito, Travis <travis.gaito@united.com>
**Subject:** FW: First warning: Upload your COVID-19 testing results

Travis,

I just tried to call you to discuss this. How do we proceed? Erin and I spoke today. She is aware she has to return to work by 11/08. She has the weekend to consider her options although she knows that she be resigning.

With that said I want to drag this out 9her resignation) through Thanksgiving as I need the support with all of that we are doing.

Thoughts?

**From:** Despaigne, Erin <erin.despaigne@united.com>
**Sent:** Friday, October 22, 2021 1:48 PM
**To:** Smilanich, Louis <louis.smilanich@united.com>
**Subject:** FW: First warning: Upload your COVID-19 testing results

Good Afternoon ~

I just received the note below. Please advise how to proceed.

Thank you!

~Erin

**From:** HR Communication <hr.communication@united.com>
**Sent:** Friday, October 22, 2021 1:44 PM
**To:** Despaigne, Erin <erin.despaigne@united.com>
**Subject:** First warning: Upload your COVID-19 testing results

**APP.264**

# First warning: Upload your COVID-19 testing results

**UNITED**

United employee,

As part of you RAP accommodation, you are required to get tested for COVID-19 twice weekly and upload your positive or negative result here.

**As of Oct. 21, you have not uploaded any testing results.** Please upload the results of your test as soon as possible in order to avoid discipline.

Violating United's COVID-19 testing requirement is serious and may result in discipline, up to and including termination. Should an employee fail to comply with the testing policy, and have a clean disciplinary record, the below progressive disciplinary steps will ensue.

| Incident | Discipline |
|---|---|
| First infraction | Written termination warning/letter of warning |
| Second infraction | Termination |

Please note, the above displayed discipline progression is for an employee who has a clean disciplinary record. Should an employee already be on a termination warning the next step of discipline will be termination.

Please keep in mind these safety protocols may change at United's discretion as the pandemic environment shifts and updated guidance is provided from the federal government. If you have any questions about testing requirements please visit Help Hub. For questions on your schedule, please contact your local business office. A more comprehensive FAQ document is available on Help Hub.

Note: if you are on continuous Family Medical Leave (FML), OJI, or other approved leave, you can disregard this notice. You will be required to test upon returning to work unless you get vaccinated and upload your vaccine card to Flying Together.

©2021 United Airlines. All rights reserved.
The information contained in this message may be confidential. Any unauthorized use, dissemination or copying of this communication is prohibited.

United Airlines | 233 S. Wacker Dr., Chicago, IL 60601
Unsubscribe erin.despaigne@united.com

Update Profile | Constant Contact Data Notice
Sent to erin.despaigne@united.com by hr.communication@united.com

**APP.265**

UNITED_SAMBRANO_00010963

# EXHIBIT 54

**Placeholder: Excel Spreadsheet**
**UNITED_SAMBRANO_00010994**

**\*Due to size of document to be provided to the Court upon request**

# EXHIBIT 55

**Placeholder: Excel Spreadsheet**
**UNITED_SAMBRANO_00013117**

**\*Due to size of document to be provided to the Court upon request**

# EXHIBIT 56

**Placeholder: Excel Spreadsheet**
**UNITED_SAMBRANO_00013227**

**\*Due to size of document to be provided to the Court upon request**

# EXHIBIT 57



December 3, 2021



**Re:   Failure to adhere to N95/KN95 mask compliance and COVID-19 testing and reporting accommodation - Termination Warning**

Dear ,

An investigatory meeting was held on November 8, 2021 via Teams. The purpose of the meeting was to discuss your failure to adhere to wearing a N95/KN95 mask and your twice every week COVID-19 testing and results reporting accommodation. Specifically, you were witnessed not wearing the required mask while teaching a class on October 30, 2021 and did not report your testing result to Flying Together on November 3, 2021. I confirmed you haven't uploaded any tests as of December 2, 2021. In addition to you and me, Union representative Chip Wilson also attended the meeting.

The Company's investigation revealed the following facts: Pursuant to your reasonable accommodation, you are required wear a N95/KN95 mask while working and to upload your COVID-19 testing and result two times in a rolling seven-day period. On November 3, 2021, you did not upload your test result to Flying Together, and on November 4, 2021 you confirmed that you did not wear the prescribed mask while teaching on October 30, 2021 as witnessed.

████ over the past year and a half, the Company had a mask mandate in place in our facility and there was never an issue with your compliance. During the time the mask mandate has been in place, you followed Company policy by wearing a mask when required and maintained good standing in your position. I would prefer to regain this cooperation and compliance with policies outlined by your reasonable accommodation. To avoid further discipline, I am directing you to upload a valid COVID-19 test to Flying Together within seventy-two (72) hours from the issuance of this letter in order to return to work. Failure to do so may result in proposing termination of your employment with United.

████ your failure to wear the prescribed mask and to properly report your COVID-19 test result to is a direct violation of your accommodation, which, at the time of your infraction, provided:

**What happens if I don't complete testing?**
- Effective Oct. 18, 2021, as part of your RAP accommodation, you are required wear a N95/KN95 mask and to get tested for COVID-19 and present negative results twice weekly.
- Violating United's COVID-19 testing requirement is serious and may result in discipline, up to and including termination. Should an employee fail to comply with the testing policy, and has a clean disciplinary record, the below progressive disciplinary steps will ensue. However, in the case of egregious acts of violations of this policy, the Company may move directly to termination. This includes misrepresentation of testing information uploaded to MyInfo.
- First infraction: Written termination warning/letter of warning

**APP.270**

- Second infraction: Termination
- Please note, the above displayed discipline progression is for an employee who has a clean disciplinary record. Should an employee already be on a termination warning the next step of discipline will be termination.
- Should an employee be non-compliant with these requirements, the appropriate step of discipline will be applied.

Your conduct also violated the Safety Policy of United's Working Together Guidelines, which provides:

**Safety Policy**
- We want to make sure that we create and maintain a positive safety culture at United, a culture where everyone takes health and safety seriously and makes them a priority. To do that, we all need to:
  - Understand and follow company safety rules, regulations, policies and procedures
  - Be careful, and protect yourself and your fellow employees from injury — wherever you are, whether you're on the job or not

This letter serves as a formal notification that, effective the date of this letter, you are being placed on a Termination Warning step of discipline in the disciplinary process due to the severity of your actions and behavior. This Termination Warning will remain in effect for fifteen (15) months of active service. I encourage you to take immediate actions in adhering to your accommodation as well as all Working Together Guidelines and policies. Any additional failure to comply with your accommodation or other United policies may result in further discipline, up to and including proposed termination.

I trust that you have learned from this experience and that further corrective actions will not be necessary.

If these performance issues or other personal matters are affecting you, contact United Airlines' Employee Assistance Program (EAP) for confidential support and resources.
Call your regional EAP Manager directly toll-free at **844 327-9990**
Hours: M-F, 8:30 am — 5:30 pm local
EAP Manager on call 24/7 for emergency services

Sincerely,


_____
Bob Mansfield, Sr. Mgr. 737 Fleet Training
United Airlines, Inc.


By signing below, I acknowledge this meeting took place with the above supervisor.


_____          December 3, 2021

Employee's Signature

CC: Department Management
    Human Resources


**APP.271**

Labor Relations
IAM
P-File (u043463)

CONFIDENTIAL

# EXHIBIT 58

| | |
|---|---|
| **From:** | Robb, Neil </O=UNITED/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=32B1D3EA7DD848DFA48E931D7B4A30D3– U368374> |
| **To:** | Dodd, Alillah; Rivera Torres, Carlos |
| **CC:** | Love, Jasmine; Daniels, Kimberly; Curtis, Lee |
| **Sent:** | 8/19/2021 7:42:36 AM |
| **Subject:** | RE: Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons |
| **Attachments:** | image001.jpg; image003.jpg |

Excellent news.  Thank you.

**From:** Dodd, Alillah <alillah.dodd@united.com>
**Sent:** Thursday, August 19, 2021 7:39 AM
**To:** Rivera Torres, Carlos <carlos.riveratorres@united.com>
**Cc:** Love, Jasmine <jasmine.love@united.com>; Daniels, Kimberly <kimberly.daniels@united.com>; Curtis, Lee <mark.curtis@united.com>; Robb, Neil <neil.robb@united.com>
**Subject:** RE: Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons

Good morning Team,

I spoke with Jeremy Krieger this morning, he stated he is no longer requesting the religious accommodation, he took vaccination 08/07/21.

Thank you,

Alillah Dodd
Staff Representative - HR ESC

United | Corporate Support Center
233 South Wacker – Willis Tower WHQMW | Chicago, IL 60606 | 25th Floor
Tel. 877 825 3729 | 847 700 4947 | alillah.dodd@united.com


**UNITED**

**From:** Rivera Torres, Carlos <carlos.riveratorres@united.com>
**Sent:** Tuesday, August 17, 2021 4:55 PM
**To:** Dodd, Alillah <alillah.dodd@united.com>
**Cc:** Love, Jasmine <jasmine.love@united.com>; Daniels, Kimberly <kimberly.daniels@united.com>; Curtis, Lee <mark.curtis@united.com>; Robb, Neil <neil.robb@united.com>
**Subject:** RE: Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons

Give him till this Friday since info was due 08/15/21

**Carlos Rivera Torres**
ESC Manager – West Region
Absence Management

United | Corporate Support Center
233 South Wacker Drive, 25th Floor| Chicago, IL 60606
Tel. 847 700 3296 | Mobile 312 802 0836 | carlos.riveratorres@united.com

**APP.274**

**CONFIDENTIAL**                                                          **UNITED_SAMBRANO_00015314**

**Sent:** Tuesday, August 17, 2021 4:54 PM
**To:** Dodd, Alillah <alillah.dodd@united.com>
**Cc:** Love, Jasmine <jasmine.love@united.com>; Daniels, Kimberly <kimberly.daniels@united.com>; Curtis, Lee <mark.curtis@united.com>; Robb, Neil <neil.robb@united.com>
**Subject:** RE: Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons

Hello Alillah,

Please reach out **one final time** to Krieger to ask for documentation from a third party that knows you and is familiar with your religious beliefs that prevent you from being vaccinated, specifically, with the COVID19 vaccine. The documentation must reference you specifically and must be signed/dated by the third party.

Thanks,
Carlos


**Carlos Rivera Torres**
ESC Manager – West Region
Absence Management

United | Corporate Support Center
233 South Wacker Drive, 25th Floor| Chicago, IL 60606
Tel. 847 700 3296 | Mobile 312 802 0836 | carlos.riveratorres@united.com

**From:** Dodd, Alillah <alillah.dodd@united.com>
**Sent:** Thursday, August 5, 2021 9:50 AM
**To:** Rivera Torres, Carlos <carlos.riveratorres@united.com>
**Cc:** Love, Jasmine <jasmine.love@united.com>; Daniels, Kimberly <kimberly.daniels@united.com>; Curtis, Lee <mark.curtis@united.com>
**Subject:** Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons

Hello Team,

Please see response to discussion points below (Jeremy Krieger)

- Brief intro – I thanked Jeremy for returning my call and confirmed that his message was received. I introduced myself and advised the call is to further discuss his Religious Accommodation request. Jeremy stated **Yes, I am willing to discuss**

- I understand that you received an offer to join United and that you marked on the Pre-Employment Reasonable Accommodation Req Form that you are unable to get the COVID-19 vaccine for religious reasons. Is that correct? **Yes it is correct**

- Can we briefly discuss your religious beliefs or practices to better understand your request for accommodations that prevent you from getting vaccinated? **Of course, my reason is that I have a moral objection to abortion, and with my research, fetal steam cells are used for production of verification**

- Have you ever received a vaccination before, like a flu shot or other? **Yes, I have received vaccinations, I am previous military and currently in reserves, we are highly vaccinated**

- Besides vaccines, do your religious beliefs prevent you from being tested for COVID-19? **No it does not**

- Are you aware that the vaccination will prevent you or others from getting the COVID-19 virus? It is not itself a treatment for the virus. Taking that into account, does the vaccination still interfere with your religious beliefs or practices? **Yes, my understanding is that the vaccine may reduce symptoms of**

**APP.275**

COVID, but it doesn't prevent you from getting or transmitting COVID. My main objection is with **abortion and the use of stem cells.**

- Are you comfortable complying with various COVID-19 safety protocols: social distancing, face coverings, and frequent handwashing. If so, can you help me understand why those measures are consistent with your religious beliefs but vaccination is not? **Yes, absolutely, I am comfortable with complying with safety protocols, but the protocols are separate from my moral objection against abortion.**

- Along with the Reasonable Accommodation Request we are requesting documentation from your Pastor/Religious leader or from your church/religious organization that supports your religion prevents you from being vaccinated, specifically the COVID19 vaccine. The information must be on church letterhead and needs to clearly identify the Pastor/Religious leader as well as the church/religious organization. Documentation is required within 10 days, if additional time is needed I advised Jeremy to please contact me directly at 847-700-4947.

  Jeremy stated **ok** and **How long is the process**? Informed Jeremy that United will review his information provided along with documentation received and will contact him regarding his request for accommodation.

  Thank you for providing this information, It has been a pleasure speaking with you. Do you have any further questions for me? **No further questions at this time.**

Alillah Dodd
Staff Representative - HR ESC

United | Corporate Support Center
233 South Wacker – Willis Tower WHQMW | Chicago, IL 60606 | 25th Floor
Tel. 877 825 3729 | 847 700 4947 | alillah.dodd@united.com

 **UNITED**

**From:** Rivera Torres, Carlos <carlos.riveratorres@united.com>
**Sent:** Thursday, July 29, 2021 12:54 PM
**To:** Dodd, Alillah <alillah.dodd@united.com>
**Cc:** Love, Jasmine <jasmine.love@united.com>; Daniels, Kimberly <kimberly.daniels@united.com>; Curtis, Lee <mark.curtis@united.com>
**Subject:** FW: Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons

Hello Alillah,

Please reach out for initial inquiry and ask for documentation from the Pastor/Religious leader from his church/religious organization he is a member that supports his religion prevents him from being vaccinated, specifically the COVID19 vaccine. The information must be on church letterhead and needs to clearly identify the Pastor/Religious leader as well as the church/religious organization.

Please allow 10 days for submitting this info.

Thanks,
Carlos

**Carlos Rivera Torres**
ESC Manager – West Region
Absence Management

United | Corporate Support Center
233 South Wacker Drive, 25th Floor| Chicago, IL 60606

**APP.276**

**From:** ESCMD <opcmd@united.com>
**Sent:** Thursday, July 29, 2021 11:31 AM
**To:** Love, Jasmine <jasmine.love@united.com>; Rivera Torres, Carlos <carlos.riveratorres@united.com>; Daniels, Kimberly <kimberly.daniels@united.com>; Curtis, Lee <mark.curtis@united.com>
**Subject:** Jeremy Krieger - Pre-employment COVID vaccine exemption for Religious Reasons

Good morning everyone,

Attached is a pre-employment COVID exemption request due to religious reasons for candidate Jeremy Krieger.

The recruiter is Alexa Dolan from Pilot Hiring Programs.

Thank you,

Louie *(he/ him/ his)*
Medical Specialist- RN
United Medical - ESCMD
1-877-UAL-ESC9

*This message, including any attachments, contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged and/or protected, including confidential personnel information of a highly sensitive nature (including, but not limited to, medical information) subject to United's rules and regulations regarding confidentiality as well as confidentiality provisions contained in various state and federal laws. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you for your cooperation.*

**From:** Jeremy Krieger <krieger.jeremy@gmail.com>
**Sent:** Thursday, July 29, 2021 11:14 AM
**To:** ESCMD <opcmd@united.com>
**Subject:** [EXTERNAL] Pre-employment reasonable accommodation request form

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

Form attached.

Best regards,
Jeremy Krieger

**APP.277**

**CONFIDENTIAL**

# EXHIBIT 59

| From: | Curtis, Lee [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8484789C10CA4E9E99CD0386C72B4570-U359038] |
| Sent: | 3/29/2022 8:41:58 AM |
| To: | Keith, Brandon [Brandon.Keith@united.com] |
| Subject: | RE: Rehire and Return from leave without an approved RAP or full vaccination |

Hello.

I just approved it yesterday.

Have a good Tuesday!

Lee

**From:** Keith, Brandon <Brandon.Keith@united.com>
**Sent:** Tuesday, March 29, 2022 8:40 AM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Good morning and thank you Lee.

It appears that ▊▊▊▊ RAP was approved, so we'll bring her back.

Have a nice day,
Brandon Keith
HR Business Partner, IAD Airport Operations

United | Dulles Int'l Airport | P.O. Box 20200 | Washington, DC 20041
Tel 703-661-8556 | Cel 310-739-8522 | brandon.keith@united.com
united.com

**From:** Curtis, Lee <mark.curtis@united.com>
**Sent:** Thursday, March 24, 2022 3:21 PM
**To:** Keith, Brandon <Brandon.Keith@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Hi.

I just created a RAP case for ▊▊▊ – HRC4678296.

I just sent a request the for the required information to allow us to review her RAP.

Lee

**From:** Keith, Brandon <Brandon.Keith@united.com>
**Sent:** Thursday, March 24, 2022 1:52 PM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

HI Lee,

**APP.279**

CONFIDENTIAL

Below is the reply ▊▊▊ receives when trying to submit a "religious" RAP. She says that her Pastor wrote a letter.

I was trying to submit just now, but the website is not allowing me to. It reads
The deadline for active employees to submit a Reasonable Accommodation request for the COVID-19 Vaccine Mandate due to a deeply held religious belief was August 31, 2021 at 23: 59:59 US Central.


Brandon Keith
HR Business Partner, IAD Airport Operations

United | Dulles Int'l Airport | P.O. Box 20200 | Washington, DC 20041
Tel 703-661-8556 | Cel 310-739-8522 | brandon.keith@united.com
united.com


**From:** Curtis, Lee <mark.curtis@united.com>
**Sent:** Wednesday, March 23, 2022 10:35 AM
**To:** Keith, Brandon <Brandon.Keith@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

I am not 100% sure of the right answer...I would think to stay on PLOA.

Lee

**From:** Keith, Brandon <Brandon.Keith@united.com>
**Sent:** Wednesday, March 23, 2022 9:33 AM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Thanks for the quick reply. Should we place her back on a PLOA or out of service w/ pay? Brandon

**From:** Curtis, Lee <mark.curtis@united.com>
**Sent:** Wednesday, March 23, 2022 10:32 AM
**To:** Keith, Brandon <Brandon.Keith@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Hi Brandon.

▊▊▊ can get the vaccine and has 5 weeks to be fully vaccinated from 3/21/22. The employee will want to upload the first vaccine confirmation to Flying Together and then the second one when completed.

IF ▊▊▊ mentions wanting a religious RAP, we can offer that as well. I would not be pro-active as it is the employee's responsibility to advise if the vaccine is against his or her religion.

The employee should not return until fully vaccinated.

Lee

**APP.280**

UNITED_SAMBRANO_00015825

**From:** Keith, Brandon <Brandon.Keith@united.com>
**Sent:** Wednesday, March 23, 2022 8:58 AM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Just spoke with her and she confirmed that she is not vaccinated, so we will hold her out of service with pay.

She has been on a leave since July 2021, so didn't submit a RAP request either. Her question is, is it too late for her to get vaccinated and return to United? Or, would we separate?

Brandon Keith
HR Business Partner, IAD Airport Operations

United | Dulles Int'l Airport | P.O. Box 20200 | Washington, DC 20041
Tel 703-661-8556 | Cel 310-739-8522 | brandon.keith@united.com
united.com


**From:** Keith, Brandon
**Sent:** Wednesday, March 23, 2022 9:51 AM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Good morning,

Let me give her a call and will get back to you. She just returned from a personal leave.

Thanks for the heads up,

Brandon Keith
HR Business Partner, IAD Airport Operations

United | Dulles Int'l Airport | P.O. Box 20200 | Washington, DC 20041
Tel 703-661-8556 | Cel 310-739-8522 | brandon.keith@united.com
united.com


**From:** Curtis, Lee <mark.curtis@united.com>
**Sent:** Wednesday, March 23, 2022 9:45 AM
**To:** Keith, Brandon <Brandon.Keith@united.com>
**Subject:** FW: Rehire and Return from leave without an approved RAP or full vaccination

Hi Brandon,

                U297142 does not have a COVID-19 approved religious or medical reasonable accommodation. Also, he is not showing as fully vaccinated in the system.

Lee

**From:** Robb, Neil <neil.robb@united.com>
**Sent:** Wednesday, March 23, 2022 8:40 AM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

**APP.281**

It is, thanks.  Could you reach to IAD?  This employee should not be active then.

**From:** Curtis, Lee <mark.curtis@united.com>
**Sent:** Wednesday, March 23, 2022 8:31 AM
**To:** Robb, Neil <neil.robb@united.com>
**Subject:** RE: Rehire and Return from leave without an approved RAP or full vaccination

Good morning.

███████████ has not been vaccinated and we have no record of a COVID-19 vaccine RAP being submitted.

Is this what you were looking for?

Lee

**From:** Robb, Neil <neil.robb@united.com>
**Sent:** Wednesday, March 23, 2022 8:19 AM
**To:** Curtis, Lee <mark.curtis@united.com>
**Subject:** FW: Rehire and Return from leave without an approved RAP or full vaccination

Can you check on this one?

**From:** Bryan Thacker <pcloud-noreply@palantir.com>
**Sent:** Wednesday, March 23, 2022 8:02 AM
**To:** Robb, Neil <neil.robb@united.com>
**Subject:** Rehire and Return from leave without an approved RAP or full vaccination

Hello Neil,

The following table shows Rehires and employees returning from leave without an approved RAP or full vaccination within the last 24 hours:

| employee_id | employee_name | hire_date | employee_status | last_employee_status | union_code | union_contract | division_code | location | compliance_category | date_noncompliant |
|---|---|---|---|---|---|---|---|---|---|---|
| 297142 | ███ | 2008-05-19 | Active | On Leave | RMP | IAM | 62 Airport Operations | IAD | Unvaccinated | 2022-03-22 |

Employees with hire date within last 10 days are excluded from the report. If you have any questions on the data, please reach out to People Analytics Team. Thank you.

**APP.282**

# EXHIBIT 60

From:      Catanzano, Jessica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
           (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BE49F743A2474A99654B9B7D773DB4-U294396]
Sent:      2/11/2022 2:43:12 PM
To:        Baylis, Pat [Pat.Baylis@united.com]
Subject:   CSRS & non-customer facing

**Duration of RAP accommodation**

As noted in a communication to you on Oct. 25, 2021, United is using the U.S. community transmission rate published daily by the CDC when making the determination of when it is safe for accommodated employees to return to their regular job.

Since your role is based in a single location, we will use local data. The community transmission rate must be "moderate" or below for at least 21 consecutive days in your state. For example, if you are a CSR who works in the state of Texas, and the community transmission rate becomes moderate as of February 3, 2022, it would need to be "moderate" for 21 consecutive days in order for you to return to your CSR role. Therefore, you would return to your CSR role on February 24, 2022. However, should the community transmission rate return to "substantial" or "high" for seven consecutive days, you will be returned to unpaid leave.

Given the dynamic nature of the COVID-19 pandemic, we will review these metrics every 30 days and take into account any additional guidance from the CDC, state and/or local public health authorities. Please note that even when the "meaningfully recede" metric is met on a local or national level, other safety accommodations may continue to apply, including masking and regular COVID-19 testing and restrictions on flying based on requirements for the destinations we serve.

If you have any questions, please submit an inquiry via Help Hub.

**Jessica Catanzano, SPHR**
HR Project Manager

United | Willis Tower 233 S. Wacker Dr. | Chicago, IL 60606
☎ (872) 825.5536 | jessica.catanzano@united.com |united.com

**APP.284**

CONFIDENTIAL                    UNITED_SAMBRANO_00018807

# EXHIBIT 61

COVID-19 Vaccines required for all employees – Requirements for FA Programming

All U.S.-based United employees (including Guam, Puerto Rico) are required to upload a vaccine card showing you have received two doses of the Pfizer or Moderna vaccine (or one dose of the J&J vaccine). If FAs have not yet been vaccinated, the last date they can begin the Moderna vaccination is August 30, 2021, and for Pfizer is September 6, 2021. That allows FAs enough time to receive the second of two doses of either vaccine by Sept. 27, 2021. For the Johnson & Johnson vaccine, which is a one dose vaccine, the last date FAs can get vaccinated is on September 27, 2021. The only exceptions to this policy may be employees who are accommodated pursuant to the RAP process. Employees will be notified of approval/denial beginning on 9/9.

### Reasonable accommodation approvals

Given our focus on safety and the steep increases in COVID infections, hospitalizations and deaths – even since August 6 when we announced our vaccine requirement - we can no longer allow unvaccinated people back into the workplace until we better understand how they might interact with our customers and their vaccinated co-workers. So, **all active employees with an approved and accepted exemption request will be placed on a temporary, unpaid personal or medical leave of absence effective October 2.**

Then we will consider accommodations based on employee work environments and the amount of employee and customer interaction, which differs from role to role. We expect our approvals to fall into three categories of accommodations:

- Operational customer-facing
- Operational non-customer facing
- Non-operational M&A

Each submission is processed individually and employees will receive updates on their case directly from Help Hub, which will include instructions about their accommodation.

### Reasonable accommodation denials

If an employee is denied a RAP or elects to withdraw their request for accommodation, they will be required to get fully vaccinated within five weeks from the date of their denial notice and get their first shot by September 27 in order to be in compliance with the vaccination requirement.

### Process and Requirements for Flight Attendants

FAs who don't have a vaccine and don't have an approved RAP by 9/27-

FAs who do not have an approved exemption and who do not have a COVID vaccine uploaded by 9/27 2359 LCL base time. Handling COVID vaccines as qualification via IR/Cosmos. We met and discussed with IR/Cosmos and this is not possible based on timeframe.

--Identify unqualified FAs/we want to remove them with a code similar to NQ such as: VQ. How can we block FAs from picking up trips? We can put a MSG in their schedule on every other days. Use bot to eliminate everything and replace with VQ and MSG on other days. Then, for reserves we would have to perform a few extra steps. Use same process with return to work FAs.

It appears that the hard date for when removals will occur will be the unvaccinated FAs first trip/RSV day fully contained in Oct. (Note: 9/30 is the first day in the Oct. bid month).

Do we want to update the stations with country requirements? Per Bob- yes, after 10/2 we would just leave the programming in place and include only those destinations where the government requires vaccination: KEF, FCO and MXP.

**APP.286**

Can we create a new code VN and run a bot to remove unvaccinated FAs without an approved vaccine? Want to VN code instead which we would like to function similarly to system code NQ. Also, need a CCS code VNQ. Need absence type and reason for IR – use NQ absence type and reason would be no COVID vaccine. However, we need to confirm for system seniority list and if it is one we can show. Need to confirm translation and how codes would roll from month to month. Mary confirmed that we don't need the leave to feed over if HR is updated them in MTB and they are.

FAs who get their vaccine and are within the 14 day incubation period-

1. Note "unvaccinated" still means that 14 days after second dose (Pfizer or Moderna) or one dose of J&J. Updates to COVID vaccination records may take up to 24 hours to register in crew scheduling applications before they will be able to pick up trips that require vaccination. Note "unvaccinated" still means that 14 days after second dose (Pfizer or Moderna) or one dose of J&J. Updates to COVID vaccination records may take up to 24 hours to register in crew scheduling applications before they will be able to pick up trips that require vaccination
2. FAs have until 9/27 (at the latest) to upload vaccine info. FAs who are within the 14 day incubation period will flag based on current automation.

FAs with approved RAP (religious or medical)-

3. All FAs with approved exemptions will need to be placed on a LOA effective on 10/2. Depending on this timing in conjunction with our alerting, these FAs could flag as needing the COVID vaccine before they are placed on a LOA.
4. We will then not need automation to track exempt FAs as anyone who is exempt will be placed on a leave until the exemption is no longer valid or applicable at which point they would need to get the vaccine.

FAs who are denied a RAP or elects to withdraw their request for accommodation-

1. They are required to get fully vaccinated within 5 weeks from the date of their denial notice and get their first shot by 9/27 in order to be in compliance with the vaccination requirement. Our system would flag these FAs as needing the vaccine. Who is going to monitor the 5 week deadline and then do we need a special code to remove them in these cases?

Bid awards and impact on vaccine requirement-

1. FAs who have approved exemptions will be on leave and would follow the normal process for bidding while on leave.
2. FAs who don't have a vaccine and don't have an approved exemption will be removed via Crew Scheduling on a trip by trip basis they day before their affected pairing starts. They would continue to bid for their monthly schedules. Need to confirm.
3. Vac bidding starts at the end of Oct. and be able to bid etc. if not removed by 10/20 (accruals start loading on 10/20).

Unvaccinated on Current Leave and no approved RAP-

1. These FAs would continue on current their current leave and as part of the return to work process would need to get their vaccine or get an approved RAP before they can be returned to work
2. If they were returned for some reason without a vaccine, our automation would flag them as needing the vaccine if they are travelling to countries where the vaccine is required.

Closed Questions with answers

**APP.287**

UNITED_SAMBRANO_00019628

1. FAs have until 9/27 (at the latest) to upload vaccine info. FAs who are within the 14 day incubation period will flag based on current automation. These FAs will flag for the countries requiring vaccine only. Is this ok? [ HYPERLINK "mailto:Bob.Krabbe@united.com" ] Yes. They meet the qualifications to continue working, but they will still need to flag for those specific destinations. Keep in mind that we will still have LHR flight attendants who may not be vaccinated, so we need to maintain this process for those destinations where they will not be allowed to travel.

2. We will then not need automation to track exempt FAs as anyone who is exempt will be placed on a leave until the exemption is no longer valid or applicable at which point they would need to get the vaccine. Will they only be returned to work after they have a valid vaccine? Per Jessica - yes, they need to have a vaccine as return to work process. Can these FAs fly anywhere except countries that require the vaccine? @Krabbe, Bob My understanding is that anyone who is returning from a leave will need to be fully vaccinated before they return, so the same programming that will track in number 3, will work for this item as well.

3. FAs who are denied a RAP or elects to withdraw their request for accommodation-They are required to get fully vaccinated within 5 weeks from the date of their denial notice and get their first shot by 9/27 in order to be in compliance with the vaccination requirement. Our system would flag these FAs as needing the vaccine. Who is going to monitor the 5 week deadline and then do we need a special code to remove them in these cases? [ HYPERLINK "mailto:Bob.Krabbe@united.com" ] So long as the system tracks them as not vaccinated, we should be fine.

4. Should this absence impact vacation accruals as a LOA? Should this absence impact VSD? @Krabbe,Bob Both the medical leave and the personal leave follow the terms of the Agreement. Medical leaves do not accrue vacation, but seniority for vacation and longevity are not impacted during the course of the leave. Personal leaves do not accrue vacation and seniority for vacation and longevity are reduced for each day on leave beyond the first 180 days.

**Updated info ---LHR Based FAs**

Going forward- the system would check LHR based FAs for trading purposes but only for countries with government requirements for the COVID vaccine. Crew scheduling can view if LHR FAs have COVID vaccine in the vaccine info screen. It is ok to check vaccine status for routes that require a vaccine. Need to change the trip trade rejection verbiage that FAs see to - "For the pick up/trade flag, we could say "pick up (trade) failed- not qualified" Change for both YF and COVID vaccine trip trade rejection codes.

Update as of 9/22--- Do we let FAs fly these trips out that overlap into 10/2? Open Inflight Question. Will info sync up in MTB/People Soft and IR? Yes, as long as IR gets the data. As you may already know, COVID-19 Vaccine Medical RAP cases will become effective 10/02/21...meaning, any frontline employee who is approved for a medical accommodation from being vaccinated will begin their medical leave of absence effective 10/02/21. For IAM employees, the must use any available sick bank prior to moving to sick no pay and eventually EIS if not vaccinated. Other groups (IBT/Inflight) have the ability to go immediately on an unpaid medical LOA – the Company will assume they want to use sick pay UNLESS they advise otherwise.

Placing employees on sick time (unless FMLA/OCC related) has historically been done at the local station level and this will be the same for placing employees on sick time for COVID-19 Vaccine accommodations. We will need to ensure the COVID-19 schedule codes are used to ensure attendance points are not associated with these accommodations. We will be sending a

**APP.288**

list to individual locations of any employee that needs to be placed on sick time effective 10/02/21 for these accommodations in the next few days.
If you have any questions, please let me know.

Thanks,

**Carlos Rivera Torres**

ESC Manager – West Region

Absence Management

Need date confirmations. Bot requirements for removals and Chad's comments- All medical and non-vaccinated would be removed after completing their overlap trips. Officer MTG - Friday... Chad can send update out once learns final.

- We would want to remove trips as soon as we have a final and validated list of impacted FAs... from the information below it appears that earliest the bot to remove trips could be run is the 30th, is that correct? We proposed the 30th for the bot as Jessica indicated that the list may be undergoing validation on the 28th and 29th. From our perspective, we asked for when we can get the final and validated list of impacted FAs.
- If the removal date was 10/2, how would the bot handle trips that span 10/2? We would not want the bot to remove any trips that span 10/2 and only originating assignments on 10/2. Blaine the bot can do this correct?
- Would the bot be able to allow trips spanning 10/2 to be completed, and all trips starting after 10/2 then would be removed? We would want trips spanning 10/2 to be completed and not touched or removed by the bot.

Open Questions-

1. Plan is to use VN code to remove unvaccinated FAs without an approved RAP. People Soft provides report on who has COVID vaccine and no exemption so they can be removed. Then running the bot. Need report. Effective date –10/2 and bid month starts on 9/30. Need to adjust bot. Need UID and eff. date in XLS format. Future months- will it be handled from bid period to bid period for removals. Do we leave vac in their schedule when the bot runs? Existing bot works with bid period. IR release planned for Monday 9/21 with new code.
   a. Need 3 lists- unvaccinated and no approved RAP, approved RAP for sick first and then Medical Leave and approved RAP for Unpaid Leave – Jessica---will have separate MTG on set up for sick/LOA status and need final list for removal---clean up and check data on 28th and 29th. Run script or bot on 30th however there could be people - Confirm plan and when to run bot for removals This is still TBD on from and through dates for removals.
2. Plan to use VN code to remove unvaccinated FAs without approved RAP (VQ). What date will this code take affect? On 10/1- are we pulling all reserves available on 10/2 and all pairings starting on 10/2? How far out are we pulling FAs with VN code? Monthly basis will VN for unvaccinated FAs.
3. Those with an approved RAP and placed on an absence, are they eligible to attend training? No, they are on a medical or personal leave. If on leave, follow regular return to work process (part of RTW process) – vaccinated and have 45 days to train them.

**APP.289**

4. Can we run bot for unvaccinated FAs for only first 15 days (if we do this then FAs may be able to pick up trades from 16th on)? For RAPs- drop entire month per Bob. Can't do partial month with bot removal for unvaccinated FAs.
5. Have to be blocked for bidding and need translation in there... On leave- they would automatically be blocked from bidding. Any non-vaccinated FAs, need to be pulled from the ability to bid for Nov. Diane- recommends to update in IR through end of Nov. (cleaner for end of Nov. removal) to block for bidding. Will we be obligated to pay protection? No, treat like NQ – they have schedule and min. is getting list reduced.
6. For FAs with no vaccine and after investigation are returned to work- do we need to restore any items that were dropped (PTO/vac)? Who or how do we do that? Who processes the return to works and is it through the work with process? Reserves- build out a reserve schedule. Lineholders would be returned to trips that are open.    Process we use today – those who don't get schedule as process we would use.

Need confirmation on plan--For the removal of flight attendants from their schedule- we have identified the following plan pending any final changes-

1. Unvaccinated FAs and no approved RAP – bot runs for assignments that **originate on** 0001 HDT on 10/2  with removal of all the trips/assignments in the Oct. month (this bot would not be run to remove trips until we have a confirmed, final list from HR/planning to receive by 9/30).  Per Blaine, they propose programming the bot to use system time (CT) for removals.
2. FAs with approved RAP and will need to be placed to Leave of Absence (medical or personal) – for these removals – the plan is to add the absence by running a script (IR team) once the team has a confirmed, final list of approved RAPs from HR – **a question was raised- can the removals using the scripts Diane mentioned be run only for a 2 week time period (in other words for the first 14 days in Oct.) –this is just a question on the feasibility for this type of removal for those with approved RAPs?**
3. **Need to update country restrictions to only have Reklivik, Italy, MUC eff. 0001 on 9/28?**

**APP.290**

# EXHIBIT 62

**From:** Baylis, Pat </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4EC9FF112B94593A21E9B47D00D8DF4-
U084618>
**To:** Manikis, Cheryl
**Sent:** 2/22/2022 4:29:19 PM
**Subject:** FW: Metrics for rtw
**Attachments:** Hospitalization COVID Metrics.pptx; ICU & Death - COVID Metrics.pptx;
MeaningfullyRecedes2.21.2022.pptx

Add third attachment.

**From:** Baylis, Pat
**Sent:** Tuesday, February 22, 2022 4:20 PM
**To:** Manikis, Cheryl <cheryl.manikis@united.com>
**Cc:** Baylis, Pat <Pat.Baylis@united.com>
**Subject:** RE: Metrics for rtw

Presentation notes and attached slides to top leadership (Kirk, Sasha, Vania and others) 2/22/2022:

### ICU Capacity and Death Rate as Meaningfully Receding Metrics:

I looked at different metrics that may be used in our assessment:
1. Hospitalizations
2. ICU capacity
3. Death rate

First wrote CDC to see if they had an update on what would be considered low transmission rate in all of these metrics. Still no response.
Looked in several places for statistics. Not just rate of decline, but what would constitute "low transmission" rate for each of these categories. That proved most difficult.
Searched CDC website, Johns Hopkins, and HHS to glean what I could.

I am presenting the two that appeared most useful: ICU capacity and death rate/100,000, though also included the Hospitalization's in the Appendix.

First slide: **ICU capacity:**
   A. Most recent numbers/percentages
   B. Compared to **highest** and **lowest** numbers we reached.
   C. Found table of various **transmission levels** from HHS.

   • Most recent numbers: Week of 2/14-2/20/22: **Current ICU beds occupied: 17%** (what does that mean? Relative to what?)
   • As I said, look at highest during the pandemic and lowest. At highest the week of 1/11/2021 – 1/17/2021: 31%; At lowest in June, 2021: 5%
   • NEXT SLIDE: Found table: Matches these findings. So chose the lowest categories of under 10%.

-------
Next looked at **DEATH RATE:** (NEXT SLIDE):
   A. Find most recent numbers/percentages
   B. Find the **highest** and **lowest** death rate numbers/100,000
   C. Estimate lowest acceptable level to determine low risk

   • Most recent numbers: Moving 7 day average: 2/17/2022: 4.21/100,000
   • Highest and lowest death rate: Highest: 1/13/2021: 7.22/100,000 huge surge: Lowest occurs when drop

**APP.292**

between variants--lowest- from Delta in Alpha to Delta on 1/16/2021: 0.45/100,000; 375 between end of Delta and before Omicron which was around 2.0/100,000 (CDC graph)

- Recommended choosing point that would signal low level which we believe is under 2.0/100,000.

Appendix:
Looked at Hospitalizations:

1. Most recent numbers/percentages:
2. Highest and lowest
3. Low transmission level categories:

- Most recent numbers: 2/14- 2/20/2022: Current COVID beds occupied: 10%  (74,102 beds)
- Over 20% at its highest
- Chart: (Slide) Low, Moderate, High, Extreme (over 20%) (Johns Hopkins chart)
- Recommend Low Category.  This actually matches the recent predictions from the CDC that we will go to 900 – 11,500 people in hospital by mid-March, 2022. (7,410 is 1% of beds occupied)

*Patricia L. Baylis PA-C*
*Managing Director*
*Corporate Medical Director*
*United Airlines Safety Division*
*233 S. Wacker Drive 16th floor- WHQMD*
*Chicago, IL 60606*
*872-825-4931 (Willis Tower)*
*630-290-5518 (cell)*

**APP.293**

# EXHIBIT 63



Date 02/07/2022



**Re:**   **Failure to adhere to N95/KN95 mask compliance - Termination Warning**

Dear

An investigatory meeting was held on 01/14/2022. The purpose of the meeting was to discuss your failure to adhere to wearing a N95/KN95 mask.  Specifically, you were witnessed not wearing the required mask while seated in the T-1 ready room on 01/13/22, you were not eating or drinking at the time, in fact you were sleeping. In addition to you and I, Shift Manager Dominic Schlump and Union representative Leonard Torres, also attended the meeting.

The Company's investigation revealed the following facts:  Pursuant to your reasonable accommodation, you are required wear a N95/KN95 mask while working and to upload your COVID-19 testing and result two times in a rolling seven-day period.  On October 22, 2021, you did not wear the prescribed mask while you were in the back room in T1 as witnessed by Shift Manager Allan Gosselin. On January 13,2022 you were not wearing the prescribed N95/KN95 mask while you were observed sleeping in a chair in the T1 ready room. On that date you had a blue medical mask pulled down under your chin. On January 14th 2022 I observed you briefly not wearing a N95/KN95 mask in the same work area.

Over the past year and a half, the Company had a mask mandate in place in our facility and there was never an issue with your compliance.  During the time the mask mandate has been in place, you followed Company policy by wearing a mask when required and maintained good standing in your position. I would prefer to regain this cooperation and compliance with policies outlined by your reasonable accommodation.

Your failure to wear the prescribed mask is a direct violation of your accommodation.

Your conduct violated the Safety Policy of United's Working Together Guidelines, which provides:

**Safety Policy**
- We want to make sure that we create and maintain a positive safety culture at United, a culture where everyone takes health and safety seriously and makes them a priority. To do that, we all need to:
  - Understand and follow company safety rules, regulations, policies and procedures
  - Be careful, and protect yourself and your fellow employees from injury — wherever you are, whether you're on the job or not

**APP.295**

This letter serves as a formal notification that, effective the date of this letter, you are being placed on a Termination Warning step of discipline in the disciplinary process due to the severity of your actions and behavior. This Termination Warning will remain in effect for eighteen (18) months of active service. I encourage you to take immediate actions in adhering to your accommodation as well as all Working Together Guidelines and policies. Any additional failure to comply with your accommodation or other United policies may result in further discipline, up to and including proposed termination.

I trust that you have learned from this experience and that further corrective actions will not be necessary.

If these performance issues or other personal matters are affecting you, contact United Airlines' Employee Assistance Program (EAP) for confidential support and resources.
Call your regional EAP Manager directly toll-free at **844 327-9990**
Hours: M-F, 8:30 am — 5:30 pm local
EAP Manager on call 24/7 for emergency services

Sincerely,


Dominic Schlump
DENMM Aircraft Maintenance
Shift Manager

_____          Date


By signing below, I acknowledge this meeting took place with the above supervisor.

_____          Date

Employee's Signature

CC: Department Management
    Human Resources
    Labor Relations
    IBT
    P-File (U232856)


**APP.296**

CONFIDENTIAL                                                      UNITED_SAMBRANO_00026459

# EXHIBIT 64



# Face covering/ mask policy

## Face covering/mask requirements

United is carefully monitoring the regulations, ordinances and guidance of the U.S. Centers for Disease Control and Prevention (CDC) and the TSA security directives.

As such, we have developed a multi-site policy to ensure we are keeping with requirements and continue to provide a safe environment for employees and customers.

You may seek additional guidance and any exceptions can be found in your work group specific policies and procedures.

### On airport property:

Our airport policy complies with the TSA face mask requirement and applies for all individuals at airports and onboard aircraft and includes both customers and employees. It is important employees know they are subject to penalty fine structure for offenses to the face mask requirement[1].

### Indoors (public and non-public areas):

Masks/face coverings are required except:

- When actively eating/drinking
  - Prolonged periods of mask removal are not permitted for eating or drinking; the mask must be worn between bites and sips

- When in a closed room, occupied by only one person

- While communicating with a person who is deaf or hard of hearing, when the ability to see the mouth is essential for communication

### Outdoor work areas including hangars:

In all outdoor areas or when working on the hangar floor masks/face coverings are not required if you are fully vaccinated.

[1] https://www.tsa.gov/news/press/releases/2021/04/30/tsa-extends-face-mask-requirement-airports-and-throughout

**APP.298**

CONFIDENTIAL                    UNITED_SAMBRANO_00026578



**Off airport property:**

CSC, HSC, FTC, NOC, off-airport flight attendant training facilities, Contact Centers, Gov't Affairs, and Sales Offices will follow local regulations. Local regulations change frequently, so please understand that we will change policies to be compliant with local regulations. Also be aware that landlord / buildings may have policies that differ from United's and when occupying those buildings our employees are expected to follow the established regulations.

For offices located in Chicago, San Francisco, Los Angeles and Washington D.C. employees are required to wear a mask. Employees are allowed to remove their masks only when static in an office or at their cubicle and are able to maintain social distancing from others. When in conference rooms, café areas, and other common areas, masks are required unless actively presenting, eating or drinking.

## Approved face coverings/masks

You may wear a company-provided face covering (including reusable cotton face coverings and single use disposable masks) *or* an approved face covering of your own that is a solid color and does not have text or patterns.

- When using a personal face covering, employees should follow the same guidance as other accessories we sometimes wear with our customer-facing uniforms such as footwear, gloves, hosiery, etc.; the face covering, or mask should be compliant with a professional public appearance and must be well maintained.

- As recommended by the CDC, bandanas and face shields should not be used in place of a face covering or mask. Local leadership will let you know where you can pick up a face covering or mask if you do not have your own.

WORKING TOGETHER
EXPECTATIONS

1

**APP.299**

CONFIDENTIAL

UNITED_SAMBRANO_00026579



Local leadership will let you know where you can pick up a face covering or mask if you do not have your own.

For FAQs about wearing face coverings or masks, please reference our mask user guide.

## Reasonable Accommodation Program (RAP)

If you are unable to wear a face covering due to a medical condition, we may be able to assist you through the Reasonable Accommodation Program. Please contact the Employee Service Center at 877-UAL-ESC9 (877-825-3729) for additional details or to discuss any questions you may have.

## Disciplinary action

Violating United's policy is serious and may result in discipline, up to and including termination of employment for willful violations and for repeat offenders. A verbal reminder should be given if an employee fails to comply with the Face Covering / Mask policy unintentionally. If after being reminded of the policy the employee fails to comply, the employee will be issued a documented verbal warning and progressive discipline will ensue for further violations. If the employee refuses to comply, the employee will be disciplined up to termination for a willful failure to comply.

*Note: This does not apply to unvaccinated employees required to wear N95 masks or KN95 as part of the Reasonable Accommodation process. Because these employees remain unvaccinated, they will remain subject to a Termination Warning for their first violation of the policy and will be terminated for any subsequent violation.*

As our customer policy currently requires our customers to wear face coverings or masks on board, we also expect our employees to abide by the same policy requirements when using pass travel. Should an employee be non-compliant with these requirements, the appropriate discipline will be applied. In addition, the non-compliant employee will lose all flight privileges until the face covering/mask requirement is lifted.

WORKING TOGETHER SEPTEMBER 2021

**APP.300**

WORKING TOGETHER EXPECTATIONS

1

**UNITED_SAMBRANO_00026580**

## Additional resources

If you have any questions about the safety policy or how to support a positive safety culture at United, visit the Safety Management System (SMS) section by going to **Flying Together > Our Airline > (Departments) View all > (Operations Support) Corporate Safety > (Quick links)** SMS or email sms@united.com.

To report or share any safety concerns please visit asap.ual.com or use the safety reporting link at the bottom of the Flying Together home page ("How do I?").

Updated 9/27/21

WORKING TOGETHER
EXPECTATIONS

1

**APP.301**

CONFIDENTIAL                                    UNITED_SAMBRANO_00026581

# EXHIBIT 65

WEBVTT

00:00:14.567 --> 00:00:17.647
is going to be solely focused on the vaccine requirement that was.

00:00:17.647 --> 00:00:20.847
published a few days ago by our company and answering.

00:00:20.847 --> 00:00:23.857
your questions and concerns about that. We have some great guests for you.

00:00:23.857 --> 00:00:27.597
today, but to help answer questions across the gamut or legal.

00:00:27.597 --> 00:00:30.747
to medical and HR. But before we get started.

00:00:30.747 --> 00:00:33.967
we'll go through our normal disclaimer that all information.

00:00:33.967 --> 00:00:37.187
shared during today's town hall is intended for internal use only and.

00:00:37.187 --> 00:00:38.697
should not be shared externally.

00:00:38.747 --> 00:00:42.077
We are sharing information with you that maybe confidential information.

00:00:42.077 --> 00:00:45.527
for the company which is protected and governed by our internal policy.

00:00:45.527 --> 00:00:47.387
and is not to be shared with anyone else.

00:00:49.177 --> 00:00:52.347
Quick overview who are today's speakers are we have John?

00:00:52.347 --> 00:00:55.787
Slater? Of course, our Senior Vice president for inflight Pat Bayless was.

00:00:55.787 --> 00:00:59.087
is our Managing Director for Corporate Medical Kirkley Mocker.

00:00:59.087 --> 00:01:02.447
who's our Vice President over HR services and then.

00:01:02.447 --> 00:01:06.007
Vania, will be our last scheduled presenter. And she is our vice.

00:01:06.007 --> 00:01:09.217

**APP.303**

president and deputy General counsel, but as always.

00:01:09.217 --> 00:01:12.267
we have a great list of SMS on the call as well to.

00:01:12.267 --> 00:01:15.787
help answer questions you may have. Jeff griman. Bob crabby.

00:01:15.787 --> 00:01:19.017
Nancy Ricker, Mike Sassy, Michelle so, Johnson.

00:01:19.017 --> 00:01:19.017

00:01:19.317 --> 00:01:22.847
Even sounds and Dean Witter car will be available for questions as well.

00:01:22.847 --> 00:01:22.847

00:01:23.677 --> 00:01:26.807
Just as a reminder to participate, please feel free to ask.

00:01:26.807 --> 00:01:30.087
a question if you don't have a question to ask but you like.

00:01:30.087 --> 00:01:33.127
one of the ones is published in the chat. Feel free to like it when we get.

00:01:33.127 --> 00:01:36.257
to the Q&amp;A section, I'll ask questions of our presenters.

00:01:36.257 --> 00:01:39.397
an RS Emmys in the order of most likes.

00:01:39.397 --> 00:01:42.537
If those questions haven't already been answered by their presentations.

00:01:42.537 --> 00:01:45.417
hat, John will turn it over to you.

00:01:46.657 --> 00:01:49.727
Thank you Greg, and welcome to all our attendees today.

00:01:49.727 --> 00:01:53.217
Really appreciate you making time for us to have this discussion.

00:01:53.217 --> 00:01:56.617
and 1st I'd like to take a moment really to thank.

00:01:56.617 --> 00:01:59.667

**APP.304**

                          UNITED_SAMBRANO_00078532

everyone of our crew members that are joining us on the call.

00:01:59.667 --> 00:02:02.717
today. We know this been a just.

00:02:02.717 --> 00:02:06.187
an amazing journey over the last 18 months since.

00:02:06.187 --> 00:02:09.227
the start of the pandemic and even before as we were getting.

00:02:09.227 --> 00:02:12.137
our footing and growing the airline and then having to.

00:02:12.187 --> 00:02:15.677
So modifier schedules and our.

00:02:15.677 --> 00:02:18.737
operations really overnight as a result of.

00:02:18.737 --> 00:02:21.967
the pandemic. I think all throughout the pandemic.

00:02:21.967 --> 00:02:24.537
united is continued to lead on safety.

00:02:25.577 --> 00:02:28.617
In many facets we were the first airline. Is all of you.

00:02:28.617 --> 00:02:32.247
troduce the max requirement on board.

00:02:32.247 --> 00:02:35.657
We also took the first immediate step to partner.

00:02:35.657 --> 00:02:39.617
with major medical institution and with.

00:02:39.617 --> 00:02:42.757
Clorox to roll out our clean plus.

00:02:42.757 --> 00:02:46.537
program. And then we've been very aggressively involved.

00:02:46.537 --> 00:02:49.547
in health and prevention as we worked our way through the.

00:02:49.547 --> 00:02:52.657
pandemic and many of our employees have been exposed to both.

00:02:52.657 --> 00:02:54.557

**APP.305**

CONFIDENTIAL                                    UNITED_SAMBRANO_00078533

COVID or actually had the.

00:02:54.697 --> 00:02:57.817
The virus itself, so it has been quite.

00:02:57.817 --> 00:03:01.057
a journey and I know that many of you have been out on the line.

00:03:01.057 --> 00:03:04.077
working. Have had to deal with the difficulties of.

00:03:04.077 --> 00:03:07.417
mass policies and those that don't understand those policies.

00:03:07.417 --> 00:03:10.827
fully or even in some cases are reluctant to.

00:03:10.827 --> 00:03:13.077
comply. So we thank you for that.

00:03:14.507 --> 00:03:17.877
So appreciate people, make time to participate in today's.

00:03:17.877 --> 00:03:21.437
discussion, and I really kind of wanted to set the stage.

00:03:21.437 --> 00:03:25.317
for why we're here today, what we're, what we're.

00:03:25.317 --> 00:03:28.377
here to do is really educate. I think there's a lot.

00:03:28.377 --> 00:03:31.517
of dialogue that's been going back and forth, certainly there.

00:03:31.517 --> 00:03:34.897
are tremendous number of sources that are giving.

00:03:34.897 --> 00:03:38.957
opinions on both sides of the equation and so.

00:03:38.957 --> 00:03:42.907
it's an opportunity for us to set the record straight to answer straightforward questions.

00:03:42.907 --> 00:03:44.627
It's really not here to.

00:03:44.677 --> 00:03:47.757
To debate policy quite frankly, the policy is extra.

00:03:47.757 --> 00:03:51.337

**APP.306**

been set for all employees of the company management.

00:03:51.337 --> 00:03:54.327
and frontline workers inclusive.

00:03:54.947 --> 00:03:58.097
And currently high.

00:03:58.097 --> 00:04:01.377
percentage of our employees are already vaccinated.

00:04:01.377 --> 00:04:04.487
In fact, I think we've quoted the numbers publicly that.

00:04:04.487 --> 00:04:07.777
90% of our pilots are fully vaccinated.

00:04:07.777 --> 00:04:11.047
upwards of 80% of our flight attendants are now.

00:04:11.047 --> 00:04:14.317
fully vaccinated and we continue to.

00:04:14.317 --> 00:04:17.417
advocate for that because we think it is the best way to.

00:04:17.417 --> 00:04:20.997
keep all of our plays safe and sound, I know.

00:04:20.997 --> 00:04:24.207
there are very strong opinions on both sides, I've heard.

00:04:24.207 --> 00:04:25.467
from many of you.

00:04:25.697 --> 00:04:29.127
Personally, about your situation and.

00:04:29.127 --> 00:04:32.567
your concerns, I've equally heard a resounding.

00:04:32.567 --> 00:04:35.587
support from a good many of our employees so.

00:04:35.587 --> 00:04:38.707
are thankful and appreciate that there.

00:04:38.707 --> 00:04:41.927
were leading in this area. That said, we know not everybody.

00:04:41.927 --> 00:04:45.087

**APP.307**

agrees and we are realistic about that, and one of the reasons.

00:04:45.087 --> 00:04:48.147
we wanted to have this discussion today was to make sure.

00:04:48.147 --> 00:04:51.577
that we could answer questions. And so as I read through.

00:04:51.577 --> 00:04:54.587
what was submitted, there were a lot of questions.

00:04:54.587 --> 00:04:55.907
around certain themes.

00:04:56.247 --> 00:04:59.837
And one is natural antibodies.

00:04:59.837 --> 00:05:02.097
does that? Does that give us a?

00:05:02.707 --> 00:05:06.057
A way to or an alternative to a.

00:05:06.057 --> 00:05:09.517
vaccine requirement. Reason of the reasonable accommodation.

00:05:09.517 --> 00:05:13.137
process. People have questions about that which will talk about.

00:05:13.137 --> 00:05:16.207
t here in a moment with some of our guests that are with us.

00:05:16.207 --> 00:05:19.677
alternative vaccines. HIPAA laws, breakthrough.

00:05:19.677 --> 00:05:23.147
cases. There's a lot in there that tend to be the predominant.

00:05:23.147 --> 00:05:26.367
themes in the questions that have come in. I will also say.

00:05:26.367 --> 00:05:28.427
that you received a fair number of opinions.

00:05:29.357 --> 00:05:32.437
And I won't be publishing opinions today.

00:05:32.437 --> 00:05:35.557
cause we're actually. We all have opinions and I.

00:05:35.557 --> 00:05:38.847

**APP.308**

don't think that's the most productive use of our time this afternoon.

00:05:38.847 --> 00:05:42.457
But we do respect your thought process and.

00:05:42.457 --> 00:05:45.647
we really want to get through to the facts and.

00:05:45.647 --> 00:05:48.897
allow you to ask questions specifically about your.

00:05:48.897 --> 00:05:52.077
future and about the safety of the vaccine. I think that's most critical.

00:05:52.077 --> 00:05:53.107
and so.

00:05:54.097 --> 00:05:57.247
I would ask is you submit your questions today if it's.

00:05:57.247 --> 00:06:00.287
unique to you. If it's about the rap.

00:06:00.287 --> 00:06:03.407
process or some unique circumstance.

00:06:03.407 --> 00:06:06.487
that you have relative to your health condition or.

00:06:06.487 --> 00:06:09.607
other, please use the process.

00:06:09.607 --> 00:06:12.717
that we have defined for doing that. We want to make sure that we get back to.

00:06:12.717 --> 00:06:16.027
you with the proper information and each one of those circumstances.

00:06:16.027 --> 00:06:19.187
is generally unique to the individual and the best way that we can.

00:06:19.187 --> 00:06:22.527
service you is actually through that mechanism as opposed to.

00:06:22.527 --> 00:06:24.187
discussing something that's.

00:06:24.527 --> 00:06:28.267
In unique you wanna type all but if.

00:06:28.267 --> 00:06:31.357

**APP.309**

                                   UNITED_SAMBRANO_00078537

you think it's something that everybody can benefit from.

00:06:31.357 --> 00:06:35.017
in terms of the question, please feel free to submit with.

00:06:35.017 --> 00:06:38.357
that I'm going to turn it over to our first speaker, pet Bayless.

00:06:38.357 --> 00:06:41.427
who's going to kick us off today. Talk a little.

00:06:41.427 --> 00:06:44.757
bit about vaccine and then we'll work through our.

00:06:44.757 --> 00:06:48.117
guest speakers today, leaving time for.

00:06:54.077 --> 00:06:57.227
Thanks John, great to be with all of you today.

00:06:57.227 --> 00:07:01.947
and thank you for giving me this opportunity. It's a very important topic.

00:07:01.947 --> 00:07:05.047
then one that we should discuss and kind of.

00:07:05.047 --> 00:07:08.407
go through what we've been through and see what questions.

00:07:08.407 --> 00:07:11.607
we can answer. At this point we've all gone through a lot of challenges.

00:07:11.607 --> 00:07:13.387
in the last 18 months or so.

00:07:13.957 --> 00:07:15.137
And.

00:07:15.987 --> 00:07:19.087
The medical community has literally gone through.

00:07:19.087 --> 00:07:22.187
the same challenges. So behind the scene there's just a lot.

00:07:22.187 --> 00:07:25.767
of work being done, a lot of ways to figure out how and.

00:07:25.767 --> 00:07:28.947
what this new virus is. How is it? How is it transmitted to?

00:07:28.947 --> 00:07:32.087

**APP.310**

UNITED_SAMBRANO_00078538

wear mask that went back and forth? How do you clean?

00:07:32.087 --> 00:07:35.597
How do we protect ourselves? An whereas it may?

00:07:35.597 --> 00:07:38.647
look like there were maybe changing their mind. It's a lot of it.

00:07:38.647 --> 00:07:41.687
was just because we just didn't know anything and so you had to keep.

00:07:41.687 --> 00:07:44.747
learning. As you align we're still learning, but throughout.

00:07:44.747 --> 00:07:46.807
all of this, we have really helped out.

00:07:46.857 --> 00:07:50.207
Hope the most for the vaccine to combat this.

00:07:50.207 --> 00:07:53.417
virus and we got them then they problem.

00:07:53.417 --> 00:07:56.627
thus far to be much more effective an a critical.

00:07:56.627 --> 00:07:59.647
tool in helping to stop spread of this virus they.

00:07:59.647 --> 00:08:02.817
do more than we even thought they could do and.

00:08:02.817 --> 00:08:05.847
really the efficacy level is incredibly high. I've seen a lot of.

00:08:05.847 --> 00:08:09.027
vaccines aren't that high in their effectiveness, but this is very.

00:08:09.027 --> 00:08:12.147
high percentages for all of them. They're doing what a vaccine?

00:08:12.147 --> 00:08:15.307
should do. This is what a vexing should do. It should make you your.

00:08:15.307 --> 00:08:17.327
body respond to something to create.

00:08:17.617 --> 00:08:21.007
Bodies to fight the virus in particular, have we?

00:08:21.007 --> 00:08:25.187

**APP.311**

seen breakthrough cases? Yes, especially recently with the Delta V variant.

00:08:25.187 --> 00:08:28.287
and it's a very transmiss transmissible.

00:08:28.287 --> 00:08:31.587
variant, and it's really affected it's.

00:08:31.587 --> 00:08:34.917
caused some number of breakthrough cases, not a lot, but some.

00:08:34.917 --> 00:08:38.167
but most of those are mild. The Delta variant is.

00:08:38.167 --> 00:08:41.247
really affecting the vaccinated, and that's where we're seeing are.

00:08:41.247 --> 00:08:44.357
serious illnesses in our hospitalizations predominantly.

00:08:44.357 --> 00:08:45.697
in the vaccinated.

00:08:46.367 --> 00:08:49.477
So again, we want to keep you safe, protect you and protect.

00:08:49.477 --> 00:08:52.587
everyone and not allow this virus to replicate.

00:08:52.587 --> 00:08:55.907
and that's what we're trying to get to. So let's talk about safety.

00:08:55.907 --> 00:08:57.567
I have a slide here.

00:08:58.317 --> 00:09:01.337
A lot of talk about this are they got?

00:09:01.337 --> 00:09:04.747
done so fast? How could they be effective? It goes on and.

00:09:04.747 --> 00:09:05.477
on and I get it.

00:09:06.167 --> 00:09:07.807
The code vaccines are safe.

00:09:08.877 --> 00:09:12.227
Meaning that they completed all the required stages.

00:09:12.227 --> 00:09:15.747

**APP.312**

UNITED_SAMBRANO_00078540

of the clinical clinical trials, and they've done so incredibly.

00:09:15.747 --> 00:09:18.947
But that seems met all the FDA's rigorous scientific.

00:09:18.947 --> 00:09:22.367
standards of safety effectiveness, an manufacturing quality.

00:09:22.367 --> 00:09:25.687
needed to support an EUA which was needed during this pandemic.

00:09:25.687 --> 00:09:29.117
They had to get it, and we had to get this. We had to get this for the pandemic.

00:09:29.117 --> 00:09:32.427
but the part is different than most vaccine trials.

00:09:32.427 --> 00:09:35.647
at 10s of thousands of volunteers were involved. That is unheard.

00:09:35.647 --> 00:09:38.887
of, and it was thoroughly tested the technology.

00:09:38.887 --> 00:09:42.027
and less if I can go over that for a moment. It technology is not new, it's been.

00:09:42.027 --> 00:09:43.047
around for decades.

00:09:43.287 --> 00:09:46.437
We talk about her being experimental, but it's not this.

00:09:46.437 --> 00:09:49.577
is not a not a new technology, it's been.

00:09:49.577 --> 00:09:52.697
studied with other for other vaccines for other.

00:09:52.697 --> 00:09:55.837
viruses, but with the necessity said, let's use.

00:09:55.837 --> 00:09:59.097
it for this covid vaccine, and it's been incredibly effective like I say.

00:09:59.097 --> 00:09:59.097

00:09:59.967 --> 00:10:03.747
They undergone the most intensive safety monitoring in US history.

00:10:03.747 --> 00:10:03.747

**APP.313**

y.

00:10:04.277 --> 00:10:07.707
This is for both established a new safety monitoring to make.

00:10:07.707 --> 00:10:10.947
sure they're safe. Over 346 million doses.

00:10:10.947 --> 00:10:14.127
of the vaccine have been given in the USS December 14th, 2.

00:10:14.127 --> 00:10:15.197
20.

00:10:15.907 --> 00:10:19.037
And until now, and it's very few series reactions.

00:10:19.037 --> 00:10:22.057
and that it's a vaccine. And like I would say.

00:10:22.057 --> 00:10:25.277
that any vaccine or any medication has potential for an adverse.

00:10:25.277 --> 00:10:28.377
reaction of some sort. But it's very, very minimal.

00:10:28.377 --> 00:10:32.357
What you may see is a side effect of your normal interaction.

00:10:32.357 --> 00:10:35.677
site, sore arm, headache, chills, and.

00:10:35.677 --> 00:10:37.297
those are going away in a few days.

00:10:39.987 --> 00:10:41.647
Talking about effectiveness.

00:10:41.797 --> 00:10:45.127
The convex things are very effective.

00:10:45.127 --> 00:10:48.337
They proven effective and the main point of that backs.

00:10:48.337 --> 00:10:51.717
this vaccine. He's like. I say you might still get a mild.

00:10:51.717 --> 00:10:54.757
case, but it's nothing.

00:10:54.757 --> 00:10:58.067

**APP.314**

CONFIDENTIAL

compared to what you're protected against what you're protected against.

00:10:58.067 --> 00:11:01.357
is getting a serious illness, hospitalization and death.

00:11:01.357 --> 00:11:04.637
and that's what you always have to keep in mind with this, the

00:11:04.637 --> 00:11:08.167
antibodies are protective against something more severe.

00:11:08.167 --> 00:11:08.167


00:11:08.897 --> 00:11:11.977
It also reduces the risk of spreading it to other people, especially young.

00:11:11.977 --> 00:11:15.347
children are people you live with. People are immune compromised, etc.

00:11:15.347 --> 00:11:18.477
so that's why we really.

00:11:18.477 --> 00:11:19.657
need to have this done.

00:11:21.827 --> 00:11:24.887
One of the questions I get asked quite a lot and John brought

00:11:24.887 --> 00:11:26.067
it up is about.

00:11:27.077 --> 00:11:30.287
If I have had covid, should I be vaccinated?

00:11:30.287 --> 00:11:33.487
and that is a one question that I hear maybe?

00:11:33.487 --> 00:11:36.657
one of the most questions I hear. And so a lot.

00:11:36.657 --> 00:11:38.797
of an I2 is looking at that. What is?

00:11:39.387 --> 00:11:42.837
What is the research on this? And again, this kind of ongoing you.

00:11:42.837 --> 00:11:46.357
heard earlier in the year for some of the good institutions.

00:11:46.357 --> 00:11:49.857

**APP.315**

CONFIDENTIAL

that like Cleveland Clinic that maybe natural immunity was enough, really don't.

00:11:49.857 --> 00:11:52.877
need a booster. But as time went on your we're really seeing a change in.

00:11:52.877 --> 00:11:56.127
that we have the research is now proven that.

00:11:56.127 --> 00:12:00.297
a covid vaccine substantially.

00:12:00.297 --> 00:12:03.637
boost your immunity and then the key is you get an antibody.

00:12:03.637 --> 00:12:05.517
response with a natural natural.

00:12:06.177 --> 00:12:09.587
With natural munity response.

00:12:09.587 --> 00:12:12.657
is you'll get an antibody response to.

00:12:12.657 --> 00:12:16.637
normal cobett vaccine. However, when you get a vaccine.

00:12:16.637 --> 00:12:19.727
itself, covid vaccine that targets the B cell.

00:12:19.727 --> 00:12:22.897
antibodies, which are your memory cells, and it's it really.

00:12:22.897 --> 00:12:27.097
your immunity against covid it's.

00:12:27.097 --> 00:12:30.357
also proving to confer strong resistance against the variance 2.

00:12:30.357 --> 00:12:33.607
wo teams in North America and the UK. I've been doing extensive research.

00:12:33.607 --> 00:12:35.497
on this and there.

00:12:35.577 --> 00:12:36.487
Very very.

00:12:37.387 --> 00:12:40.897
Consistent findings that you will it is.

00:12:40.897 --> 00:12:42.557

**APP.316**

CONFIDENTIAL                                    UNITED_SAMBRANO_00078544

y boosting the memory antibodies.

00:12:45.627 --> 00:12:48.657
The other thing that came out recently from the CDC and you might have seen this.

00:12:48.657 --> 00:12:51.817
is that I kind of supporting what I just said that the code.

00:12:51.817 --> 00:12:54.837
vaccines offer better protection than natural unity in a vaccine.

00:12:54.837 --> 00:12:58.167
But what they're saying is prevention amongst.

00:12:58.167 --> 00:13:01.217
unvaccinated people who had covid are more than.

00:13:01.217 --> 00:13:04.337
twice as likely to be a re infected with the virus compared with.

00:13:04.337 --> 00:13:07.377
people who are fully vaccinated. So if you run vaccinated, you had.

00:13:07.377 --> 00:13:11.357
covid. You're more than twice as likely to be infected, and that's a significant finding.

00:13:11.357 --> 00:13:11.357


00:13:14.487 --> 00:13:18.107
OK, what I'd like to do is go to just some final thoughts.

00:13:18.107 --> 00:13:21.437
on all of this. Just from what I've seen.

00:13:21.437 --> 00:13:24.647
and what I've lived through when I like, I said I wouldn't. Discussions with a lot.

00:13:24.647 --> 00:13:29.247
of people like my colleagues across the world, and different airlines and.

00:13:29.247 --> 00:13:29.247


00:13:30.697 --> 00:13:33.967
Just a final thought about COVID-19 and.

00:13:33.967 --> 00:13:35.217
how we're going to stop this.

00:13:35.937 --> 00:13:39.257

**APP.317**

We really don't want this virus to have an opportunity to find vulnerable.

00:13:39.257 --> 00:13:42.677
people and mutate an it's finding vulnerable people.

00:13:42.677 --> 00:13:43.817
in the UN vaccinated.

00:13:44.407 --> 00:13:47.417
And in those that cannot receive a vaccine or they can't build.

00:13:47.417 --> 00:13:49.207
up enough immunity to get the vaccine.

00:13:50.237 --> 00:13:53.807
I mean, I'm sorry after the vaccine, so some of.

00:13:53.807 --> 00:13:57.147
the compromised cannot build up enough immunity needed after.

00:13:57.147 --> 00:14:00.767
a vaccine, so that's one of the reasons we want to prevent this from spreading.

00:14:00.767 --> 00:14:04.027
We want to we want to stop this transmission chain.

00:14:04.027 --> 00:14:07.617
and we want to make it difficult for this virus to spread.

00:14:07.617 --> 00:14:10.767
from one person. The up to the other to protect all of us.

00:14:10.767 --> 00:14:14.537
right in the big picture, we need to get population immunity.

00:14:14.537 --> 00:14:18.067
and what you've heard of is herd immunity. This means that and there's enough people.

00:14:18.067 --> 00:14:19.637
in the community are protected from.

00:14:19.707 --> 00:14:23.067
A disease because they've already had covid or they have been vaccinated.

00:14:23.067 --> 00:14:26.357
And when you reach this point it makes it hard for the virus to spread from person.

00:14:26.357 --> 00:14:28.327
to person. That's what we're trying to do.

00:14:29.617 --> 00:14:33.047

**APP.318**

                    UNITED_SAMBRANO_00078546

And so in getting vaccinated, we're looking to put an end to this pandemic.

00:14:33.047 --> 00:14:34.567
and being safe once again.

00:14:35.667 --> 00:14:38.777
As far as all the information that we're presenting that we talked.

00:14:38.777 --> 00:14:41.977
about, you can go to. I have several data sources or.

00:14:41.977 --> 00:14:45.277
the one I would be the CDC Cleveland clinic Johns.

00:14:45.277 --> 00:14:48.407
Hopkins Mail. All of those are very good websites.

00:14:48.407 --> 00:14:51.617
If you want additional information. Ultimately the risk.

00:14:51.617 --> 00:14:54.757
of getting serious illness from COVID-19 really far.

00:14:54.757 --> 00:14:55.627
outweighs any.

00:14:56.257 --> 00:14:59.437
Risk, in my opinion of getting a reaction an adverse.

00:14:59.437 --> 00:15:01.677
reaction to the vaccine. Thank you.

00:15:06.647 --> 00:15:09.857
Wonderful thank you Pat. Thank you for that wonderful information, right?

00:15:09.857 --> 00:15:12.977
now we're gonna turn it over to Vanya wet was are again our vice.

00:15:12.977 --> 00:15:16.407
president and deputy legal counsel or general counsel. Him sorry.

00:15:16.407 --> 00:15:19.677
to talk about some of the legal parts of the mandatory.

00:15:19.677 --> 00:15:21.867
back seen requirement. So Bonnie, I'll turn it over to you.

00:15:22.647 --> 00:15:25.707
Great thank you. Thank you Greg. I just want to.

00:15:25.707 --> 00:15:29.107

**APP.319**

CONFIDENTIAL                    UNITED_SAMBRANO_00078547

use a little bit of time to provide some information.

00:15:29.107 --> 00:15:32.487
with respect to the legality of this policy because.

00:15:32.487 --> 00:15:35.537
I have seen the questions come in and I know many people have.

00:15:35.537 --> 00:15:38.847
questions about the ability of united.

00:15:38.847 --> 00:15:41.927
to actually enforce this policy and so with.

00:15:41.927 --> 00:15:45.447
that, let me just take one step back. So back in December.

00:15:45.447 --> 00:15:48.567
of last year the EOC which is.

00:15:48.567 --> 00:15:51.407
the federal agency that is.

00:15:52.037 --> 00:15:53.467
And responsible for.

00:15:54.977 --> 00:15:58.887
Enforcing laws that may impact.

00:15:58.887 --> 00:16:02.187
employees in the workplace, they provided very clear and specific.

00:16:02.187 --> 00:16:05.367
guidance in terms of an employer's ability to have.

00:16:05.367 --> 00:16:08.807
a vaccine requirement. The EOC.

00:16:08.807 --> 00:16:11.847
basically took the position and.

00:16:11.847 --> 00:16:13.707
stated that employers were.

00:16:14.907 --> 00:16:18.177
We're able to have a vaccine requirement.

00:16:18.177 --> 00:16:21.567
subject to two exceptions, one being.

00:16:21.567 --> 00:16:25.997

CONFIDENTIAL

medical accommodation request and the other being for religious beliefs.

00:16:25.997 --> 00:16:25.997

00:16:26.997 --> 00:16:30.467
And subject to those two exceptions, the ESC.

00:16:30.467 --> 00:16:33.687
basically provided that employers.

00:16:33.687 --> 00:16:37.537
were fine to implement such policies.

00:16:37.537 --> 00:16:40.867
Now I definitely want to also use this opportunity.

00:16:40.867 --> 00:16:43.877
to clarify 'cause I know there's a lot of questions out there with respect.

00:16:43.877 --> 00:16:47.297
to certain states, like Florida and Texas.

00:16:47.297 --> 00:16:49.007
There's some.

00:16:49.717 --> 00:16:52.907
Belief out there that in those two states it would be this.

00:16:52.907 --> 00:16:55.947
kind of policy would run afoul of either.

00:16:55.947 --> 00:16:59.137
Texas laws or Florida laws, and what?

00:16:59.137 --> 00:17:02.827
I want to put out there is that currently and we're.

00:17:02.827 --> 00:17:05.867
definitely monitoring states and.

00:17:05.867 --> 00:17:09.137
orders at their passing or regulations that they're passing.

00:17:09.137 --> 00:17:12.187
and there is one state right now that we have identified.

00:17:12.187 --> 00:17:15.727
where it is, where it would be unlawful to enforce.

00:17:15.727 --> 00:17:19.127

CONFIDENTIAL

UNITED_SAMBRANO_00078549

this policy, and that would be in the state of Montana and.

00:17:19.127 --> 00:17:20.257
so if you.

00:17:21.047 --> 00:17:24.447
Work in the state of Montana, then in that state we.

00:17:24.447 --> 00:17:28.057
will not require, but we will strongly encourage.

00:17:28.057 --> 00:17:31.087
our employees to get the vaccine, Texas.

00:17:31.087 --> 00:17:34.477
in Florida, different Texas and Florida have really instead.

00:17:34.477 --> 00:17:38.287
been focused on the ability of businesses too.

00:17:38.287 --> 00:17:38.287


00:17:39.497 --> 00:17:43.447
Require customers to show.

00:17:43.447 --> 00:17:46.657
vaccine, passports, or vaccine cards.

00:17:46.657 --> 00:17:48.627
nd in order to.

00:17:50.427 --> 00:17:53.627
Enter the premises or receive certain goods and services and.

00:17:53.627 --> 00:17:57.217
the thinking. I think what the confusion.

00:17:57.217 --> 00:18:00.317
might be is that because those states have put in.

00:18:00.317 --> 00:18:03.937
place those types of regulations that united cannot.

00:18:03.937 --> 00:18:07.177
ask our employees to upload their.

00:18:07.177 --> 00:18:11.097
vaccine cards and that's not correct. So either.

00:18:11.097 --> 00:18:14.867

**APP.322**

Florida or Texas have issued any regulations that would.

00:18:14.867 --> 00:18:14.867


00:18:15.787 --> 00:18:19.467
Prohibit employers from requiring.

00:18:19.467 --> 00:18:22.737
their employees to be vaccinated.

00:18:23.547 --> 00:18:26.627
And I do understand that it's a.

00:18:26.627 --> 00:18:29.797
little bit confusing, but I will also.

00:18:29.797 --> 00:18:33.087
put out there that we are of course monitoring what?

00:18:33.087 --> 00:18:36.507
other states that may be considering such types such.

00:18:36.507 --> 00:18:39.667
types of those types of laws and if.

00:18:39.667 --> 00:18:42.747
f laws and if such laws are passed similar to what got passed in Montana, we will.

00:18:42.747 --> 00:18:45.887
k at our policies and.

00:18:45.887 --> 00:18:48.897
take whatever steps we need to do to comply.

00:18:48.897 --> 00:18:51.957
And if we can't enforce it in those states, then we will not.

00:18:54.107 --> 00:18:57.647
Gather point, I just want to quickly make. I think there's also some confusion.

00:18:57.647 --> 00:19:00.787
on this issue is that there seems.

00:19:00.787 --> 00:19:03.877
to be some thinking that the asking of.

00:19:03.877 --> 00:19:07.357
the vaccine car to upload the vaccine card that it violates.

00:19:07.357 --> 00:19:10.387

**APP.323**

UNITED_SAMBRANO_00078551

HIPAA laws. And again we.

00:19:10.387 --> 00:19:13.507
looked at that issue we have, we do not.

00:19:13.507 --> 00:19:16.607
violate HIPAA by asking for our employees to.

00:19:16.607 --> 00:19:19.687
upload their vaccine cards. I think the marker is going to talk a little.

00:19:19.687 --> 00:19:22.707
bit more about just the confidential manner in which.

00:19:22.707 --> 00:19:24.087
we store the information.

00:19:24.147 --> 00:19:27.587
But I do want to be clear that the policy is not in violation.

00:19:27.587 --> 00:19:30.727
of HIPAA, so I will.

00:19:30.727 --> 00:19:34.617
stop there. I'm sure there will be other questions, but.

00:19:34.617 --> 00:19:36.377
happy to answer those as well.

00:19:38.997 --> 00:19:42.327
Thanks, yeah we're seeing some legal based questions come through the Q and.

00:19:42.327 --> 00:19:45.367
will definitely be calling on you when we get to that section.

00:19:45.367 --> 00:19:48.627
but for now I want to introduce Kirkley Mocker, who's our Vice President?

00:19:48.627 --> 00:19:52.337
of HR services? Who's going to present on the HR?

00:19:52.337 --> 00:19:55.887
perspective on our mentored XML format? So Kirk I'll turn it over to you?

00:19:55.887 --> 00:19:55.887

00:19:58.827 --> 00:20:02.417
Great thanks Greg and good day to all of our viewers.

00:20:02.417 --> 00:20:05.647

**APP.324**

UNITED_SAMBRANO_00078552

I want to talk about a few topics.

00:20:05.647 --> 00:20:09.027
and then we'll move along to.

00:20:09.027 --> 00:20:12.357
the next speaker. The first is I want to reiterate.

00:20:12.357 --> 00:20:15.377
what Bonnie and shared this, what I've.

00:20:15.377 --> 00:20:18.677
seen a lot of questions coming in since.

00:20:18.677 --> 00:20:21.687
the man since the requirement last week is been around where.

00:20:21.687 --> 00:20:25.487
s a good source of data and the source that I have found?

00:20:25.487 --> 00:20:25.487

00:20:26.207 --> 00:20:30.167
That provides the most fact based.

00:20:30.167 --> 00:20:30.167

00:20:30.717 --> 00:20:33.807
Cyantific, but written in a way that even I can.

00:20:33.807 --> 00:20:37.227
understand is the cdc.gov website.

00:20:37.227 --> 00:20:37.427

00:20:37.717 --> 00:20:40.817
That's where you can find information about each of.

00:20:40.817 --> 00:20:44.177
the vaccines that are being used commonly in the US.

00:20:44.177 --> 00:20:47.487
and confined access to many of the statistics.

00:20:47.487 --> 00:20:51.087
that you've heard here in another town hall shared.

00:20:51.087 --> 00:20:54.107

**APP.325**

over the past weekend month, so CDC dot.

00:20:54.107 --> 00:20:57.627
is a great place to go out. Easy to search, easy.

00:20:57.627 --> 00:20:59.127
to read materials.

00:20:59.957 --> 00:21:02.997
Second, I wanted to clarify there was a.

00:21:02.997 --> 00:21:06.017
number of questions that came in about which vaccines meet.

00:21:06.017 --> 00:21:07.737
the vaccine requirement.

00:21:08.457 --> 00:21:11.527
In our communication last Friday we had mentioned with three that are.

00:21:11.527 --> 00:21:15.177
most commonly used in the US, however.

00:21:15.177 --> 00:21:18.677
for the purposes of the vaccine requirement for USA based.

00:21:18.677 --> 00:21:21.967
employees will be using the WHO.

00:21:21.967 --> 00:21:25.357
list of approved vaccines, which does include.

00:21:25.357 --> 00:21:26.117
Astra Zeneca.

00:21:26.167 --> 00:21:26.537
Yeah.

00:21:27.807 --> 00:21:30.977
The Chinese vaccine as well so.

00:21:30.977 --> 00:21:34.127
please in that list is continuing to be updated on the.

00:21:34.127 --> 00:21:37.287
FA cues available in flying together have.

00:21:37.287 --> 00:21:40.817
that update reflected in a link to the CDC, the.

00:21:40.817 --> 00:21:43.847

**APP.326**

World Health Organization website is Bonnie had.

00:21:43.847 --> 00:21:47.107
shared updating your vaccine.

00:21:47.107 --> 00:21:50.137
card as well as providing some information.

00:21:50.137 --> 00:21:53.507
around each dose for two dose vaccine is.

00:21:53.507 --> 00:21:56.997
part of the vaccine requirements and one is completing.

00:21:56.997 --> 00:21:56.997


00:21:57.047 --> 00:22:00.317
The vaccine course and then sharing that information.

00:22:00.317 --> 00:22:03.357
with the company HR services my team is.

00:22:03.357 --> 00:22:06.437
responsible for the protection of that.

00:22:06.437 --> 00:22:09.537
information. My team also is responsible.

00:22:09.537 --> 00:22:12.677
for the protection of other critical information, including things.

00:22:12.677 --> 00:22:16.657
like your direct deposit information, your address.

00:22:16.657 --> 00:22:20.007
information if you participated in any type of.

00:22:20.007 --> 00:22:23.357
reasonable accommodation or FML or medical.

00:22:23.357 --> 00:22:27.287
related item. All of that information is cared for.

00:22:27.287 --> 00:22:27.287


00:22:27.817 --> 00:22:31.347
With the same lover standards and.

00:22:31.347 --> 00:22:34.807

**APP.327**

UNITED_SAMBRANO_00078555

go through an annual or more periodic.

00:22:34.807 --> 00:22:38.237
review audit of the controls that we have in place.

00:22:38.237 --> 00:22:41.567
so they are commercial grade and you can rest assured.

00:22:41.567 --> 00:22:44.867
that your information is being technically protected.

00:22:44.867 --> 00:22:47.547
and protected from a process perspective.

00:22:48.637 --> 00:22:51.757
If you have any issues with the upload of your card there.

00:22:51.757 --> 00:22:55.627
is an easy to use help. A blank to.

00:22:55.627 --> 00:22:58.667
provide and ask for assistance you'll either receive.

00:22:58.667 --> 00:23:01.687
a callback depending on the nature of the challenger having.

00:23:01.687 --> 00:23:05.437
with the upload or our response with helpful instructions.

00:23:05.437 --> 00:23:08.647
We're also going to have a Youtube like a video available next.

00:23:08.647 --> 00:23:11.827
week. Kind of a do it yourself. Instructional for how.

00:23:11.827 --> 00:23:15.617
o get through some of the nuances with a mobile device.

00:23:15.617 --> 00:23:19.017
but today we've had 10s of thousands of people successfully.

00:23:19.017 --> 00:23:20.247
complete the process.

00:23:20.327 --> 00:23:22.837
And are confident we can help you through it.

00:23:23.717 --> 00:23:26.867
And the final thing I want to come comment is on the reasonable.

00:23:26.867 --> 00:23:30.077

**APP.328**

CONFIDENTIAL

accommodation process. There's been a lot of questions.

00:23:30.077 --> 00:23:33.317
submitted in advance of this town hall and others around.

00:23:33.317 --> 00:23:36.327
What do I need to do? How do I engage? What's required?

00:23:36.327 --> 00:23:39.367
and what will the process be like for me individually?

00:23:39.367 --> 00:23:42.487
I will say that the reason accommodation process is.

00:23:42.487 --> 00:23:46.147
a highly personalized process, whether it's medical.

00:23:46.147 --> 00:23:49.517
or religious, the made the main players.

00:23:49.517 --> 00:23:52.787
in that process from United would be your if you decide to engage.

00:23:52.787 --> 00:23:54.667
in that process would be yourself.

00:23:54.927 --> 00:23:58.737
HR and legal and depending.

00:23:58.737 --> 00:24:02.567
on whether it's a medical or religious accommodation.

00:24:02.567 --> 00:24:05.617
could include your health care professional. So the.

00:24:05.617 --> 00:24:08.917
best way to learn more about it. There's a lot. There's a there's good.

00:24:08.917 --> 00:24:12.037
reference material on exactly the religious and.

00:24:12.037 --> 00:24:15.457
medical process available on help hub you can access.

00:24:15.457 --> 00:24:18.487
that information either through the announcements that have gone out to.

00:24:18.487 --> 00:24:21.577
your company email, or by just going directly to help hub.

00:24:21.577 --> 00:24:24.797

**APP.329**

                                                      UNITED_SAMBRANO_00078557

and searching on rap or reasonable accommodation.

00:24:24.797 --> 00:24:24.797


00:24:24.937 --> 00:24:28.527
And of course, if you have any questions, there's a. There's a contact center.

00:24:28.527 --> 00:24:31.547
in number into the Employee Service Center as well as the.

00:24:31.547 --> 00:24:35.417
ability to submit questions, but it's a highly personalized process.

00:24:35.417 --> 00:24:38.637
that is iterative and you can assure a.

00:24:38.637 --> 00:24:42.177
thorough review of that's a process you decide to participate.

00:24:42.177 --> 00:24:45.327
in. Looking forward to answering more of your questions during.

00:24:45.327 --> 00:24:47.257
the Q&amp;A, I'm going to hand it back to Greg.

00:24:49.057 --> 00:24:52.207
Perfect thank you very much, John. Anything else before.

00:24:52.207 --> 00:24:55.787
we get into the Q&amp;A portion is going right in no.

00:24:55.787 --> 00:24:58.987
I think we can go right in Greg. I the only thing I might add.

00:24:58.987 --> 00:25:02.187
is if anyone who's on the call hasn't had the opportunity to read.

00:25:02.187 --> 00:25:05.207
the FAQ that's available.

00:25:05.207 --> 00:25:08.467
to you on flying together. A lot of the.

00:25:08.467 --> 00:25:11.987
questions that we saw surface are resident in the.

00:25:11.987 --> 00:25:15.227
FAQ, so that's another further reference material.

00:25:15.227 --> 00:25:16.737

**APP.330**

UNITED_SAMBRANO_00078558

for those are participating.

00:25:19.157 --> 00:25:22.187
Thank you John. Alright Kirk, I'm gonna come right back to you.

00:25:22.187 --> 00:25:25.287
are almost like question was submitted. Answer comes from Leslie.

00:25:25.287 --> 00:25:29.157
and Houston. Is United going to cover all of healthcare costs? Should.

00:25:29.157 --> 00:25:31.187
eaction to the vaccine arrives.

00:25:32.427 --> 00:25:35.557
Hey Leslie, thanks for your question if you're.

00:25:35.557 --> 00:25:38.597
participating in the United Medical plan.

00:25:38.597 --> 00:25:41.967
and you have a complication of severe.

00:25:41.967 --> 00:25:45.397
reaction or likewise, or contract kovat and.

00:25:45.397 --> 00:25:49.067
require some either vaccinator, done, vaccinated, united.

00:25:49.067 --> 00:25:52.577
medical plan that carries that covers that medical need.

00:25:52.577 --> 00:25:52.577


00:25:53.677 --> 00:25:56.697
The cases of any adverse reaction.

00:25:56.697 --> 00:26:00.357
to vaccinations are extremely.

00:26:00.357 --> 00:26:03.687
low, but both our medical plan.

00:26:03.687 --> 00:26:07.357
and depending if those conditions actually that.

00:26:07.357 --> 00:26:10.947
adverse reaction in the very, very rare situation, the.

00:26:10.947 --> 00:26:14.367

**APP.331**

UNITED_SAMBRANO_00078559

reaction lasted more than a day or two.

00:26:14.367 --> 00:26:14.367


00:26:16.157 --> 00:26:19.517
This is a job requirement. Now being vaccinated were.

00:26:19.517 --> 00:26:22.667
I think we'll talk more about the news.

00:26:22.667 --> 00:26:26.347
that's come out of the candidate today, around Canada.

00:26:26.347 --> 00:26:29.677
requiring for all air travel vaccination.

00:26:29.677 --> 00:26:32.747
and that deadline here come in quite in.

00:26:32.747 --> 00:26:35.867
umber of weeks. But it's a job requirement now.

00:26:35.867 --> 00:26:38.947
and workers compensation also comes into.

00:26:38.947 --> 00:26:42.257
play as a protection for any type.

00:26:42.257 --> 00:26:44.697
of adverse reaction. But let me be clear.

00:26:44.837 --> 00:26:48.767
We're talking about the .0002.

00:26:48.767 --> 00:26:52.007
of vaccinations it that are.

00:26:52.007 --> 00:26:55.837
having adverse reaction and many of those are for.

00:26:55.837 --> 00:26:55.837


00:26:57.197 --> 00:27:00.367
Conditions were that are pre existing so I would highly.

00:27:00.367 --> 00:27:03.387
encourage you have a concern about getting vaccinated in a.

00:27:03.387 --> 00:27:06.397


**APP.332**

medical reaction. Please before.

00:27:06.397 --> 00:27:10.147
you go to CBS two or Walgreens.

00:27:10.147 --> 00:27:13.437
or wherever you're deciding to become vaccinated, consult.

00:27:13.437 --> 00:27:16.957
with your doctor. Ask some of these questions these concerns about.

00:27:16.957 --> 00:27:20.077
reaction an have those concerns addressed.

00:27:20.077 --> 00:27:20.077

00:27:23.417 --> 00:27:24.637
Wonderful thank you, Kirk.

00:27:25.237 --> 00:27:28.507
Our next question was also submitted in advance. It comes from Joel also.

00:27:28.507 --> 00:27:31.577
in Houston, since the vaccinated are super spreaders of the.

00:27:31.577 --> 00:27:35.207
Delta variant, why are we requiring everyone to be vaccinated?

00:27:35.207 --> 00:27:37.487
Pat fails. Can I send this one over to you?

00:27:39.277 --> 00:27:42.367
Sure, Greg, first of all it's.

00:27:42.367 --> 00:27:46.527
really not accurate that the that set really not.

00:27:46.527 --> 00:27:50.727
an accurate statement. Yeah, the Delta variant is really.

00:27:50.727 --> 00:27:53.787
the predominant strain today, but it's pretty.

00:27:53.787 --> 00:27:56.917
much amongst the whole population. It's mostly amongst the.

00:27:56.917 --> 00:28:00.007
vaccinator. Then you're seeing breakthrough cases with the vaccinated as.

00:28:00.007 --> 00:28:03.067

**APP.333**

well, but it is not accurate.

00:28:03.067 --> 00:28:04.647
that there are super spreaders.

00:28:06.277 --> 00:28:07.357
The vaccinated.

00:28:10.327 --> 00:28:11.947
Think about appreciate the answer to that one.

00:28:13.117 --> 00:28:16.247
Next question, submit advanced by Amy Deanne, Newark.

00:28:16.247 --> 00:28:19.327
Will we be able to take, say, a year of cola until we?

00:28:19.327 --> 00:28:22.477
feel comfortable and I'm assuming that's what getting vaccinated Kirk?

00:28:22.477 --> 00:28:25.677
Maybe I can start with you and then Mike Sassy. If you anything you want to add on to that.

00:28:25.677 --> 00:28:25.677


00:28:26.177 --> 00:28:28.127
In Africa response right?

00:28:30.087 --> 00:28:33.777
Yeah, so I from a cola perspective.

00:28:33.777 --> 00:28:36.937
There is an expectation I'll let Mike Sassy talk.

00:28:36.937 --> 00:28:40.027
more to the exactly how this will work into the bid cycle.

00:28:40.027 --> 00:28:43.377
but that in order to participate as we get to.

00:28:43.377 --> 00:28:46.937
the vaccine requirement day, there will be an expectation.

00:28:46.937 --> 00:28:50.097
to have the rights of bid into those colas.

00:28:50.097 --> 00:28:53.597
That vaccination will be required for.

00:28:53.597 --> 00:28:56.617

**APP.334**

UNITED_SAMBRANO_00078562

those that are currently on leave other than a cola which.

00:28:56.617 --> 00:28:59.637
we're now doing a month to month basis and Michael keep me.

00:29:01.627 --> 00:29:04.917
For those that are on other types of leaves in.

00:29:04.917 --> 00:29:08.217
order to return after the vaccine requirement effective.

00:29:08.217 --> 00:29:11.257
date, we do a number of things to ensure someones.

00:29:11.257 --> 00:29:14.517
s ready to come back to work and proof of vaccination.

00:29:14.517 --> 00:29:17.937
for those individuals coming back will be.

00:29:17.937 --> 00:29:18.767
a part of.

00:29:19.737 --> 00:29:23.097
Some kind of certification, so to speak, so.

00:29:23.097 --> 00:29:27.657
in any other way there isn't an option to go on extended leave

00:29:27.657 --> 00:29:30.777
is awaits to elongate the vaccine.

00:29:30.777 --> 00:29:34.097
requirement. Mike, what else would you add? Yeah.

00:29:34.097 --> 00:29:38.237
all good points Kirk. Thanks for kicking it over to me, look.

00:29:38.237 --> 00:29:41.857
as communicated here by John earlier today.

00:29:41.857 --> 00:29:44.917
Long term colas are not likely going to be an.

00:29:44.917 --> 00:29:48.177
option for the foreseeable future. We're going to start hiring as we're.

00:29:50.147 --> 00:29:53.677
Yes, we'll have short short term colas.

00:29:53.677 --> 00:29:56.857

**APP.335**

UNITED_SAMBRANO_00078563

one month at a time. Kind of from this point forward but.

00:29:56.857 --> 00:29:59.917
we wouldn't be looking at long term coal as an option.

00:29:59.917 --> 00:30:03.157
regardless, because we're now we need to.

00:30:08.897 --> 00:30:11.907
Thank you, Kurt. Thank you Mike. Appreciate dance for that one person.

00:30:11.907 --> 00:30:15.127
to come back to you for this next one. This is an anonymous submission from our live.

00:30:15.127 --> 00:30:18.647
Q&amp;A. If you apply for the wrap policy, can we still?

00:30:18.647 --> 00:30:21.667
fly? I'm taking him interpreting this as if we've.

00:30:21.667 --> 00:30:24.687
started that process. Are we still able to fly while the rap?

00:30:24.687 --> 00:30:26.497
process is undergoing its evaluation?

00:30:27.507 --> 00:30:30.747
Yeah, great, that's the way I'm interpreting as well. Let me.

00:30:30.747 --> 00:30:34.227
so let me ask directly. The answer is yes. Is a wrap processes.

00:30:34.227 --> 00:30:37.307
going your there's a process can.

00:30:37.307 --> 00:30:40.707
be iterative. It can be where information is submitted, there's questions.

00:30:40.707 --> 00:30:44.547
there's discussion. So during that process, definitely.

00:30:44.547 --> 00:30:47.567
ou're able to continue flying. We will be publishing.

00:30:47.567 --> 00:30:51.107
next week a due date to engage.

00:30:51.107 --> 00:30:54.167
in the rap process. That will be a several weeks.

00:30:54.167 --> 00:30:58.697

**APP.336**

UNITED_SAMBRANO_00078564

in the future, but we want to give people visibility to understand.

00:30:58.697 --> 00:30:58.697


00:30:58.967 --> 00:31:02.017
When this information needs to be provided to begin.

00:31:02.017 --> 00:31:05.717
the process against this specific job requirements.

00:31:05.717 --> 00:31:08.817
and I think that will help to bring some more structure.

00:31:08.817 --> 00:31:11.927
around this in advance of the vaccine required, but definitely.

00:31:11.927 --> 00:31:16.217
is the processes happen, you'll continue to fly and it accommodation.

00:31:16.217 --> 00:31:19.337
situation. The current plant accommodation.

00:31:19.337 --> 00:31:22.367
is would be a mask and that would.

00:31:22.367 --> 00:31:25.697
be a mask even following the Federale.

00:31:25.697 --> 00:31:29.257
andate air travel mandate being lifted that mask.

00:31:29.257 --> 00:31:32.197
requirement be cuter card the job expectation.

00:31:32.247 --> 00:31:35.257
Firm it through three inches tall combination that combination could.

00:31:35.257 --> 00:31:38.477
change over time based on job requirements.

00:31:38.477 --> 00:31:40.897
but that's where we will start.

00:31:43.867 --> 00:31:47.107
Thank you, Kirk. **Our next most liked is more of a comment.**

**00:31:47.107 --> 00:31:50.137**
**so thank you Adelaide up for your expression of how.**

**00:31:50.137 --> 00:31:53.337**

**APP.337**

delighted you are. So since that's the common data question, just want to say.

00:31:53.337 --> 00:31:56.427
thank you for that one. Our next question though comes from Mary.

00:31:56.427 --> 00:31:59.517
Ellen D. What happens if you get one dose and had an?

00:31:59.517 --> 00:32:02.537
adverse reaction? I got really sick and not able to. You're not able.

00:32:02.537 --> 00:32:05.767
to get your second dose pepels can I start with you?

00:32:05.767 --> 00:32:08.907
and then Kirk? If you have any additional comments, I'd love those as well.

00:32:10.417 --> 00:32:13.747
Sure, Greg yeah, and that can happen.

00:32:13.747 --> 00:32:16.767
if something like that does happen then you should get something.

00:32:16.767 --> 00:32:20.207
from your position that explains that you had an adverse reaction.

00:32:20.207 --> 00:32:23.337
and submit that if he doesn't or she doesn't.

00:32:23.337 --> 00:32:26.497
believe that you should get a second vaccine you need.

00:32:26.497 --> 00:32:28.287
to submit that from recycle combination.

00:32:31.837 --> 00:32:32.567
Perfect thank you.

00:32:36.177 --> 00:32:39.207
Alright, our next one, curcumin? Come back to you for this one. This is.

00:32:39.207 --> 00:32:42.247
another RAP question, will they be retaliation against those who?

00:32:42.247 --> 00:32:42.947
get RAP approval?

00:32:43.077 --> 00:32:46.687
IF approved for RAP when will they.

00:32:46.687 --> 00:32:47.817

**APP.338**

UNITED_SAMBRANO_00078566

**be allowed to fly?**

00:32:52.367 --> 00:32:55.547
No, there will be, of course, no retaliation.

00:32:55.547 --> 00:32:58.827
and anything anything of this sort.

00:32:58.827 --> 00:33:02.067
would be would be a severe.

00:33:02.067 --> 00:33:05.187
violation of our code of conducts so of.

00:33:05.187 --> 00:33:08.947
course there will not be any kind of retaliation, and yes.

00:33:08.947 --> 00:33:10.547
someone who has been.

00:33:11.707 --> 00:33:14.887
Who is Ben gone to the rap process in a proof of?

00:33:14.887 --> 00:33:18.327
that accommodation would be able to continue?

00:33:18.327 --> 00:33:21.407
flying. Now there are some nuances here. We need to work through.

00:33:21.407 --> 00:33:24.657
Still, we're still in a very fluid.

00:33:24.657 --> 00:33:27.747
environment. As I stated earlier. We just.

00:33:27.747 --> 00:33:30.837
learned this right before this call about the.

00:33:30.837 --> 00:33:33.867
news out of Canada and there will be some considerations.

00:33:33.867 --> 00:33:36.947
that will have to take into account the reasonable accommodation process.

00:33:36.947 --> 00:33:39.987
that exists in the US is very different than exist in other.

00:33:39.987 --> 00:33:41.977
parts of the world, and so there are some.

00:33:42.027 --> 00:33:45.157

**APP.339**

Nuances there will have to study and continue to adjust to.

00:33:45.157 --> 00:33:47.067
but to the point of retaliation.

00:33:48.837 --> 00:33:52.087
Without without a doubt, no. In any activity of the like.

00:33:52.087 --> 00:33:55.427
a coworker other would be.

00:33:55.427 --> 00:33:58.377
I investigated and dealt with swiftly.

00:34:01.077 --> 00:34:02.457
Thank you Kirk, appreciate that.

00:34:04.687 --> 00:34:07.787
We have another. Thank you from Honduras. Thank you for.

00:34:07.787 --> 00:34:10.887
that wonderful comment. Our next question comes from Joel.

00:34:10.887 --> 00:34:14.137
in Houston. Since United is concerned about keeping us safe.

00:34:14.137 --> 00:34:17.447
why aren't we at least requiring US customers to be bested?

00:34:17.447 --> 00:34:19.747
John, maybe I can pick this over to you to start.

00:34:21.407 --> 00:34:24.487
Sure, in the thanks for the question Joe, let's actually been raised.

00:34:24.487 --> 00:34:27.647
by a number of your peers as well, and I don't.

00:34:27.647 --> 00:34:31.277
know if you've had the opportunity, but if you haven't tuned into.

00:34:31.277 --> 00:34:34.387
offline together, you Scott answer this question.

00:34:34.387 --> 00:34:38.057
n in several media outlets, CNN, CNBC.

00:34:38.057 --> 00:34:41.317
It was raised in his discussion with President Biden.

00:34:41.317 --> 00:34:41.807

**APP.340**

the other day.

00:34:42.847 --> 00:34:45.997
And we would love to see all Americans.

00:34:45.997 --> 00:34:49.497
vaccinated for the reasons path described, which is really.

00:34:49.497 --> 00:34:52.587
bringing this pandemic to.

00:34:52.587 --> 00:34:55.787
arrest. That's really not something an airline.

00:34:55.787 --> 00:34:59.727
or transportation provider can do independently. It requires a lot.

00:34:59.727 --> 00:35:01.567
of investment in infrastructure and.

00:35:01.617 --> 00:35:04.857
You heard Kirk mentioned.

00:35:04.857 --> 00:35:08.837
the fact that Canada today announced that they're will require.

00:35:08.837 --> 00:35:11.537
travelers to be vaccinated.

00:35:12.547 --> 00:35:15.657
But that is a government action, so were supportive of.

00:35:15.657 --> 00:35:18.857
that initiative. If that's take place, but.

00:35:18.857 --> 00:35:22.117
it's not something we can do independently, so.

00:35:22.117 --> 00:35:25.297
hope that answers your question, but it will continue to advocate.

00:35:25.297 --> 00:35:26.027
on that PM.

00:35:28.367 --> 00:35:30.757
Wonderful thank you John. I know there's been a lot of people's minds.

00:35:31.527 --> 00:35:34.957
**The next question was also submitted in advance from Los Angeles.**

**00:35:34.957 --> 00:35:38.057**

CONFIDENTIAL

Will you please open a temporary window of insurance for so that?

00:35:38.057 --> 00:35:41.377
those of us with the gibbet medical concerns can purchase some sort of special?

00:35:41.377 --> 00:35:44.347
life and disability insurance plan before we take this vessel?

00:35:45.167 --> 00:35:46.567
Her connect that one over to you.

00:35:47.907 --> 00:35:50.977
Yes, and thank you for submitting resubmitting the question.

00:35:50.977 --> 00:35:54.477
cause it gave me an opportunity to connect with their benefit experts in explore.

00:35:54.477 --> 00:35:55.187
that a little bit.

00:35:56.537 --> 00:35:59.927
We are lucky enough to have border called qualified.

00:35:59.927 --> 00:36:03.037
plans at United and the benefit of these is we all get to.

00:36:03.037 --> 00:36:06.747
have purchased this insurance on a before tax basis.

00:36:06.747 --> 00:36:10.487
which is great. Definitely helps with affordability.

00:36:10.487 --> 00:36:12.997
in the space of rising health care costs.

00:36:13.447 --> 00:36:16.597
Yeah, the one element though is there's only specific.

00:36:16.597 --> 00:36:19.887
times when you can open up those before tax benefits.

00:36:19.887 --> 00:36:23.577
for re enrollment or for coverage drop and.

00:36:23.577 --> 00:36:26.757
we're very limited in what those opportunities would be in a changing.

00:36:26.757 --> 00:36:30.057
company policy like this wouldn't allow the company.

00:36:30.057 --> 00:36:33.437

**APP.342**

                    UNITED_SAMBRANO_00078570

legally from an IRS perspective to reopen.

00:36:33.437 --> 00:36:36.677
the plan for new enrollments. We have an annual enrollment.

00:36:36.677 --> 00:36:39.777
cycle coming up. That enrollment cycle will be in Q.

00:36:39.777 --> 00:36:43.147
and that cover this coverage changes that we all can make.

00:36:43.147 --> 00:36:43.147


00:36:43.317 --> 00:36:46.547
Will be effective on January 1 now if.

00:36:46.547 --> 00:36:48.557
you're interested in a.

00:36:49.527 --> 00:36:52.627
In outside policy, of course there's a lot of commercial opportunity.

00:36:52.627 --> 00:36:55.677
to buy independent life and disability related.

00:36:55.677 --> 00:36:58.747
products, but I would come back to the data.

00:36:58.747 --> 00:37:02.167
and the cdc.gov site and really look.

00:37:02.167 --> 00:37:05.447
at the risk elements of vaccination against.

00:37:05.447 --> 00:37:08.507
not being vaccinated and the concern that I'm hearing.

00:37:08.507 --> 00:37:11.687
is 1 around really haven't been vaccinated and being.

00:37:15.507 --> 00:37:18.987
After a threat to threat of death, and.

00:37:18.987 --> 00:37:22.807
eally look at the data because it it's the.

00:37:22.807 --> 00:37:23.987
rs are pretty clear.

00:37:25.007 --> 00:37:28.557

**APP.343**

UNITED_SAMBRANO_00078571

And that the risk is very low. But unfortunately we.

00:37:28.557 --> 00:37:31.507
can't open up our plan to enroll early enrollment window.

00:37:34.647 --> 00:37:36.547
Thank you Kirk, appreciate that.

00:37:37.877 --> 00:37:40.967
Our next question comes from an anonymous.

00:37:40.967 --> 00:37:44.067
live event Q&amp;A. Submitter palaces, one will.

00:37:44.067 --> 00:37:47.107
be for you knowing it takes three to five years for a.

00:37:47.107 --> 00:37:50.137
vaccine to come to market. What are the long term prospects?

00:37:50.137 --> 00:37:51.067
of this vaccine?

00:37:53.017 --> 00:37:56.237
Greg, it's I really don't know at this point.

00:37:56.237 --> 00:37:59.367
because it's kind of newer on the market. However, there's been.

00:37:59.367 --> 00:38:02.627
so much research done on it and so many clinical trials and so much.

00:38:02.627 --> 00:38:05.667
already done that we can go as.

00:38:05.667 --> 00:38:09.167
buy. And then every single thing I read is completely.

00:38:09.167 --> 00:38:12.987
positive and good regarding these vaccines and.

00:38:12.987 --> 00:38:16.707
people are concerned about the M RNA versus the.

00:38:16.707 --> 00:38:19.767
traditional janjay vaccine. If you're concerned about.

00:38:19.767 --> 00:38:23.067
the M RNA in his long term effects, the traditional one is your JNG.

00:38:23.067 --> 00:38:23.657

**APP.344**

 UNITED_SAMBRANO_00078572

and that's your.

00:38:23.887 --> 00:38:26.897
That's the vaccines we normally get when we've always had.

00:38:26.897 --> 00:38:27.547
vaccines.

00:38:30.847 --> 00:38:32.917
Wonderful thank you. Thanks for taking the question.

00:38:33.587 --> 00:38:36.777
The next question comes from a live event Q and as well.

00:38:36.777 --> 00:38:40.017
from an anonymous submitter and it's about the.

00:38:40.017 --> 00:38:43.097
kind of the implementation of our policy. So Kirk I made start with you and.

00:38:43.097 --> 00:38:46.377
others have some thoughts on this as well. Please feel free to chime in.

00:38:46.377 --> 00:38:49.787
When does the last shot or the first shot of J&amp;J?

00:38:49.787 --> 00:38:51.887
need to be taken to maintain employment?

00:38:52.497 --> 00:38:55.927
The vaccine upload page and on flying together it says you are considered fully vaccinated.

00:38:55.927 --> 00:38:59.357
14 days after your final dose. However, with the October.

00:38:59.357 --> 00:39:02.557
25th deadline, does that mean the final dose needs to be taken?

00:39:02.557 --> 00:39:04.987
on October 11th or October 25th?

00:39:06.117 --> 00:39:09.577
Yeah, and I appreciate this question 'cause it does point out.

00:39:09.577 --> 00:39:12.797
a little bit of a point of confusion which we can update.

00:39:12.797 --> 00:39:16.577
some text to help be clearer look.

**APP.345**

00:39:16.577 --> 00:39:20.447
people are considered to be fully vaccinated per the CDC.

00:39:20.447 --> 00:39:23.597
14 days after the second shot in a 2.

00:39:23.597 --> 00:39:26.637
o shot regiment or 14 days after a.

00:39:26.637 --> 00:39:29.937
single dose of Johnson and Johnson for company.

00:39:29.937 --> 00:39:33.037
policy the vaccine.

00:39:33.037 --> 00:39:36.517
requirement effective date, which we know to be 5 weeks.

00:39:36.517 --> 00:39:36.517


00:39:36.807 --> 00:39:40.497
After the federal, the FDA approves.

00:39:40.497 --> 00:39:43.597
one of the three vaccines approved for use in the.

00:39:43.597 --> 00:39:46.617
US or October 20.

00:39:46.617 --> 00:39:50.167
h. As the is the latest possible day.

00:39:50.167 --> 00:39:53.687
Our expectation there is, you completed both.

00:39:53.687 --> 00:39:56.817
doses of a two dose regiment or a single.

00:39:56.817 --> 00:39:59.997
dose of Johnson and Johnson without the 14 day.

00:39:59.997 --> 00:40:03.177
and the reason for that is all honesty is once you're vaccinated.

00:40:03.177 --> 00:40:06.217
you're vaccinated, right? And we know that the.

00:40:06.217 --> 00:40:09.277
14 day plus really plays into things like.

**APP.346**

UNITED_SAMBRANO_00078574

00:40:09.277 --> 00:40:09.277

00:40:09.927 --> 00:40:12.947
Right now we have a mask requirement in our corporate.

00:40:12.947 --> 00:40:16.247
center that says that vaccinated.

00:40:16.247 --> 00:40:19.527
individuals need to continue to wear a mask and.

00:40:19.527 --> 00:40:23.257
hat situation, that 14 day would apply 'cause you're not fully vaccinated.

00:40:23.257 --> 00:40:26.267
for the purposes of the company policy or asking both.

00:40:26.267 --> 00:40:29.517
shots and a two shot regimen to be completed by that vaccination.

00:40:29.517 --> 00:40:32.587
requirement and eight. Thank you very much for pointing this.

00:40:32.587 --> 00:40:35.757
out would lead some additional clarity on the site.

00:40:35.757 --> 00:40:35.757

00:40:38.657 --> 00:40:41.787
Or thank you Kirk. I'm gonna stay with you. Wanna invite bob? Tried to help.

00:40:41.787 --> 00:40:45.177
e with the next one as well, in case there's any flight time specific.

00:40:45.177 --> 00:40:48.307
nuances to this. Susan, how to Shell?

00:40:48.307 --> 00:40:51.417
if you are in a medical leave. Do you have?

00:40:51.417 --> 00:40:54.527
to be vaccinated by that deadline or just before you return to?

00:40:54.527 --> 00:40:57.697
work so Kirk Makin start with you and then Bob? Feel free to chime in?

00:40:57.697 --> 00:40:57.697

**APP.347**

CONFIDENTIAL                                          UNITED_SAMBRANO_00078575

00:40:59.657 --> 00:41:02.717
So we've actually added some additional clarity this.

00:41:02.717 --> 00:41:06.337
ion has come a few times or would be sending some material.

00:41:06.337 --> 00:41:09.417
to our flight attendants into other employees who.

00:41:09.417 --> 00:41:13.697
are currently on leave of absence. To help with this proactively.

00:41:13.697 --> 00:41:16.727
let's just assume or beyond the.

00:41:16.727 --> 00:41:19.917
vaccine requirement effective date for the leaves that are coming.

00:41:19.917 --> 00:41:23.937
back after that date is part of their return to work process.

00:41:23.937 --> 00:41:26.977
We will check to ensure that the vaccine.

00:41:26.977 --> 00:41:30.147
information has been uploaded, and if it is not.

00:41:30.177 --> 00:41:33.187
Is part of the ability to return to work we.

00:41:33.187 --> 00:41:36.207
will request that it that information.

00:41:36.207 --> 00:41:39.047
be uploaded as a condition of work eligibility.

00:41:43.817 --> 00:41:45.207
Everything or anything to add Bob.

00:41:48.657 --> 00:41:52.197
Now I think I heard it, that's exactly it is part of the return to work process.

00:41:52.197 --> 00:41:52.197

00:41:52.857 --> 00:41:53.747
Perfect thank you Sir.

00:41:56.177 --> 00:41:59.367
Alright, our next question was submitted invalid spire from our LOS.

**APP.348**

CONFIDENTIAL   UNITED_SAMBRANO_00078576

00:41:59.367 --> 00:42:02.387
Angeles base. I want to know how united or.

00:42:02.387 --> 00:42:05.567
even the United States would have a way to detect fake vaccination.

00:42:05.567 --> 00:42:08.897
cards. Should the vaccine passport have a QR code?

00:42:08.897 --> 00:42:12.067
or I know your teams been processing the uploads and people with.

00:42:12.067 --> 00:42:15.087
the Peoplesoft. So how we kind of going about this today? And what's our?

00:42:15.087 --> 00:42:15.737
path forward?

00:42:18.597 --> 00:42:21.707
On a personal personal side, I so wish the US government had.

00:42:21.707 --> 00:42:24.827
decided to create a national standard they have not.

00:42:24.827 --> 00:42:27.937
and that ship has sailed. So we move on. We find new ways.

00:42:27.937 --> 00:42:31.637
to adapt in need. Look, i.

00:42:31.637 --> 00:42:34.907
believe that most of our employees fast, fast, fast.

00:42:34.907 --> 00:42:37.967
fast majority are doing the right thing. Getting back.

00:42:37.967 --> 00:42:41.727
nated and uploading authentic cards. And what we are doing though.

00:42:41.727 --> 00:42:45.037
is our review of cards that are being uploaded.

00:42:45.037 --> 00:42:48.897
You may say, well, how can you identify a fake card?

00:42:48.897 --> 00:42:48.917

00:42:49.667 --> 00:42:52.807
We have we have learned to identify cards that.

**APP.349**

UNITED_SAMBRANO_00078577

00:42:52.807 --> 00:42:55.887
are not authentic. We have followed up with.

00:42:55.887 --> 00:42:59.487
the number of employees to AX for additional supporting.

00:42:59.487 --> 00:43:02.667
detail around their vaccine. Vaccinations based.

00:43:02.667 --> 00:43:06.037
on those cards. The other thing that is becoming available.

00:43:06.037 --> 00:43:10.637
as a number of companies including Google, IBM.

00:43:10.637 --> 00:43:11.387


00:43:11.527 --> 00:43:14.767
And some niche players are beginning.

00:43:14.767 --> 00:43:17.847
to build tools which allow.

00:43:17.847 --> 00:43:20.947
for there are 62.

00:43:20.947 --> 00:43:24.307
3 state vaccination systems.

00:43:24.307 --> 00:43:27.787
around the country. That data is beginning to be aggregated.

00:43:27.787 --> 00:43:31.207
across those systems and being made available.

00:43:31.207 --> 00:43:34.427
for consumption. For services like this.

00:43:34.427 --> 00:43:38.537
and we continue to watch that marketplace and look for an opportunity.

00:43:38.537 --> 00:43:41.647
where we could engage in a more thorough review.

00:43:41.647 --> 00:43:42.377
But for this.

00:43:42.447 --> 00:43:45.657
We're now we're reviewing images as they are being uploaded.

**APP.350**

UNITED_SAMBRANO_00078578

00:43:45.657 --> 00:43:49.027
and will continue to do so and follow up with questions as required.

00:43:49.027 --> 00:43:49.027

00:43:51.757 --> 00:43:54.827
Thank you card. Appreciate that, Ronnie. I'm going to come back to your.

00:43:54.827 --> 00:43:58.087
question and we're not actually end on that one if that's OK, so into.

00:43:58.087 --> 00:44:01.287
the next anonymous question about whether flu shots.

00:44:01.287 --> 00:44:04.307
will be required as well. Going forward or other vaccines as a.

00:44:04.307 --> 00:44:08.077
job or appointment pack and I click this one over to you for your thoughts.

00:44:08.077 --> 00:44:08.077

00:44:13.667 --> 00:44:14.717
He repeated again group.

00:44:15.457 --> 00:44:18.527
Sure, absolutely the flu shot also.

00:44:18.527 --> 00:44:21.987
be required as well going forward or any other vaccines.

00:44:21.987 --> 00:44:23.107
as a job requirement.

00:44:23.947 --> 00:44:27.087
Yeah, that's a good question. We've had this in a few of our meetings, so.

00:44:27.087 --> 00:44:30.387
ar, and at this point that they're not going to, it doesn't.

00:44:30.387 --> 00:44:33.477
look like it's going to be required. This is a very unique situation.

00:44:33.477 --> 00:44:36.507
Or in this is a public health threat going on during.

00:44:36.507 --> 00:44:39.547
this pandemic and we have to look at it like that, that's.

**CONFIDENTIAL**                                            UNITED_SAMBRANO_00078579

00:44:39.547 --> 00:44:42.627
the reason we have to take this so seriously to protect all of us.

00:44:42.627 --> 00:44:45.707
or each other until we can bring it close to this pandemic.

00:44:45.707 --> 00:44:45.707

00:44:48.077 --> 00:44:49.447
Thank you, but I appreciate that.

00:44:50.427 --> 00:44:53.677
Bonnie, this next question looks like it's a good one for you is.

00:44:53.677 --> 00:44:56.767
the enforcement of the vaccine policy respecting the this by the?

00:44:56.767 --> 00:44:59.867
state you live in or the one that you're based for work?

00:44:59.867 --> 00:45:01.817
in? Or is it either or?

00:45:02.827 --> 00:45:03.497
Sure.

00:45:05.077 --> 00:45:08.527
What we've seen in terms of Montana using Montana?

00:45:08.527 --> 00:45:11.937
s an example, it's where you work so.

00:45:11.937 --> 00:45:11.937

00:45:13.087 --> 00:45:16.517
And so for our flight attendants we would be looking.

00:45:16.517 --> 00:45:19.307
to where they are domiciled.

00:45:21.017 --> 00:45:21.817
And.

00:45:22.757 --> 00:45:25.767
At the same time, I would also just want to point out.

00:45:25.767 --> 00:45:29.547
that to the extent states are starting to pass any regulations.

**APP.352**

UNITED_SAMBRANO_00078580

00:45:29.547 --> 00:45:32.187
or laws about an employer's ability to.

00:45:33.367 --> 00:45:36.467
Require vaccines, of course we would have to be looking very carefully.

00:45:36.467 --> 00:45:40.147
at what the verbage is in the law so and it.

00:45:40.147 --> 00:45:43.247
could vary from state to state. But what I have seen.

00:45:43.247 --> 00:45:46.557
historically as you look at while they get past that impact.

00:45:46.557 --> 00:45:49.607
employees in the workplace, it is the state in which you work.

00:45:49.607 --> 00:45:49.607


00:45:52.427 --> 00:45:54.187
Wonderful thank you Bonnie, appreciate that.

00:45:55.537 --> 00:45:58.787
Alright, our next question comes from JV.

00:45:58.787 --> 00:46:01.807
Villegas is the federal mask mandate.

00:46:01.807 --> 00:46:05.637
going to be extended beyond the current date of September 13th.

00:46:05.637 --> 00:46:05.637


00:46:06.557 --> 00:46:07.857
John, you want to start with this one.

00:46:11.737 --> 00:46:15.057
Sure, I think the dates have been widely published.

00:46:15.057 --> 00:46:18.167
that's available in the FAQ and there are no plans to alter those.

00:46:18.167 --> 00:46:19.157
dates at this point.

00:46:22.907 --> 00:46:23.917
Perfect thank you Sir.

**APP.353**

CONFIDENTIAL

00:46:25.577 --> 00:46:28.927
Bonnie, I'm going to come to you for this next question. Well other.

00:46:28.927 --> 00:46:31.967
d own subsidiaries such as United Global Express be required.

00:46:31.967 --> 00:46:34.987
to since United owns these those companies I.

00:46:34.987 --> 00:46:38.597
read in the article that it was not. As of now, they were not required.

00:46:38.597 --> 00:46:41.887
But what about our flight attendants on our unit expressed areas working as United?

00:46:41.887 --> 00:46:44.447
Express? Are there going to be vaccinated at as well?

00:46:46.277 --> 00:46:49.317
Sure, yes, I know that we've had a lot of questions around this topic.

00:46:49.317 --> 00:46:52.767
and let me just first start out by saying that these are separate legal entities.

00:46:52.767 --> 00:46:54.057
and so we.

00:46:55.107 --> 00:46:58.227
We cannot mandate our policy.

00:46:58.227 --> 00:47:01.327
s, but we can certainly strongly encourage, and.

00:47:01.327 --> 00:47:03.547
but at the same time I know, we are looking.

00:47:04.577 --> 00:47:07.737
Across many of our vendor relationships.

00:47:07.737 --> 00:47:10.817
and business partner relationships to see where.

00:47:10.817 --> 00:47:11.577
where we can.

00:47:13.167 --> 00:47:16.307
Truly, strongly encourage and.

00:47:16.307 --> 00:47:19.377
help influence in that direction, and Kirk out enough you.

**APP.354**

00:47:19.377 --> 00:47:22.427
also want to in any way chime in on this topic, since I know you're.

00:47:22.427 --> 00:47:23.157
also involved.

00:47:25.057 --> 00:47:26.777
No, I think you covered it Bunny.

00:47:29.187 --> 00:47:30.667
Thank you honey, I appreciate that.

00:47:32.007 --> 00:47:33.297
**Alright, our next question.**

00:47:34.587 --> 00:47:37.917
**Going forward would be preferable for customers to also be vaccinated.**

00:47:37.917 --> 00:47:41.257
**or presented. Negative code 19 test result before boarding our aircraft.**

00:47:41.257 --> 00:47:44.537
**I personally would not feel comfortable working without my mask even.**

00:47:44.537 --> 00:47:47.717
**though I'm fully vaccinated.** Thank you. I think we covered.

00:47:47.717 --> 00:47:50.837
the fully vaccinated part, but John any.

00:47:50.837 --> 00:47:54.017
insights onto requiring a negative COVID-19?

00:47:54.017 --> 00:47:57.287
test result? **Is that really just dependent on where we're flying and what those country?**

00:47:57.287 --> 00:47:58.067
**restrictions are?**

00:47:59.597 --> 00:48:02.627
Yes, it would be Greg, and in fact you're starting to see this.

00:48:02.627 --> 00:48:05.877
with the announcement of Canada today. Presumably we're not allowed to fly anyone.

00:48:05.877 --> 00:48:07.987
into Canada that doesn't have a.

00:48:08.677 --> 00:48:11.937
A vaccine so these.

**APP.355**

CONFIDENTIAL                                    UNITED_SAMBRANO_00078583

00:48:11.937 --> 00:48:15.447
requirements are evolving as we speak.

00:48:15.447 --> 00:48:18.567
and part of the challenge we face is an industry.

00:48:18.567 --> 00:48:22.127
is each one of these countries are.

00:48:22.127 --> 00:48:25.307
making their own sovereign decisions on what's required, and.

00:48:25.307 --> 00:48:28.917
so we've had to be extremely flexible.

00:48:28.917 --> 00:48:31.967
and agile, as some of these requirements have come.

00:48:31.967 --> 00:48:33.257
terally overnight.

00:48:34.717 --> 00:48:37.787
Kerklaan yeah, Pat all participate in a.

00:48:37.787 --> 00:48:40.847
weekly covered call. Now that we have a couple of times.

00:48:40.847 --> 00:48:44.597
a week just to review these ongoing changes.

00:48:44.597 --> 00:48:47.617
with help from our government affairs colleagues. So I.

00:48:47.617 --> 00:48:50.667
think it's highly probable that you will continue to see countries require the.

00:48:50.667 --> 00:48:53.947
vaccine and in addition to recording the vaccine.

00:48:53.947 --> 00:48:57.157
some of them are still requiring PCR tests so.

00:48:57.157 --> 00:49:00.797
the requirements. In particular, as we've seen a.

00:49:00.797 --> 00:49:04.827
significant rise in the cases since the Delta variant.

00:49:04.827 --> 00:49:04.827

**APP.356**

CONFIDENTIAL

00:49:04.937 --> 00:49:06.097
Became prominent.

00:49:07.457 --> 00:49:11.077
Is getting to be even higher hurdle for?

00:49:11.077 --> 00:49:13.247
the industry and for customers to travel?

00:49:15.657 --> 00:49:16.797
Wonderful thank you, John.

00:49:17.727 --> 00:49:21.407
Our next question path this will be for you. It comes from Nicole Pastore.

00:49:21.407 --> 00:49:21.407

00:49:22.347 --> 00:49:26.037
What about those of us who have had covid and still have high levels of antibodies?

00:49:26.037 --> 00:49:28.277
and that qualify for a medical exemption?

00:49:29.857 --> 00:49:32.967
Now you would still need to get the vaccine and.

00:49:32.967 --> 00:49:32.967

00:49:34.117 --> 00:49:37.257
Like I said before, I.

00:49:37.257 --> 00:49:40.337
get why people ask that question because it's you.

00:49:40.337 --> 00:49:44.077
ral immunity is always very protective, but.

00:49:44.077 --> 00:49:47.177
all of the recent research and all the data that's coming out.

00:49:47.177 --> 00:49:50.367
now says that a booster is really needed to substantially.

00:49:50.367 --> 00:49:53.717
increase your protection and we would still require.

00:49:53.717 --> 00:49:54.817
you to get a vaccine.

**APP.357**

                                    UNITED_SAMBRANO_00078585

00:49:57.067 --> 00:50:00.077
If that while we're on the topic of boosters, there's another question that's getting a lot of.

00:50:00.077 --> 00:50:03.137
lights in here about booster vaccines being required at what I'm.

00:50:03.137 --> 00:50:06.337
reading into this question is if boosters become our third.

00:50:06.337 --> 00:50:09.517
version or third shot at the Moderna or Pfizer vaccine for example.

00:50:09.517 --> 00:50:13.197
were to be suggested or strongly.

00:50:13.197 --> 00:50:16.557
enforced by the CDC, would we also require those boosters as well?

00:50:16.557 --> 00:50:19.637
and maybe pedal start with you and Kirk? If you have any thoughts as.

00:50:19.637 --> 00:50:20.757
well, that would be great.

00:50:21.797 --> 00:50:24.917
And by the way, when I when I when we talk about natural meaning, what I really?

00:50:24.917 --> 00:50:28.467
mean is you would get the vaccine after having natural unity, not a booster.

00:50:28.467 --> 00:50:31.567
There's been really very little talk about.

00:50:31.567 --> 00:50:32.377
boosters.

00:50:33.087 --> 00:50:34.047
Until today.

00:50:34.367 --> 00:50:37.797
We we've had so far, the CDC.

00:50:37.797 --> 00:50:40.897
is basically said. We don't put the general population.

00:50:40.897 --> 00:50:44.417
that we don't need boosters, but today they came out and because the.

00:50:44.417 --> 00:50:47.577
CC actually recommended this to the FDA that we come.

**APP.358**

00:50:47.577 --> 00:50:50.737
out and say that a booster is recommended.

00:50:50.737 --> 00:50:54.197
for the compromised. So that is something. No, it's far.

00:50:54.197 --> 00:50:57.827
whether we're going to cover that. I met with that is something up for discussion.

00:50:57.827 --> 00:50:59.247
Maybe somebody else could answer.

00:51:04.907 --> 00:51:09.037
Burgundy thoughts on your end on that question, right? Continue? Sleeping vaccinated.

00:51:09.037 --> 00:51:13.247
Yeah, I think we continue to follow the CDC direction.

00:51:13.247 --> 00:51:13.247


00:51:14.697 --> 00:51:18.007
And at this stage, as I think we're.

00:51:18.007 --> 00:51:21.127
dealing with what the information that's available to.

00:51:21.127 --> 00:51:24.777
us and the policy at hand, and we will.

00:51:24.777 --> 00:51:28.147
continue just like we all have been extremely.

00:51:28.147 --> 00:51:31.407
flexible through this process as.

00:51:31.407 --> 00:51:35.407
we've learned more, we've adjusted and will share.

00:51:35.407 --> 00:51:38.847
e more as we know more about what the CDC is going to ultimately recommend.

00:51:38.847 --> 00:51:42.487
around boosters and.

00:51:42.487 --> 00:51:43.487
all.

00:51:43.547 --> 00:51:47.187
The position of safety this policy we started out in January.

**APP.359**

UNITED_SAMBRANO_00078587

00:51:47.187 --> 00:51:50.757
with it being about is Scott had shared in January directionally.

00:51:50.757 --> 00:51:53.797
of our intents, one specs nation was readily available and.

00:51:53.797 --> 00:51:57.177
proven effective and with 170 plus million Americans.

00:51:57.177 --> 00:52:00.337
participating. And I think we.

00:52:00.337 --> 00:52:03.457
hit that element of safety in other companies coming along the same regard and.

00:52:03.457 --> 00:52:07.137
will continue to learn and continue to adjust our policy.

00:52:07.137 --> 00:52:09.307
accordingly when it comes to boosters.

00:52:11.467 --> 00:52:14.627
Wonderful thank you Kirk. Appreciate that. So I mean, I promised.

00:52:14.627 --> 00:52:17.817
I'd come back to your question as our last one, 'cause I think it's a good one and something.

00:52:17.817 --> 00:52:21.077
that's a lot of late attendance minds today. And so John this one will be for you.

00:52:21.077 --> 00:52:24.237
Can you please spend some time talking about how the company will do more?

00:52:24.237 --> 00:52:27.687
to protect us on long haul flights? Or many customers are constantly?

00:52:27.687 --> 00:52:30.717
removing their mass and making our job extremely challenging.

00:52:30.717 --> 00:52:33.757
and trying to enforce our mass policy law. Protecting the health of.

00:52:33.757 --> 00:52:35.497
other passengers and crew members.

00:52:37.197 --> 00:52:40.397
And I'm sorry, Greg, who asked that question and his name is Ronnie.

00:52:40.397 --> 00:52:43.577
OK, thank you. I think you're asking a question.

**APP.360**

00:52:43.577 --> 00:52:46.757
that's asked on behalf of many of your peers and thank.

00:52:46.757 --> 00:52:50.417
you for, and I don't think there is one.

00:52:50.417 --> 00:52:54.227
perfect solution to that Rami. I know that you.

00:52:54.227 --> 00:52:57.677
and all your peers have done a really a remarkable job.

00:52:57.677 --> 00:53:01.137
monitoring cabin compliance with the mask policy.

00:53:02.017 --> 00:53:05.137
And it does get more taxing on longer haul flights.

00:53:05.137 --> 00:53:08.197
Naturally you have some language barriers there that you have.

00:53:08.197 --> 00:53:12.097
to contend with. Sometimes some of those are cultural barriers that.

00:53:12.097 --> 00:53:16.517
requires to put more effort into educating.

00:53:16.517 --> 00:53:20.857
our customers. We try to do a few things one is using.

00:53:20.857 --> 00:53:24.117
our language speakers or language cards to make sure.

00:53:24.117 --> 00:53:27.477
that people are familiar with our policy and procedure and.

00:53:27.477 --> 00:53:31.307
the repercussions if you're unable to follow that policy.

00:53:31.307 --> 00:53:31.307


00:53:31.657 --> 00:53:34.927
We've taken a very strong approach to customers.

00:53:34.927 --> 00:53:35.637
who have been.

00:53:36.597 --> 00:53:39.737
I would say resistant to complying with the policy that.

**APP.361**

00:53:39.737 --> 00:53:43.197
we've made very clear through all our distribution channels.

00:53:43.197 --> 00:53:46.397
You simply cannot purchase a ticket on United without actually.

00:53:46.397 --> 00:53:50.227
agreeing to the terms of our.

00:53:50.227 --> 00:53:50.227


00:53:51.777 --> 00:53:54.847
Policy and procedure as it relates to wearing of.

00:53:54.847 --> 00:53:57.927
masks, but it won't go away.

00:53:57.927 --> 00:54:01.067
unfortunately overnight, I think because we.

00:54:01.067 --> 00:54:04.377
have new travelers on our airplane every single day.

00:54:04.377 --> 00:54:07.687
of those that we educated yesterday need to be.

00:54:07.687 --> 00:54:09.737
educated tomorrow with.

00:54:10.047 --> 00:54:13.177
With the folks that haven't traveled before, and so I know.

00:54:13.177 --> 00:54:16.277
that puts a burden on our crew members to do that.

00:54:16.277 --> 00:54:19.627
We're not unique in that regard, as all airlines.

00:54:19.627 --> 00:54:23.227
are faced with the same same challenge out there.

00:54:23.227 --> 00:54:26.447
But I do think there is some evidence.

00:54:26.447 --> 00:54:30.207
and we're starting to see this in our data that.

00:54:30.207 --> 00:54:34.027
mask related issues are actually coming down fairly significantly.

**APP.362**

00:54:34.027 --> 00:54:37.617
and I think that's been part of a very good ground game.

00:54:37.617 --> 00:54:40.597
I've good educational campaign that we've done.

00:54:40.667 --> 00:54:44.207
And making sure that our policies and procedures are clear to customers.

00:54:44.207 --> 00:54:47.277
and the other component of this which we can't take credit for. But i.

00:54:47.277 --> 00:54:50.417
think because of the.

00:54:50.417 --> 00:54:53.517
significant spread of the delta variant people are taking it.

00:54:53.517 --> 00:54:56.857
more seriously and that's paying.

00:54:56.857 --> 00:55:00.017
some dividends as well. And we've seen that in our reports they.

00:55:00.017 --> 00:55:03.157
are is that you have told us very clearly.

00:55:03.157 --> 00:55:06.457
that mask related incidents are dropping by a significant.

00:55:06.457 --> 00:55:09.477
measure. All load factors are increasing, so a.

00:55:09.477 --> 00:55:10.527
positive sign there.

00:55:13.877 --> 00:55:17.187
Wonderful thank you, John. I think you're on me for that question. John looks like we.

00:55:17.187 --> 00:55:20.327
just have a couple of minutes left so I'll leave it to you for any closing comments.

00:55:20.327 --> 00:55:23.427
that make that. Well, first, I just like.

00:55:23.427 --> 00:55:26.967
to thank all our participants today. I know this is a.

00:55:26.967 --> 00:55:29.997
pretty highly charged emotional issue for people.

**APP.363**

UNITED_SAMBRANO_00078591

00:55:29.997 --> 00:55:33.057
on both sides of the equation. I have people.

00:55:33.057 --> 00:55:36.557
that right when you routinely that are very anxious about.

00:55:36.557 --> 00:55:39.607
their health but also the health of coworkers that might be.

00:55:39.607 --> 00:55:42.667
vaccinated. Some very strong opinions there. An I.

00:55:42.667 --> 00:55:43.777
get the equal.

00:55:43.907 --> 00:55:47.427
Amount of correspondence from people that are very.

00:55:47.427 --> 00:55:50.437
concerned about our direction and the.

00:55:50.437 --> 00:55:53.497
policy that we've rolled out and so today isn't.

00:55:53.497 --> 00:55:56.987
about forcing people to accept.

00:55:56.987 --> 00:56:00.287
our version of things. It was really an opportunity to.

00:56:00.287 --> 00:56:03.327
allow you to engage with experts.

00:56:03.327 --> 00:56:06.537
in the field and ask your questions and.

00:56:06.537 --> 00:56:09.577
provide you the information you need to make a sound decision for your career.

00:56:09.577 --> 00:56:12.767
going forward. So thank you for participating will.

00:56:12.767 --> 00:56:14.247
continue the dialogue.

00:56:14.297 --> 00:56:17.467
Independently with anybody who wants to have it, and.

00:56:17.467 --> 00:56:20.887
again thanks for joining us today and have a good afternoon.

**APP.364**

CONFIDENTIAL

00:56:20.887 --> 00:56:20.887

00:56:20.917 --> 00:56:30.917

**APP.365**

CONFIDENTIAL

UNITED_SAMBRANO_00078593