# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>*Defendant.* | Civil Action No.: 4:21-cv-01074-P |

## SUPPLEMENTAL APPENDIX IN SUPPORT OF
## PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Plaintiffs file this Supplemental Appendix in Support of Plaintiffs' Reply in Support of

Motion for Class Certification and, in support thereof, show the Court as follows:

### APPENDIX INDEX

| EX. NO. | DESCRIPTION | SUPP. APP. NOS. |
|---|---|---|
| 1 | CCS Priority: Flight Operations: *Updated: Countries with vaccination restrictions (expiration March 31, 2023)*, UNITED_SAMBRANO_00002079–80 | 1–3 |
| 2 | United Airlines Human Resources, Upload your COVID-19 vaccination record, UNITED_SAMBRANO_00005618 | 4–5 |
| 3 | Emails (12/10/22–12/12/22), *CCS Priority Message: Updated: Countries with vaccination restrictions*, UNITED_SAMBRANO_00006870–71 | 6–8 |
| 4 | Deposition Transcript, United Airlines 30(b)(6) by Wm. Kirk Limacher, 11/6/23 [excerpted] (redacted) | 9–13 |
| 5 | Deposition Transcript, Amber Davis, 10/24/23 [excerpted] | 14–19 |
| 6 | Deposition Transcript, Kaitlyn Hovila, 10/23/23 [excerpted] | 20–26 |
| 7 | Deposition Transcript, Genise Kincannon, 9/22/23 [excerpted] | 27–32 |
| 8 | Second Supplemental Declaration of David Sambrano, 2/22/24 | 33–36 |

February 23, 2024

Respectfully submitted,

*/s/ Mark R. Paoletta*
Mark R. Paoletta*
D.C. Bar No. 422746
Gene C. Schaerr*
D.C. Bar No. 416368
Brian J. Field*
D.C. Bar No. 985577
Cristina Martinez Squiers
Texas Bar No. 24093764
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
mpaoletta@schaerr-jaffe.com

*Admitted *pro hac vice*

*/s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
David Austin R. Nimocks
Texas Bar No. 24002695
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record and a copy has been provided to Defendant's counsel.


*/s/ Brian J. Field*
Brian J. Field

# EXHIBIT 1



## CCS Priority
### Flight Operations

**Title**          **UPDATED:** Countries with vaccination restrictions
**Issued to**      A targeted list of 279 pilots
**Expiration date** March 31 , 2023

*This message is **information only** for the March 2023 bid periods. This information is subject to change at any time.*

**Accommodation update:**

Some foreign governments continue to maintain various COVID-19 rules or restrictions that prohibit, restrict, or otherwise interfere with the Company's ability to staff flights with unvaccinated pilots. As a reminder, while your reasonable accommodation allowed you to return to work, you are prohibited from monthly bid preferencing for restricted destinations – more specifically, you are required to include an avoid statement for each of the restricted destinations at the top of every PBS bid group.  In addition, you are prohibited from picking-up or trading into any trips with flights to restricted destinations.  If you end up with a trip(s) that includes a flight to any of the restricted destinations, you will be removed from the trip without pay and may be subject to discipline if you acquired the trip as a result of failing to follow the prohibitions/requirements above.

NOTE: This list is based on individual country restrictions and may change at any time. For the most up-to-date information about country-specific entry requirements, go to *Pilot Mobile/Stations (input station)/ Door Code/C-19 RESTR.*

**Unauthorized to fly:**

Colombia
Federated States of Micronesia
Marshall Islands
Palau
Philippines
Singapore

SUPP.APP.2
UNITED_SAMBRANO_00002079

**Copyright ©2022 United Airlines, Inc. All rights reserved.**

The information contained in this publication may be confidential.
Any unauthorized use, dissemination or copying of this message is prohibited.

**UNITED_SAMBRANO_00002080**

# EXHIBIT 2

## Upload your COVID-19 vaccination record



United team member,

Your current record indicates that as of the morning of Tuesday, August 24, you haven't yet uploaded a complete record of your COVID-19 vaccination. **If you've been vaccinated but haven't uploaded all your information, please do so.** Please note that if you received a two-dose course, you need to upload a record of each dose (i.e., not just the record of dose two).

If you haven't been vaccinated yet, getting the vaccine ensures you're doing your part to keep yourself, your family, your friends and your colleagues healthy. As a reminder, **every U.S.-based United employee is required to receive a COVID-19 vaccine and upload their complete vaccination record to MyInfo by September 27, 2021.**

The last date you can begin Moderna vaccination is August 30, 2021, and the last date for Pfizer is September 6, 2021. That allows you enough time to receive the second of two doses of either vaccine on September 27, 2021. For the Johnson & Johnson vaccine, which is a one-dose vaccine, the last date you can get vaccinated is on the deadline of September 27, 2021.

If you would like to request a reasonable accommodation (RAP) on either a medical or religious basis, the deadline to submit a RAP request is August 31, 2021, which will allow sufficient time for processing ahead of the requirement due date. If you currently have a RAP pending review, we're moving through RAP determinations as quickly as possible, but please note that your leader won't know the status of your RAP until the process is completed.

For those employees who upload their records to Flying Together by September 20, we'll offer an additional day of pay in a November paycheck. United pilots and flight attendants who have already received an opportunity for union-negotiated compensation for uploading their vaccine records are not eligible.

If you have any questions or issues during the upload process, you can submit a Help Hub inquiry here and refer to the COVID-19 vaccine FAQ here, as well as the COVID-19 Flying Together homepage.

Thank you for all you continue to do to take care of our customers and one another.

United Human Resources

SUPP.APP.5

UNITED_SAMBRANO_00005618

# EXHIBIT 3

| From: | Nau, Sarah </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7B332A4906A462289662C1C524B3B51-U355033> |
|---|---|
| To: | DiCostanzo, Phil; Eisenberg, Nathan, Representation; Hanson, John - Alpa ; MIke Harrison; Schleder, John - Alpa |
| Sent: | 12/12/2022 12:00:30 PM |
| Subject: | FW: CCS Priority Message: Updated: Countries with vaccination restrictions |
| Attachments: | image001.jpg; image003.jpg |

**Sarah Nau**
Director of Labor Relations - Flight
United | Corporate Support Center
233 S. Wacker Drive, 25th Floor | Chicago, IL 60606
Tel 872-825-9669 | Cel 312-523-4700 | sarah.nau@united.com
united.com

**From:** Parker, Alexandra <alexandra.parker@united.com>
**Sent:** Saturday, December 10, 2022 4:38 PM
**Cc:** Warner, Jeffrey <Jeffrey.Warner@united.com>
**Subject:** CCS Priority Message: Updated: Countries with vaccination restrictions



| Title | Updated: Countries with vaccination restrictions |
|---|---|
| Issued to | A targeted list of 281 pilots |
| Expiration date | January 31, 2023 |

_This message is **information only** for the January 2023 bid period._
_This information is subject to change at any time._

**Accommodation update:**
Some foreign governments continue to maintain various COVID-19 rules or restrictions that prohibit, restrict, or otherwise interfere with the Company's ability to staff flights with unvaccinated pilots. As a reminder, while your reasonable accommodation allowed you to return to work, you are prohibited from monthly bid preferencing for restricted destinations – more specifically, you are required to include an avoid statement for each of the restricted destinations at the top of every PBS bid group. In addition, you are prohibited from picking-up or trading into any trips with flights to restricted destinations. If you end up with a trip(s) that includes a flight to any of the restricted destinations, you will be removed from the trip without pay and may be subject to discipline if you acquired the trip as a result of failing to follow the prohibitions/requirements above.

SUPP.APP.7
UNITED_SAMBRANO_00006870

this list. Be advised that individual country restrictions may change at any time. For the most up-to-date information about country-specific entry requirements, go to *Pilot Mobile > Stations (input station) > Door Codes > C-19 RESTR*.

**Unauthorized to fly:**
China
Colombia
Federated States of Micronesia
Marshall Islands
Nigeria
Palau
Philippines
Singapore

Countries may impose restrictions on crew movements during layovers. It is the responsibility of each individual crew member to maintain compliance with any such restrictions.

If you need further assistance, please reach out to your Chief Pilot's Office.

**Copyright ©2022 United Airlines, Inc. All rights reserved.**

The information contained in this publication may be confidential.
Any unauthorized use, dissemination or copying of this message is prohibited.

**SUPP.APP.8**

UNITED_SAMBRANO_00006871

# EXHIBIT 4

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF TEXAS

3                   FORT WORTH DIVISION

4

5     DAVID SAMBRANO, individually and on )

      behalf of all others similarly      )

6     situated, et al.,                    )

                                           )

7              Plaintiffs,                 )

                                           )

8              vs.                         )  No. 4:21-01074-P

                                           )

9     UNITED AIRLINES, INC.,               )

                                           )

10             Defendant.                  )

11

12

13

14

15     VIDEOTAPED DEPOSITION OF WILLIAM KIRK LIMACHER

16          Pursuant to Rule 30(b)(6) - Volume 1

17                  Chicago, Illinois

18             Monday, November 6th, 2023

19

20

21

22

23

24     REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR

25     JOB NO.:     6146533

SUPP.APP.10

[REDACTED PURSUANT TO CONFIDENTIAL
DESIGNATION BY UNITED AIRLINES]                    Page 214



7       Q.   Okay.  We talked earlier about the return

8  to work, and I'd like to circle back to that.

9       So in March of 2022, I believe --

10 actually, strike that.  Let's ask one other thing

11 first.

12      We talked about pilots from other

13 airlines, flight attendants from other airlines.

14      What about contractors?  Were there

15 contractors and vendors who were in and out of the

16 United workspace in airports or on airplanes that

17 were not vaccinated?

18      A.   Likely, yes.

19      Q.   And could United have required that those

20 vendors ensure that their employees are vaccinated

21 before they interact with United employees?

22      A.   Through procurement, we approached our

23 contractors that had employees on place -- in place.

24 And we encouraged them to only staff United, in the

25 United account, with vaccinated individuals and

SUPP.APP.11

Page 215

1     encouraged them to follow suit in terms of a vaccine

2     requirement since certain employees were subject to

3     the same risk.

4          Q.   The question was, could United have

5     required it of a vendor whose employees were

6     interacting with United's employees?

7          A.   Unilaterally, no.

8          Q.   What about -- so when we get to the

9     return-to-work in March 2022, pilots, flight

10    attendants, and anyone else on unpaid leave was

11    called back, correct?

12         A.   Correct.

13         Q.   What is your understanding -- or strike

14    that.

15          You understand that pilots and flight

16    attendants when they returned were not able to bid

17    on every available flight, correct?

18         A.   You're referring to restricted countries?

19    Is that what you're referring to?

20         Q.   Yeah, restricted countries or cities.

21          Or what limitations were imposed on pilots

22    and flight attendants when they returned to work?

23         A.   And I think I'm just getting confused.

24         Q.   Okay.

25         A.   It wasn't about their return to work that

Page 221

```
 1              C E R T I F I C A T E

 2          The within and foregoing deposition of the

 3     witness, WILLIAM KIRK LIMACHER, was taken before

 4     GREG S. WEILAND, CSR, RMR, CRR, at Suite 4800,

 5     110 North Wacker Drive, in the City of Chicago, Cook

 6     County, Illinois, commencing at 9:05 o'clock a.m.,

 7     on the 6th day of November, 2023.

 8          The said witness was first duly sworn and

 9     was then examined upon oral interrogatories; the

10     questions and answers were taken down in shorthand

11     by the undersigned, acting as stenographer; and the

12     within and foregoing is a true, accurate and

13     complete record of all the questions asked of and

14     answers made by the aforementioned witness at the

15     time and place hereinabove referred to.

16          The signature of the witness was not

17     waived and the deposition was submitted to the

18     deponent as per copy of the attached letter.

19          The undersigned is not interested in the

20     within case, nor of kin or counsel to any of the

21     parties.

22          Witness my signature on this 13th day of

23

24

       GREG S. WEILAND, CSR, RMR, CRR

25     License No. 084-003472
```

SUPP.APP.13

# EXHIBIT 5

Page 1

1                 UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF TEXAS

2                      Fort Worth Division

3       _____

4       DAVID SAMBRANO, et al.,    )Civil Action No.

        individually, and on      )4:21-cv-01074-P

5       behalf of all others      )

        similarly situated,       )

6                                  )

           Plaintiffs,            )

7                                  )

        vs.                        )

8                                  )

        UNITED AIRLINES, INC.,     )

9                                  )

           Defendant.             )

10      _____ )

11

12

13                  Videotaped Deposition of

14                        AMBER DAVIS

15                     October 24, 2023

16                        10:29 a.m.

17

18

19

20

21

        Reported by:  Bonnie L. Russo

22      Job No. 6143279

Page 74

1          BY MR. MAUGERI:

2          Q.    So to just re-ask the question

3     before the break, were you aware that while on

4     unpaid leave United pilots had the ability to

5     apply preferentially to open jobs elsewhere in

6     the airline?

7          A.    They told us that we could apply.

8          Q.    And did you make any efforts while

9     on unpaid leave to research potentially

10    available jobs elsewhere in the airline?

11         A.    Yes.  I applied for a special

12    assignment position.

13         Q.    And what was the nature of that

14    special assignment position that you applied

15    for?

16         A.    It's a pilot special position.  It

17    works in the chief pilot's office.

18         Q.    And what are the job duties for --

19    for that type of role?

20         A.    They handle more of managerial

21    aspects of it.  They make the phone calls to

22    pilots that need maybe badging or reminders of

Page 75

1    medicals or something.  They handle different

2    just administrative issues inside the chief

3    pilot's office.

4        Q.    And were you awarded that job?

5        A.    It was instantly denied.

6        Q.    And describe for me what you mean by

7    "instantly denied."

8        A.    It was an online application, and in

9    the question marks, it asked:  Are you

10   vaccinated? which I responded no.  And when I

11   hit the submit, I had an automatic response:

12   You have been denied.

13       Q.    Did you make any efforts after

14   receiving that response to follow up with

15   United to see if, despite your unvaccinated

16   status, you might have been qualified for that

17   special position?

18       A.    No.  I believe that was very

19   intentional on their part, so I did not follow

20   through.

21       Q.    But so you didn't take any steps to

22   reach out to determine whether that was a

Page 76

```
 1    mistake or intentional?

 2         A.    I believed it to be very

 3    intentional.

 4         Q.    But, again, you didn't ask anyone

 5    and you didn't make any follow-up?

 6         A.    Correct.

 7         Q.    What other jobs were you aware that

 8    you could have potentially applied for on

 9    unpaid leave at United?

10         A.    I was told that we could apply for

11    jobs, such as the ramp personnel, but I was

12    told that if you do, you are giving up your

13    pilot position forever, as you may never come

14    back as a pilot.  You would now be a ramper.

15         Q.    Who at United communicated to you

16    that you might lose your position as a captain?

17         A.    I believe that was communicated

18    through Flying Together or hub -- HelpHub.  I

19    just remember being scared of it like it's not

20    a viable option.

21         Q.    Did anyone communicate to you

22    individually to advise you that you might not
```

Page 188

1            CERTIFICATE OF NOTARY PUBLIC

2            I, Bonnie L. Russo, the officer before

3     whom the foregoing deposition was taken, do

4     hereby certify that the witness whose testimony

5     appears in the foregoing deposition was duly

6     sworn by me; that the testimony of said witness

7     was taken by me in shorthand and thereafter

8     reduced to computerized transcription under my

9     direction; that said deposition is a true

10    record of the testimony given by said witness;

11    that I am neither counsel for, related to, nor

12    employed by any of the parties to the action in

13    which this deposition was taken; and further,

14    that I am not a relative or employee of any

15    attorney or counsel employed by the parties

16    hereto, nor financially or otherwise interested

17    in the outcome of the action.

18

19                    _____

20                    Notary Public in and for

21                        the District of Columbia

22    My Commission expires:  August 14, 2025

# EXHIBIT 6

Page 1

1          UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF TEXAS

2               Fort Worth Division

3   _____

4   DAVID SAMBRANO, et al.,    )Civil Action No.

    individually, and on       )4:21-cv-01074-P

5   behalf of all others       )

    similarly situated,        )

6                              )

      Plaintiffs,              )

7                              )

    vs.                        )

8                              )

    UNITED AIRLINES, INC.,     )

9                              )

      Defendant.               )

10  _____ )

11

12

13          Videotaped Deposition of

14            KAITLYN A. HOVILA

15            October 23, 2023

16               9:44 a.m.

17

18

19

20

21

    Reported by:  Bonnie L. Russo

22  Job No. 6143257

SUPP.APP.21

Page 48

```
 1        A.    No.
 2        Q.    You only submitted a letter from
 3   Calvary Chapel in Hawaii, correct?
 4        A.    Correct.
 5        Q.    When did you become a member of the
 6   online congregation at Calvary Chapel Hawaii?
 7        A.    In the -- I don't know.  I've
 8   been -- we've been watching them for a while,
 9   so I want to say maybe the end of 2022 -- I
10   mean, not 2022, the end of 2020.
11        Q.    And, first off, you said we, so are
12   you referring to your husband or who else?
13        A.    No, just me and my family.  My
14   husband has heard of him, but I was not married
15   at the time.
16        Q.    Okay.  So you and your parents would
17   watch J.D. Farag's videos from Calvary Chapel
18   in the 2020 and 2021 time frame?
19        A.    Yes.
20        Q.    How frequently would you watch his
21   videos?
22        A.    Maybe once or twice a month.
```

Page 161

1          Did you take any steps -- well, let

2     me back up.

3              Are you aware that United informed

4     employees such as yourself on unpaid leave due

5     to a reasonable accommodation that you had the

6     right to preferentially apply to any open job

7     while on leave?

8          A.    Yes.

9          Q.    And did you apply to any open jobs

10    while on unpaid leave at United?

11         A.    Did I apply?  No.  Did I look at

12    them?  Yes.

13         Q.    Approximately how many job openings

14    at United did you review while on unpaid leave?

15         A.    I don't know.  Three or four.

16         Q.    What do you remember about those

17    jobs?

18         A.    That they were based in Dulles.

19         Q.    So were you limiting your search to

20    jobs that were based in Dulles?

21         A.    Yes.

22         Q.    Did anyone at United tell you that

Page 162

1     you needed to limit your search to jobs based

2     in Dulles?

3          A.    No.

4          Q.    So you were aware that when you were

5     on unpaid leave not only did United allow you

6     to preferentially apply to jobs but you could

7     have applied to jobs anywhere in the country,

8     right?

9          A.    To my knowledge, yes.

10         Q.    But you didn't choose to do that,

11    did you?

12         A.    No.

13         Q.    And the three or four -- the -- the

14    handful of jobs that you did review in Dulles,

15    why didn't you apply to them?

16         A.    Because there was no guarantee that

17    I could come back as a flight attendant.

18         Q.    And so you just made -- so you made

19    the decision that you preferred to be on unpaid

20    leave and wait it out to come back as a flight

21    attendant as opposed to taking a job and

22    starting to earn a paycheck right away,

Page 163

1      correct?

2                  MR. FIELD:   Object to form.

3                  THE WITNESS:   Correct.   There was no

4      guarantee that you were even going to get that

5      job, though.

6                  BY MR. MAUGERI:

7          Q.    But you didn't even take steps to

8      apply to any of those jobs, did you?

9          A.    Not to my knowledge.

10         Q.    And what -- what types of jobs were

11     these several jobs that you looked at in

12     Dulles?

13         A.    I remember one was ground crew,

14     bagging I think.  I can't really remember the

15     others, but they weren't dealing with the

16     public.

17         Q.    Did you understand at the time that

18     the reason the jobs that you were being offered

19     didn't deal with the public was that United was

20     trying to take unvaccinated flight attendants

21     away from the public?

22         A.    I realized that.

Page 182

1        CERTIFICATE OF COURT REPORTER

2

3        I, Bonnie L. Russo, do hereby certify that

4    the foregoing transcript is a true record of

5    the proceedings to the best of my ability, that

6    I am not related to or employed by any of the

7    parties involved in these proceedings, and,

8    further, that I am not a relative or employee

9    of any attorney or counsel employed by the

10   parties hereto, or financially interested in

11   the proceedings.

12

13        _____

14        Bonnie Russo

15

16

17

18

19

20

21

22

# EXHIBIT 7

SUPP.APP.27

Page 1

1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF TEXAS
2                    FORT WORTH DIVISION
3    DAVID SAMBRANO, et al.,     )
     individually, and on        )
4    behalf of all others        )
     similarly situated,         )
5                                ) Civil Action No.
        Plaintiffs,              ) 4:21-cv-01074-P
6                                )
     v.                          )
7                                )
     UNITED AIRLINES, INC.,      )
8                                )
        Defendant.               )
9
10   ********************************************************
11          ORAL AND VIDEOTAPED DEPOSITION OF
12                  GENISE KINCANNON
13                 SEPTEMBER 22, 2023
14   ********************************************************
15       ORAL AND VIDEOTAPED DEPOSITION OF GENISE KINCANNON,
16   produced as a witness at the instance of the Defendant,
17   and duly sworn, was taken in the above-styled and
18   numbered cause on the 22nd day of September, 2023, from
19   9:27 a.m. to 2:41 p.m., before Julie C. Brandt, RMR,
20   CRR, and CSR in and for the State of Texas, reported by
21   machine shorthand at Kelly Hart & Hallman, LLP, 201 Main
22   Street, Suite 2500, Fort Worth, Texas, pursuant to the
23   Federal Rules of Civil Procedure and the provisions
24   stated on the record or attached hereto.
25

Page 9

1      Q.   The reason that's important, Ms. Kincannon, is

2  if I ask you a question and you give us an answer today

3  and I ask you the same question when we try this case

4  and your answer is different, I might ask you why your

5  answers are different.

6           Do you understand that?

7      A.   I understand.

8      Q.   Where do you live?

9      A.   In Fort Worth.  You need the address?

10     Q.   What's your address?

11     A.   5545 Grenada Drive, G-R-E-N-A-D-A.

12     Q.   What's the zip there?

13     A.   76119.

14     Q.   How long have you lived there?

15     A.   Moved there in 2009.

16     Q.   Do you still have a mortgage on the home?

17     A.   Not now.

18     Q.   It's paid off?

19     A.   We did when we went through this.

20     Q.   When you say you went through this, what do

21  you mean?

22     A.   When I was placed on leave, indefinite leave,

23  we didn't know where any income was going to come, so my

24  husband borrowed money against his 401(k) and paid the

25  house off.

Page 176

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF TEXAS
 2                    FORT WORTH DIVISION
 3      DAVID SAMBRANO, et al.,      )
        individually, and on         )
 4      behalf of all others         )
        similarly situated,          )
 5                                    ) Civil Action No.
           Plaintiffs,               ) 4:21-cv-01074-P
 6                                    )
        v.                           )
 7                                    )
        UNITED AIRLINES, INC.,       )
 8                                    )
           Defendant.                )
 9
10
11               REPORTER'S CERTIFICATION
12         VIDEOTAPED DEPOSITION OF GENISE KINCANNON
13                   SEPTEMBER 22, 2023
14
15         I, Julie C. Brandt, Certified Shorthand Reporter in
16      and for the State of Texas, hereby certify to the
17      following:
18         That the witness, GENISE KINCANNON, was duly sworn
19      by the officer and that the transcript of the oral
20      deposition is a true record of the testimony given by
21      the witness;
22         Before completion of the deposition, review of the
23      transcript [ ] was [X] was not requested.  If requested,
24      any changes made by the deponent (and provided to the
25      reporter) during the period allowed are appended hereto;
```

Page 177

```
 1        That the amount of time used by each party at the

 2   deposition is as follows:

 3   Russell Cawyer.....03 HOUR(S):47 MINUTE(S)

 4   Cristina Squiers.....00 HOUR(S):00 MINUTE(S)

 5        That pursuant to information given to the

 6   deposition officer at the time said testimony was taken,

 7   the following includes counsel for all parties of

 8   record:

 9   FOR THE PLAINTIFFS:

10        Cristina Squiers

11        SCHAERR JAFFE, LLP

12        1717 K Street NW, Suite 900

13        Washington, DC 20006

14        202-787-1060

15        csquiers@schaerr-jaffe.com

16   -and-

17        John C. Sullivan

18        SL LAW, PLLC

19        610 Uptown Blvd., Suite 2000

20        Cedar Hill, Texas 75104

21        john.sullivan@the-sl-lawfirm.com

22   FOR THE DEFENDANT:

23        Russell D. Cawyer

24        Taylor Winn

25        KELLY HART & HALLMAN LLP
```

Page 178

1        201 Main Street, Suite 2500

2        Fort Worth, Texas 76102

3        817-878-3562

4        russell.cawyer@kellyhart.com

5        taylor.winn@kellyhart.com

6        I further certify that I am neither counsel for,

7    related to, nor employed by any of the parties or

8    attorneys in the action in which this proceeding was

9    taken, and further that I am not financially or

10   otherwise interested in the outcome of the action.

11       Certified to by me October 6, 2023.

12

13                    _Julie C. Brandt_

14

         Julie C. Brandt, CSR, RMR, CRR

15       Texas CSR No. 4018

         Expiration Date:  10/31/23

16

         Veritext Legal Solutions

17       Firm Registration No. 571

         300 Throckmorton Street, Suite 1600

18       Fort Worth, Texas 76102

         817-336-3042

19

20

21

22

23

24

25

# EXHIBIT 8

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

DAVID SAMBRANO, individually and on
behalf of all others similarly situated, *et al.*,

*Plaintiffs,*

v.

UNITED AIRLINES, INC.,

*Defendant.*

No.: 4:21-cv-01074-P

## SECOND SUPPLEMENTAL DECLARATION OF DAVID SAMBRANO

I, David Sambrano, declare as follows:

1.      I provide this second supplemental declaration in support of Plaintiffs' class certification reply brief.   In particular, I address United's argument that I was offered a Special Assignment ("SA") position, and I explain why I was unable to fill that position.

2.      On the same date as the Fifth Circuit heard oral argument in this case, January 3, 2022, I received a call from a friend at United—Captain Rob Galbraith—asking if we could talk briefly about whether I would be interested in an SA position.  In his call, Capt. Galbraith did not reference this position as an accommodation.   In fact, he never referenced my status as an "accommodated" United employee when discussing this SA position, not did I receive any formal offer from Capt. Galbraith.   Rather, we only discussed his wanting me to do some SA work.

1

**SUPP.APP.34**

3.      I was concerned about the SA position because offering it to me at that time seemed to be far outside the normal procedure.   For instance, SA positions are highly sought after, and they have strict requirements.  Pilots must apply for the positions during one of the two open periods each year when applications are accepted.   When Capt. Galbraith called me, I do not recall submitting an application during the previous application period, and therefore could not be considered for an SA position.

4.      Additionally, in order to receive an SA position, a pilot must be current, which means having performed 3 takeoffs and landings in the past 90 days.  At the time of Capt. Galbraith's call, I was not current.

5.      Further, SA positions are only available to "active pilots."  But I was not "active" at the time, as I was on forced unpaid leave.

6.      For all of these reasons, I was concerned about the impact of potentially accepting a position for which I was not qualified and for which the application process had not been followed.   Accordingly, I let Capt. Galbraith know my concerns and he said he would pass those on to HR.  Also, at the same time, I was providing care for a family member, which would have made that particular position difficult.   Hence my reference to it not being the right time.

7.      Only after I informed Capt. Galbraith about my concerns that I was not qualified for this position did HR contact me to suggest that this was part of the accommodation process.   HR never explained how I was qualified for this position, and there was never an explanation for why United was contacting me about a SA position when the SA application window was not open.

8.     <u>Accordingly, I maintained that I could not accept such a position for which I was</u>

<u>not qualified.</u>

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

knowledge.

4/22/2024
Date

David Sambrano

**SUPP.APP.36**