UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                       No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Supplemental Brief. ECF No. 258. Having considered the Motion, the Court concludes that the Motion should be and is hereby **GRANTED.**

The Parties shall file any supplemental briefs addressing the Supreme Court's decision in *Muldrow v. City of St. Louis* by **May 2, 2024**. No such brief shall exceed five pages.

**SO ORDERED** on this **25th day of April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE