# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DAVID SAMBRANO, et al., individually,** **and on behalf of all others similarly** **situated,** | § § § § | |
| | § | **Civil Action No.** |
| **Plaintiffs,** | § | |
| | § | **4:21-CV-01074-P** |
| **v.** | § | |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## APPENDIX IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL BRIEF

NOW COMES, Defendant United Airlines, Inc. and files this Appendix in Support of Its Supplemental Brief.

Ex. A       Excerpts from Deposition of Kimberly Hamilton ........................ App. 1 - 9
             taken September 20, 2023

Ex. B       Excerpts from Deposition of David Castillo............................ App. 10 - 16
             taken September 19, 2023

Respectfully submitted,


            /s/ Russell D. Cawyer
Russell D. Cawyer
Texas State Bar No. 00793482
Taylor J. Winn
Texas State Bar No. 24115960
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: +1.817.878.3562
Facsimile: +1.817.335.2820
Email: russell.cawyer@kellyhart.com
Email: taylor.winn@kellyhart.com

Donald J. Munro
D.C. Bar No. 453600
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626-1700
Email: dmunro@jonesday.com

Jordan M. Matthews
IL Bar No. 6300503
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
Email: jmatthews@jonesday.com

Alexander V. Maugeri
NY Bar No. 5062666
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: +1.212.326.3939
Facsimile: +1.212.755.7306
Email: amaugeri@jonesday.com

**ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served via e-mail to all counsel of record this 2nd day of May, 2024:

John C. Sullivan
Austin R. Nimocks
SL LAW, PLLC
610 Uptown Blvd., Ste. 2000
Cedar Hill, Texas 75104
john.sullivan@the-sl-lawfirm.com
austin.nimocks@the-sl-lawfirm.com

Mark R. Paoletta
Gene C. Schaerr
Brian J. Field
Cristina Martinez Squiers
Kenneth A. Klukowski
Joshua J. Prince
Annika M. Barkdull
SCHAERR JAFFE, LLP
1717 K Street NW, Ste. 900
Washington, D.C. 20006
mpaoletta@schaerr-jaffe.com
gschaerr@schaerr-jaffe.com
bfield@schaerr-jaffe.com
csquiers@schaerr-jaffe.com
kklukowski@schaerr-jaffe.com
jprince@schaerr-jaffe.com
abarkdull@schaerr-jaffe.com

_/s/ Russell D. Cawyer_
Russell D. Cawyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID SAMBRANO, et al.,     )
individually, and on        )
behalf of all others        )
similarly situated,         )
                            ) Civil Action No.
    Plaintiffs,             ) 4:21-cv-01074-P
                            )
v.                          )
                            )
UNITED AIRLINES, INC.,      )
                            )
    Defendant.              )


**********************************************************

"CONFIDENTIAL"

ORAL AND VIDEOTAPED DEPOSITION OF

KIMBERLY HAMILTON

SEPTEMBER 20, 2023

**********************************************************

    ORAL AND VIDEOTAPED DEPOSITION OF KIMBERLY

HAMILTON, produced as a witness at the instance of the

Defendant, and duly sworn, was taken in the above-styled

and numbered cause on the 20th day of September, 2023,

from 9:32 a.m. to 5:00 p.m., before Julie C. Brandt,

RMR, CRR, and CSR in and for the State of Texas,

reported by machine shorthand at Kelly Hart & Hallman,

LLP, 201 Main Street, Suite 2500, Fort Worth, Texas,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record or attached hereto.

EXHIBIT
A

Page 6

1                  P R O C E E D I N G S

2                  THE VIDEOGRAPHER:  We are on the record.

3    Today's date is September 20, 2023.  The time is 9:32.

4              This is the video deposition of Kimberly

5    Hamilton in the case styled David Sambrano, et al.

6    versus United Airlines, Inc.  This case is filed in the

7    United States District Court, Northern District of

8    Texas, Fort Worth Division.

9              Counsel, at this time would you state your

10   appearances for the record, beginning with the taking

11   counsel, and the reporter can then place the witness

12   under oath.

13              MR. CAWYER:  Russell Cawyer for United

14   Airlines.

15              MR. WINN:  Taylor Winn for United

16   Airlines.

17              MR. FIELD:  Brian Field for the

18   plaintiffs.

19              MS. SQUIERS:  Cristina Squiers for the

20   plaintiffs.

21                  KIMBERLY HAMILTON,

22   having been first duly sworn, testified as follows:

23                  EXAMINATION

24   BY MR. CAWYER:

25      Q.   Good morning, Ms. Hamilton.

Page 44

```
 1        A.   Uh-huh.

 2        Q.   Yes?

 3        A.   Yes.

 4        Q.   And one shredder?

 5        A.   Yes.

 6        Q.   So the shredder, the microwave, the copier are

 7   all used by the SORs that are in this office where you

 8   worked in 2021?

 9        A.   If they want to.

10        Q.   What do you mean if they want to?

11        A.   Not everybody brings anything to microwave,

12   but it's there if they want to, yes.

13        Q.   So other than the microwave, which you can use

14   or not use, the SORs all share the copiers, the

15   shredders and there are two printers?

16        A.   That's right.

17        Q.   That's common equipment?

18        A.   That's right.

19        Q.   And the computer terminals, those are also

20   shared by the SORs that work throughout the course of

21   the day?

22        A.   That's correct.

23        Q.   That's shared equipment as well?

24        A.   That's right.

25        Q.   In 2020 and 2021, did you always work the same
```

Page 45

1    shift?

2         A.   I don't remember the shift bids that we had,

3    but for most of my years in operations, I worked the

4    night shift.

5         Q.   Is that your preferred shift?

6         A.   It is.

7         Q.   What are the scheduled hours for the night

8    shift?  And if they've been different over time, let me

9    know what the differences are.

10        A.   They have been different.  There have been, I

11   think, 6:30 p.m. starts, 7:30 p.m. starts.  There have

12   been ten-hour shifts.  That might -- that might have

13   ended before the timeframe you're talking about, though.

14   So during that time, I think they were 6:30 and 7:30,

15   there might have been an 8 o'clock start, but they've

16   been evening starts.

17        Q.   So during the time period of August 2021

18   through April 2022, the evening shift started somewhere

19   at 6:30 to 7:30?

20        A.   Yes.

21        Q.   How long was the shift?

22        A.   Until the last flight comes in.  So they

23   would -- they would put an end shift time, which could

24   have been 12:00, 12:30, 1:00, depending on the shift.

25   But then your shift really didn't end until the last

Page 47

1       A.   Yeah.

2       Q.   I'm going to bet you don't get Saturday and

3    Sunday off, do you?

4       A.   I don't.

5       Q.   In August 2021 through April of 2022, what

6    were your days off?

7       A.   I don't remember, but actually what you said

8    isn't exactly right because I did have a shift for a

9    long time that was a Sunday/Monday off.  So it's --

10   during that timeframe, I think my days off might have

11   been Sunday/Monday.

12      Q.   And you worked the other five days?

13      A.   Uh-huh.  Yes.

14      Q.   How many SORs are scheduled on the night shift

15   that you work?

16      A.   One.  One.

17      Q.   So you work in this office that you've

18   described for me.  Does your job duties also require you

19   to go to other parts of the airport?

20      A.   No.

21      Q.   So you show up to work, you punch in, you work

22   in this enclosed office the entire day/evening, and then

23   you leave?

24      A.   Uh-huh.  Yes.

25      Q.   Any other work groups use this office?

Page 48

1         MR. FIELD:  Object to form.

2         A.    The ramp -- some ramp leads may come in, but
3    it really just depends on the lead.  So not -- not a
4    given, for sure thing.

5         Q.    (BY MR. CAWYER)  So most of the times during
6    August of 2021 through April of 2022, you're working the
7    evening shift in this small enclosed office and working
8    alone?

9         A.    Yes.

10         Q.    But leads may come into the office
11    periodically?

12         A.    They may.

13         Q.    Who else may come in?

14         A.    The cleaning supervisors once in a while will
15    come in once in a while and make copies.  No one needs
16    to come in typically, so it's not really a calculated
17    kind of answer I could give.  Someone may stop in.  No
18    one typically needs to stop in.  By the time the night
19    shift gets there, the ramp lead usually has done all of
20    his scheduling.  So if it's a lead, that might be
21    inclined to do that in ops.  It's probably already been
22    done.

23         Q.    But people can come unpredictably to come make
24    copies, use the shredder, use the microwave, correct?

25         MR. FIELD:  Mischaracterization.

Page 274

                    UNITED STATES DISTRICT COURT
1
                    NORTHERN DISTRICT OF TEXAS
2                       FORT WORTH DIVISION

3   DAVID SAMBRANO, et al.,    )
    individually, and on       )
4   behalf of all others       )
    similarly situated,        )
5                              ) Civil Action No.
        Plaintiffs,            ) 4:21-cv-01074-P
6                              )
    v.                         )
7                              )
    UNITED AIRLINES, INC.,     )
8                              )
        Defendant.             )
9

10

11                  REPORTER'S CERTIFICATION

12        VIDEOTAPED DEPOSITION OF KIMBERLY HAMILTON

13                    SEPTEMBER 20, 2023

14

15       I, Julie C. Brandt, Certified Shorthand Reporter in

16   and for the State of Texas, hereby certify to the

17   following:

18        That the witness, KIMBERLY HAMILTON, was duly sworn

19   by the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by

21   the witness;

22        Before completion of the deposition, review of the

23   transcript [ ] was [X] was not requested.  If requested,

24   any changes made by the deponent (and provided to the

25   reporter) during the period allowed are appended hereto;

Page 275

```
1        That the amount of time used by each party at the

2   deposition is as follows:

3   Russell D. Cawyer.....05 HOUR(S):30 MINUTE(S)

4   Brian Field.....00 HOUR(S):00 MINUTE(S)

5        That pursuant to information given to the

6   deposition officer at the time said testimony was taken,

7   the following includes counsel for all parties of

8   record:

9   FOR THE PLAINTIFFS:

10       Brian J. Field

11       Cristina Squiers

12       SCHAERR JAFFE, LLP

13       1717 K Street NW

14       Suite 900

15       Washington, DC 20006

16       202-787-1060

17       bfield@schaerr-jaffe.com

18       csquiers@schaerr-jaffe.com

19   FOR THE DEFENDANT:

20       Russell D. Cawyer

21       Taylor Winn

22       KELLY HART & HALLMAN LLP

23       201 Main Street, Suite 2500

24       Fort Worth, Texas 76102

25       817-878-3562
```

Page 276

1     russell.cawyer@kellyhart.com

2     taylor.winn@kellyhart.com

3  -and-

4     Alexander V. Maugeri (remote via Zoom)

5     JONES DAY

6     250 Vesey Street

7     New York, New York 10281-1047

8     212-326-3880

9     amaugeri@jonesday.com

10     I further certify that I am neither counsel for,

11  related to, nor employed by any of the parties or

12  attorneys in the action in which this proceeding was

13  taken, and further that I am not financially or

14  otherwise interested in the outcome of the action.

15     Certified to by me September 29, 2023

16

17

18              <%12865,Signature%>
                Julie C. Brandt, CSR, RMR, CRR

19            Texas CSR No. 4018
                Expiration Date:  10/31/23

20
                Veritext Legal Solutions

21            Firm Registration No. 571
                300 Throckmorton Street, Suite 1600

22            Fort Worth, Texas 76102
                817-336-3042

23

24

25

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID SAMBRANO, et al.,          )
individually, and on             )
behalf of all others             )
similarly situated,              )
                                 ) Civil Action No.
    Plaintiffs,                  ) 4:21-cv-01074-P
                                 )
v.                               )
                                 )
UNITED AIRLINES, INC.,           )
                                 )
    Defendant.                   )


*********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

DAVID CASTILLO

SEPTEMBER 19, 2023

*********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF DAVID CASTILLO,

produced as a witness at the instance of the Defendant,

and duly sworn, was taken in the above-styled and

numbered cause on the 19th day of September, 2023, from

9:27 a.m. to 3:27 p.m., before Julie C. Brandt, RMR,

CRR, and CSR in and for the State of Texas, reported by

machine shorthand at Kelly Hart & Hallman, LLP, 201 Main

Street, Suite 2500, Fort Worth, Texas, pursuant to the

Federal Rules of Civil Procedure and the provisions

stated on the record or attached hereto.


EXHIBIT
B

Page 6

```
 1                    P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We're on the record.
 3   Today's date is September 19, 2023.  The time is 9:27.
 4              This is the video deposition of David Castillo
 5   relative to a case styled David Sambrano, et al. versus
 6   United Airlines, Inc.  This case is filed in the United
 7   States District Court, Northern District of Texas, Fort
 8   Worth Division.
 9              Counsel, at this time would you state your
10   appearances for the record, beginning with taking
11   counsel, and the reporter can then place the witness
12   under oath.
13              MS. MATTHEWS:  Good morning, Jordan
14   Matthews from Jones Day on behalf of United.
15              MS. BROWN:  Lauren Brown from Jones Day
16   on behalf of United.
17              MR. SULLIVAN:  John Sullivan for the
18   plaintiffs.
19              (Witness sworn.)
20              THE VIDEOGRAPHER:  You may proceed.
21              DAVID CASTILLO,
22   having been first duly sworn, testified as follows:
23                      EXAMINATION
24   BY MS. MATTHEWS:
25      Q.   All right.  Good morning, Mr. Castillo.
```

1    wait in the ready room for the early morning departures

2    in case any of the pilots had to call us for any work

3    that needed to be done.

4         Q.   In the employee van, how many people would you

5    typically ride with?

6         A.   Oh, there -- let me see.  About at least five

7    of us.  And it's an employee truck actually.

8         Q.   And then in the ready room, you all were just

9    waiting to see if you would be needed to do something?

10        A.   Yeah.  Towards the end of the shift, we would

11   wait for the pilots to come in and get ready for their

12   flights.  If they were to find anything, they would call

13   us out to take care of it before they left.

14        Q.   Approximately how many people would be in the

15   ready room on any given day?

16        A.   It would be around five.

17        Q.   And were you working primarily inside or

18   outside?

19        A.   Primarily outside.

20             And this is DFW you're talking about?

21        Q.   Yes, sir.

22             Did you ever work inside?

23        A.   There's nothing inside to work.

24        Q.   Okay.  So you were working outside

25   exclusively?

Page 33

1        A.    Yeah.

2        Q.    How many people would you say you interacted

3    with on an average day?

4        A.    Well, the five employees and some cleaners.

5    So five, six, seven, eight -- maybe ten, around that.

6        Q.    And that's the job you had during the COVID-19

7    pandemic?

8        A.    Yeah.

9        Q.    Are you currently a member of a union?

10       A.    Yeah.

11       Q.    What union?

12       A.    It's a Teamsters union.

13       Q.    Were you a member of a union back when you

14   worked at DFW?

15       A.    I was.  Same union.

16       Q.    Are the terms of your employment governed by a

17   collective bargaining agreement between your union and

18   United?

19       A.    They are.

20       Q.    And so under the collective bargaining

21   agreement, there are certain conditions of your

22   employment --

23       A.    Uh-huh.

24       Q.    -- that United can't alter, correct?

25       A.    Yeah, I would imagine so.

Page 176

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
 2                  FORT WORTH DIVISION

 3   DAVID SAMBRANO, et al.,    )
     individually, and on       )
 4   behalf of all others       )
     similarly situated,        )
 5                              ) Civil Action No.
        Plaintiffs,             ) 4:21-cv-01074-P
 6                              )
     v.                         )
 7                              )
     UNITED AIRLINES, INC.,     )
 8                              )
        Defendant.              )
 9

10

11              REPORTER'S CERTIFICATION

12         VIDEOTAPED DEPOSITION OF DAVID CASTILLO

13                 SEPTEMBER 19, 2023

14

15       I, Julie C. Brandt, Certified Shorthand Reporter in

16   and for the State of Texas, hereby certify to the

17   following:

18       That the witness, DAVID CASTILLO, was duly sworn by

19   the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by

21   the witness;

22       Before completion of the deposition, review of the

23   transcript [ ] was [X] was not requested.  If requested,

24   any changes made by the deponent (and provided to the

25   reporter) during the period allowed are appended hereto;
```

```
 1        That the amount of time used by each party at the

 2   deposition is as follows:

 3   Jordan M. Matthews.....04 HOUR(S):15 MINUTE(S)

 4   John C. Sullivan.....00 HOUR(S):00 MINUTE(S)

 5        That pursuant to information given to the

 6   deposition officer at the time said testimony was taken,

 7   the following includes counsel for all parties of

 8   record:

 9   FOR THE PLAINTIFFS:

10        John C. Sullivan

11        SL LAW, PLLC

12        610 Uptown Blvd., Suite 2000

13        Cedar Hill, Texas 75104

14        john.sullivan@the-sl-lawfirm.com

15   FOR THE DEFENDANT:

16        Jordan M. Matthews

17        JONES DAY

18        110 N. Wacker Drive, Suite 4800

19        Chicago, Illinois 60606

20        312-269-4169

21        jmatthews@jonesday.com

22   -and-

23        Lauren N. Brown

24        JONES DAY

25        250 Vesey Street
```

Page 178

1        New York, New York 10281-1047

2        212-326-3426

3        laurenbrown@jonesday.com

4    -and-

5        Russell D. Cawyer

6        KELLY HART & HALLMAN LLP

7        201 Main Street, Suite 2500

8        Fort Worth, Texas 76102

9        817-878-3562

10       russell.cawyer@kellyhart.com

11       I further certify that I am neither counsel for,

12   related to, nor employed by any of the parties or

13   attorneys in the action in which this proceeding was

14   taken, and further that I am not financially or

15   otherwise interested in the outcome of the action.

16       Certified to by me September 28th, 2023.

17

18

                        <%12865,Signature%>
19                   _____
                     Julie C. Brandt, CSR, RMR, CRR
20                   Texas CSR No. 4018
                     Expiration Date:  10/31/23
21
                     Veritext Legal Solutions
22                   Firm Registration No. 571
                     300 Throckmorton Street, Suite 1600
23                   Fort Worth, Texas 76102
                     817-336-3042
24

25