UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                                                           No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

## ORDER

Before the Court is the Parties' Joint Motion to Stay Pending Appeal. ECF No. 264. Having considered the Motion, the Court concludes that the Motion should be and is hereby **GRANTED**.

It is **ORDERED** that this case is **STAYED** until the 5th Circuit Appellate Court has resolved the appeals pending before it related to this case. The Parties are **ORDERED** to file a joint status report **within 7 days of the 5th Circuit's ruling**, to apprise the Court of the status of the case.

It is further **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case and remove it from the statistical records until further notice.

**SO ORDERED** on this **9th day of July 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE