

# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
Certified order issued Sep 06, 2024

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

FILED
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States Court of Appeals
Fifth Circuit
**FILED**
September 6, 2024
Lyle W. Cayce
Clerk

No. 24-10656

DAVID SAMBRANO, *on their own behalf and on behalf of all others similarly situated*; DAVID CASTILLO, *on their own behalf and on behalf of all others similarly situated*; KIMBERLY HAMILTON, *on their own behalf and on behalf of all others similarly situated*; DEBRA JENNEFER THAL JONAS, *on their own behalf and on behalf of all others similarly situated*; GENISE KINCANNON, *on their own behalf and on behalf of all others similarly situated*; JARRAD RAINS, *on his own behalf and on behalf of all others similarly situated*; ALYSE MEDLIN, *on her own behalf and on behalf of all others similarly situated*; CHARLES BURK, *on his own behalf and on behalf of all others similarly situated*,

*Plaintiffs—Appellants*,

*versus*

UNITED AIRLINES, INCORPORATED,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-1074

_____

UNPUBLISHED ORDER

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

No. 24-10656

IT IS ORDERED that Appellee's motion to dismiss the appeal for lack of jurisdiction is DENIED as unnecessary.

IT IS FURTHER ORDERED that Appellants' unopposed motion to dismiss the appeal pursuant to Fed. R. App. P. 42 is GRANTED.