# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 06, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

        No. 24-10656    Sambrano v. United Airlines
                        USDC No. 4:21-CV-1074

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Lisa E. Ferrara*

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

cc w/encl:
    Mr. Ethan D. Beck
    Mr. Russell Daniel Cawyer
    Mr. Brian Field
    Mr. Alexander Virgil Maugeri
    Mr. Hashim M. Mooppan
    Mr. Donald James Munro
    Mr. Mark R. Paoletta
    Mr. Gene C. Schaerr
    Mr. Esteban Shardonofsky
    Mrs. Cristina Martinez Squiers
    Mr. John Clay Sullivan