IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:21-CV-01074-P |
| v. | § § | |
| UNITED AIRLINES, INC., | § § | |
| Defendant. | § § § § | |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF PATRICK BEISELL**

Pursuant to Local Rule 83.12, Patrick Beisell hereby requests that this Court permit him to withdraw his *pro hac vice* appearance as counsel for Defendant in this matter. Mr. Beisell is departing Jones Day, which represents Defendant in this matter, on September 13, 2024. There is no attorney who will be substituting an appearance for Mr. Beisell. Other counsel who have previously entered appearances –including Russell Cawyer, Donald Munro, Jordan Matthews, and Alexander Maugeri – will continue to represent Defendant in this matter.

/s/ *Patrick J. Beisell*
Patrick J. Beisell
pbeisell@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Counsel for Defendant United Airlines, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that I have discussed this motion with opposing counsel and the motion is unopposed.

                                                       */s/ Don Munro*
                                                       Don Munro

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-mail to all counsel of record this 9th day of September, 2024.

| | |
|---|---|
| John C. Sullivan | Mark R. Paoletta |
| Austin R. Nimocks | Gene C. Schaerr |
| SL LAW, PLLC | Brian J. Field |
| 610 Uptown Blvd., Ste. 2000 | Cristina Martinez Squiers |
| Cedar Hill, Texas 75104 | Kenneth A. Klukowski |
| john.sullivan@the-sl-lawfirm.com | Joshua J. Prince |
| austin.nimocks@the-sl-lawfirm.com | Annika M. Barkdull |
| | SCHAERR JAFFE, LLP |
| | 1717 K Street NW, Ste. 900 |
| | Washington, D.C. 20006 |
| | mpaoletta@schaerr-jaffe.com |
| | gschaerr@schaerr-jaffe.com |
| | bfield@schaerr-jaffe.com |
| | csquiers@schaerr-jaffe.com |
| | kklukowski@schaerr-jaffe.com |
| | jprince@schaerr-jaffe.com |
| | abarkdull@schaerr-jaffe.com |

                                                     */s/ Russell D. Cawyer*
                                                    Russell D. Cawyer