IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID SAMBRANO, et al., individually, and on behalf of all others similarly situated, | § § § § | |
| | § | Civil Action No. |
| Plaintiffs, | § § | 4:21-CV-01074-P |
| v. | § § | |
| UNITED AIRLINES, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw the Appearance of Patrick Beisell. The Court hereby **GRANTS** the Motion.

It is therefore ORDERED:

1. Patrick Beisell's appearance is removed in the above-captioned matter.
2. The Clerk is ordered to remove Mr. Beisell's appearance and take any other steps necessary to effectuate this order.

SO ORDERED on this **10** day of **Sept.**, 2024.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE