UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DAVID SAMBRANO, individually and on behalf of all others similarly situated, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> *Defendant.* | Civil Action No.: 4:21-cv-01074-P |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
LIFT STAY AND FOR ENTRY OF PARTIAL FINAL JUDGMENT**

On September 19, 2024, Plaintiffs filed their Motion to Lift Stay and for Entry of Partial Final Judgment. Having considered Plaintiffs' motion, any responses filed by the Defendant, and any replies filed by Plaintiffs, the Court finds that the requirements of Federal Rule of Civil Procedure 54(b) are satisfied, that there exists no just reason for delay, and that the motion should be granted.

IT IS HEREBY ORDERED:

1. The stay in this case is LIFTED for the purposes of resolving Plaintiffs' Motion for Entry of Partial Final Judgment.

2. Plaintiffs' Motion for Entry of Partial Final Judgment is GRANTED.

3. Final Judgment shall be entered for all the claims dismissed in this Court's December 18, 2023 Opinion & Order (ECF No. 231).

_____  
Date

_____  
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE