UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                        No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

## ORDER

Before the Court is Plaintiffs' Motion to Lift Stay and for Entry of Partial Final Judgment. ECF No. 279. To expedite resolution of this issue, the Court **ORDERS** Defendant to respond by no later than **Wednesday, September 25, 2024**. Plaintiff may reply by no later than **Friday, September 27, 2024**.

**SO ORDERED** this **20th day** of **September 2024**.

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE