UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **DAVID SAMBRANO**, *et al.*, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>**UNITED AIRLINES, INC.**,<br><br>  Defendant. | §§§§§§§§§§§§§<br><br>No. 4:21-CV-01074-P |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO LIFT STAY AND FOR ENTRY OF PARTIAL FINAL JUDGMENT**

Plaintiffs' Motion to Lift Stay and for Entry of Partial Final Judgment (Dkt. 280) is before the Court. The Court has carefully considered the Plaintiffs' and Defendant's submissions and the relevant authority. The Court **DENIES** the Motion because Plaintiffs have not satisfied the requirements for entry of a partial final judgment under Federal Rule of Civil Procedure 54(b) and Fifth Circuit precedent. Accordingly, this action remains stayed pending the Fifth Circuit's resolution of the appeal pending before it related to this case.

**SO ORDERED** on this _____ day of _____ **2024**.