UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

  Plaintiffs,

v.                                                   No. 4:21-cv-1074-P

**UNITED AIRLINES, INC.,**

  Defendant.

# ORDER

      Before the Court is Plaintiffs' Motion to Lift Stay and For Partial Final Judgment. ECF No. 279. Having carefully considered the Motion and both parties' supporting briefs, the Court finds that the Motion should be and is hereby **DENIED.**

      **SO ORDERED** on this **30th day** of **September 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE