UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

    Plaintiff,

v.

**UNITED AIRLINES, INC.,**

    Defendant.

No. **4:21-cv-01074-P**

## ORDER

The Court hereby **ORDERS** the Parties to mediate with Judge David Evans on or before **July 19, 2026** and provide a report to the Court on the outcome of the mediation seven days thereafter.

**SO ORDERED** on this **4th day of May 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE