UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO ET AL.,**

   Plaintiffs,

v.                                    **No. 4:21-cv-01074-P**

**UNITED AIRLINES INC,**

   Defendant.

## ORDER

   The Court hereby **ORDERS** that the Mediation deadline is extended to **September 25, 2026**.

   **SO ORDERED** on this **17th day of June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE