UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID SAMBRANO, ET AL.,**

Plaintiffs,

v. **No. 4:21-cv-01074-P**

**UNITED AIRLINES, INC.,**

Defendant.

# ORDER

On May 12, 2026, the Court stayed this case pending the resolution of a petition for a writ of certiorari to the United States Supreme Court. ECF No. 298. Yesterday, the Supreme Court denied the petition. The Court therefore **ORDERS** that the stay is lifted. The Clerk of the Court is **DIRECTED** to re-open the above-captioned case.

It is further **ORDERED** that counsel for the Parties shall confer in an <u>in-person, face-to-face conference</u> on or before **October 16, 2026.** As a result of that conference, the Parties must prepare and file a Joint Status Report by **October 21, 2026.** The Joint Status Report shall contain the following information:

1. A statement detailing the date on which the conference was held, the location of the conference, and the names of the attorneys present; and
2. A proposal on what the Court should do to resolve this case, including any proposed scheduling order or deadlines.

**SO ORDERED** on this **6th day** of **October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE